**FILED**
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1200**

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| | ) | |
| IBARRA CONCRETE CO., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

### UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

The defendant United States of America, by and through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby files this notice of removal. In support thereof, the defendant United States alleges that the action styled *Lakewood Prairie, LLC v. Ibarra Concrete Co. et al.,* Case No. 07 CH 389, now pending in the Kendall County Circuit Court in the State of Illinois, is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1), as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action of interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney


/s/ *Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing UNITED STATES' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS has this 28th day of February, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 North LaSalle Street<br>Chicago, IL 60601<br>Counsel for Lakewood Prairie, LLC | Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60110 | Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>Counsel for Vulcan Const. Materials |
| Howard B. Samuels<br>c/o Rally Capital LLC<br>350 N. LaSalle Street, Ste. 1100<br>Chicago, IL 60601 | John V. Hanson<br>Hanson and Hanson<br>1802 North Division St., Ste. 304<br>Morris, IL 60450-0825<br>Counsel for Grundy Red-Mix, Inc. | R & J Construction Supplies<br>30 W. 180 Butterfield Road<br>Warrenville, IL 60555 |
| Donald Wilson<br>Murray, Jensen & Wilson<br>101 N. Wacker Drive, Suite 101<br>Chicago, IL 60606<br>Counsel for Midwest Bank & Trust | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 | Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave 101<br>Palos Heights, IL 60463 |
| McCann Industries, Inc.<br>543 S. Rohlwing Rd.<br>Addison, IL 60101 | | |

*s/Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov