Circuit Court Summons                                                                  81-101 (Rev. 9/85)

UNITED STATES OF AMERICA
STATE OF ILLINOIS                                          COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

LAKEWOOD PRAIRIE, LLC )
        Plaintiff(s) )
)
-vs- )   No. 07 CH 389
)
IBARRA CONCRETE COMPANY, VULCAN )
CONSTRUCTION MATERIALS LP D/B/A )
VULCAN MATERIAL COMPANY, ET.AL. )
        Defendant(s) )                        File Stamp Here

**SUMMONS**

To: United States Attorney's Office, Northern District of Illinios, Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604
*C/o Thomas P. Walsh Chief Civil Division*

You are summoned and required to file an answer to the Second Amended Complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Wheaton, Illinois.
Dated _____

_____
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20____.
(To be inserted by officer on copy left with defendant or other person)

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249

**08 C 1200**  **JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

SHERIFF'S RETURN

I certify that I served this summons on defendants as follows:
(Check appropriate box, and complete information below)

[ ] (a) (Individual defendants - personal):
By leaving a copy and a copy of the complaint with each individual defendant personally.

[ ] (b) (Individual defendants - abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or upwards informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

[ ] (c) (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation .

[ ] (d) (Other service):

Name of Defendant _____      Name of Defendant _____

Name of Person                                  Name of Person
Summons given to _____        Summons given to _____

Sex____ Race ____ Approx. Age _____            Sex____ Race_____ Approx. Age_____

Place of Service _____        Place of Service _____
                 _____                         _____

Date of Service_____ Time _____           Date of Service_____Time_____

Date of Mailing _____         Date of Mailing _____

_____,Sheriff of_____County

                                    By,_____,Deputy