IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No. 1:08-cv-1200 |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| | ) | |
| IBARRA CONCRETE CO., et al., | ) | Hon. Suzzanne B. Conlon |
| | ) | |
| Defendant. | ) | Magistrate Judge: Jeffrey Cole |

UNITED STATES' MOTION FOR ENLARGEMENT
OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, upon the representation that the above-titled action was removed to this Court from the Kendall County Circuit Court by a Notice of Removal filed on February 28, 2008, so that under applicable provisions of the Federal Rules of Civil Procedure its answer or other response is due to be filed within five days of that date, moves this Court pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, until and including March 28, 2008, the time within which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the Complaint in the above-titled action.

The United States states the particular grounds for the motion as follows:

1. The United States of America was named as a defendant in an action commenced in the Kendall County Circuit Court, Illinois.

2. On, or about, February 28, 2008, the United States removed the action to this Court.

3. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done. The United States is ordinarily afforded sixty days after service of a summons and complaint to serve an answer or otherwise to defend in a civil action (see, e.g., Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)). The undersigned counsel represents that more than five days to prepare and to serve an appropriate response on behalf of the United States will be required. The period of additional time requested is within the sixty-day period usually allowed by the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b).

4. The United States has demonstrated the requisite cause for granting its motion to enlarge the time period within which to respond to the Plaintiff's Complaint to and including March 28, 2008, so that the motion should be granted.

WHEREFORE, the movant requests the entry of an order enlarging the period of time within which the United States shall be permitted to respond to the Complaint until and including March 28, 2008.

                                      PATRICK J. FITZGERALD
                                      United States Attorney

                                      JOEL R. NATHAN
                                      Assistant United States Attorney


                                      /s/ *Raagnee Beri*
                                      RAAGNEE BERI
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 55, Ben Franklin Station
                                      Washington, D.C. 20044-0055
                                      (202) 305-7917
                                      E-mail: Raagnee.Beri@usdoj.gov

CERTIFICATE OF SERVICE

      I CERTIFY that service of the foregoing Motion for Enlargement of Time to Serve Response to Complaint, which has been filed through the Electronic Case Filing (ECF) system, has this 3rd day of March, 2008 been served by electronic means on those parties registered for ECF and upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 North LaSalle Street<br>Chicago, IL 60601<br>Counsel for Lakewood Prairie, LLC | Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60110 | Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>Counsel for Vulcan Const. Materials |
| Howard B. Samuels<br>c/o Rally Capital LLC<br>350 N. LaSalle Street, Ste. 1100<br>Chicago, IL 60601 | John V. Hanson<br>Hanson and Hanson<br>1802 North Division St., Ste. 304<br>Morris, IL 60450-0825<br>Counsel for Grundy Red-Mix, Inc. | R & J Construction Supplies<br>30 W. 180 Butterfield Road<br>Warrenville, IL 60555 |
| Donald Wilson<br>Murray, Jensen & Wilson<br>101 N. Wacker Drive, Suite 101<br>Chicago, IL 60606<br>Counsel for Midwest Bank & Trust | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 | Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave 101<br>Palos Heights, IL 60463 |
| McCann Industries, Inc.<br>543 S. Rohlwing Rd.<br>Addison, IL 60101 | | |

      PATRICK J. FITZGERALD
      United States Attorney

      */s/ Raagnee Beri*
      RAAGNEE BERI
      Trial Attorney, Tax Division
      United States Department of Justice
      Post Office Box 55, Ben Franklin Station
      Washington, DC 20044
      Phone: (202) 305-7917
      Fax: (202) 514-5283
      E-mail: Raagnee.Beri@usdoj.gov