IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No. 1:08-cv-1200 |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| | ) | |
| IBARRA CONCRETE CO., et al., | ) | Hon. Suzanne B. Conlon |
| | ) | |
| Defendant. | ) | Magistrate Judge: Jeffrey Cole |

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, March 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the United States shall appear before the Honorable Suzanne B. Conlon, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying Motion for Enlargement of Time to Serve Response to Complaint.

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney


/s/ *Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing Notice of Motion, which has been filed through the Electronic Case Filing (ECF) system, has this 3rd day of March, 2008 been served by electronic means on those parties registered for ECF and upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 North LaSalle Street
Chicago, IL 60601
Counsel for Lakewood Prairie, LLC

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Ste. 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Ste. 304
Morris, IL 60450-0825
Counsel for Grundy Red-Mix, Inc.

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

McCann Industries, Inc.
543 S. Rohlwing Rd.
Addison, IL 60101

PATRICK J. FITZGERALD
United States Attorney

*/s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7917
Fax: (202) 514-5283
E-mail: Raagnee.Beri@usdoj.gov