# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   1:08-CV-1200

LAKEWOOD PRAIRIE, LLC,

v.

IBARRA CONCRETE CO., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant, Grundy County Redi-Mix, Inc.**, misnamed in removed Second Amended Complaint as "Grundy Red-Mix, Inc."

| |
|---|
| NAME (Type or print) <br> John S. Mrowiec |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> / s/ *John S. Mrowiec* |
| FIRM <br> Conway & Mrowiec |
| STREET ADDRESS <br> 20 South Clark Street, Suite 1000 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6185895 | TELEPHONE NUMBER <br> (312) 658-1100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  ☐ | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X | NO  ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X | NO  ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

# CERTIFICATE OF SERVICE

I, John S. Mrowiec, an attorney, state that I caused the foregoing Appearances, which have been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF and to be served all parties below via U.S. mail, properly addressed and postage prepaid on March 10, 2008.

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 N. LaSalle Street
Chicago, IL 60601
*Attorneys for Lakewood Prairie, LLC*

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
*Attorneys for Vulcan Construction Materials*

John V. Hanson
Hanson and Hanson
1802 North Division St., Suite 304
Morris, IL 60450-0825
*Attorneys for Grundy County Redi-Mix, Inc.*

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
*Attorneys for Midwest Bank & Trust*

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave, 101
Palos Heights, IL 60463

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Patrick J. Fitzgerald
United States Attorney
United States Department of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044
*Attorneys for United States of America*

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Suite 1100
Chicago, IL 60601

R&J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101

John S. Mrowiec