# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case Number: 08 C 1200
LAKEWOOD PRAIRIE, LLC v. IBARRA CONCRETE COMPANY et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MIDWEST BANK AND TRUST COMPANY

| | |
|---|---|
| NAME (Type or print) <br> DONALD N. WILSON, ESQ. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Donald N. Wilson, Esq. | |
| FIRM <br> MURRAY, JENSEN & WILSON, LTD. | |
| STREET ADDRESS <br> 101 N. WACKER DRIVE, SUITE 101 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6206000 | TELEPHONE NUMBER <br> (312) 263-5432 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |