IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 1200 |
| ) | |
| IBARRA CONCRETE COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Attached Service List

On Tuesday, the 8th day of April 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Suzanne B. Conlon or any other judge sitting in her stead in Room 1743 at the Dirksen Building, Chicago, Illinois, and then and there present, Motion For Remand a copy of which is hereto attached.

/s/ Donald N. Wilson
Donald N. Wilson
One of their attorneys

MURRAY, JENSEN & WILSON, LTD.
101 N. WACKER DRIVE, SUITE 101
CHICAGO, IL  60606
(312) 263-5432
ARDC# 6206000

## CERTIFICATE OF SERVICE
## SERVICE LIST

I CERTIFY that service of the foregoing Notice of Motion, which has been filed through the Electronic Case Filing (ECF) system, on this 26th day of March, 2008, has been served by electronic means on those parties registered for ECF, and upon the following by depositing a copy in the United States mail, postage prepaid on or before 5:00 p.m. March 26, 2008.

| | | |
|---|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Counsel for Lakewood Prairie, LLC | Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60111 | Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>Counsel for Vulcan Const. Materials |
| Howard B. Samuels<br>c/o Rally Captial LLC<br>350 N. LaSalle Street, Suite 1100<br>Chicago, IL 60601 | John V. Hanson<br>Hanson and Hanson<br>11802 N. Division St.<br>Suite 304<br>Morris, IL 60450-0825<br>Counsel for Grundy Red-Mix, Inc. | R&J Construction Supplies<br>30 W. 180 Butterfield Rd.<br>Warrenville, IL 60555 |
| McCann Industries, Inc.<br>543 S. Rohlwing Rd.<br>Addison, IL 60101 | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 | Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave. 101<br>Palos Heights, IL 60463 |
| Raagnee Beri<br>United States Dept. of Justice<br>Tax Division<br>P. O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | AUSA<br>United States Attorney's Office (NDIL)<br>219 S. Dearborn Street<br>Suite 500<br>Chicago, IL 60604 | John S. Mrowiec<br>Michael William Kelly<br>Conway & Mrowiec<br>20 S. Clark Street, Suite 750<br>Chicago, IL 60603 |

/s/ Donald N. Wilson
Donald N. Wilson
Attorney for Defendant Midwest Bank and Trust Company
MURRAY, JENSEN & WILSON, LTD.
101 N. WACKER DRIVE, SUITE 101
CHICAGO, IL 60606
(312) 263-5432
ARDC# 6206000