UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) | Case No. 1:08-cv-1200 |
| ) | |
| Plaintiff, ) | (Formerly Case No. 07 CH 389 |
| ) | Kendall County Circuit Court) |
| vs. ) | |
| ) | Hon. Suzanne B. Conlon |
| IBARRA CONCRETE COMPANY, et al., ) | |
| ) | Magistrate Judge: Jeffrey Cole |
| Defendants. ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Tuesday, April 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Grundy County Redi-Mix, Inc. shall appear before the Honorable Suzanne B. Conlon, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying Grundy County Redi-Mix, Inc.'s Motion for Remand.

Dated: March 31, 2008

Defendant-Counterplaintiff,
GRUNDY COUNTY REDI-MIX, INC.

By: _____
One of Its Attorneys

John S. Mrowiec (ARDC No. 6185895 )
Michael W. Kelly (ARDC No. 6280344)
Conway & Mrowiec
20 South Clark
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
jsm@cmcontractors.com
mwk@cmcontractors.com
*Attorneys for Grundy County Redi-Mix, Inc.*

1

**CERTIFICATE OF SERVICE**

      I, John S. Mrowiec, an attorney, state that I caused the foregoing Grundy County Redi-Mix, Inc.'s Notice of Motion, Motion for Remand and Memorandum in Support of Motion for Remand, which have been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF and to be served on all parties below via U.S. mail, properly addressed and postage prepaid on March 31, 2008.

| | |
|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>hturner@gouldrather.com<br>*Attorneys for Lakewood Prairie, LLC* | Patrick J. Fitzgerald<br>Raagnee Beri<br>United States Attorney<br>United States Department of Justice<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044<br>raagnee.beri@usdoj.gov<br>usailn.ecfausa@doj.gov<br>*Attorneys for United States of America* |
| Debra A. Thomas<br>Patrick J. Mazza<br>Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>schodera@mcminc.net<br>*Attorneys for Vulcan Construction Materials* | Howard B. Samuels<br>c/o Rally Capital LLC<br>350 N. LaSalle Street, Suite 1100<br>Chicago, IL 60601 |
| John V. Hanson<br>Hanson and Hanson<br>1802 North Division St., Suite 304<br>Morris, IL 60450-0825<br>jhanson@hansonlawoffice.com<br>*Attorneys for Grundy County Redi-Mix, Inc.* | R&J Construction Supplies<br>30 W. 180 Butterfield Road<br>Warrenville, IL 60555 |
| Donald Naylor Wilson<br>Murray, Jensen & Wilson<br>101 N. Wacker Drive, Suite 101<br>Chicago, IL 60606<br>dwilson@mjwchicago.com<br>*Attorneys for Midwest Bank & Trust* | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 |

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave, 101
Palos Heights, IL 60463

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101

_____
John S. Mrowiec