**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 1200 |
| | ) |
| IBARRA CONCRETE COMPANY, et al., | ) Judge Conlon |
| | ) Magistrate Judge Cole |
| Defendants. | ) |

**ORDER**

This matter came before the Court on the Motion of Grundy County Redi-Mix, Inc. ("Grundy") for Remand (the "Motion"), due notice being given and the Court having considered the Motion, and Memoranda of the parties,

IT IS HEREBY ORDERED:

A.     The Motion of Grundy County Redi-Mix, Inc. for Remand is granted.

B.     This matter is remanded to the Circuit Court of Kendall County, Illinois.

Dated: _____, 2008          ENTERED:

_____
United States District Judge