UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | Case No. 1:08-cv-1200 |
| | ) | |
| Plaintiff, | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| vs. | ) | |
| | ) | Hon. Suzanne B. Conlon |
| IBARRA CONCRETE COMPANY, et al., | ) | |
| | ) | Magistrate Judge: Jeffrey Cole |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, April 8, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Grundy County Redi-Mix, Inc. shall appear before the Honorable Suzanne B. Conlon, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying Grundy County Redi-Mix, Inc.'s Motion for Remand.

Dated: March 31, 2008

Defendant-Counterplaintiff,
GRUNDY COUNTY REDI-MIX, INC.

By: _____
One of Its Attorneys

John S. Mrowiec (ARDC No. 6185895 )
Michael W. Kelly (ARDC No. 6280344)
Conway & Mrowiec
20 South Clark
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
jsm@cmcontractors.com
mwk@cmcontractors.com
*Attorneys for Grundy County Redi-Mix, Inc.*

1

## CERTIFICATE OF SERVICE

I, John S. Mrowiec, an attorney, state that I caused the foregoing Grundy County Redi-Mix, Inc.'s Notice of Motion, Motion for Remand and Memorandum in Support of Motion for Remand, which have been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF and to be served on all parties below via U.S. mail, properly addressed and postage prepaid on March 31, 2008.

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 N. LaSalle Street
Chicago, IL 60601
hturner@gouldrather.com
*Attorneys for Lakewood Prairie, LLC*

Patrick J. Fitzgerald
Raagnee Beri
United States Attorney
United States Department of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044
raagnee.beri@usdoj.gov
usailn.ecfausa@doj.gov
*Attorneys for United States of America*

Debra A. Thomas
Patrick J. Mazza
Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
schodera@mcminc.net
*Attorneys for Vulcan Construction Materials*

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Suite 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Suite 304
Morris, IL 60450-0825
jhanson@hansonlawoffice.com
*Attorneys for Grundy County Redi-Mix, Inc.*

R&J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Naylor Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
dwilson@mjwchicago.com
*Attorneys for Midwest Bank & Trust*

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Page 1 of 2

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave, 101
Palos Heights, IL 60463

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101


_____
John S. Mrowiec