# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 4/8/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC vs. IBERIA CONCRETE CO., ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' Vulcan Construction Materials' motion [15] for remand, Midwest Bank and Trust's motion [20] for remand, and Grundy County Redi-Mix, Inc.'s motion [23] for remand are taken under advisement. Supplemental responses to the three motions to remand shall be filed by 4/15/08; oppositions are due by 4/29/08. Status hearing set on 4/15/08 is vacated.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01200    Document 25    Filed 04/08/2008    Page 1 of 1

08C1200 LAKEWOOD PRAIRIE, LLC vs. IBERIA CONCRETE CO., ET AL      Page 1 of 1