IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

VULCAN CONSTRUCTION MATERIALS LP   )
d/b/a VULCAN MATEIALS COMPANY

    Plaintiff,

  vs.                                      Gen. No. 07-L-62

IBARRA CONCRETE COMPANY,

    Defendant, and

LAKEWOOD PRAIRIE, LLC

    Citation Respondent.

**FILED**
JAN
BECKY MORGANEGG
own am KBOM, G0.

RE´E I ED
JAN   4   100?

ORDER

The Court having reviewed the Order entered in this cause on December 20, 2007, and the Court having determined that no order was previously entered in this cause which consolidated this case into case no. 2007-CH-389, and the Court recalling that Counsel advised the Court that all parties to both actions agreed that these cases should be consolidated into case no. 2007-CH-389.

Based on the foregoing, IT IS HEREBY ORDERED that case no. 2007-L-62 shall be and hereby is consolidated into case no. 2007-CH-389 and all future pleadings shall reflect case no. 2007-CH-389.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order to all counsel of record in both cases.

Entered: _____

                                                          _____
                                                                    /JUDGE

FILED IN, OPEN COURT

SEP 1 9 2007

BECKY MORGANEG
Ir U Clark Kendall CO

**STATE OF ILLINOIS                     COUNTY OF KE**
**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT**

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP ) <br> D/B/A VULCAN MATERIALS COMPANY ) <br> Plaintiff, ) <br> -vs- ) <br> LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE)' | Case No. 2006 CH 0360 |

Lakewood Prairie v Ibarra Concrete        2007' CH 389

Vulcan Construction v Ibarra Concrete     2007 CH 062

**ORDER TO CONSOLIDATE CASES**

THIS CAUSE coming on to be heard on the motion of Lakewood Prairie, LLC to consolidate, and the Court being fully advised in the premises;

If IS HEREBY ORDERED: The following cases are hereby consolidated

Vulcan Construction vs. Lakewood LLC   Case No.   2006 CH 0360
Lakewood Prairie v Ibarra Concrete                2007 CH 389
Vulcan Construction v Ib      Concrete            2007 CH 062

eeaQ.~c s d    & L ~tJ'&   "- -1 oo-7 G ft 39y-

The status date of September 24, 2007 Is stricken and the case is set for status on /I.-2-] =    2007. at 9:00 a.m. All provisions of Section 2.1402 prohibiting transfer of funds and or property of the debtor Ibarra Concrete shall remain In effect until further order of court.    /           'r SA              qua 7€t

Dated: September °~, 2007           ••l?~,

ENTER:        Timothy j. McCann
              **JUDGE**

Michael T. Nigro
Attorney for Lakewood Prairie,
LLC and IaSalie Bank, N.A.
NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630).682-9872, ARDC No. 2054051

**EXHIBIT**
A