IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 1200 |
| ) | |
| IBARRA CONCRETE COMPANY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on the 15th day of April 2008, I will cause to be filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, **Midwest Bank and Trust Company's Supplement to Motion for Remand,** a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　/s/ Donald N. Wilson
　　　　　　　　　　　　　　　　　　　　Donald N. Wilson
　　　　　　　　　　　　　　　　　　　　One of their attorneys

DONALD N. WILSON, ESQ.
MURRAY, JENSEN & WILSON, LTD.
101 N. WACKER DRIVE, SUITE 101
CHICAGO, IL  60606
(312) 263-5432
ARDC# 6206000

## CERTIFICATE OF SERVICE
## SERVICE LIST

I CERTIFY that service of the foregoing Notice of Filing, which has been filed through the Electronic Case Filing (ECF) system, on this 15th day of April, 2008, has been served by electronic means on those parties registered for ECF, and upon the following by depositing a copy in the United States mail, postage prepaid on or before 5:00 p.m. April 15, 2008.

| | | |
|---|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>Counsel for Lakewood Prairie, LLC | Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60111 | Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>Counsel for Vulcan Const. Materials |
| Howard B. Samuels<br>c/o Rally Captial LLC<br>350 N. LaSalle Street, Suite 1100<br>Chicago, IL 60601 | John V. Hanson<br>Hanson and Hanson<br>11802 N. Division St.<br>Suite 304<br>Morris, IL 60450-0825<br>Counsel for Grundy Red-Mix, Inc. | R&J Construction Supplies<br>30 W. 180 Butterfield Rd.<br>Warrenville, IL 60555 |
| McCann Industries, Inc.<br>543 S. Rohlwing Rd.<br>Addison, IL 60101 | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 | Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave. 101<br>Palos Heights, IL 60463 |
| Raagnee Beri<br>United States Dept. of Justice<br>Tax Division<br>P. O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | AUSA<br>United States Attorney's Office (NDIL)<br>219 S. Dearborn Street<br>Suite 500<br>Chicago, IL 60604 | John S. Mrowiec<br>Michael William Kelly<br>Conway & Mrowiec<br>20 S. Clark Street, Suite 750<br>Chicago, IL 60603 |

/s/ Donald N. Wilson
Donald N. Wilson
Attorney for Defendant Midwest Bank and Trust Company
MURRAY, JENSEN & WILSON, LTD.
101 N. WACKER DRIVE, SUITE 101
CHICAGO, IL 60606
(312) 263-5432
ARDC# 6206000