UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 1200 |
| | ) | |
| IBARRA CONCRETE COMPANY, et al., | ) | Judge Conlon |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Service List

PLEASE TAKE NOTICE that on this 15th day of April, 2008, I caused to be electronically filed with the Clerk of the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached Grundy County Redi-Mix, Inc.'s Supplemental Memorandum in Support of Motion for Remand.

Dated: April 15, 2008

                                              **Defendant-Counterplaintiff,**
                                              **GRUNDY COUNTY REDI-MIX, INC.**

                                              By   /s/Michael W. Kelly
                                                     One of its Attorneys

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 South Clark Street, Suite 1000
Chicago, Illinois 60603
(312) 658-1100
Attorneys for Defendant-Counterplaintiff, Grundy County Redi-Mix, Inc.

# CERTIFICATE OF SERVICE

I, Michael W. Kelly, an attorney, state that I caused the foregoing Grundy County Redi-Mix, Inc.'s Notice of Filing and Grundy County Redi-Mix, Inc.'s Supplemental Memorandum in Support of Motion for Remand, which have been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF and to be served on all parties below via U.S. mail, properly addressed and postage prepaid on April 15, 2008.

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 N. LaSalle Street
Chicago, IL 60601
hturner@gouldratner.com
*Attorneys for Lakewood Prairie, LLC*

Patrick J. Fitzgerald
Raagnee Beri
United States Attorney
United States Department of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044
raagnee.beri@usdoj.gov
usailn.ecfausa@doj.gov
*Attorneys for United States of America*

Debra A. Thomas
Patrick J. Mazza
Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
schodera@mcminc.net
*Attorneys for Vulcan Construction Materials*

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Suite 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Suite 304
Morris, IL 60450-0825
jhanson@hansonlawoffice.com
*Attorneys for Grundy County Redi-Mix, Inc.*

R&J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Naylor Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
dwilson@mjwchicago.com
*Attorneys for Midwest Bank & Trust*

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave, 101
Palos Heights, IL 60463

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101

       /s/Michael W. Kelly