IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No 08 C1200 |
| | ) | |
| IBARRA CONCRETE COMPANY et. al | ) | Judge Conlon |
| | ) | Magistrate Judge Cole |
| Defendants | ) | |

### CERTIFICATE OF HOWARD M. TURNER IN SUPPORT OF RESPONSE TO MOTIONS TO REMAND CAUSE

I, Howard M. Turner, hereby certify as follows:

1. I am one of the attorneys for Lakewood Prairie, Inc. in both this cause and in the proceedings formerly pending in the Circuit Court of Kendall County, Illinois which have been removed to this Court.

2. Attached as Exhibit A to this certificate is a true and correct copy of the Order to Consolidate Cases entered in the Circuit Court of Kendall County on September 19, 2008.

3. Attached as Exhibit B to this certificate is a true and correct copy of an order entered in the Circuit Court of Kendall County in cause Number 07 L 62 consolidating that cause into Lakewood Prairie, LLC v. Ibarra Concrete Company et al 2007 CH 389, the cause removed and now pending in this Court as Cause Number 08 C 1200.

4. Attached as Exhibit C to this certificate is a true and correct copy of the return of summons served upon the United States Attorney for the Northern District of Illinois on February 1, 2008.

396291.2 08003.383

5. Attached as Exhibit D to this certificate is a true and correct copy of the order of the Circuit Court of Du Page County transferring Vulcan's citation against Lakewood Prairie to Kendall County for reasons of forum non-convenience.

                                                */s/ Howard M. Turner*
                                                HOWARD M. TURNER

\# 2868482
HOWARD M. TURNER
PAUL W. CARROLL
GOULD & RATNER LLP
222 North LaSalle Street
Chicago, IL 60601
312/236-3003

/396291.v 1 4/7/2008 9:10 AM

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by mailing a copy to each party to whom it is directed on the attached Service List and by depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m. on the 17th day of April, 2008 with proper postage prepaid together with the documents referred to therein.

_____
Kerrie Cleve

[x]   Under penalties as provided by law pursuant to Section
      1-109 of the Illinois Code of Civil Procedure, I certify
      that the statements set forth herein are true and correct

## SERVICE LIST

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

McCann Industries, Inc.
543 S. Rohlwing Rd
Addison, IL 60101

Raagnee Beri
Patrick J. Fitzgerald
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Counsel for United States of America

Howard B. Samuels
Rally Capital LLC
350 N. LaSalle Street
Suite 1100
Chicago, IL 60601

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Mr. John V. Hanson
Hanson and Hanson
1802 North Division Street
Suite 304
Morris, IL 60450-0825
Counsel for Grundy County Redi-Mix, Inc.

John S. Mrowiec
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, IL 60603
Counsel for Grundy County Redi-Mix

376584.1 08003.383

# EXHIBIT A

FILED IN OPEN COURT
SEP 1 9 2007
BECKY MORGANEGG
Circuit Clerk Kendall Co.

## STATE OF ILLINOIS      COUNTY OF KENDALL
### IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

VULCAN CONSTRUCTION MATERIALS LP )
D/B/A VULCAN MATERIALS COMPANY )
              Plaintiff, )
             -vs-  )       Case No. 2006 CH 0360
LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE )

| | |
|---|---|
| Lakewood Prairie v Ibarra Concrete | 2007 CH 389 |
| Vulcan Construction v Ibarra Concrete | 2007 CH 062 |

### ORDER TO CONSOLIDATE CASES

THIS CAUSE coming on to be heard on the motion of Lakewood Prairie, LLC to consolidate, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: The following cases are hereby consolidated

| | |
|---|---|
| Vulcan Construction vs. Lakewood LLC   Case No. | 2006 CH 0360 |
| Lakewood Prairie v Ibarra Concrete | 2007 CH 389 |
| Vulcan Construction v Ibarra Concrete | 2007 CH 062 |

Said cases shall be consolidated into 2007 CH 389.

The status date of September 24, 2007 is stricken and the case is set for status on 11-21-, 2007 at 9:00 a.m. All provisions of Section 2.1402 prohibiting transfer of funds and or property of the debtor Ibarra Concrete shall remain in effect until further order of court. All future pleadings shall bear the 2007CH389 caption.

Dated: September 19, 2007

ENTER: Timothy J. McCann
              J U D G E

Michael T. Nigro
Attorney for Lakewood Prairie,
LLC and LaSalle Bank, N.A.
NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630) 682-9872, ARDC No. 2054051

# EXHIBIT B

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

VULCAN CONSTRUCTION MATERIALS LP )
d/b/a VULCAN MATEIALS COMPANY )
)
    Plaintiff, )
)
vs. )   Gen. No. 07-L-62
)
IBARRA CONCRETE COMPANY, )
)
    Defendant, and )
)
LAKEWOOD PRAIRIE, LLC )
)
    Citation Respondent. )

FILED
JAN 0 3 2008
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

ORDER

The Court having reviewed the Order entered in this cause on December 20, 2007, and the Court having determined that no order was previously entered in this cause which consolidated this case into case no. 2007-CH-389, and the Court recalling that Counsel advised the Court that all parties to both actions agreed that these cases should be consolidated into case no. 2007-CH-389.

Based on the foregoing, IT IS HEREBY ORDERED that case no. 2007-L-62 shall be and hereby is consolidated into case no. 2007-CH-389 and all future pleadings shall reflect case no. 2007-CH-389.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order to all counsel of record in both cases.

Entered: 1-3-08

_____
JUDGE

1

EXHIBIT C

/396291.v 1 4/7/2008 9:10 AM

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP D/B/A VULCAN MATERIALS COMPANY<br>　　　　Plaintiff,<br>v.<br>IBARRA CONCRETE COMPANY, et.al.<br>　　　　Defendants<br>VULCAN CONSTRUCTION MATERIALS LP D/B/A VULCAN MATERIALS COMPANY<br>　　　　Plaintiff,<br>IBARRA CONCRETE COMPANY<br>　　　　Defendant,<br>v.<br>LAKEWOOD PRAIRIE, LLC<br>　　　　Third Party Respondent | No. 2007 CH 389<br>Consolidated |

## NOTICE OF FILING

TO:   SEE SERVICE LIST ATTACHED

　　　PLEASE TAKE NOTICE that on the 20th day of February, 2008, we mailed to the Clerk of the Circuit Court of Kendall County, Summons on United States Attorney's Office, c/o Thomas P. Walsh, Chief Civil Division, Eastern Division and Sheriff of Cook County Return of Service, copies of which are attached hereto and served upon you herewith.

Dated: February 20, 2008

## PROOF OF SERVICE

Peggy Walter, a non-attorney, hereby certifies, pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, that she cause a true and correct copy of the foregoing SUMMONS ON UNITED STATES ATTORNEY'S OFFICE, C/O THOMAS P. WALSH, CHIEF CIVIL DIVISION AND SHERIFF OF COOK COUNTY RETURN OF SERVICE to be served on the parties of records, listed below at the addresses listed, by U.S. Mail, postage prepaid, before 5:00 p.m. this 20th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　Peggy Walter

NIGRO & WESTFALL, P.C.
Attorney For: the plaintiff
ARDC No. 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630) 682-9872

## SERVICE LIST
## LAKEWOOD PRAIRIE, LLC V. IBARRA CONCRETE COMPANY, ET.AL.
## 2006 CH 360 CONSOLIDATED INTO 2007 CH 389

Donald N. Wilson
*Attorney for Midwest Bank & Trust Company*
*As Assignee of Ibarra Concrete Company*
Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive
Suite 101
Chicago, IL 60606
Telephone: 312.263.5432
Facsimile: 312.263.5759

John V. Hanson, Esq.
*Attorney for Grundy Redi-Mix*
Hanson and Hanson
1802 N. Division Street
Suite 304
P.O. Box 825
Morris, IL 60450
Telephone: 815.942.6700
Facsimile: 815.942-6540

Of counsel:
*Paul E. Root*
P.O. Box 688
Morris, IL 60450
Telephone: 815.942.4932

Patrick Mazza & Associates
*Attorney for Vulcan Materials Company*
290 S. Main Place
Suite 101
Carol Stream, IL 60188
Telephone: 630.933.9200
Facsimile: 630.933.9824

Howard M. Turner
Attorney for Lakewood Prairie, LLC
Gould & Ratner, LLP
222 North LaSalle Street
Cyhicago, IL 60601
Telephone: 312.236.3003
Facsimile:

Circuit Court Summons

DUPLICATE ORIGINAL

81-101 (Rev. 9/85)

UNITED STATES OF AMERICA

STATE OF ILLINOIS                                       COUNTY OF KENDALL
    IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | |
| Plaintiff(s) ) | |
| ) | |
| -vs- ) | No. 07 CH 389 |
| ) | |
| IBARRA CONCRETE COMPANY, VULCAN ) | |
| CONSTRUCTION MATERIALS LP D/B/A ) | |
| VULCAN MATERIAL COMPANY, ET.AL. ) | |
| Defendant(s) ) | File Stamp Here |

**SUMMONS**

To: United States Attorney's Office, Northern District of Illinios, Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604
c/o Thomas P. Walsh Chief Civil Division

You are summoned and required to file an answer to the Second Amended Complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Wheaton, Illinois.
Dated Jan 16 2008

_____
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20___.
(To be inserted by officer on copy left with defendant or other Person.)

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249

TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS                DISTRICT 016

SHERIFF'S NUMBER 948550-001D CASE NUMBER 07CH389          DEPUTY: H ACC 4321

FILED DT 01-16-2008 RECEIVED DT 01-28-2008 DIE DT 02-13-2008 MULTIPLE SERVICE  1
DEFENDANT                                         ATTORNEY
U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL   MICHAEL T. NIGRO/NIGRO & WESTF
219 S DEARBORN ST                                 1793 BLOOMINGDALE RD.
CHICAGO IL. 60604                                 GLENDALE HGHTS  IL. 60139
5TH FLOOR                                         630 682-9872
PLAINTIFF LAKEWOOD PRAIRIE, LLC

SERVICE INFORMATION: CF C/O THOMAS P. WALSH, CHIEF CIVIL DIV.    EASTERN DIVISION     FOREIGN

*******************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
   X   SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION X COMPANY ____ BUSINESS ____ PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____ 4321, DEPUTY

    1  SEX  F  M/F    RACE  H    AGE 60
    2  NAME OF DEFENDANT U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL
       WRIT SERVED ON _____Joe Ann Constraces A.P._____

       THIS  01  DAY OF  FEB , 2008  TIME  10:30  A.M. P.M.

ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG   OFFICE                           ATTEMPTED SERVICES

NEIGHBORS NAME _____           DATE        TIME  A.M./P.M.

    ADDRESS    _____           _____       __:__  ____

          REASON NOT SERVED:                     _____       __:__  ____
                    ___ 07 EMPLOYER REFUSAL      _____       __:__  ____
___ 01 MOVED        ___ 08 RETURNED BY ATTY      _____       __:__  ____
___ 02 NO CONTACT   ___ 09 DECEASED              _____       __:__  ____
___ 03 EMPTY LOT    ___ 10 BLDG DEMOLISHED       _____       __:__  ____
___ 04 NOT LISTED   ___ 11 NO REGISTERED AGT.    _____       __:__  ____
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS        _____       __:__  ____
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY      _____       __:__  ____

FEE    .00    MILEAGE    .00    TOTAL    .00                         SG20

# EXHIBIT D

/396291.v 1 4/7/2008 9:10 AM

ORDER - BLANK
2116 (Rev. 10/05)

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

Vulcan Construction etc.
-vs-
Ibarra Concrete Companies
vs
Lakewood Prairie LLC

CASE NUMBER: 2006 L 1108

File Stamp Here

## ORDER

This matter coming on to be heard, the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS ORDERED HEREBY: As to the citation against Lakewood Prairie LLC The Court Finds:

1. That Venue in DuPage County is improperly laid
2. That the principles of Forum Nonconvenience require that this Citation be transferred to Kendall County

It is Therefore Ordered that the Citation proceeding brought against Lakewood Prairie LLC be transferred to the Circuit Court of Kendall County

Name: Howard M. Turner   ☐ PRO SE
DuPage Attorney No.: #286482
Attorney for: Lakewood Prairie LLC
Address: 222 N. LaSalle St Room 800
City/State/Zip: Chicago, IL 60601
Telephone: 312/899-1606

ENTER:

COPY

JUDGE

DATE:

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707