TYPE LAW          SHERIFF' OFFICE OF COOK COUNTY, ILLINOIS      DISTRICT 016

SHERIFF'S NUMBER 948550-001D CASE NUMBER 07CH389    DEPUTY: H ACC 4376    FILED

FILED DT 01-16-2008 RECEIVED DT 01-28-2008 DIE DT 02-13-2008 MULTIPLE SERVICE  1
    DEFENDANT                                          ATTORNEY
U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL   MICHAEL T. NIGRO/NIGRO & WESTF
219 S DEARBORN ST                                 1793 BLOOMINGDALE RD.
CHICAGO IL. 60604                                 GLENDALE HGHTS  IL. 60139
5TH FLOOR                                         630 682-9872
PLAINTIFF LAKEWOOD PRAIRIE, LLC

SERVICE INFORMATION: CF C/O THOMAS P. WALSH, CHIEF CIVIL DIV.    EASTERN  FOREIGN

****************************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___ , IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON:  CORPORATION  COMPANY   BUSINESS   PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____ , DEPUTY

   1  SEX F M/F    RACE M    AGE 45
   2  NAME OF DEFENDANT U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL
      WRIT SERVED ON _____ Joe Ann ConStraces A.P

      THIS 01 DAY OF FEB , 2008 TIME 10 :38 A.M./P.M.

      ADDITIONAL REMARKS _____

****************************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

   TYPE OF BLDG _____OFFICE_____        ATTEMPTED SERVICES

   NEIGHBORS NAME _____     DATE     TIME A.M./P.M.

       ADDRESS _____     _____   ___:___  ___

       REASON NOT SERVED:              _____   ___:___  ___
                    07 EMPLOYER REFUSAL
   01 MOVED         08 RETURNED BY ATTY   _____   ___:___  ___
   02 NO CONTACT    09 DECEASED
   03 EMPTY LOT     10 BLDG DEMOLISHED    _____   ___:___  ___
   04 NOT LISTED    11 NO REGISTERED AGT.
   05 WRONG ADDRESS 12 OTHER REASONS      _____   ___:___  ___
   06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                          _____   ___:___  ___

FEE    .00   MILEAGE    .00   TOTAL    .00                    SG20

DUPLICATE ORIGINAL

Circuit Court Summons                                          81-101 (Rev. 9/85)

## UNITED STATES OF AMERICA

STATE OF ILLINOIS                                    COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

LAKEWOOD PRAIRIE, LLC                    )
                         Plaintiff(s)    )
                                         )
     -vs-                                )    No. 07 CH 389
                                         )
IBARRA CONCRETE COMPANY, VULCAN          )
CONSTRUCTION MATERIALS LP D/B/A          )
VULCAN MATERIAL COMPANY, ET.AL.          )
                         Defendant(s)    )            File Stamp Here

### SUMMONS

To:  United States Attorney's Office, Northern District of Illinios,
     Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604
     c/o Thomas P. Walsh Chief Civil Division
        You are summoned and required to file an answer to the Second Amended
Complaint in this case, a copy of which is hereto attached or otherwise
file your appearance in the office of the Clerk of this Court, 807 W. John
Street, Yorkville, Illinois, within 30 days after service of this summons,
not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY
DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

     This summons must be returned by the Officer or other person to whom
it was given for service, with endorsement of service and fees, if any
immediately after service.  If service cannot be made, this summons shall
be returned so endorsed.

                         This summons may not be served later than 30 days
                         after its date. WITNESS: **BECKY MORGANEGG** Clerk of
                         the Sixteenth Judicial Circuit, and the seal
                         thereof, at Wheaton, Illinois.
                         Dated January 16 2008

                         _____
                         CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.          NOTE: The filing of an appearance or answer with
DuPage No: 2054051                    the Circuit Court Clerk requires a statutory
1793 Bloomingdale Road                filing fee payable at the time of filing.
Glendale Heights, IL 60139            Date of Service _____ 20____.
(630)682-9872                         (To be inserted by officer on copy left with
                                      defendant or other Person. )

### CIRCUIT COURT SUMMONS
**BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249**