IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

VULCAN CONSTRUCTION MATERIALS LP )
d/b/a VULCAN MATEIALS COMPANY

    Plaintiff,

vs.                                                       Gen. No. 07-L-62

IBARRA CONCRETE COMPANY,

    Defendant, and

LAKEWOOD PRAIRIE, LLC

    Citation Respondent.

FILED
JAN
BECKY MORGANEGG
own am KBOM, G0.

RE´E I ED
JAN 4 100?

ORDER

The Court having reviewed the Order entered in this cause on December 20, 2007, and the Court having determined that no order was previously entered in this cause which consolidated this case into case no. 2007-CH-389, and the Court recalling that Counsel advised the Court that all parties to both actions agreed that these cases should be consolidated into case no. 2007-CH-389.

Based on the foregoing, IT IS HEREBY ORDERED that case no. 2007-L-62 shall be and hereby is consolidated into case no. 2007-CH-389 and all future pleadings shall reflect case no. 2007-CH-389.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order to all counsel of record in both cases.

Entered: _____

_____
/JUDGE

GOVERNMENT EXHIBIT 4