

*U. S. Department of Justice*

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| Joel R. Nathan<br>Assistant United States Attorney | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 | Direct Line: (312) 353-8449<br>Fax: (312) 886-0657 |

February 2, 2008

**SENT VIA FACSIMILE (202) 514-5238**

Patrick Mullarkey
Chief, Northern Region
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

    Re:   *Lakewood Prairie, LLC v. Ibarra Concrete Company, et al.*,
            07 CH 389, Circuit Court of Kendall County, Illinois

Dear Mr. Mullarkey:

    Under this cover you will find a Summons and complaint entitled, "Second Amended Complaint for General Settlement and Interpleader Pursuant to 770 ILCS 60/30 and 735 ILCS 5/2-409," served on our office on February 1, 2008.

    In accordance with the USAM, 6-5.300, providing for the Tax Division to handle suits under § 2410 for interpleader or in the nature of interpleader, and your procedures of October 1, 1997 for the assignment of responsibility for the handling of tax cases, we forward the pleadings so that the Tax Division can assume primary responsibility for the handling of the enclosed case.

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: _____
                              JOEL R. NATHAN
                              Assistant United States Attorney

5-23-18752

Enclosures

DEPARTMENT OF JUSTICE

FEB 13 2008

TAX DIV.

GOVERNMENT EXHIBIT 5