CSP048
Date:   3/28/2008
Time:  13/19/26
Page:      1

CH - MECHANIC LIEN FORECLOSE

2007 CH 000389   Judge: HON TIMOTHY J MC CANN  From  0/00/0000 To 99/99/9

User: YSMF
Wsid: YKC80G0

| Case Names | Attorney Names |
|---|---|
| LAKEWOOD PRAIRIE LLC | NIGRO MICHAEL T |
| GRUNDY COUNTY REDI MIX IN | |
|         VS | All Entries Fo |
| IBARRA CONCRETE CO | |
| VULCAN CONSTRUCTION MATER | |
| VULCAN MATERIAL CO | |
| HOWARD B SAMUELS AS ASSIG | |
| GRUNDY RED-MIX INC | HANSON JOHN V |
| R & J CONTRUCTION SUPPLIE | |
| ILLINOIS BRICK COMPANY | |
| STEEL MASONRY INC | |
| MIDWEST BANK & TRUST CO | WILSON DONALD N |
| UNITED STATES ATTORNEYS O | |
| MCCNN INDUSTRIES INC | |
| JACKSON VERNON J | |
| JACKSON SAKEENA K | |
| BROADWAY NEWELL A | |
| SIMPSON DION M | |
| COVINGTON SHERRIA | |
| CULOTTA TARA | |
| BATES GINA | |
| BATES JAMES | |
| HWIEH OMAYRA | |
| BORJON JEANETTE | |
| BORJON GERARDO | |
| MOUNT NORA S | |
| CULOTTA DEAN | |
| LANTHIER REBECCA | |
| HOWARD BEVERLY | |
| MOUNT WAYNE R | |
| KOSZOLA JOHN R | |
| KOSZOLA ANGELA J | |
| CALIENDO MEAGAN | |
| RINEHART DAVID E | |
| RINEHART EDEN M | |
| SMITH FAITH | |
| SOUVANNASOT JON | |
| SMITH JEFFREY | |
| HUMBERG CHRISTOPHER | |
| THOMPSON MICHAEL J | |
| KNACK KELLY S | |
| BALL BONNER ALICE C | |
| FRANCIS GARY C | |
| KNACK DOUGLAS E | |
| FRANCIS KAREN O | |
| BERMUDEZ FABIAN | |
| RIGUAL JENNIFER N | |
| MCGRATH PATRICK J | |
| PIETRZYK EDWARD | |
| ZAMORA JOSE L | |
| MCGRATH DARYL L | |
| PIETRZYK JOLEEN | |
| ZAMORA GLORIA | |
| TYLER LYANNA | |
| CALIENDO NATHAN II | |
| LISKA NICOLE L | |
| LISKA MATTHEW J | |

EXHIBIT
1
PENGAD 800-631-6989

```
MARTINEZ ADRIANNA
KIELAR JOHN
KIELAR SHANNON M
KIELAR JOHN
LANTHIER MICHAEL S
PRYOR MARILYN E
PRYOR CIRO A
JAIME GUILLERMO JR
MITCHELL BARBARA A
NORRIS ALTON B
NORRIS APRIL D
VAN DYKE STEVEN
VAN DYKE ANGELA K
MARTINEZ CONCEPCION
BRECKINRIDGE SCOTT
SYMON MARK
SYMON TERESA
RINELLA LYNETTE J
RINELLA ROBERT
BRINK DAVID A
NOLL BRINK BILLY J
KAUL DONNA
BECCERA ESPERANZA
TREVINO CHRISTINA
TREVINO DANIEL O
WANEK DAVID J
SAPNU ARNEDO JR
ADAMS BETH A
ADAMS SANDRA K
SPORE GERALDINE M
PARDENILLA ARACELI M
VAILOCES IMOGENE
REAMES MONICA M
REAMES RANDY W
BUSCH MICHELLE
MISSAK ROSA
MISSAK BRIAN S
BEATINGO EDWIN C
BEATINGO NICOLE L
WOZNIAK DENNIS
WOZNIAK DIANE L
ZEIS STACY
BOYCE SANDRA
RILEY ANTHONY W
        VS                          All Entries Fo
RILEY CATHRYN
RESURRECTION JONATHAN
DRISCOLL MICHAEL P
BISCAGLIO CHRISTINA M
CUEVAS TIBURICO
CUEVAS ALVARO
MARTINEZ JOSE M
FIELD CHARLES F
ARMSTRONG KIMBERLY
ARMSTRONG LUCIUS
GARCIA JOSE
LIVINGSTON TIMIKO
LIVINGSTON JANICE B
SCHREINER MATTHEW J
KOLASKI DAWN M
SIMPSON BETTY J
TENORIO LORAINNE M
TENORIO JOSE A
```

ICLIS MARIA
ZAMORA ENRIQUE
ZARATE RICARDO JR
WILSON RICHARD F
WILSON PAULA A
FURMANSKI DOREEN J
JARMON STEPHANIE A
IDROVO CARMEN D
IDROVO ARIOLFO A
NAVARRO ANA
THOMPSON RODERICK
DOWLING BEVERLY
ESPARZA NATIVIDAD
MARTINEZ ANTONIA
LATURELL LISA
LUCIANO OSCAR III
MONTESINOS GUTEMBERG
CAULIFLOWER HERMINIA V
LATIMORE SAVANA N
CAMPBELL RUBEN K
OCEGUEDA MARIA L
OCEGUEDA ALEJANDRO
REYES ADELA
LUEVANO ELIZABETH
CASILLAS CHRISTINE F
CASILLAS MIKE
OTTO SARA
RADEJEWSKI BRIAN
LOERA JOSE D
ALFONSO EDINA
ALFONSO JESUS
HUERTA ERIC
SUSTAITA PETER J
BOKUNIEWICZ JOSEPH
BOKUNIEWICZ MARILYN
WHITT STEPHEN J
RAMOCKI LISA M
ZBROSKEWICH LINDA
ZBROSKEWICH JESSE
MARTINEZ VICTOR M
AVILLA GABRIELLA
MONTES DE OCA MARICELA
CARRILO OSCAR
URIBE NANCY
URIBE JOSEPH
RODRIGUEZ SANTIAGO A
GONZALEZ JUAN
BECERRA DORA A
BECERRA MIGUEL A
BECERRA ROSA I
KOSINSKI JOANNE
KOSINSKI MARK A
GRANGO ALEX
GRANGO LUPE
GOMEZ ROSA
GOMEZ RIGOBERTO
PEREZ LEONARDO
PEREZ TIFFANY
MCKIRDIE KELLY A
MCKIRDIE MICHAEL B
HONECK AMARA
HONECK STEWART G IV
JOHANNESSEN CHRISTINA T
JOHANNESSEN THOMAS L JR

REYES GENORINA
HERNANDEZ ISHMAEL C

MROZ JACLYN
MCREYNOLDS WILLIE
MCREYNOLDS PAMELA
JACOBSON TINA
JACOBSON RANDY
LAKEWOOD PRAIRIE LLC

Date
8/16/2007  PETN FOR MECHANICS LIEN FORECLOSURE; FLD Fee $198.00
           Plaintiff LAKEWOOD PRAIRIE LLC  Defendant IBARRA CONCRETE CO
           Status:Open  Report:Open  Aug 16,2007
           CASE MANAGEMENT CONFERENCE Nov 16,2007 09:00AM Rm86
           Judge HON TIMOTHY J MC Canceled


     C O N T I N U E D   O N   N E X T   P A G E

CSP048
Date:   3/28/2008
CH - MECHANIC LIEN FORECLOSE                        Time: 13/19/26
                                                    Page:    2
2007 CH 000389  Judge: HON TIMOTHY J MC CANNFrom  0/00/0000 To 99/99/9
                                                    User: YSMF

__Date__

8/16/2007 NEW CASE INFORMATION SHEET; FLD

8/16/2007 AFD AS TO UNKNOWN OWNERS; FLD
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

8/16/2007 ORDER FOR SPECIAL PROCESS SERVER; FLD
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

8/16/2007 SUMS ISSUED SPEC PROCESS SERVER Defendant IBARRA CONCRETE CO
          Defendant VULCAN CONSTRUCTION MATERIALS  Defendant VULCAN MATERIAL CO
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

8/16/2007 SUMS ISSUED SPEC PROCESS SERVER Defendant HOWARD B SAMUELS AS ASSIGNE
          Defendant GRUNDY RED-MIX INC  Defendant R & J CONTRUCTION SUPPLIES
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

8/16/2007 SUMS ISSUED SPEC PROCESS SERVER Defendant ILLINOIS BRICK COMPANY
          Defendant STEEL MASONRY INC
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

9/18/2007 Appearance Civil Case Fee $98.00

9/18/2007 APPEARANCE; FLD Defendant GRUNDY RED-MIX INC

9/19/2007 Alias Summons Fee $4.00

9/19/2007 ALIAS SUMMONS ISSUED Defendant IBARRA CONCRETE CO

9/19/2007 ANSWER TO COMPLAINT FOR GENERAL SETTLEMENT...;

9/19/2007 CONSOLIDATED WITH THIS CASE  06 CH 360 & 07 CH 62;
          STATUS HEARING Nov 21,2007 09:00AM Rm86    Judge HON TIMOTHY J MC
          Canceled
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

9/19/2007 ORDER GRANTING LEAVE TO FILE  ANSWER TO COMPLAINT;

9/19/2007 ORDER CASE CONTINUED - STATUS
          STATUS HEARING Nov 21,2007 09:00AM Rm86    Judge HON TIMOTHY J MC
          Canceled
          Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

9/19/2007 AMENDED MOTION; filed
          Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

9/19/2007 NOT/MOTION; FLD
          MOTION/PETITION HEARING Sep 19,2007 09:00AM Rm86
          Judge HON TIMOTHY J MC
          Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

9/19/2007 SUMMONS SERV W/AFFIDAVIT; FLD Sep 10,2007 Judge HON TIMOTHY J MC
          Defendant STEEL MASONRY INC

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - KENDALL COUNTY CIRCUIT CLERK          CSP048
Case 1:08-cv-01200   Document 32-2   Filed 04/29/2008   Page 9 of 14
                                                    Date:   3/28/2008
               CH - MECHANIC LIEN FORECLOSE          Time: 13/19/26
                                                     Page:   3
   2007 CH 000389   Judge: HON TIMOTHY J MC CANNFrom  0/00/0000 To 99/99/9
                                                     User: YSMF

___Date___

9/19/2007 SUMMONS SERV W/AFFIDAVIT; FLD Sep 10,2007 Judge HON TIMOTHY J MC
          Defendant ILLINOIS BRICK COMPANY

9/19/2007 SUMMONS SERV W/AFFIDAVIT; FLD Sep 14,2007 Judge HON TIMOTHY J MC
          Defendant R & J CONTRUCTION SUPPLIES

9/19/2007 SUMMONS SERV W/AFFIDAVIT; FLD Sep 07,2007 Judge HON TIMOTHY J MC
          Defendant GRUNDY RED-MIX INC

10/26/2007 NOT/FILING; FLD

10/26/2007 MOTION TO DISMISS; FLD
           Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

10/31/2007 NOT/FILING; FLD

10/31/2007 PROOF OF SERVICE; FLD

11/05/2007 APPEARANCE; FLD Defendant MIDWEST BANK & TRUST CO

11/05/2007 NOT/MOTION; FLD
           MOTION/PETITION HEARING Nov 21,2007 09:00AM Rm86
           Judge HON TIMOTHY J MC
           Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

11/05/2007 PROOF OF SERVICE; FLD

11/05/2007 MO LEAVE TO FILE PETN/INTERVENE; FLD
           Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

11/08/2007 Appearance Civil Case Fee $98.00

11/13/2007 NOT/MOTION; FLD
           MOTION/PETITION HEARING Nov 19,2007 09:00AM Judge HON TIMOTHY J MC
           Judge:HON TIMOTHY J MC CAN    Clerk:EFH    M

11/13/2007 MOTION; FLD

11/16/2007 NOT/FILING; FLD

11/16/2007 MEMORANDUM; FLD

11/16/2007 NOT/MOTION; FLD
           MOTION/PETITION HEARING Nov 21,2007 09:00AM Rm86
           Judge HON TIMOTHY J MC
           Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

11/16/2007 MOTION TO DISMISS; FLD
           Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

11/16/2007 AFFIDAVIT


          C O N T I N U E D   O N   N E X T   P A G E

                  CH - MECHANIC LIEN FORECLOSE                   Time: 13/19/26
                                                                 Page:    4
      2007 CH 000389  Judge: HON TIMOTHY J MC CANN From  0/00/0000 To 99/99/9
                                                                 User: YSMF
__Date__
11/21/2007 ORDER FOR HEARING; FLD
           Hearing Jan 11,2008 01:00PM Judge HON TIMOTHY J MC
           Judge:HON TIMOTHY J MC CAN    Clerk:EFH    M

11/21/2007 SUMMONS SERV W/AFFIDAVIT; FLD

11/21/2007 SUMMONS SERV W/AFFIDAVIT; FLD Defendant GRUNDY RED-MIX INC

11/21/2007 SUMMONS SERV W/AFFIDAVIT; FLD Defendant R & J CONTRUCTION SUPPLIES

11/21/2007 SUMMONS SERV W/AFFIDAVIT; FLD Defendant STEEL MASONRY INC

11/21/2007 SUMMONS SERV W/AFFIDAVIT; FLD Defendant ILLINOIS BRICK COMPANY

11/30/2007 AFFIDAVIT OF SERVICE; FLD

12/03/2007 NOT/FILING; FLD

12/03/2007 ANSWER

12/04/2007 CERTIFICATION; FLD
           Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

12/18/2007 PROOF OF SERVICE; FLD

12/19/2007 RESPONSE TO MOTION; FLD

12/19/2007 PROOF OF SERVICE; FLD

12/31/2007 ANSWER; FLD

12/31/2007 AM ANSWER TO COUNTER CLAIM; FLD

 1/11/2008 ORDER CASE CONTINUED - STATUS
           STATUS HEARING Mar 14,2008 09:00AM Rm86   Judge HON TIMOTHY J MC
           Judge:HON TIMOTHY J MC CAN    Clerk:SLG    M

 1/11/2008 AMENDED COMPLAINT; FLD / 2ND;

 1/16/2008 SUMS ISSUED FOREIGN SHERIFF Defendant UNITED STATES ATTORNEYS OFFICE
           Defendant MCCNN INDUSTRIES INC

 2/04/2008 AFD FOR SERVICE BY PUBLICATION; FLD
           Judge:HON TIMOTHY J MC CAN    Clerk:SIK    M

 2/04/2008 AUTHORIZATION TO PLACE LEGAL PUBLICATION; FLD

 2/07/2008 NOT/FILING; FLD

 2/07/2008 PROOF OF SERVICE; FLD

 2/07/2008 AM ANSWER TO AM COMPLAINT; FLD


          C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - KENDALL COUNTY CIRCUIT CLERK                    CSP048
                                                          Date:  3/28/2008
                  CH - MECHANIC LIEN FORECLOSE             Time: 13/19/26
                                                          Page:    5
       2007 CH 000389  Judge: HON TIMOTHY J MC CANNFrom  0/00/0000 To 99/99/9
                                                          User: YSMF

__Date__

2/22/2008 SUMMONS SERV W/AFFIDAVIT; FLD

2/22/2008 NOT/FILING; FLD

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant JACKSON VERNON J
          Defendant JACKSON SAKEENA K  Defendant BROADWAY NEWELL A

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant SIMPSON DION M
          Defendant COVINGTON SHERRIA  Defendant CULOTTA TARA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BATES GINA  Defendant BATES JAME
          Defendant HWIEH OMAYRA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BORJON JEANETTE
          Defendant BORJON GERARDO  Defendant MOUNT NORA S

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant CULOTTA DEAN
          Defendant LANTHIER REBECCA  Defendant HOWARD BEVERLY

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ZAMORA RICARDO
          Defendant MOUNT WAYNE R  Defendant KOSZOLA JOHN R

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant KOSZOLA ANGELA J
          Defendant CALIENDO MEAGAN  Defendant RINEHART DAVID E

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RINEHART EDEN M
          Defendant SMITH FAITH  Defendant SOUVANNASOT JON

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant SMITH JEFFREY
          Defendant HUMBERG CHRISTOPHER  Defendant THOMPSON MICHAEL J

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant KNACK KELLY S
          Defendant BALL BONNER ALICE C  Defendant FRANCIS GARY C

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant KNACK DOUGLAS E
          Defendant FRANCIS KAREN O  Defendant BERMUDEZ FABIAN

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RIGUAL JENNIFER N
          Defendant MCGRATH PATRICK J  Defendant PIETRZYK EDWARD

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ZAMORA JOSE L
          Defendant MCGRATH DARYL L  Defendant PIETRZYK JOLEEN

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ZAMORA GLORIA
          Defendant TYLER LYANNA  Defendant CALIENDO NATHAN II

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant LISKA NICOLE L
          Defendant LISKA MATTHEW J  Defendant ZAMORA ANA J

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant MARTINEZ ADRIANNA
          Defendant KIELAR JOHN  Defendant KIELAR SHANNON M

C O N T I N U E D   O N   N E X T   P A G E

__Date__

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant PRYOR CIRO A
          Defendant LANTHIER MICHAEL S  Defendant PRYOR MARILYN E

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant JAIME GUILLERMO JR
          Defendant MITCHELL BARBARA A  Defendant NORRIS ALTON B

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant NORRIS APRIL D
          Defendant VAN DYKE STEVEN  Defendant VAN DYKE ANGELA K

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant MARTINEZ CONCEPCION
          Defendant BRECKINRIDGE SCOTT  Defendant SYMON MARK

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant SYMON TERESA
          Defendant RINELLA LYNETTE J  Defendant RINELLA ROBERT

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BRINK DAVID A
          Defendant NOLL BRINK BILLY J  Defendant KAUL DONNA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BECCERA ESPERANZA
          Defendant TREVINO CHRISTINA  Defendant TREVINO DANIEL O

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant WANEK DAVID J
          Defendant SAPNU ARNEDO JR  Defendant ADAMS BETH A

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ADAMS SANDRA K
          Defendant SPORE GERALDINE M  Defendant PARDENILLA ARACELI M

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant VAILOCES IMOGENE
          Defendant REAMES MONICA M  Defendant REAMES RANDY W

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BUSCH MICHELLE
          Defendant MISSAK ROSA  Defendant MISSAK BRIAN S

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BEATINGO EDWIN C
          Defendant BEATINGO NICOLE L  Defendant WOZNIAK DENNIS

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant WOZNIAK DIANE L
          Defendant ZEIS STACY  Defendant BOYCE SANDRA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RILEY ANTHONY W
          Defendant RILEY CATHRYN  Defendant RESURRECTION JONATHAN

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant DRISCOLL MICHAEL P
          Defendant BISCAGLIO CHRISTINA M  Defendant CUEVAS TIBURICO

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant CUEVAS ALVARO
          Defendant MARTINEZ JOSE M  Defendant FIELD CHARLES F

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ARMSTRONG KIMBERLY
          Defendant ARMSTRONG LUCIUS  Defendant GARCIA JOSE

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant LIVINGSTON TIMIKO
          Defendant LIVINGSTON JANICE B  Defendant SCHREINER MATTHEW J

C O N T I N U E D   O N   N E X T   P A G E

CH - MECHANIC LIEN FORECLOSE

2007 CH 000389  Judge: HON TIMOTHY J MC CANNFrom  0/00/0000 To 99/99/9
User: YSMF

__Date__

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant KOLASKI DAWN M
          Defendant SIMPSON BETTY J  Defendant TENORIO LORAINNE M

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant TENORIO JOSE A
          Defendant TENORIO LORAINNE M  Defendant ZAMORA FERNANDO

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant LUIS MARIA
          Defendant ZAMORA ENRIQUE  Defendant ZARATE RICARDO JR

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant WILSON RICHARD F
          Defendant WILSON PAULA A  Defendant FURMANSKI DOREEN J

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant JARMON STEPHANIE A
          Defendant IDROVO CARMEN D  Defendant IDROVO ARIOLFO A

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant NAVARRO ANA
          Defendant THOMPSON RODERICK  Defendant DOWLING BEVERLY

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ESPARZA NATIVIDAD
          Defendant MARTINEZ ANTONIA  Defendant LATURELL LISA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant LUCIANO OSCAR III
          Defendant MONTESINOS GUTEMBERG  Defendant CAULIFLOWER HERMINIA V

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant LATIMORE SAVANA N
          Defendant CAMPBELL RUBEN K  Defendant OCEGUEDA MARIA L

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant OCEGUEDA ALEJANDRO
          Defendant REYES ADELA  Defendant LUEVANO ELIZABETH

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant CASILLAS CHRISTINE F
          Defendant CASILLAS MIKE  Defendant OTTO SARA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RADEJEWSKI BRIAN
          Defendant LOERA JOSE D  Defendant ALFONSO EDINA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant ALFONSO JESUS
          Defendant HUERTA ERIC  Defendant SUSTAITA PETER J

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BOKUNIEWICZ JOSEPH
          Defendant BOKUNIEWICZ MARILYN  Defendant WHITT STEPHEN J

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RAMOCKI LISA M
          Defendant ZBROSKEWICH LINDA  Defendant ZBROSKEWICH JESSE

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant MARTINEZ VICTOR M
          Defendant AVILLA GABRIELLA  Defendant MONTES DE OCA MARICELA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant CARRILO OSCAR
          Defendant URIBE NANCY  Defendant URIBE JOSEPH

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant RODRIGUEZ SANTIAGO A
          Defendant GONZALEZ JUAN  Defendant BECERRA DORA A

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET KENDALL COUNTY CIRCUIT CLERK
Case 1:08-cv-01266 Document 32-2 Filed 04/29/2008 Page 14 of 14   CSP048
Date:  3/28/2008
Time: 13/19/26
Page:   8
User: YSMF

CH - MECHANIC LIEN FORECLOSE

2007 CH 000389  Judge: HON TIMOTHY J MC CANN  From 0/00/0000 To 99/99/9

__Date__

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant BECERRA MIGUEL A
          Defendant BECERRA ROSA I  Defendant KOSINSKI JOANNE

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant KOSINSKI MARK A
          Defendant GRANGO ALEX  Defendant GRANGO LUPE

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant GOMEZ ROSA
          Defendant GOMEZ RIGOBERTO  Defendant PEREZ LEONARDO

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant PEREZ TIFFANY
          Defendant MCKIRDIE KELLY A  Defendant MCKIRDIE MICHAEL B

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant HONECK AMARA
          Defendant HONECK STEWART G IV  Defendant JOHANNESSEN CHRISTINA T

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant JOHANNESSEN THOMAS L JR
          Defendant REYES CENORINA  Defendant HERNANDEZ ISHMAEL C

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant MROZ JACLYN
          Defendant MCREYNOLDS WILLIE  Defendant MCREYNOLDS PAMELA

2/27/2008 SUMS ISSUED COUNTY SHERIFF Defendant JACOBSON TINA
          Defendant JACOBSON RANDY  Defendant LAKEWOOD PRAIRIE LLC

2/27/2008 NOT/FILING; FLD

2/27/2008 ANSWER; FLD

2/27/2008 COUNTER CLAIM; FLD

2/27/2008 PROOF OF SERVICE; FLD

2/28/2008 NOT/FILING; FLD

3/04/2008 Counter Claim Fee $100.00

3/04/2008 Copies Fee $9.50  Plaintiff LAKEWOOD PRAIRIE LLC

3/14/2008 ORDER CASE CONTINUED - STATUS
          STATUS HEARING Mar 13,2009 09:00AM Judge HON TIMOTHY J MC
          Judge:HON TIMOTHY J MC CAN   Clerk:APH   M