## SIXTEENTH JUDICIAL CIRCUIT
## NEW CASE INFORMATION SHEET

Case No.: **2007 CH 0389**

FILED
AUG 1 6 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

Lakewood Prairie, LLC

Ibarra Concrete Company, Vulcan Construction Materials LP d/b/a Vulcan Materials Company Howard B. Samuels as Assignee for the Benefit of the Ibarra Concrete Company Trust, Grundy Red-Mix, Inc., R & J Construction Supplies, Illinois Brick Company, Steel Masonry, Inc., Unknown Owners and Unknown Necessary Parties

Plaintiff/Petitioner     Defendant/Respondent     File Stamp

**All Parties must be listed on new case filing sheet, or on an attached sheet following the same format as below. (PLEASE TYPE OR PRINT).**

1. Case Type __CH__  2. Sub Case Type __0703__  3. Claim Amount _____  4. Jury _____ (yes/no)
   (See reverse for codes)     (See reverse for codes)

5. Return date/time (where return date summons is used) _____

6. Plaintiff Attorney's Name & ARDC number: Michael T. Nigro, ARDC No. 2054051
   Howard Turner, ARDC No. 2868482

7. First named **Plaintiff**: Lakewood Prairie, LLC
   Address: 9 East Loockerman Street, Suite 1B
   City: Dover          State/Zip Code: IL 19901     Phone #: _____

8. Additional Plaintiff/AKA/DBA/FKA/NKA/Other: _____
   Address: _____
   City: _____    State/Zip Code: _____   Phone #: _____

9. Additional Plaintiff/AKA/DBA/FKA/NKA/Other: _____
   Address: _____
   City: _____    State/Zip Code: _____   Phone #: _____

10. First named **Defendant**: Ibarra Concrete Company, c/o Alberto Ibarra
    Address: 3403 Green Pastures Road
    City: Carpentersville   State/Zip Code: IL 60110   Phone #: _____

11. Additional Defendant/AKA/DBA/FKA/NKA/Other: Vulcan Construction Materials, LP d/b/a Vulcan Materials Company
    Address: c/o Patrick Mazza, Patrick Mazza & Associates
    City: 290 S. Main Place, #101 Carol Stream   State/Zip Code: IL 60188   Phone #: _____

12. Additional Defendant/AKA/DBA/FKA/NKA/Other: Howard B. Samuels as Assignee for of the Ibarra Concrete Company Trust
    Address: c/o Rally Capital, 350 N. LaSalle Street, Suite 1100
    City: Chicago,     State/Zip Code: IL 60601   Phone #: _____

SEE ATTACHED SERVICE LIST

EXHIBIT 3

## LIST FOR SERVICE OF SUMMONS IN
## GENERAL SETTLEMENT ACTION

1. IBARRA CONCRETE COMPANY
c/o Alberto Ibarra, 3403 Green Pastures Road
Carpentersville IL.

2. VULCAN CONSTRUCTION MATERIALS LP
3. d/b/a VULCAN MATERIALS COMPANY
(Mail Copy of Complaint to Patrick Mazza)

4. HOWARD B. SAMUELS AS ASSIGNEE FOR THE
BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST,
c/o Rally Capital LLC 350 N. LaSalle St, Suite 1100, Chicago IL 60601

5. GRUNDY RED-MIX, INC, a/k/a Grundy County Redi-Mix, Inc.
385 Roosevelt Street, Morris, Illinois 60450

6. R & J CONSTRUCTION SUPPLIES
30 W. 180 Butterfield Road, Warrenville IL. 60555

7. ILLINOIS BRICK COMPANY
7601 W. 79th Street Bridgeview, IL. 60455

8. STEEL MASONRY, INC.,
C/o ROBERT J HENNESSY
11800 S 75TH AVE 101,
PALOS HEIGHTS IL 60463