Page    1

2007-CH-000389                                         9146819

Plaintiff                    DEFENDANT

LAKEWOOD PRAIRIE             IBARRA CONCRETE CO

001        198.00 PETN FOR MECHANICS LIEN F        1001 LAKEWOOD PRAIRIE
Total      198.00

| | |
|---|---:|
| CLERK FEE | 150.00 |
| COURT AUTOMATION FUND | 5.00 |
| COURT SECURITY FEE | 20.00 |
| LAW LIBRARY FEE | 13.00 |
| DOCUMENT STORAGE FEE | 5.00 |
| COURT SYSTEM FEE | 5.00 |
| Total | 198.00 |
| Bond Used | |
| Cash | |
| Check | 198.00 |
| Total Tendered | 198.00 |
| Change Due | |
| Balance Due | .00 |

Check #  49763           Check Date 08/15/2007

**EXHIBIT 4**

By: _____       Batch 08-161-038 Date 08/16/2007 Time 17:18:04
Deputy Clerk:   SIK YSIK