IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

FILED
AUG 16 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

2007-CH 0389

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| IBARRA CONCRETE COMPANY | ) |
| VULCAN CONSTRUCTION MATERIALS LP | ) |
| d/b/a VULCAN MATERIALS COMPANY | ) |
| HOWARD B. SAMUELS AS ASSIGNEE FOR THE | ) |
| BENEFIT OF THE IBARRA CONCRETE | ) |
| COMPANY TRUST, GRUNDY RED-MIX, INC, | ) |
| R & J CONSTRUCTION SUPPLIES | ) |
| ILLINOIS BRICK COMPANY | ) |
| STEEL MASONRY, INC., UNKNOWN OWNERS | ) |
| and UNKNOWN NECESSARY PARTIES | ) |

### AFFIDAVIT AS TO UNKNOWN OWNERS AND UNKNOWN NECESSARY PARTIES

**Howard M. Turner** being first duly sworn on oath, depose and states that he is one of the attorneys for Lakewood Prairie, LLC, an Illinois limited liability company, in the above entitled cause, and is agent in this behalf, and is duly authorized to make this Affidavit.

**DEPONENT** further states that in addition to the persons designated by name as Defendants herein, other persons in addition to those hereinbefore made Defendants whose names are unknown, who do or may claim some right, title, interest or lien in fee, or some lesser estate, vested or contingent, in reversion, remainder or expectancy, or some inchoate or consummate dower or dower right in, to or upon the real estate hereinbefore described, or some part or parts thereof; that it is not known and cannot be ascertained whether or not any of the person or persons named in the above and foregoing claim be living or dead and therefore, there may be unknown heirs or devisees of any of the aforesaid made parties, which persons may claim right, title or interest or lien in fee or some lesser estate, vested or contingent, in reversion, remainder or expectancy, or some inchoate or consummate dower or dower right in, to or upon the real estate hereinbefore described, or some part or parts thereof; but that the names of any such persons or persons who may claim an interest in the real estate either as unknown owners or

EXHIBIT 5

/374316.v 1 8/13/2007 11:58 AM

as heirs or devisees of the named parties are unknown to the Plaintiff and therefore the plaintiff makes all such persons defendants to this claim by the name and description of "**UNKNOWN OWNERS**".

**DEPONENT** further states that in addition to the persons designated by name as Defendants herein, there may be other persons interested in this action, including persons who are owners of legal or equitable interests in the real estate, persons in the chain of contracts between the Plaintiff and the owner, persons who have asserted or may assert liens against the real estate under The Illinois Mechanics Lien Act, and any other person against whose interest in the real estate the Plaintiff asserts a claim whose claims or interests are not disclosed by a document recorded at the time a proper *lis pendens* of the action under 735 ILCS 5/2-1901 has been recorded (or if the action is instituted as a mortgage foreclosure at the time a proper notice of foreclosure under 735 ILCS 5/15-1503 has been recorded), and all such persons are named and made parties defendant to this proceeding under the description of "**UNKNOWN NECESSARY PARTIES** pursuant to 770 ILCS 60/11.

**FURTHER**, Deponent Sayeth Not.

_____
HOWARD M. TURNER

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 13th DAY OF August, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHELLE A. FISCHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-5-2010

HOWARD M. TURNER
#10092
222 North LaSalle Street
Chicago, IL 60601
312/236-3003