Circuit Court Summon                                     81-101 (Rev. 9/85)

UNITED STATES OF AMERICA
STATE OF ILLINOIS                              COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC </br> Plaintiff(s) </br></br> -vs- </br></br> IBARRA CONCRETE COMPANY, VULCAN </br> CONSTRUCTION MATERIALS LP D/B/A </br> VULCAN MATERIAL COMPANY, ET.AL. </br> Defendant(s) | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> 2007-CH-0389 </br> File Stamp Here |

**SUMMONS**

To each Defendant: **See attached Service List**

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Yorkville, Illinois.
Dated Dec 16, 2007

_____
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20____.
(To be inserted by officer on copy left with defendant or other Person.)

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249

EXHIBIT
7

## LIST FOR SERVICE OF SUMMONS IN
## GENERAL SETTLEMENT ACTION

1. IBARRA CONCRETE COMPANY
c/o Alberto Ibarra, 3403 Green Pastures Road
Carpentersville IL.

2, 3. VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY
(Mail Copy of Complaint to Patrick Mazza)

4. HOWARD B. SAMUELS AS ASSIGNEE FOR THE
BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST,
c/o Rally Capital LLC 350 N. LaSalle St, Suite 1100, Chicago IL 60601

5. GRUNDY RED-MIX, INC, a/k/a Grundy County Redi-Mix, Inc.
385 Roosevelt Street, Morris, Illinois 60450

6. R & J CONSTRUCTION SUPPLIES
30 W. 180 Butterfield Road, Warrenville IL. 60555

7. ILLINOIS BRICK COMPANY
7601 W. 79th Street Bridgeview, IL. 60455

8. STEEL MASONRY, INC.,
C/o ROBERT J HENNESSY
11800 S 75TH AVE 101,
PALOS HEIGHTS IL60463