SPECIAL PROCESS SERVER MOTION (MOTION –AFFI'  'T ORDER)     2229(REV. 1/99)

**UNITED STATES OF AMERICA**

STATE OF ILLINOIS     COUNTY OF KENDALL

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

Lakewood Prairie, LLC
                   Plaintiff

v.

Ibarra Concrete Company, Vulcan Construction Mtaerials LP d/b/a Vulcan Materials Company, et.al.
                   Defendant

CASE NUMBER: 2007-CH-0359

FILE STAMP HERE

## MOTION

Now comes the Plaintiff **Lakewood Prairie, LLC** and moves the Court to appoint: **George Pierce**, a private individual over eighteen years of age and not a party to this action to serve all writs of summons and any other writ or process required and not a party to this matter to serve all writs of summons and any other writ or process required to be served in the above captioned action.

Name: Nigro & Westfall, P.C.
Attorney for Plaintiff
ARDC Attorney No. 2054051
1793 Bloomingdale Rd.

(630) 682-9872
Glendale Heights IL 60139

## AFFIDAVIT

George Pierce being first duly sworn upon oath deposes and says:
1. That he/she is an adult over eighteen years of age.
2. That he/she is a citizen of the United States of America.
3. That he/she is not a party to the above captioned matter.
4. That this affidavit is made for the purpose that the Court grant leave allowing him/her to serve all writs of summons, writs and other process as from time to time are necessary in the above captioned action.

SUBSCRIBED AND SWORN to before me this ___ day of _____

Notary Public

OFFICIAL SEAL
MARGARET WALTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/04/09

## ORDER

This matter coming before this court on written motion of the Plaintiff or the attorney for the plaintiff requesting the court to exercise its discretion under 735 ILCS 5/2-202, Civil Practice Act, and the Court being fully advised in the premises; the Court finding that **George Pierce** is a private individual over eighteen years of age and not a party to this action.

**IT IS THEREFORE ORDERED** that **George Pierce** be and he/she is hereby appointed to serve all writs of summons, writs and other process as are from time to time necessary in the above captioned matter. **IT IS FURTHER ORDERED** that their returns on said writs of summons, writs and other process shall be made by affidavit to this court.

DATE: 8-17-07

Judge

BECKY MORGANEGG    CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, IL 60560-9249

EXHIBIT 8