Case 1:08-cv-01200   Document 32-10   Filed 04/29/2008   Page 1 of 1

Page   1

2007-CH-000389                                                      9172628

Plaintiff                    DEFENDANT                       Attorney

LAKEWOOD PRAIRIE LLC         IBARRA CONCRETE CO              MICHAEL T. NIGRO
9 EAST LOOCKERMAN STREET     3403 GREEN PASTURES ROAD        1793 BLOOMINGDALE RD
SUITE 1B                     % ALBERTO IBARRA                .
DOVER, IL 19901              CARPENTERSVILLE, IL 60110

001            98.00 Appearance Civil Case           2005 GRUNDY RED-MIX INC
Total          98.00

CLERK FEE                                                           50.00
COURT AUTOMATION FUND                                                5.00
COURT SECURITY FEE                                                  20.00
LAW LIBRARY FEE                                                     13.00
DOCUMENT STORAGE FEE                                                 5.00
COURT SYSTEM FEE                                                     5.00
Total                                                               98.00
                                                     Bond Used
                                                     Cash
Check #   27382        Check Date 09/14/2007         Check              98.00
                                                     Total Tendered     98.00
                                                     Change Due
                                                     Balance Due          .00

EXHIBIT 9

By: _____          Batch 09-181-023 Date 09/18/2007 Time 12:04:21
Deputy Clerk:   SIK YSIK