IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CAUSE NO. 2007-CH-0389

LAKEWOOD PRAIRIE, LLC,

                  Plaintiff,

vs.

IBARRA CONCRETE COMPANY, VULCAN
MATERIALS LP d/b/a/ VULCAN MATERIALS
COMPANY, HOWARD B. SAMUELS, as
Assignee for the Benefit of the Ibarra Concrete
Trust, GRUNDY REDI-MIX, INC., R. J.
CONSTRUCTION SUPPLIES, ILLINOIS
BRICK COMPANY, STEEL MASONRY, INC.,
UNKNOWN OWNERS and UNKNOWN
NECESSARY PARTIES,

                  Defendants.

**FILED**
SEP 18 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

## APPEARANCE

    The undersigned, John V. Hanson, of Hanson and Hanson Attorneys at Law, P.C. enters his appearance as Regular Counsel on behalf of Defendant, GRUNDY REDI-MIX, INC., in the above cause.

                                          GRUNDY REDI-MIX, Defendant,

                                          By _/s/ John V. Hanson_____
                                                One of its Attorneys

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700



EXHIBIT 10