Circuit Court Summons                                          81-101 (Rev. 9/85)

UNITED STATES OF AMERICA
STATE OF ILLINOIS                                    COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | |
| Plaintiff(s) ) | |
| ) | |
| -vs- ) | No. 07 CH 389 |
| ) | |
| IBARRA CONCRETE COMPANY, VULCAN ) | |
| CONSTRUCTION MATERIALS LP D/B/A ) | |
| VULCAN MATERIAL COMPANY, ET.AL. ) | |
| Defendant(s) ) | File Stamp Here |

**ALIAS SUMMONS**

To:  Alberto Ibarra, Officer or any Authorized Officer or Agent of Ibarra Concrete Company, 2205 Point Blvd., Elgin, IL 60123
Howard B. Samuels as Assignee for the Benefit of the Ibarra Concrete Company Trust, c/o Rally Capital, LLC, 350 North LaSalle Street, Suite 1100, Chicago, IL 60601

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Wheaton, Illinois.
Dated September 17, 2007

_Becky Morganegg_ Anur
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20____.
(To be inserted by officer on copy left with defendant or other Person. )

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249

EXHIBIT 11