Page    1

2007-CH-000389                                          9173541

Plaintiff                  DEFENDANT                  Attorney

LAKEWOOD PRAIRIE LLC        IBARRA CONCRETE CO         MICHAEL T. NIGRO
9 EAST LOOCKERMAN STREET    3403 GREEN PASTURES ROAD   1793 BLOOMINGDALE RD
SUITE 1B                    % ALBERTO IBARRA           .
DOVER, IL 19901             CARPENTERSVILLE, IL 60110

001          4.00 Alias Summons              1001 LAKEWOOD PRAIRIE LLC
Total        4.00


CLERK FEE                                        4.00
Total                                            4.00
                                Bond Used
                                Cash                 4.00
                                Total Tendered       4.00
                                Change Due
                                Balance Due           .00

By: _____
Deputy Clerk:    AMS AMS              Batch 09-191-003 Date 09/19/2007 Time   9:58:12

EXHIBIT
12
PENGAD 800-631-6989