FILED
SEP 19 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

STATE OF ILLINOIS          COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP ) <br> D/B/A VULCAN MATERIALS COMPANY ) <br> Plaintiff, ) <br> -vs- ) <br> LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE ) | Case No. 2006 CH 0360 |
| Lakewood Prairie v Ibarra Concrete | 2007 CH 389 |
| Vulcan Construction v Ibarra Concrete | 2007 CH 062 |

## ORDER TO CONSOLIDATE CASES

THIS CAUSE coming on to be heard on the motion of Lakewood Prairie, LLC to consolidate, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: The following cases are hereby consolidated

Vulcan Construction vs. Lakewood LLC   Case No.   2006 CH 0360
Lakewood Prairie v Ibarra Concrete                2007 CH 389
Vulcan Construction v Ibarra Concrete             2007 CH 062

Said cases shall be consolidated into 2007 CH 389.

The status date of September 24, 2007 is stricken and the case is set for status on _November 21_, 2007 at 9:00 a.m. All provisions of Section 2.1402 prohibiting transfer of funds and or property of the debtor Ibarra Concrete shall remain in effect until further order of court. All future pleadings to use case # 07-CH-389

Dated: September ___, 2007

ENTER: _____
                JUDGE

Michael T. Nigro
Attorney for Lakewood Prairie,
LLC and LaSalle Bank, N.A.
NIGRO & WESTFALL, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630) 682-9872,  ARDC No. 2054051

EXHIBIT 14