SEP 19 2007

BECKY MORGANEGG
CLERK KENDALL CO.

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

GEN. NO. 07CH389

Lakewood Prarrie **PLAINTIFF(S)** VS. Ibarra Concrete **DEFENDANT(S)**

| JUDGE McCann | COURT REPORTER | PLTF. ATTY. | CHECK IF PRESENT |
|---|---|---|---|
| DEPUTY CLERK | A copy of this order ☐ should be sent to: ☐ has been sent to: | DEFT. ATTY. | |

Plaintiff present in Open Court ☐ Yes ☒ No    Defendant present in Open Court ☐ Yes ☒ No
(If by attorney, see above)

agreed **ORDER**
☐ CONTINUANCE  ☐ JUDGMENT  ☒ MISC.

THE COURT BEING ADVISED IN THE PREMISES :
It is ordered:
On motion of _Court_ that
this cause be continued to _____,
20___.
Time _____ AM  PM  Room No. _____
Judge _____
☐ _____ MUST APPEAR
for:
☐ Hearing on Motion/Petition
for/to: _____
☐ Default/judgment
☐ Dismiss/setting
☐ Proof of damages
☐ Trial
☐ Other (describe):

It is ordered as follows:
☐ Dismissed without prejudice
☐ Dismissed with prejudice
☐ Judgment to enter:
   ☐ By default
   ☐ Upon trial or hearing
   ☐ Defendant having admitted liability
   ☐ Proof of damages made
   ☐ Proof of reasonable attorney's fees made
☐ Strike pending dates
☐ Discharge rule to show cause
☐ Dismiss citation
☐ Alias _____ to issue
In favor of _____
and against _____
in the amount of $ _____
$ _____
$ _____

**EXHIBIT 15**

☐ Misc. Orders: _Atty Deborah Thomas is granted leave to file Answer to Complaint. Citation date of 9-24-07 is stricken and Citation is continued to November 21, 2007 at 9:00 AM._

Date 9/19/07    Enter: _____ (Judge)