FILED
SEP 19 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

GEN. NO. 07CH389

Lakewood Prairie    VS.    Ibarra Concrete
PLAINTIFF(S)                DEFENDANT(S)

JUDGE: McCann
COURT REPORTER:
DEPUTY CLERK:
A copy of this order ☐ should be sent to: ☐ has been sent to:
PLTF. ATTY.
DEFT. ATTY.
— CHECK IF PRESENT —

Plaintiff present in Open Court ☒ Yes ☐ No
Defendant present in Open Court ☐ Yes ☒ No
(If by attorney, see above)

## ORDER
☒ CONTINUANCE ☐ JUDGMENT ☐ MISC.

THE COURT BEING ADVISED IN THE PREMISES:
It is ordered:
On motion of __Court__ that this cause be continued to __11/21__, 20 __07__.
Time __9:00__ ☒AM ☐PM Room No. __1__
Judge __McCann__

☐ _____ MUST APPEAR
for:
☐ Hearing on Motion/Petition
for/to: _____

☐ Default/judgment
☐ Dismiss/setting
☐ Proof of damages
☐ Trial
☒ Other (describe):

It is ordered as follows:
☐ Dismissed without prejudice
☐ Dismissed with prejudice
☐ Judgment to enter:
  ☐ By default
  ☐ Upon trial or hearing
  ☐ Defendant having admitted liability
  ☐ Proof of damages made
  ☐ Proof of reasonable attorney's fees made
☐ Strike pending dates
☐ Discharge rule to show cause
☐ Dismiss citation
☐ Alias _____ to issue

In favor of _____
and against _____
in the amount of $ _____, costs of
$ _____ and Attorney's fees of
$ _____.

☐ Misc. Orders: __Citation continued to this date__

Date __9-19-07__   Enter: _____ (Judge)

EXHIBIT 16