# IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

GEN. NO. 2007 CH 389

FILED
SEP 19 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

LAKEWOOD PRAIRIE, LLC

Plaintiff

IBARRA CONCRETE COMPANY, VULCAN CONSTRUCTION MATERIALS LP d/b/a VULCAN MATERIALS COMPANY ET AL.

Defendant

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

(NAME)      (ADDRESS)

(CITY)      (STATE)      (ZIP CODE)

YOU ARE HEREBY NOTIFIED that on September 19, 2007 at the hour of 9:00, A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge McCann in Court Room 1, or any other judge sitting in his/her stead in the courtroom usually occupied by him/her in the Kendall County Courthouse, 807 West John Street, Yorkville, Illinois, and then and there present Plaintiffs Amended Motion to Consolidate _____ at which time and place you may appear if you so see fit.

(SIGNATURE)

### AFFIDAVIT OF SERVICE

The undersigned, being duly sworn on oath, certifies that on September 10, 2007 he/she served this notice together with the foregoing Motion, by mailing in an envelope plainly addressed to the above attorneys or party listed above, by depositing it in a U.S. Post Office Box in Chicago, Illinois, with postage fully prepaid

(SIGNATURE)

SUBSCRIBED AND SWORN to before me this September day of 10, 2007.

OFFICIAL SEAL
KERRIE CLEVE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-28-2010

Notary Public
Kerrie Cleve
Name: Howard M. Turner/Gould & Ratner
Atty Registration # 2868482
Atty for Plaintiff
Address 222 N LaSalle Street
City Chicago, IL 60601
Tel. 312-236-3003
Fax 312-236-3241

EXHIBIT 18

American LegalNet, Inc.
www.USCourtForms.com
#21

## SERVICE LIST FOR CONSOLIDATED ACTION

PATRICK MAZZA & ASSOCIATES
290 S. MAIN PLACE #101
Carol Stream IL. 60188-2476

IBARRA CONCRETE COMPANY
c/o Alberto Ibarra, 3403 Green Pastures Road
Carpentersville IL.

VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY
(Mail Copy of Complaint to Patrick Mazza)

HOWARD B. SAMUELS AS ASSIGNEE FOR THE
BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST,
c/o Rally Capital LLC 350 N. LaSalle St, Suite 1100, Chicago IL 60601

GRUNDY RED-MIX, INC, a/k/a Grundy County Redi-Mix, Inc.
385 Roosevelt Street, Morris, Illinois 60450

R & J CONSTRUCTION SUPPLIES
30 W. 180 Butterfield Road, Warrenville IL. 60555

ILLINOIS BRICK COMPANY
7601 W. 79th Street Bridgeview, IL. 60455

STEEL MASONRY, INC.,
C/o ROBERT J HENNESSY
11800 S 75TH AVE 101,
PALOS HEIGHTS IL60463