IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS

GEN. NO.: **2007-CH-0389**

I, **Donald J. Bolton**, being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or

on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | |
| (Address) | Ht | |
| (City, State) | Wt. | |
| | Race | |
| | Age | |

**FILED SEP 19 2007 BECKY MORGANEGG CIRCUIT CLERK KENDALL CO.**

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☒Male ☐Female | |
| (Address) | | Ht. **5'7"** | |
| (City, State) | | Wt. **165 lbs.** | |
| | | Race **White** | |
| | | Age **45** | (Mailed) |

III. Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Steel Masonry Inc.** | **Robert Hennessy (Attorney)** | **9/10/07 12:42pm** |
| (Address) **7601 S. 75th Ave. 101** | | |
| (City, State) **Palos Heights, Il 60463** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:
THIS 10th DAY of September, 2007

_____
Notary Public
My commission expires: 3/31/09

"OFFICIAL SEAL
JENELL REEVES-BRINK
NOTARY PUBLIC STATE OF ILLINOIS
Commission Expires 03/31/..."

_____
Donald J. Bolton
Illinois License# 117-001122

Fees: $ _____

EXHIBIT 19