IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS

GEN. NO.: **2007-CH-0389**

I, **Donald J. Bolton,** being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I.  That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or _____ on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | **FILED** |
| (Address) | Ht. | **SEP 19 2007** |
| (City, State) | Wt. | **BECKY MORGANEGG** |
|  | Race | **CIRCUIT CLERK KENDALL CO.** |
|  | Age |  |

II.  Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) |  | ☐Male ☒Female |  |
| (Address) |  | Ht. **5'7"** |  |
| (City, State) |  | Wt. **115 lbs.** |  |
|  |  | Race **White** | (Mailed) |
|  |  | Age **60** |  |

III.  Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Illinois Brick Company** | **Marilyn Mcilvoy (Receptionist)** | **9/10/07 11:01am** |
| (Address) **7601 W. 79th Street** |  |  |
| (City, State) **Bridgeview, Il 60455** |  | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS 10th DAY of September, 2007

_____
Notary Public

My commission expires: 3/31/09

**"OFFICIAL SEAL"**
JENELL REEVES-BRINKER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/2009

_____
**Donald J. Bolton**
Illinois License# 117-001122

Fees: $ _____

EXHIBIT **20**