IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: **2007-CH0389**

I, **George Pierce,** being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (____) on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☒Female | **FILED** |
| (Address) | Ht. 5'7" | **SEP 19 2007** |
| (City, State) | Wt. 120 | BECKY MORGANEGG CIRCUIT CLERK KENDALL CO. |
|  | Race White |  |
|  | Age 43 |  |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) |  | ☐Male ☐Female |  |
| (Address) |  | Ht. |  |
| (City, State) |  | Wt |  |
|  |  | Race |  |
|  |  | Age | (Mailed) |

III. Corporate Defendants: By leaving a copy (SUMMONS AND COMPLAINT) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **R&J Construction Supplies** | Lorri Buss, Office Manager | 09/14/07 |
| (Address) **30W180 Butterfield Road** |  | 11:15 AM |
| (City, State) **Warrenville, IL. 60555** |  | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS _17th_ DAY of September, 2007

Notary Public — Ann K. Bridge
Notary Public, State of Illinois
My Commission Expires 06/01/08

My commission expires: _____

GEORGE PIERCE
LICENSED PRIVATE DETECTIVE  Illinois License #115-001381

Fees: $ 75.00

EXHIBIT 21