IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: __2007-CH0389__

**FILED**

**SEP 1 9 20**

BECKY MORGANE
CIRCUIT CLERK KENDALL

I, <u>George Pierce,</u> ,being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I.     That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or
(____)
on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☒Male ☐Female | |
| (Address) | Ht. | |
| (City, State) | Wt. **210** | |
| | Race **White** | |
| | Age **52** | |

II.     Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☐Female | |
| (Address) | | Ht. | |
| (City, State) | | Wt | |
| | | Race | |
| | | Age | |
| | | | (Mailed) |

III.     Corporate Defendants: By leaving a copy (<u>SUMMONS AND COMPLAINT</u>)
with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Grundy Red-Mix, Inc.** | **Jerry Nugent, Dispatcher** | **09/07/07** |
| (Address)     **385 Roosevelt Street** | | **1:45 PM** |
| (City, State) **Morris, IL. 60450** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS _17th_ DAY of September, 2007

_Ann K Bridge_
Notary Public

My commission expires: ___Ann K. Bridge___

**"OFFICIAL SEAL"**
Ann K. Bridge
Notary Public, State of Illinois
My Commission Expires 06/01/08

_George Pierce_
GEORGE PIERCE
LICENSED PRIVATE DETECTIVE   Illinois License #115-001381

Fees: $ 95.00

**EXHIBIT**
22

PENGAD 800-631-6989