IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) |
| Plaintiffs, | ) |
| Vs. | ) Case No. 07 CH 0389 |
| IBARRA CONCRETE COMPANY, VULCAN CONSTRUCTION MATERIALS COMPANY LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST, GRUNDY REDI-MIX, INC., R & J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY STEEL MASONRY, INC., UNKNOWN OWNERS AND UNKNOWN NECESSARY PARTIES | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: See Attached Service List

**YOU ARE HEREBY NOTIFIED** that on October 24, 2007, the attached Defendant, Grundy County Redi-Mix, Inc.'s Motion to Dismiss Pursuant to 735 ILCS 5/2-615 was filed on behalf of Defendant, in the office of the Circuit Clerk of Kendall County, 807 John Street, Yorkville, Illinois 60560.

GRUNDY COUNTY REDI-MIX, INC.

BY: _____
Its Attorney

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700

Of Counsel:
Paul E. Root
Attorney No. 2376121
P.O. Box 688
Morris, Illinois 60450
(815)942-4932

EXHIBIT 23



## PROOF OF SERVICE

The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law, P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that on October 24, 2007, a copy of the foregoing instrument was served upon the following:

Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, Illinois 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, Illinois 60139

by the method specified below:

\_\_\_\_\_ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

\_✓\_ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

\_\_\_\_\_ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

\_\_\_\_\_ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by <u>certified mail, return receipt requested</u>, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

\_\_\_\_\_ by serving a copy of the foregoing instrument to such person in open court on the date specified.

_____
Sarah Snyder