IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> IBARRA CONCRETE COMPANY, ) <br> VULCAN CONSTRUCTION MATERIALS ) <br> COMPANY LP, d/b/a VULCAN MATERIALS ) <br> COMPANY, HOWARD B. SAMUELS AS ) <br> ASSIGNEE FOR THE BENEFIT OF THE ) <br> IBARRA CONCRETE COMPANY TRUST, ) <br> GRUNDY REDI-MIX, INC., R & J ) <br> CONSTRUCTION SUPPLIES, ILLINOIS ) <br> BRICK COMPANY STEEL MASONRY, INC., ) <br> UNKNOWN OWNERS AND UNKNOWN ) <br> NECESSARY PARTIES ) <br> ) <br> Defendants. ) | Case No. 07 CH 0389 |

## DEFENDANT, GRUNDY REDI-MIX, INC.'S
## MOTION TO DISMISS PURSUANT TO 735 ILCS 5/2-615

NOW COMES the Defendant, GRUNDY COUNTY REDI-MIX, INC., ("Grundy"), by its attorneys, John V. Hanson and Paul E. Root, and moves this Court for the entry of an order dismissing the Plaintiff's Complaint with prejudice, for the reason that it is substantially insufficient in law.

In support of this Motion, Grundy states as follows:

1. On August 16, 2007, the Plaintiff filed its Complaint for General Settlement pursuant to 770 ILCS 60/30.

2. 770 ILCS 60/30 authorizes a complaint for general settlement if there are several liens under §§21 and 22 of the Mechanics Lien Act upon the same premises.


EXHIBIT 24

3. A Complaint for General Settlement pursuant to 770 ILCS 60/30 must be filed by an *owner* of the premises affected, or by a person having one of the liens affecting the premises.

4. An owner under 770 ILCS 60/30 has the same meaning as in 770 ILCS 60/1, which enumerates the estates to which §§21 and 22 mechanic's liens extend. Hacken v. Isenberg, 288 Ill.589 (1919).

5. In its Complaint, Plaintiff fails to allege that it is the owner of the premises affected or that it is a person having a lien against the premises.

6. To the contrary, Plaintiff affirmatively alleges in paragraph one (1) of its Complaint that it "was" the owner of the premises affected, not that it "is" the owner of the premises affected.

7. The allegations of paragraph one (1) of the Plaintiff's Complaint are judicial admissions that the Plaintiff has no present ownership interest in the premises affected.

8. Pursuant to express requirements of 770 ILCS 60/30, a plaintiff must be a present owner of an interest in the premises affected by the mechanics' liens, or be a lien claimant.

9. The Plaintiff being neither an owner of the premises affected or a lien claimant against those premises, the Plaintiff lacks standing to maintain this action as a matter of law.

WHEREFORE, the Defendant, GRUNDY COUNTY REDI-MIX, INC., requests this Court to dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,
GRUNDY COUNTY REDI-MIX, INC.,
Defendant

By: _____
One of its Attorneys

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law P.C.
1802 N. Division Street
P.O. Box 825
Morris, Illinois 60450
(815) 942-6700

Of Counsel
Paul E. Root
Attorney No. 2376121
Attorney at Law
P.O. Box 688
Morris, Illinois 60450
(815)942-4932