# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## ~~KANE~~ COUNTY, ILLINOIS
KENDALL

Case No. **2007 CH 0389**

| Plaintiff/Petitioner | Defendant/Respondent | File Stamp |
|---|---|---|
| **LAKEWOOD PRAIRIE, LLC** | Ibarra Concrete Company, Vulcan Construction Materials LP, d/b/a/ Vulcan Materials Company, Howard B. Samuels as Assignee For the Benefit of Ibarra Concrete Company Trust, Grundy Red-Mix, Inc., R&J Construction Supplies, Illinois Brick Co, Steel Masonry, Inc., Unknown Owners & Unknown Necessary Parties | FILED<br>NOV 05 2007<br>BECKY MORGANEGG<br>CIRCUIT CLERK KENDALL CO. |

## APPEARANCE

**APPEARANCE TYPE**

- [x] Full
- [ ] Limited
- [ ] Special
- [ ] Court Appointed
- [ ] Other

As Attorney for the within named party or parties, I hereby enter my Appearance and the Appearance of the within named.

_____
Attorney As Aforesaid

Date  11-2-07

Party for whom appearance is being entered:

Name: **Midwest Bank & Trust Company as assignee and successor in interest of Ibarra Concrete Co.**
Address: **501 W. North Avenue**
City, State, Zip: **Melrose Park, IL 60160**

- [ ] THIS IS A NEW ADDRESS

Firm Name
Murray, Jensen & Wilson, Ltd., 101 N. Wacker Drive, Suite 101, Chicago, IL 60606

Attorney Registration Number
6206000

Additional party for whom appearance is being entered:

Name:
Address:
City, State, Zip:

**NOTICE TO ATTORNEY**
You must enter your individual Attorney Registration number above.

Attorney:

Name: **Donald N. Wilson, Esq.**
Address: **101 N. Wacker Drive, Suite 101**
City, State, Zip: **Chicago, IL 60606**
Phone: **(312) 263-5432**



P2 MISC 6  8/00

Original - Clerk

EXHIBIT 25