UNITED STATES OF AMERICA
IN THE CIRCUIT COURT OF SIXTEENTH JUDICIAL CIRCUIT
STATE OF ILLINOIS, COUNTY OF KENDALL

FILED
NOV 05 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

| | |
|---|---|
| Lakewood Prairie, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2007 CH 0389 |
| | ) |
| Ibarra Concrete Company, | ) |
| Vulcan Construction Materials LP, d/b/a Vulcan | ) |
| Materials Company, Howard B. Samuels as Assignee | ) |
| For the Benefit of the Ibarra Concrete Company Trust, | ) |
| Grundy Red-Mix, Inc., R&J Construction Supplies, | ) |
| Illinois Brick Company, Steel Masonry, Inc., Unknown | ) |
| Owners and Unknown Necessary Parties, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Michael T. Nigro, Esq.             John V. Hanson, Esq.
      Nigro & Westfall, PC               Hanson and Hanson Attorneys at Law
      1793 Bloomingdale Rd.              1802 N. Division Street, Suite 304
      Glendale Heights, IL  60139        P. O. Box 825
                                         Morris, IL  60450

**PLEASE TAKE NOTICE** that on November 21, 2007, at 9:00 a.m., or soon thereafter, I shall appear before the Honorable Judge presiding in Courtroom 1 of the Kendall County Courthouse at 807 W. John Street, Yorkville, Illinois and there and then present the enclosed **Motion for Leave to Intervene**.

_____
Attorney for Defendant

## PROOF OF SERVICE BY U.S. MAIL

Nancy A. Wollenberg, a non-attorney, certifies that I served this Notice and Motion by causing a copy to be mailed to the addressee(s) on the attached service list by depositing the same in the U.S. Mail at 101 N. Wacker Drive, Chicago, Illinois, on or before 5:00 p.m. on the 2 day of November, 2007 with proper postage prepaid.

_____
[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

Donald N. Wilson
Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive, Suite 101
Chicago, Illinois  60606
(312) 263-5432
Atty. #6206000

EXHIBIT
26