UNITED STATES OF AMERICA
IN THE CIRCUIT COURT OF SIXTEENTH JUDICIAL CIRCUIT
STATE OF ILLINOIS, COUNTY OF KENDALL

FILED
NOV 05 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

Lakewood Prairie, LLC )
)
)
Plaintiff, )
)
vs. )  Case No. 2007 CH 0389
)
Ibarra Concrete Company, )
Vulcan Construction Materials LP, d/b/a Vulcan )
Materials Company, Howard B. Samuels as Assignee )
For the Benefit of the Ibarra Concrete Company Trust, )
Grundy Red-Mix, Inc., R&J Construction Supplies, )
Illinois Brick Company, Steel Masonry, Inc., Unknown )
Owners and Unknown Necessary Parties, )
)
Defendants. )

### Motion for Leave to Intervene

Midwest Bank and Trust Company, as assignee and successor in interest of Ibarra Concrete Company, ("Midwest"), by and through its attorneys Murray, Jensen & Wilson, Ltd., for its motion for leave to intervene, states as follows:

1. Midwest Bank and Trust Company is the assignee of the accounts receivable and the lien claims of Ibarra Concrete Company, which is a defendant in this cause.

2. Midwest is the assignee by virtue of a security interest in the receivables and the fact that Midwest purchased the receivables through a Uniform Commercial Code sale.

3. On information and belief, certain of Midwest's claims are prior to, and superior to certain of the defendants, and, at a minimum, is entitled to receive at least a portion of any funds due to Ibarra presently held by the Plaintiff in this cause.

EXHIBIT 27

1

WHEREFORE, Midwest Bank and Trust Company respectfully prays for the entry of an order granting it leave to intervene in this cause, for 14 days to file its responsive pleading to Plaintiff's complaint, and for such other and further relief as this Court deems appropriate and just.

Midwest Bank and Trust Company,
as assignee of Ibarra Concrete Company,

By: _____
Donald N. Wilson
One of its Attorneys

Donald N. Wilson
Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive, Suite 101
Chicago, Illinois  60606
(312) 263-5432
ARDC #6206000