Page    1

2007-CH-000389

9218138

DEFENDANT                    Plaintiff                     Attorney

MIDWEST BANK & TRUST CO
501 W NORTH AVE              LAKEWOOD PRAIRIE LLC           DONALD N. WILSON
MELROSE PARK, IL 60160       9 EAST LOOCKERMAN STREET       440 W RANDOLPH ST
                             SUITE 1B                       SUITE 500
                             DOVER, IL 19901                CHICAGO, IL 60606

001              98.00 Appearance Civil Case
Total            98.00                                 2009 MIDWEST BANK & TRUST CO

CLERK FEE
COURT AUTOMATION FUND                                            50.00
COURT SECURITY FEE                                                5.00
LAW LIBRARY FEE                                                  20.00
DOCUMENT STORAGE FEE                                             13.00
COURT SYSTEM FEE                                                  5.00
Total                                                             5.00
                                                                 98.00
                                                    Bond Used
Check #   2181/2179          Check Date 11/05/2007   Cash
                                                     Check                 98.00
                                                     Total Tendered        98.00
                                                     Change Due
                                                     Balance Due             .00

EXHIBIT
28

ͻuty Clerk:    SIK YSIK

Batch 11-081-016 Date 11/08/2007 Time 12:26:09