IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | Case No. 07 CH 0389 |
| ) | |
| IBARRA CONCRETE COMPANY, ) | |
| VULCAN CONSTRUCTION MATERIALS ) | |
| COMPANY LP, d/b/a VULCAN MATERIALS ) | |
| COMPANY, HOWARD B. SAMUELS AS ) | |
| ASSIGNEE FOR THE BENEFIT OF THE ) | |
| IBARRA CONCRETE COMPANY TRUST, ) | |
| GRUNDY REDI-MIX, INC., R & J ) | |
| CONSTRUCTION SUPPLIES, ILLINOIS ) | |
| BRICK COMPANY STEEL MASONRY, INC., ) | |
| UNKNOWN OWNERS AND UNKNOWN ) | |
| NECESSARY PARTIES ) | |
| ) | |
| Defendants. ) | |

FILED NOV 16 2007

## NOTICE OF FILING

TO: See Attached Service List

**YOU ARE HEREBY NOTIFIED** that on November 16, 2007, the attached Defendant, Grundy County Redi-Mix, Inc.'s Memorandum on its Motion to Dismiss Pursuant to 735 ILCS 5/2-615 was filed on behalf of Defendant, in the office of the Circuit Clerk of Kendall County, 807 John Street, Yorkville, Illinois 60560.

GRUNDY COUNTY REDI-MIX, INC.

BY: /s/ John Hanson
Its Attorney

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700

Of Counsel:
Paul E. Root
Attorney No. 2376121
P.O. Box 688
Morris, Illinois 60450
(815)942-4932

EXHIBIT 29

## PROOF OF SERVICE

The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law, P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that on November 15, 2007, a copy of the foregoing instrument was served upon the following:

Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, Illinois 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, Illinois 60139

by the method specified below:

_____ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

_____ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

__√__ by enclosing the same in a Federal Express envelope addressed to such person(s) at the address(es) indicated, via Overnight Mail Express Delivery, with postage fully prepaid, and by depositing said envelope in a Federal Express Mail Box in Morris, Illinois, on the date specified, before the hour of 5:00 p.m.

_____ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

_____ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by <u>certified mail, return receipt requested</u>, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

_____ by serving a copy of the foregoing instrument to such person in open court on the date specified.

_____
Sarah Snyder