IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No. 1:08-cv-1200 |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| | ) | |
| IBARRA CONCRETE CO., et al., | ) | Hon. Suzanne B. Conlon |
| | ) | |
| Defendant. | ) | Magistrate Judge: Jeffrey Cole |

NOTICE OF FILING OF STATE COURT FILE AND ATTACHED EXHIBITS

The defendant United States of America, gives notice that copies of state court filings in the above-captioned proceeding, as received by the United States from the Clerk of the Kendall County Circuit Court, have been filed electronically as exhibits (1-69) hereto. A chart with corresponding exhibit numbers is provided below.

| EXHIBIT NUMBER | DOCUMENT | DATE FILED |
|---|---|---|
| 1 | Docket Sheet | |
| 2 | Complaint for General Settlement | 8/16/07 |
| 3 | New Case Information Sheet | 8/16/07 |
| 4 | New Case Filing Fee | 8/16/07 |
| 5 | Affidavit as to Unknown Owners and Unknown Necessary Parties | 8/16/07 |
| 6 | Summons Issued and Service List | 8/16/07 |
| 7 | Summons Issued and Service List | 8/16/07 |

| 8  | Motion by Lakewood Prairie for Appointment of Process Server | 8/17/07 |
|----|--------------------------------------------------------------|---------|
| 9  | Appearance Fee for Grundy Redi-Mix Inc. | 9/18/07 |
| 10 | Appearance by John V. Hanson for Grundy Redi-Mix | 9/18/07 |
| 11 | Alias Summons for Defendant Ibarra Concrete Company | 9/19/07 |
| 12 | Alias Summons Fee | 9/19/07 |
| 13 | Vulcan Construction's Answer to Complaint | 9/19/07 |
| 14 | Order to Consolidate Cases | 9/19/07 |
| 15 | Order Granting Leave to File Answer | 9/19/07 |
| 16 | Order Continuing Case | 9/19/07 |
| 17 | Lakewood Prairie's Amended Motion to Consolidate | 9/19/07 |
| 18 | Lakewood Prairie's Notice of Amended Motion to Consolidate | 9/19/07 |
| 19 | Return of Service on Steel Masonry Inc. | 9/19/07 |
| 20 | Return of Service on Illinois Brick Company | 9/19/07 |
| 21 | Return of Service on R&J Construction Supplies | 9/19/07 |
| 22 | Return of Service on Grundy Redi-Mix | 9/19/07 |
| 23 | Grundy County Redi-Mix's Notice of Filing Motion to Dismiss | 10/26/08 |
| 24 | Grundy County Redi-Mix's Motion to Dismiss | 10/26/08 |
| 25 | Appearance by Midwest Bank & Trust Company | 11/05/07 |
| 26 | Midwest Bank and Trust Company's Notice of Motion for Leave to Intervene | 11/05/07 |
| 27 | Midwest Bank and Trust Company's Motion for Leave to Intervene | 11/05/07 |
| 28 | Appearance Fee for Midwest Bank & Trust | 11/08/08 |
| 29 | Grundy County Redi-Mix's Notice of Filing of Memorandum on Motion to Dismiss | 11/16/07 |

3205794.1

| | | |
|---|---|---|
| 30 | Grundy County Redi-Mix's Memorandum on Motion to Dismiss | 11/16/07 |
| 31 | Grundy Redi-Mix's Notice of Second Motion to Dismiss | 11/16/07 |
| 32 | Grundy Redi-Mix's Second Motion to Dismiss | 11/16/07 |
| 33 | Affidavit of Terrie LaGrassa and attached warranty deeds | 11/16/07 |
| 34 | Lakewood Prairie's Motion to File Amended Complaint | 11/21/07 |
| 35 | Court Order Granting Leave to Amend, Leave to Intervene, Time to Respond, and Continuance | 11/21/07 |
| 36 | Amended Complaint for General Settlement and Interpleader by Lakewood Prairie | 11/21/07 |
| 37 | Return of Service on Rally Capital Services, LLC | 11/21/07 |
| 38 | Return of Service on Grundy Red-Mix | 11/21/07 |
| 39 | Return of Service as to R&J Construction Supplies | 11/21/07 |
| 40 | Return of Service on Steel Masonry | 11/21/07 |
| 41 | Return of Service on Illinois Brick Company | 11/21/07 |
| 42 | Return of Service on Howard B. Samuels, as Assignee for Benefit of Ibarra Concrete Company Trust | 11/30/07 |
| 43 | Lakewood Prairie's Notice of Filing of Amended Complaint for General Settlement and Interpleader | 11/30/07 |
| 44 | Grundy County Redi-Mix's Notice of Filing of Answer to Amended Complaint and Counter Claim | 12/03/07 |
| 45 | Answer to Amended Complaint and Counter Claim by Grundy County Redi-Mix, Inc. | 12/03/07 |
| 46 | Vulcan's Certificate of Filing Certificate of Service | 12/04/07 |
| 47 | Grundy Redi-Mix's Proof of Service of Response to Vulcan's First Request to Admit | 12/18/07 |
| 48 | Lakewood Prairie's Response to Grundy Redi-Mix's Motion to Dismiss | 12/19/07 |
| 49 | Proof of Service of Lakewood Prairie's Response to Grundy's Motion to Dismiss | 12/19/07 |

3205794.1

| | | |
|---|---|---|
| 50 | Vulcan's Answer to Amended Complaint for General Settlement and Interpleader | 12/31/07 |
| 51 | Vulcan's Answer to Counter Complaint for Foreclosure of Mechanics Lien of Grundy County Redi-Mix, Inc. and Grundy Redi-Mix, Inc. | 12/31/07 |
| 52 | Lakewood Prairie's Motion to File Second Amended Complaint | 01/11/08 |
| 53 | Lakewood Prairie's Notice of Motion to File Second Amended Complaint | 01/11/08 |
| 54 | Lakewood Prairie's Second Amended Complaint | 01/11/08 |
| 55 | Summons Issued as to McCann Industries | 01/16/08 |
| 56 | Summons Issued as to the United States Attorney's Office, Northern District of Illinois | 01/16/08 |
| 57 | Affidavit for Service by Publication by Plaintiff Lakewood Prairie | 02/04/08 |
| 58 | Authorization to Place Legal Publication | 02/04/08 |
| 59 | Midwest Bank and Trust Company's Notice of Filing of Answer and Counterclaim to Amended Complaint for General Settlement | 02/07/08 |
| 60 | Proof of Service of Midwest Bank and Trust Company's Answer and Counterclaim to Amended Complaint for General Settlement | 02/07/08 |
| 61 | Midwest Bank and Trust Company's Answer and Counterclaim to Amended Complaint for General Settlement | 02/07/08 |
| 62 | Return of Service on U.S. Attorney's Office Dated 2/1/08 | 02/22/08 |
| 63 | Notice of Filing of Return of Service on United States Attorney's Office, and Service List | 02/22/08 |
| 64 | Notice of Filing of Papers Removing Action to United States District Court and copy of Notice of Removal | 02/27/08 |
| 65 | Grundy Redi-Mix's Answer to Second Amended Complaint, and Counter Complaint | 02/27/08 |
| 66 | Proof of Service of Defendant Grundy Redi-Mix's Answer to Second Amended Complaint, and Counter Complaint | 02/27/08 |

3205794.1

| | | |
|---|---|---|
| 67 | Notice of Filing of Grundy Redi-Mix's Answer to Second Amended Complaint, and Counter Complaint | 02/27/08 |
| 68 | Order Continuing Case | 03/14/08 |
| 69 | Fax from United States to Kendall County Circuit Court Clerk's Office | 03/24/08 |

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney

/s/ *Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

CERTIFICATE OF SERVICE

      I CERTIFY that service of the foregoing Notice of Filing of State Court File and Attached Exhibits, which has been filed through the Electronic Case Filing (ECF) system, has this 29th day of April, 2008 been served by electronic means on those parties registered for ECF and upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

| | | |
|---|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 North LaSalle Street<br>Chicago, IL 60601<br>Counsel for Lakewood Prairie, LLC | Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60110 | Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>Counsel for Vulcan Const. Materials |
| Howard B. Samuels<br>c/o Rally Capital LLC<br>350 N. LaSalle Street, Ste. 1100<br>Chicago, IL 60601 | John V. Hanson<br>Hanson and Hanson<br>1802 North Division St., Ste. 304<br>Morris, IL 60450-0825<br>Counsel for Grundy Red-Mix, Inc. | R & J Construction Supplies<br>30 W. 180 Butterfield Road<br>Warrenville, IL 60555 |
| Donald Wilson<br>Murray, Jensen & Wilson<br>101 N. Wacker Drive, Suite 101<br>Chicago, IL 60606<br>Counsel for Midwest Bank & Trust | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 | Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave 101<br>Palos Heights, IL 60463 |
| McCann Industries, Inc.<br>543 S. Rohlwing Rd.<br>Addison, IL 60101 | | |

      PATRICK J. FITZGERALD
      United States Attorney

      */s/ Raagnee Beri*
      RAAGNEE BERI
      Trial Attorney, Tax Division
      United States Department of Justice
      Post Office Box 55, Ben Franklin Station
      Washington, DC 20044
      Phone: (202) 305-7917
      Fax: (202) 514-5283
      E-mail: Raagnee.Beri@usdoj.gov