IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> IBARRA CONCRETE COMPANY, ) <br> VULCAN CONSTRUCTION MATERIALS ) <br> COMPANY LP, d/b/a VULCAN MATERIALS ) <br> COMPANY, HOWARD B. SAMUELS AS ) <br> ASSIGNEE FOR THE BENEFIT OF THE ) <br> IBARRA CONCRETE COMPANY TRUST, ) <br> GRUNDY REDI-MIX, INC., R & J ) <br> CONSTRUCTION SUPPLIES, ILLINOIS ) <br> BRICK COMPANY STEEL MASONRY, INC., ) <br> UNKNOWN OWNERS AND UNKNOWN ) <br> NECESSARY PARTIES ) <br> ) <br> Defendants. ) | Case No. 07 CH 0389 |

## NOTICE OF MOTION

TO:   See Attached Service List

YOU ARE HEREBY NOTIFIED that on November 21, 2007, at the opening of court in the forenoon of said date at 9:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before His Honor Judge McCann, or such other judge as may be holding court in his absence, in the courtroom usually occupied by him as a courtroom, in the Courthouse in the City of Yorkville, County of Kendall, State of Illinois, and then and there present Defendant Grundy Redi-Mix, Inc.'s Second Motion to Dismiss – Under 2-619(a)(2) and (a)(9), a copy of which is attached hereto, at which time and place you may appear if you see fit to do so.

DATED at Morris, Illinois this 16th day of November, 2007.

GRUNDY REDI-MIX, INC., Defendant

By: _____
Their Attorney

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700

Of Counsel:
Paul E. Root
Attorney No. 2376121
P.O. Box 688
Morris, Illinois 60450
(815)942-4932

EXHIBIT 31

## PROOF OF SERVICE

The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law, P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that on September 25, 2007, a copy the attached Motion and Notice of Motion were served upon the following:

Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, Illinois 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, Illinois 60139

by the method specified below:

\_\_\_\_\_ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

\_\_\_\_\_ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

__√__ by enclosing the same in a Federal Express envelope addressed to such person(s) at the address(es) indicated, via Overnight Mail Express Delivery, with postage fully prepaid, and by depositing said envelope in a Federal Express Mail Box in Morris, Illinois, on the date specified, before the hour of 5:00 p.m.

\_\_\_\_\_ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

\_\_\_\_\_ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by <u>certified mail, return receipt requested</u>, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

\_\_\_\_\_ by serving a copy of the foregoing instrument to such person in open court on the date specified.

_____
Sarah Snyder