THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CAUSE NO. 2007-CH-0389

LAKEWOOD PRAIRIE, LLC,

        Plaintiff,

vs.

IBARRA CONCRETE COMPANY, VULCAN MATERIALS LP d/b/a/ VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS, as Assignee for the Benefit of the Ibarra Concrete Trust, GRUNDY REDI-MIX, INC., R. J. CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., UNKNOWN OWNERS and UNKNOWN NECESSARY PARTIES,

        Defendants.

FILED
NOV 16 2007
BECKY [illegible]
CIRCUIT CLERK

### DEFENDANT GRUNDY REDI-MIX, INC.'S SECOND MOTION TO DISMISS - UNDER 2-619(a)(2) and (a)(9)

NOW COMES the Defendant, GRUNDY COUNTY REDI-MIX, INC., a/k/a "Grundy Redi-Mix", by its attorneys, John V. Hanson and Paul E. Root, pursuant to Sections 2-619(a)2) and 2-619(a)(9) of the *Illinois Code of Civil Procedure, 735 ILCS 5/2-619(a)(2), 5/2-619(a)(9) (2006)*, and moves this Court for the entry of an order dismissing the Plaintiff's Complaint with prejudice, or in the alternative for an order that Plaintiff join necessary parties, and in support thereof states:

    1. On August 16, 2007, the Plaintiff filed its Complaint for General Settlement pursuant to Section 30 of the Illinois Mechanics Lien Act, 770 ILCS 60/30 (2006) (herein the "Statute.").

1

EXHIBIT 32

2. The Statute requires, by its terms that "[t]he contractor and all persons having liens upon or who are interested in the premises, so far as the same known to or can be ascertained by the plaintiff, upon diligent inquiry, *shall be made parties.*" (*emphasis added*)

3. Defendant Grundy Redi-Mix has filed liens against 92 lots in the subdivisions referenced in the Complaint.

4. The current owners of the following lots upon which Grundy Redi-Mix has filed liens, as disclosed on the face of the public record, are as follows:

| Lot No. | Unit | Current Owner | Deed Recording Date |
|---|---|---|---|
| 12 | 1A | Ishmael C. Hernandez and Cenorina Reyes, JT | 12/4/06 |
| 15 | 1 | Randy Jacobson and Tina Jacobson, TE | 1/29/07 |
| 17 | 1 | Pamela McReynolds and Willie McReynolds, JT | 12/4/06 |
| 18 | 1 | Jaclyn Mroz | 11/16/06 |
| 22 | 1A | Thomas L. Johannessen and Christina T. Johannessen, JT | 1/25/07 |
| 24 | 1A | Stewart G. Honeck IV and Amara Honeck, JT | 1/25/07 |
| 25 | 1A | Michael B. McKirdie and Kelly A. McKirdie, JT | 12/4/06 |
| 30 | 1 | Rigoberto Gomez and Rosa Rosa Gomez, JT | 11/2/06 |
| 31 | 1 | Lupe Grango and Alex Grango, JT | 11/2/06 |
| 32 | 1 | Mark A. Kosinski and Joanne Kosinski, JT | 11/2/06 |
| 33 | 1 | Rosa I. Becerra | 11/16/06 |
| 34 | 1 | Miguel A. Becerra and Dora A. Becerra, JT | 11/9/06 |
| 35 | 1 | Joan Gonzalez | 2/8/07 |
| 41 | 1 | Santiago A. Rodriguez | 9/7/06 |
| 43 | 1 | Joseph Uribe and Nancy Uribe, JT | 8/14/06 |
| 45 | 1 | Oscar Carrillo, Maricela Montes de Oca-Tapia and Gabriella Avilla, JT | 3/19/07 |
| 46 | 1 | Victor M. Martinez and Adrianna Martinez, JT | 1/24/07 |
| 47 | 1 | Ricardo Zamora and Ana Zamora, JT | 12/14/06 |

| Lot No. | Unit | Current Owner | Deed Recording Date |
|---|---|---|---|
| 48 | 1 | Matthew J. Liska and Nicole L. Liska, JT | 1/29/07 |
| 50 | 1 | Guillermo Jaime, Jr. | 11/2/06 |
| 52 | 1 | Barbara A. Mitchell | 12/14/06 |
| 53 | 1 | Alton Brett Norris and April D. Norris, JT | 6/13/07 |
| 54 | 1 | Steven Van Dyke and Angela K Van Dyke, TE | 12/19/06 |
| 60 | 1 | Fabian Bermudez and Jennifer N. Rigual, TE | 1/30/07 |
| 61 | 1 | Patrick J. McGrath and Daryl L. McGrath, JT | 8/22/06 |
| 62 | 1 | Edward Pietrzyk and Joleen Pietrzyk, JT | 9/7/06 |
| 65 | 1 | Gloria I. Zamora and Jose L. Zamora, JT | 1/29/07 |
| 66 | 1 | Lyanna Tyler | 10/12/06 |
| 67 | 1 | Nathan Caliendo II and Meagan Caliendo | 5/14/07 |
| 68 | 1 | John R. Koszola and Angela J. Koszola | 10/12/06 |
| 69 | 1 | David E. Rinehart and Eden M. Rinehart, JT | 4/13/07 |
| 70 | 1 | Jon Souvannasot and Michael J. Thompson, JT | 1/29/07 |
| 72 | 1A | Jeffrey Smith and Faith Smith, TE | 2/8/07 |
| 74 | 1A | Christopher Humberg | 11/2/06 |
| 75 | 1A | Alice C. Ball-Bonner | 6/13/07 |
| 76 | 1A | Douglas E. Knack and Kelly S. Knack, JT | 3/2/07 |
| 77 | 1A | Gary C. Francis and Karen O. Francis, TE | 12/14/06 |
| 79 | 1A | Beverly Howard | 2/13/07 |
| 80 | 1A | Tara Culotta and Dean Culotta, TE | 2/9/07 |
| 81 | 1A | Wayne R. Mount and Nora S. Mount, JT | 11/7/06 |
| 83 | 1A | Gerardo Borjon and Jeanette Borjon, JT | 12/18/06 |
| 86 | 1A | Omayra Hwieh | 10/12/06 |
| 87 | 1 | Gina L. Bates and James H. Bates, JT | 12/14/06 |
| 88 | 1 | Sherria Covington | 12/14/06 |
| 89 | 1 | Vernon J. Jackson and Sakeena K. Jackson, JT | 1/17/06 |

| Lot No. | Unit | Current Owner | Deed Recording Date |
|---|---|---|---|
| 90 | 1 | Newell A. Broadway | 11/20/06 |
| 91 | 1 | Dion M. Simpson and Betty J. Simpson, JT | 11/21/06 |
| 94 | 1 | Dawn M. Kolaski and Matthew J. Schreiner, JT | 01/25/07 01/25/07 |
| 95 | 1 | Janice Boyd Livingston and Timiko L. Livingston, JT | 09/13/06 |
| 96 | 1 | Jose Garcia | 09/18/06 |
| 97 | 1 | Lucius Armstrong and Kimberly Armstrong, TE | 01/30/07 |
| 98 | 1 | Jose M. Martinez and Concepcion Martinez, TE | 01/29/07 |
| 128 | 1 | Scott Breckinridge | 09/18/06 |
| 140 | 1 | Mark Symon and Teresa Symon, JT | 11/16/06 |
| 152 | 1 | Lynette J. Rinella and Robert Rinella, TE | 11/07/06 |
| 156 | 1 | David A. Brink and Billy Jo Noll-Brink, TE | 09/18/06 |
| 157 | 1 | Donna Kaul | 09/18/06 |
| 162 | 1 | Esperanza Beccera | 02/13/07 |
| 163 | 1 | Jesse Zbroskewich and Linda Zbroskewich, JT | 01/29/07 |
| 179-1 | 2 | Lisa M. Ramocki and Stephen J. Whitt, JT | 08/14/06 |
| 179-2 | 2 | Marilyn Bokuniewicz and Joseph Bokuniewicz, TE | 07/31/06 |
| 185 | 2 | Eric Huerta, Jesus Alfonso and Edina Alfonso, JT (Parcel 1) Peter J. Sustaita (Parcel 2) | 12/07/06 04/30/07 |
| 186 | 2 | Jose Dejesus Loera (Parcel 1) Brian Radejewski and Sara Otto JT, (Parcel 2) | 04/30/07 11/16/06 |
| 187 | 2 | Mike Casillas and Christine F. Casillas, JT (Parcel 1) Elizabeth Luevano (Parcel 2) | 12/14/06 04/13/07 |
| 190 | 2 | Adela Reyes (Parcel 1) Alejandro Ocegueda and Maria L. Ocegueda, JT (Parcel 2) | 01/25/07 01/25/07 |
| 213 | 2 | Ruben K. Campbell and Savana N. Latimore, JT (Parcel 1) Herminia V. Cauliflower (Parcel 2) | 10/25/06 10/27/06 |
| 214 | 2 | Gutemberg Montesinos (Parcel 1) Oscar Luciano, III (Parcel 2) | |
| 214 | 2 | Lisa Laturell | 01/29/07 |

4

| Lot No. | Unit | Current Owner | Deed Recording Date |
|---|---|---|---|
| 216 | 2 | Natividad Esparza and Antonia Martinez | 11/7/06 |
| 217 | 2 | Roderick Thompson (Parcel 1) | 01/08/07 |
|  |  | Beverly Dowling (Parcel 2) | 02/08/07 |
| 218 | 2 | Ana Navarro (Parcel 1) | 10/06/06 |
|  |  | Ariolfo A. Idrovo and Carmen D. Idrovo, JT (Parcel 2) | 09/18/06 |
| 219 | 2 | Stephanie A. Jarmon (Parcel 1) | 09/07/06 |
|  |  | Dereen J. Furmanski (Parcel 2) | 09/07/06 |
| 221 | 2 | Paula A. Wilson and Richard F. Wislon, JT (Parcel 1) | 10/12/06 |
|  |  | Ricardo Zarate, Jr., (Parcel 2) | 01/25/07 |
| 222 | 2 | Enrique Zamora and Maria Luis, JT (Parcel 1) | 10/23/06 |
|  |  | Fernando Zamora (Parcel 2) | 12/04/06 |
| 247 | 2 | Jose A. Tenorio and Lorianne M. Tenoria, JT (Parcel 1) | 11/02/06 |
|  |  | Charles Fredric Field Rev Trust (Parcel 2) |  |
| 248 | 2 | Michelle Busch (Parcel 1) | 05/14/07 |
|  |  | Rosa Missak and Brian S. Missak, TE (Parcel 2) | 05/14/07 |
| 249 | 2 | Christina Trevino and Daniel O. Trevino, (Parcel 1) | 11/07/06 |
|  |  | David J. Wanek (Parcel 2) | 11/09/06 |
| 250 | 2 | Edwin C. Beatingo and Nicole L. Beatingo, JT (Parcel 1) | 11/07/06 |
|  |  | Dennis Wozniak and Diane L. Wozniak, TE (Parcel 2) | 11/16/06 |
| 251 | 2 | Stacy Zeis and Sandra Boyce, JT (Parcel 1) | 08/14/06 |
|  |  | Anthony W. Riley and Cathryn Riley, JT (Parcel 2) | 08/22/06 |
| 251 | 2 | Jonathan Resurrection (Parcel 1) | 10/13/06 |
|  |  | Michael P. Driscoll and Christina M. Biscaglio, JT (Parcel 2) | 10/16/06 |
| 257 | 2 | Arnedo Sapnu, Jr (Parcel 1) | 10/03/06 |
|  |  | Beth A. Adams and Sandra K. Adams, JT (Parcel 2) | 03/02/07 |
| 260 | 2 | Tiburico Cuevas and Alvaro Cuevas (Parcel 1) | 09/18/06 |
|  |  | Monica M. Reames and Randy Reames, JT (Parcel 2) | 09/21/06 |

| Lot No. | Unit | Current Owner | Deed Recording Date |
|---|---|---|---|
| 261 | 2 | Geraldine M. Spore (Parcel 1) | 11/16/06 |
|  |  | Araceli M. Pardenilla and Imogene Vailoces, JT (Parcel 2) | 10/13/06 |
| 285 | 2 | Ciro A. Pryor and Marilyn E. Pryor, TE (Parcel 1) | 04/30/07 |
|  |  | Michael S. Lanthier and Rebecca J. Lanthier, JT (Parcel 2) | 10/12/06 |
| 286 | 2 | Shannan M. Kielar and John Kielar, JT (Parcel 1) | 09/18/06 |
|  |  | Shannon M. Kielar and John Kielar, JT (Parcel 1) | 09/18/06 |
| 287 | 2 | Lakewood Prairie LLC | 08/11/05 |

5. Plaintiff has failed to join the owners whose names are set forth in paragraph (4) above as parties to this action.

6. Defendant attaches the Affidavit of Terri LaGrassa in support of this Motion.

WHEREFORE, Defendant Grundy Redi-Mix, Inc. prays the Court enter an Order dismissing the Complaint herein, or in the alternative for an order that Plaintiff join necessary parties as parties defendant in this action.

GRUNDY COUNTY REDI-MIX, INC.,
Counter Plaintiff,

By /s/ John V. Hanson
One of Its Attorneys

John V. Hanson
Attorney No. 01124226
Hanson and Hanson
Attorneys at Law, P.C.
1802 N. Division Street
P.O. Box 825
Morris, IL 60450
(815) 942-6700

Paul E. Root
Attorney No. 2376121
Attorney at Law, of Counsel
P.O. Box 688
Morris, IL 60450
(815) 942-4932