FILED IN OPEN COURT

NOV 2 1 2007

BECKY MORGANEGG
Circuit Clerk Kendall Co.

CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

2007 CH 389

GEN. NO. 2006 CH 360

☐ JURY    ☐ NON-JURY

| | | |
|---|---|---|
| Lakewood Prairie<br>Vulcan Construction | vs. Ibarra Concrete<br>Lakewood Prairie etal | |
| PLAINTIFF(S) | DEFENDANT(S) | |

| JUDGE | Mc Cann | COURT<br>REPORTER | | PLTF.<br>ATTY. | N Thomas ✓ |
|---|---|---|---|---|---|
| | | | | | — CHECK IF PRESENT — |
| DEPUTY<br>CLERK | | A copy of this order<br>☐ should be sent to:<br>☐ has been sent to: | | DEFT.<br>ATTY. | Nigro ✓ |

**Agreed ORDER**

This cause coming on to be heard on various motions and for status and the Court being fully advised in the premises.

It is Hereby Ordered

(1) Lakewood Prairie is granted leave to file its Amended Complaint adding Count II for Interpleader. All parties shall file their answers or otherwise plead within 28 days.

(2) Midwest Bank and Trust is granted leave to intervene and is granted 28 days to file is Answer.

(3) Lakewood Prairie is granted 28 days to respond to Grundy Redi-Mix's Motion to Dismiss and Grundy Redi-Mix shall file its reply within 14 days thereafter. Said Motion is set for hearing on 1-11- , 2008 at 1:00 p.m.

(4) All citations to Discover Assets are continued until by order of court and to the above date for status

EXHIBIT
35
PENGAD 800-631-6989