IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS   07CH~~~~ *389*

GEN. NO.: ~~07 CH 389~~

I, <u>George Pierce,</u> being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (____) on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

DEFENDANT
(Name) _____
(Address) _____
(City, State) _____

DESCRIPTION
☐Male ☒Female
Ht. 5;10"
Wt. 125
Race White
Age 28

DATE/TIME _____

FILED NOV 2 ----
BECKY ----
CIRCUIT C----

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

DEFENDANT _____ PERSON LEFT WITH _____
(Name)
(Address)
(City, State)

DESCRIPTION
☐Male ☐Female
Ht.
Wt
Race
Age

DATE/TIME _____

(☒Mailed)

III. Corporate Defendants: By leaving a copy (ALIAS SUMMONS AND COMPLAINT) with the registered agent, Officer or agent Defendant Corporation, as follows:

DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME
(Corp. Name) **Rally Capital Services, LLC** | **Vinessa Morveal, Office Manager** | **10/15/07**
(Address) **350 North LaSalle Street, Suite 1100** | | **4:45 PM**
(City, State) **Chicago, IL. 60610** | | (☒Mailed)

SUBSCRIBED AND SWORN to before me:
THIS 17TH DAY of October, 2007

_____ Notary Public
My commission expires: feb 20, 2011

[Official Seal: CHITRA SAMUEL, Notary Public - State of Illinois, My Commission Expires Feb 20, 2011]

_____
GEORGE PIERCE
LICENSED PRIVATE DETECTIVE   Illinois License #115-001381

Fees: $75.00

EXHIBIT 37