IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS  07CH389

GEN. NO.: ~~2007-CH0389~~

I, <u>George Pierce,</u> being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (____) on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

**DEFENDANT**
(Name) _____
(Address) _____
(City, State) _____

**DESCRIPTION**
☒ Male  ☐ Female
Ht. _____
Wt. 210
Race White
Age 52

**DATE/TIME**
_____

FILED
NOV 2 1 2007
BECKY _____
CIRC_____

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

**DEFENDANT**    **PERSON LEFT WITH**
(Name) _____
(Address) _____
(City, State) _____

**DESCRIPTION**
☐ Male  ☐ Female
Ht. _____
Wt _____
Race _____
Age _____

**DATE/TIME**
_____
(Mailed)

III. Corporate Defendants: By leaving a copy (<u>SUMMONS AND COMPLAINT</u>) with the registered agent, Officer or agent Defendant Corporation, as follows:

**DEFENDANT CORPORATION**
(Corp. Name) Grundy Red-Mix, Inc.
(Address) 385 Roosevelt Street
(City, State) Morris, IL. 60450

**REG. AGT., OFF. OR AGENT**
Jerry Nugent, Dispatcher

**DATE/TIME**
09/07/07
1:45 PM
(Mailed)

SUBSCRIBED AND SWORN to before me:
THIS 10th DAY of ~~September~~ OCTOBER, 2007

_____ Notary Public
My commission expires: 6/21/2009

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

GEORGE PIERCE
LICENSED PRIVATE DETECTIVE  Illinois License #115-001381

Fees: $ 95.00

EXHIBIT 38