IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS 07CH389

GEN. NO.: ~~2007-CH0389~~

I, <u>George Pierce,</u> being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (____) on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

**DEFENDANT**
(Name) _____
(Address) _____
(City, State) _____

**DESCRIPTION**
☐Male ☒Female
Ht. 5'7"
Wt. 120
Race White
Age 43

**DATE/TIME**
FILED
NOV 21 2007
BECKY MORGAN
CIRCUIT CLERK KENDALL CO.

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

**DEFENDANT**           **PERSON LEFT WITH**
(Name) _____
(Address) _____
(City, State) _____

**DESCRIPTION**
☐Male ☐Female
Ht. _____
Wt _____
Race _____
Age _____

**DATE/TIME**
_____
(Mailed)

III. Corporate Defendants: By leaving a copy (<u>SUMMONS AND COMPLAINT</u>) with the registered agent, Officer or agent Defendant Corporation, as follows:

**DEFENDANT CORPORATION**
(Corp. Name) R&J Construction Supplies
(Address) 30W180 Butterfield Road
(City, State) Warrenville, IL. 60555

**REG. AGT., OFF. OR AGENT**
Lorri Buss, Office Manager

**DATE/TIME**
09/14/07
11:15 AM
(Mailed)

SUBSCRIBED AND SWORN to before me:
THIS 10TH DAY of October, 2007

_____
Notary Public
My commission expires: 6/21/2009

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

GEORGE PIERCE
LICENSED PRIVATE DETECTIVE   Illinois License #115-001381

Fees: $ 75.00

EXHIBIT 39