IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS   07CH~~~~389

GEN. NO.: ~~2007-CH-0389~~

I, **Donald J. Bolton,** being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or _____ on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) _____ | ☐Male ☐Female | FILED |
| (Address) _____ | Ht _____ | NOV 21 2007 |
| (City, State) _____ | Wt. _____ | BECKY MORGANEGG |
|  | Race _____ | CIRCUIT CLERK KENDALL CO. |
|  | Age _____ |  |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) _____ |  | ☒Male ☐Female |  |
| (Address) _____ |  | Ht. **5'7"** |  |
| (City, State) _____ |  | Wt. **165 lbs.** |  |
|  |  | Race **White** |  |
|  |  | Age **45** | (Mailed) |

III. Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Steel Masonry Inc.** | **Robert Hennessy (Attorney)** | **9/10/07 12:42pm** |
| (Address) **7601 S. 75th Ave. 101** |  |  |
| (City, State) **Palos Heights, Il 60463** |  | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS 10th DAY of September, 2007

_____ Notary Public
My commission expires: 3/31/09

"OFFICIAL SEAL
JENELL REEVES BRINK
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/..."

Donald J. Bolton
Illinois License# 117-001122

Fees: $ 85.00

EXHIBIT 40