IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS   07CH389

GEN. NO.: ~~2007-CH-0389~~

I, **Donald J. Bolton,** being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or

on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | FILED |
| (Address) | Ht | NOV 21 |
| (City, State) | Wt. | BECKY |
| | Race | CIRCUIT CLERK |
| | Age | |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☒Female | |
| (Address) | | Ht. 5'7" | |
| (City, State) | | Wt. 115 lbs. | |
| | | Race White | |
| | | Age 60 | (Mailed) |

III. Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Illinois Brick Company** | Marilyn Mcilvoy (Receptionist) | 9/10/07 11:01am |
| (Address) **7601 W. 79th Street** | | |
| (City, State) **Bridgeview, Il 60455** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS 10th DAY of September, 2007

_____
Notary Public

My commission expires: 3/31/09

Donald J. Bolton
Illinois License# 117-001122

Fees: $85.00

"OFFICIAL SEAL"
JENELL REEVES-BRINKER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/2009

EXHIBIT 41

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS

GEN. NO.: **2007-CH-0389**

I, **Donald J. Bolton**, being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I.  That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or

on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | |
| (Address) | Ht | FILED |
| (City, State) | Wt | NOV 21 2007 |
| | Race | BECKY MORGANEGG |
| | Age | CIRCUIT CLERK KENDALL CO. |

II.  Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☒Female | |
| (Address) | | Ht. 5'7" | |
| (City, State) | | Wt. 115 lbs. | |
| | | Race White | |
| | | Age 60 | (Mailed) |

III.  Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Illinois Brick Company** | Marilyn Mcilvoy (Receptionist) | 9/10/07 11:01am |
| (Address) **7601 W. 79th Street** | | |
| (City, State) **Bridgeview, Il 60455** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS 10th DAY of September, 2007

_____
Notary Public

My commission expires: 3/31/09

"OFFICIAL SEAL"
JENELL REEVES-BRINKER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/2009

_____
Donald J. Bolton
Illinois License# 117-001122

Fees: $85.00