IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: __07 CH 389__

I, __George J. Pierce_____, being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I.    That he served the within (Summons and Copy of the Complaint), (Citation), (Rule), (Subpoena) and/or _____ )
(_____
on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

|  | DESCRIPTION | DATE/TIME |
|---|---|---|
| DEFENDANT _____ | Male/_Female_ | _____ |
| (Name) _____ |  |  |
|  | Ht. __5'10"__ | FILED |
| (Address) _____ | Wt. __125__ | NOV 3 0 2007 |
| (City, State) _____ | Race __White__ | BECKY ... CIRCUIT CLE... |
|  | Age __28__ |  |

II.    Individual defendant(s) abode: (Summons), (Citation), (Rule) and/or (_____ )
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|
| DEFENDANT _____ | Male/Female | _____ |
| (Name) _____ |  |  |
|  | Ht. _____ |  |
| (Address) _____ | Wt. _____ | _____ |
| (City, State) _____ | Race _____ |  |
|  | Age _____ | (Mailed) |

III.    Corporate Defendants: By leaving a copy ( __ALIAS SUMMONS & COMPLAINT__ ) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **HOWARD B. SAMUELS, AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST/ RECEIVING AGENT** |  | __10/15/07__ |
| (Address) **350 South LaSalle Street, Suite 1100** **Vanessa Morveal, Office Manager** | | **4:45 PM** |
| (City, State) **Chicago, IL. 60610** |  | (Mailed) |

III.    That he was unable to serve the above-named defendant because _____
_____

SUBSCRIBED AND SWORN to before me this day

__11/27_____, 2007.

_(signature)_
Notary Public

"OFFICIAL SEAL"
Ann K. Bridge
Notary Public, State of Illinois
My Commission Expire 06/01/08

My commission expires: _____

_(signature)_
LICENSED OR REGISTERED PRIVATE DETECTIVE
Illinois License # 115-001381

Fee $ __$75.00__

PENGAD 800-631-6989

**EXHIBIT**
__42__