IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP ) <br> D/B/A VULCAN MATERIALS COMPANY ) <br> Plaintiff, ) <br> v. ) <br> IBARRA CONCRETE COMPANY, et.al. ) <br> Defendants ) <br> VULCAN CONSTRUCTION MATERIALS ) <br> LP D/B/A VULCAN MATERIALS COMPANY ) <br> Plaintiff, ) <br> IBARRA CONCRETE COMPANY ) <br> Defendant, ) <br> v. ) <br> LAKEWOOD PRAIRIE, LLC ) <br> Third Party Respondent ) | No. 2006 CH 0360 <br> Consolidated with <br> 2007 CH 389 <br> 2007 L 062 |

FILED
NOV 30 2007

## NOTICE OF FILING

TO:   SEE SERVICE LIST ATTACHED

PLEASE TAKE NOTICE that on the 21st day of November, 2007, we filed with the Clerk of the Circuit Court of Kendall County, Lakewood Prairie, LLC's Amended Complaint for General Settlement and Interpleader Pursuant to 770 ILCS 60/30 and 735 ILCS 5/2-409 and Affidavits of Service, copies of which are attached hereto and served upon you herewith.

Dated:  November 27, 2007

## PROOF OF SERVICE

Peggy Walter, a non-attorney, hereby certifies, pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, that she cause a true and correct copy of the foregoing LAKEWOOD PRAIRIE, LLC'S AMENDED COMPLAINT FOR GENERAL SETTLEMENT AND INTERPLEADER PURSUANT TO 770 ILCS 60/30 AND 735 ILCS 5/2-409 AND AFFIDAVITS OF SERVICE to be served on the parties of records, listed below at the addresses listed, by U.S. Mail, postage prepaid, before 5:00 p.m. this 27th day of November, 2007.

Peggy Walter

NIGRO & WESTFALL, P.C.
Attorney For: the plaintiff
ARDC No. 2054051
1793 Bloomingdale Road
Glendale Heights, IL  60139
(630) 682-9872

EXHIBIT
43

## SERVICE LIST
## LAKEWOOD PRAIRIE, LLC V. IBARRA CONCRETE COMPANY, ET.AL.
## 2006 CH 360 CONSOLIDATED INTO 2007 CH 389

Donald N. Wilson
*Attorney for Midwest Bank & Trust Company*
*As Assignee of Ibarra Concrete Company*
Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive
Suite 101
Chicago, IL 60606
Telephone: 312.263.5432
Facsimile: 312.263.5759

John V. Hanson, Esq.
*Attorney for Grundy Redi-Mix*
Hanson and Hanson
1802 N. Division Street
Suite 304
P.O. Box 825
Morris, IL 60450
Telephone: 815.942.6700
Facsimile: 815.942-6540

Of counsel:
*Paul E. Root*
P.O. Box 688
Morris, IL 60450
Telephone: 815.942.4932

Patrick Mazza & Associates
*Attorney for Vulcan Materials Company*
290 S. Main Place
Suite 101
Carol Stream, IL 60188
Telephone: 630.933.9200
Facsimile: 630.933.9824

Howard M. Turner
Attorney for Lakewood Prairie, LLC
Gould & Ratner, LLP
222 North LaSalle Street
Cyhicago, IL 60601
Telephone: 312.236.3003
Facsimile: