IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

FILED
DEC 03 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, <br><br> Plaintiffs, <br><br> Vs. <br><br> IBARRA CONCRETE COMPANY, VULCAN CONSTRUCTION MATERIALS COMPANY LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST, GRUNDY REDI-MIX, INC., R & J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY STEEL MASONRY, INC., UNKNOWN OWNERS AND UNKNOWN NECESSARY PARTIES <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 07 CH 0389 |

## NOTICE OF FILING

TO:   See Attached Service List

**YOU ARE HEREBY NOTIFIED** that on December 3, 2007, the attached Answer to Amended Complaint and Counter Claim was filed on behalf of Defendant, Grundy County Redi-Mix, Inc., in the office of the Circuit Clerk of Kendall County, 807 John Street, Yorkville, Illinois 60560.

GRUNDY COUNTY REDI-MIX, INC.

BY: /s/ John Hanson
     Its Attorney

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700

Of Counsel:
Paul E. Root
Attorney No. 2376121
P.O. Box 688
Morris, Illinois 60450
(815)942-4932

EXHIBIT 44

## PROOF OF SERVICE

    The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law, P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that on December 3, 2007, a copy of the Answer to Amended Complaint and Counter Claim of Defendant Grundy County Redi-Mix, Inc., was served upon the following:

Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, Illinois 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, Illinois 60139

by the method specified below:

\_\_\_\_\_ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

__X__ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

\_\_\_\_\_ by enclosing the same in a Federal Express envelope addressed to such person(s) at the address(es) indicated, via Overnight Mail Express Delivery, with postage fully prepaid, and by depositing said envelope in a Federal Express Mail Box in Morris, Illinois, on the date specified, before the hour of 5:00 p.m.

\_\_\_\_\_ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

\_\_\_\_\_ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by <u>certified mail, return receipt requested</u>, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

\_\_\_\_\_ by serving a copy of the foregoing instrument to such person in open court on the date specified.

_____
Sarah Snyder

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS
CAUSE NO. 07-CH-0389
CONSOLIDATED WITH
2007-CH-0360
2007-CH-062

LAKEWOOD PRAIRIE LLC,

        Plaintiff,

vs.

IBARRA CONCRETE COMPANY,
VULCAN CONSTRUCTION MATERIALS LP,
d/b/a VULCAN MATERIALS COMPANY,
HOWARD B. SAMUELS AS ASSIGNEE FOR
THE BENEFIT OF THE IBARRA CONCRETE
COMPANY TRUST, GRUNDY REDI-MIX,
INC., R&J CONSTRUCTION SUPPLIES,
ILLINOIS BRICK COMPANY, STEEL
MASONRY, INC., UNKNOWN OWNERS and
UNKNOWN NECESSARY PARTIES,

        Defendants.

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a
GRUNDY REDI-MIX COMPANY and
GRUNDY REDI-MIX, INC.,

        Counter-Plaintiff,

vs.

LAKEWOOD PRAIRIE LLC, IBARRA
CONCRETE COMPANY, VULCAN
CONSTRUCTION MATERIALSLP, d/b/a VULCAN
MATERIALS COMPANY, HOWARD B. SAMUELS
AS ASSIGNEE FOR THE BENEFIT OF THE
IBARRA CONCRETECOMPANY TRUST, R&J
CONSTRUCTION SUPPLIES, ILLINOIS BRICK
COMPANY, STEEL MASONRY, INC., ISHMAEL C.
HERNANDEZ, CENORINA REYES, RANDY
JACOBSON, TINA JACOBSON, PAMELA
McREYNOLDS, WILLIE McREYNOLDS, JACLYN

1

MROZ, THOMAS L. JOHANNESSEN, CHRISTINA JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JOAN GONZALEZ, SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIA, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J. LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA MITCHELL, ALTON BRETT NORRIS APRIL D. NORRIS, STEVEN VAN DYKE, APRIL VAN DYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK J. McGRATH, DARYL L. McGRATH, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYANNA TYLER, NATHAN CALLENDO II, MEAGAN CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, GERARDO BORJON, JEANNETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, SHERRIA COVINGTON, VERNON J. JACKSON, SAKENNA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SIMON, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECERRA, JESSE ZBROSKEWICH, LINDA ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN

2