FILED
DEC 04 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

IN THE CIRCUIT COURT OF KENDALL COUNTY, ILLINOIS
SIXTEENTH JUDICIAL DISTRICT

VULCAN CONSTRUCTION MATERIALS LP )
d/b/a VULCAN MATERIALS COMPANY )
 )
        Plaintiff, ) No.: 2007 CH 389
 )
    v. )
 )
LAKEWOOD PRAIRIE, LLC, IBARRA )
CONCRETE COMPANY, LA SALLE BANK, N.A. )
UNKNOWN OWNERS AND UNKNOWN )
LIENHOLDERS. )
        Defendants. )

CERTIFICATE OF FILING

Debra A. Thomas, an attorney, under penalties of perjury, certifies that she filed the following Certificate of Service by mailing the same to:

Clerk of the Court
16th Judicial Circuit - Kendall County
807 John Street, Box M
Yorkville IL 60560

in a properly addressed, postage prepaid envelope in the United States Mail at Carol Stream, Illinois all this 29th day of November 2007 before the hour of 5:00 o'clock p.m.

_____

CERTIFICATE OF SERVICE

Debra A. Thomas, an attorney, under penalties of perjury, certifies that she served a true and correct copy of Vulcan's First Request to Admit Facts and the Genuineness of Documents to Grundy Redi-Mix, Inc. to:

John V. Hanson
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
Morris, IL 60450
Tel: (815) 942-6700
Fax: (815) 942-6540

with exhibits, by Fedex next day delivery service; and to:

EXHIBIT 46

Howard M. Turner
Paul W. Carroll
Gould & Ratner
222 North LaSalle Street
Chicago, IL 60601
Tel: (312)236-3003
Fax: (312) 236-3241

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, IL 60139
Tel: (630) 682-9872
Fax: (630) 682-1650

by mailing a copy in a properly addressed, postage prepaid envelope in the United States Mail at Carol Stream, Illinois; all this 29th day of November 2007 before the hour of 5:00 o'clock p.m.

_____

PATRICK MAZZA & ASSOCIATES
Attorneys for Plaintiff
290 South Main Place, Suite 101
Carol Stream IL 60188-2476
630-933-9200