IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS
CAUSE NO. 2007-CH-0389
Consolidated With
2006-CH-0360
2007-CH-062

FILED
DFC 1 8 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

LAKEWOOD PRAIRIE, LLC,

                  Plaintiff,

vs.

IBARRA CONCRETE COMPANY, VULCAN
MATERIALS LP d/b/a/ VULCAN MATERIALS
COMPANY, HOWARD B. SAMUELS, as
Assignee for the Benefit of the Ibarra Concrete
Trust, GRUNDY REDI-MIX, INC., R. J.
CONSTRUCTION SUPPLIES, ILLINOIS
BRICK COMPANY, STEEL MASONRY, INC.,
UNKNOWN OWNERS and UNKNOWN
NECESSARY PARTIES,

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a
GRUNDY REDI-MIX COMPANY and
GRUNDY REDI-MIX, INC.,

                  Counter-Plaintiff,

vs.

LAKEWOOD PRAIRIE LLC, IBARRA
CONCRETE COMPANY, VULCAN
CONSTRUCTION MATERIALSLP, d/b/a VULCAN
MATERIALS COMPANY, HOWARD B. SAMUELS
AS ASSIGNEE FOR THE BENEFIT OF THE
IBARRA CONCRETECOMPANY TRUST, R&J
CONSTRUCTION SUPPLIES, ILLINOIS BRICK
COMPANY, STEEL MASONRY, INC.,  ISHMAEL C.
HERNANDEZ, CENORINA REYES, RANDY
JACOBSON, TINA JACOBSON, PAMELA
McREYNOLDS, WILLIE McREYNOLDS, JACLYN
MROZ, THOMAS L. JOHANNESSEN, CHRISTINA
JOHANNESSEN, STEWART G. HONECK IV,
AMARA HONECK, MICHAEL B. McKIRDIE,

1

EXHIBIT
47
PENGAD 800-631-6989

KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO
PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ,
LUPE GRANGO, ALEX GRANGO, MARK A.
KOSINSKI, JOANNE KOSINSKI, ROSA I.
BECERRA, MIGUEL A. BECERRA, DORA A.
BECERRA, JOAN GONZALEZ, SANTIAGO A.
RODRIGUEZ, JOSEPH URIBE, NANCY URIBE,
OSCAR CARRILLO, MARICELA MONTES de
OCA-TAPIA, GABRIELLA AVILLA, VICTOR M.
MARTINEZ, ADRIANNA MARTINEZ, RICARDO
ZAMORA, ANA ZAMORA, MATTHEW J.LISKA,
NICOLE L. LISKA, GUILLERMO JAIME, JR.,
BARBARA MITCHELL, ALTON BRETT NORRIS
APRIL D. NORRIS, STEVEN VAN DYKE,
APRIL VAN DYKE, FABIAN BERMUDEZ,
JENNIFER N. RIGUAL, PATRICK J. McGRATH,
DARYL L. McGRATH, EDWARD PIETRZYK,
JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE
L. ZAMORA, LYANNA TYLER, NATHAN
CALLENDO II, MEAGAN CALIENDO, JOHN
R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E.
RINEHART, EDEN M. RINEHART, JON
SOUVANNASOT, MICHAEL J. THOMPSON,
JEFFREY SMITH, FAITH SMITH, CHRISTOPHER
HUMBERG, ALICE C. BALL-BONNER, DOUGLAS
E. KNACK, KELLY S. KNACK, GARY C. FRANCIS
KAREN O. FRANCIS, BEVERLY HOWARD,
TARA CULOTTA, DEAN CULOTTA, WAYNE R.
MOUNT, NORA S. MOUNT, GERARDO BORJON,
JEANNETTE BORJON, OMAYRA HWIEH, GINA
L. BATES, JAMES H. BATES, SHERRIA
COVINGTON, VERNON J. JACKSON, SAKENNA
K. JACKSON, NEWELL A. BROADWAY, DION M.
SIMPSON, BETTY J. SIMPSON, DAWN M.
KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD
LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE
GARCIA, LUCIUS ARMSTRONG, KIMBERLY
ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION
MARTINEZ, SCOTT BRECKENRIDGE, MARK
SYMON, TERESA SIMON, LYNETTE J. RINELLA,
ROBERT RINELLA, DAVID A. BRINK, BILLY JO
NOLL-BRINK, DONNA KAUL, ESPERANZA
BECERRA, JESSE ZBROSKEWICH, LINDA
ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN
J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH
BOKENIEWICZ, ERICK HUERTA, JESUS

2

ALFONSO, EDINA ALFONSO, PETER J.
SUSTAITA, JOSE DEJUSUS LOERA, BRIAN
RADEJEWSKI, SARA OTTO, MIKE CASILLAS,
CHRISTINE F. CACILLAS, ELIZABETH
LUEVANO, ADELA REYS, ALEJANDRO
OCEGUEDA, MARIA L. OCEGUEDA, RUBEN
K. CAMPBELL, SAVANA N. LATIMORE,
HERMINIA V. CALIFLOWER, GETEMBERG
MONTESINOS, OSCAR LUCIANO, LISA
LATURELL, JOSE A. TENORIO, LORIANNE
M. TENORIO, CHARLES FREDERICK
FIELD REVOCABLE TRUST, MICHELLE
BUSCH, ROSA MISSAK, BRIAN S. MISSAK,
CHRISTINA TREVINO, DANIEL O. TREVINO
DAVID J. WANEK, EDWIN C. BEATINGO,
NICOLE BEATINGO, DENNIS WOZNIAK,
DIANE L. WOZNIAK, STACY ZEIS, SANDRA
BOYCE, ANTHONY W. RILEY, CATHRYN
RILEY, JONATHAN RESURRECTION,
MICHAEL P. DRISCOLL, CHRISTINA M.
BISCAGLIO, ARNEDO SAPNU, JR., BETH A.
ADAMS, SANDRA K. ADAMS, TIBURICO
CUEVAS, ALVARO CUEVAS, MONICA M.
REAMES, RANDY W. REAMES, GERADINE
M. SPORE, ARACELI M. PARDENILLA,
IMOGENE VAILOCES, CIRO A. PRYOR.
MARILYN E. PRYOR, MICHAEL S. LANTHIER,
REBECCA J. LANTHIER, SHANNON M.
KIELAR, JOHN KIELAR, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM, INC (MERS),
BANK OF AMERICA, LHI MORTGAGE, INC.,
HOMECOMINGS FINANCIAL NETWORK, INC.,
JP MORGAN CHASE BANK, LASALLE BANK,
FIRST FEDERAL SAVINGS BANK, ILLINOIS
HOUSING DEVELOPMENT AUTHORITY,
MORTGAGE LENDERS NETWORK, UNKNOWN
OWNERS AND NONRECORD CLAIMAINTS.

Counter Defendants.

## PROOF OF SERVICE OF DISCOVERY RESPONSES

The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law,
P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil
Procedure, that on December 17, 2007, a copy she caused a copy of Grundy Redi-Mix's

Response to Vulcan's First Request to Admit Facts and the Genuiness of Documents to be served upon each of the following:

Howard M. Turner
Paul W. Carroll
Gould & Ratner
222 North LaSalle Street
Chicago, IL 60601

Michael T. Nigro
Nigro & Westfall, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139

Patrick Mazza & Associates
290 South Main Place
Carol Stream, IL 60188-2476
U.S. Certified Mail No.
7006 2150 0002 4277 0540
RETURN RECEIPT REQUESTED

Donald N. Wilson
Murray Jensen & Wilson, Ltd.
Suite 101
101 North Wacker Drive
Chicago, IL 60606

by the method specified below:

_____ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

__X__ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m. as to Turner, Negro and Wilson.

_____ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

__X__ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by U.S. Certified Mail, return receipt requested, No. 7006 2150 0002 4277 0540 and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m. as to Mazza.

_____ by serving a copy of the foregoing instrument to such person in open court on the date specified.

Sarah Snyder

4