IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

**FILED**

DEC 19 2007

BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP d/b/a VULCAN MATERIALS COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. 2006 CH 0360 |
| | ) In consolidation with ) NO 07 CH 389 ) NO 2007 L 062 |
| LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE COMPANY, LA SALLE BANK, N.A., UNKNOWN OWNERS AND UNKNOWN LIEN-HOLDERS | ) ) ) ) ) |
| Defendants | ) |

**RESPONSE OF LAKEWOOD PRAIRIE LLC
TO GRUNDY'S 2-619 MOTION
TO DISMISS THE COMPLAINT**

Now comes the Defendant Lakewood Prairie, LLC by its attorneys Howard M. Turner,

Paul W. Carroll, Gould & Ratner, Michael Nigro and Nigro and Westfall and in response to the

Motions to Dismiss filed by Grundy County Redi-Mix, Inc. ("Grundy")states as follows:

1.    Grundy has now filed a counterclaim asserting its mechanics lien claims and

naming all current owners of the parcels in question.  Plaintiff will file a Second Amended

Complaint naming such parties and certain others including the United States of America who

has asserted a lien for income taxes on the amounts owed to Ibarra Concrete Company and

certain parties claiming interests as secured parties.

Wherefore Lakewood Prairie LLC prays that Grundy's motions be denied.

EXHIBIT
48

PENGAD 800-631-6989

/386357.v 1 12/18/2007 9:41 AM

HOWARD M. TURNER
PAUL W. CARROLL
ATTORNEYS FOR LAKEWOOD PRAIRIE, LLC

\# 2868482
HOWARD M. TURNER
PAUL W. CARROLL
GOULD & RATNER LLP
222 North LaSalle Street
Chicago, IL  60601

MICHAEL T. NIGRO
NIGRO & WESTFALL, PC
Suite 800, 1793 Bloomingdale Road
Glendale Heights IL 60139
(630)682-9872