

FILED
DEC 19 2007
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served the above and foregoing Response of Lakewood Prairie LLC to Grundy's 2-619 Motion to Dismiss the Complaint as described there in attached by mailing a copy to each of the following parties:

SEE ATTACHED SERVICE LIST

by placing same in an envelope addressed to each such party and depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m. on the 18th day of November, 2007 with proper postage prepaid.

_____
Kerrie Cleve

[x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

EXHIBIT
49

## SERVICE LIST FOR CONSOLIDATED ACTION

PATRICK MAZZA & ASSOCIATES
290 S. MAIN PLACE #101
Carol Stream IL. 60188-2476

IBARRA CONCRETE COMPANY
c/o Alberto Ibarra, 3403 Green Pastures Road
Carpentersville IL.

VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY
(Mail Copy of Complaint to Patrick Mazza)

HOWARD B. SAMUELS AS ASSIGNEE FOR THE
BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST,
c/o Rally Capital LLC 350 N. LaSalle St, Suite 1100, Chicago IL 60601

Mr. John V. Hanson
Hanson and Hanson
Attorney for Grundy Red-Mix, Inc,
a/k/a Grundy County Redi-Mix, Inc.
1802 North Division Street Suite 304
Morris IL. 60450-0825

R & J CONSTRUCTION SUPPLIES
30 W. 180 Butterfield Road, Warrenville IL. 60555

ILLINOIS BRICK COMPANY
7601 W. 79th Street Bridgeview, IL. 60455

STEEL MASONRY, INC.,
C/o ROBERT J HENNESSY
11800 S 75TH AVE 101,
PALOS HEIGHTS IL60463

DONALD WILSON
MURRAY, JENSEN & WILSON
101 N. WACKER DRIVE SUITE 101
CHICAGO IL. 60606