IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| VULCAN CONSTRUCTION MATERIALS LP<br>d/b/a VULCAN MATERIALS COMPANY<br><br>Plaintiff,<br><br>v.<br><br><br>LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE<br>COMPANY, LA SALLE BANK, N.A.,<br>UNKNOWN OWNERS AND UNKNOWN<br>LIEN-HOLDERS<br><br>Defendants | NO. 2006 CH 0360<br> In consolidation with<br>NO 07 CH 389<br>NO 2007 L 062 |

FILED
JAN 1 1 2008
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

**MOTION TO FILE SECOND AMENDED COMPLAINT**

Now comes the Defendant Lakewood Prairie, LLC by its attorneys Howard M. Turner, Paul W. Carroll, Gould & Ratner, Michael Nigro and Nigro and Westfall and moves to file its Second Amended Complaint adding certain necessary parties and as reason therefor states as follows:

1. The United States of America has a lien on the funds due from the Plaintiff to Ibarra by reason of tax liens in an amount in excess of $1.4 Million, and is therefore a necessary party to Plaintiff's interpleader suit..

2. Midwest Bank and Trust Company-Algonquin and McCann Industries have claims for lien against these funds by virtue of security interests evidenced by financing statements filed with the Secretary of State of Illinois and are therefore necessary parties to Plaintiff's interpleaders suit..

3. The parties named as "other known interested parties" in the Second Am[...]

EXHIBIT 52

Complaint are either owners of record or mortgagees claiming interests in the property which is involved in Count I of the Complaint and therefore are necessary parties to this Action.

4. This cause has not yet been set for trial.

5. No prejudice will occur to any party if this Second Amended Complaint is filed.

Wherefore Lakewood Prairie LLC prays that the Court give it leave to file its Second Amended Complaint adding additional parties and for summons to issue against such additional parties, except that the pleadings previously filed by parties as answers to either the original complaint or the amended complaint may stand as their answers to the Second Amended Complaint, if they so choose.

/s/ Howard M. Turner
HOWARD M. TURNER
PAUL W. CARROLL
ATTORNEYS FOR LAKEWOOD PRAIRIE, LLC

# 2868482
HOWARD M. TURNER
PAUL W. CARROLL
GOULD & RATNER LLP
222 North LaSalle Street
Chicago, IL 60601

MICHAEL T. NIGRO
NIGRO & WESTFALL, PC
Suite 800, 1793 Bloomingdale Road
Glendale Heights IL 60139
(630)682-9872

2