IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | | |
|---|---|---|
| VULCAN CONSTRUCTION MATERIALS LP<br>d/b/a VULCAN MATERIALS COMPANY<br><br>Plaintiff,<br><br>v.<br><br><br><br>LAKEWOOD PRAIRIE, LLC, IBARRA CONCRETE<br>COMPANY, LA SALLE BANK, N.A.,<br>UNKNOWN OWNERS AND UNKNOWN<br>LIEN-HOLDERS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED<br>JAN 11 2008<br>BECKY MORGANEGG<br>CIRCUIT CLERK KENDALL CO.<br><br>NO. 2006 CH 0360<br>In consolidation with<br>NO 07 CH 389<br>NO 2007 L 062 |

## NOTICE OF MOTION TO FILE SECOND AMENDED COMPLAINT

To:   SEE ATTACHED SERVICE LIST

Please take notice that on January 11, 2008 at 1:00 P.M. or as soon thereafter as we may be heard, we shall appear before the Hon Judge McCann in Court Room I or before any other judge sitting in his place and stead in the Kendall County Courthouse 807 West John Street, Yorkville, Illinois, and shall then and there move to file a Second Amended Complaint a copy of which is attached hereto in accordance with the Motion a copy of which is attached and herewith served upon you.

HOWARD M. TURNER

Howard M. Turner, # 2868482
Paul W. Carroll
Gould & Ratner
Attorneys for Lakewood Prairie LLC and
LaSalle Bank N. A.
222 North LaSalle Street
Suite 800
Chicago, IL  60601
312/236-3003

EXHIBIT 53

## PROOF OF SERVICE

    The undersigned, a non-attorney, certify that I served this notice by mailing a copy to each party to whom it is directed and depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m. on the 2nd day of January, 2008 with proper postage prepaid together with the documents referred to therein.

                                                  _____
                                                  Kerrie Cleve
                                                  Michelle A. Fischer

[x]    Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct

## SERVICE LIST FOR CONSOLIDATED ACTION

PATRICK MAZZA & ASSOCIATES
290 S. MAIN PLACE #101
Carol Stream IL. 60188-2476

IBARRA CONCRETE COMPANY
c/o Alberto Ibarra, 3403 Green Pastures Road
Carpentersville IL.

VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY
(Mail Copy of Complaint to Patrick Mazza)

HOWARD B. SAMUELS AS ASSIGNEE FOR THE
BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST,
c/o Rally Capital LLC 350 N. LaSalle St, Suite 1100, Chicago IL 60601

Mr. John V. Hanson
Hanson and Hanson
Attorney for Grundy Red-Mix, Inc,
a/k/a Grundy County Redi-Mix, Inc.
1802 North Division Street Suite 304
Morris IL. 60450-0825

R & J CONSTRUCTION SUPPLIES
30 W. 180 Butterfield Road, Warrenville IL. 60555

ILLINOIS BRICK COMPANY
7601 W. 79th Street Bridgeview, IL. 60455

STEEL MASONRY, INC.,
C/o ROBERT J HENNESSY
11800 S 75TH AVE 101,
PALOS HEIGHTS IL60463

DONALD WILSON
MURRAY, JENSEN & WILSON
101 N. WACKER DRIVE SUITE 101
CHICAGO IL. 60606

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS
CAUSE NO. 2007-CH-0389
Consolidated With
2006-CH-0360
2007-CH-062

LAKEWOOD PRAIRIE, LLC,

                Plaintiff,

vs.

IBARRA CONCRETE COMPANY, VULCAN
MATERIALS LP d/b/a/ VULCAN MATERIALS
COMPANY, HOWARD B. SAMUELS, as
Assignee for the Benefit of the Ibarra Concrete
Trust, GRUNDY REDI-MIX, INC., R. J.
CONSTRUCTION SUPPLIES, ILLINOIS
BRICK COMPANY, STEEL MASONRY, INC.,
UNKNOWN OWNERS and UNKNOWN
NECESSARY PARTIES,

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a
GRUNDY REDI-MIX COMPANY and
GRUNDY REDI-MIX, INC.,

                Counter-Plaintiff,

vs.

LAKEWOOD PRAIRIE LLC, IBARRA
CONCRETE COMPANY, VULCAN
CONSTRUCTION MATERIALSLP, d/b/a VULCAN
MATERIALS COMPANY, HOWARD B. SAMUELS
AS ASSIGNEE FOR THE BENEFIT OF THE
IBARRA CONCRETECOMPANY TRUST, R&J
CONSTRUCTION SUPPLIES, ILLINOIS BRICK
COMPANY, STEEL MASONRY, INC., ISHMAEL C.
HERNANDEZ, CENORINA REYES, RANDY
JACOBSON, TINA JACOBSON, PAMELA
McREYNOLDS, WILLIE McREYNOLDS, JACLYN
MROZ, THOMAS L. JOHANNESSEN, CHRISTINA
JOHANNESSEN, STEWART G. HONECK IV,
AMARA HONECK, MICHAEL B. McKIRDIE,

FILED
JAN 1 1 2008
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

1

EXHIBIT
PENGAD 800-631-6989

KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO
PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ,
LUPE GRANGO, ALEX GRANGO, MARK A.
KOSINSKI, JOANNE KOSINSKI, ROSA I.
BECERRA, MIGUEL A. BECERRA, DORA A.
BECERRA, JOAN GONZALEZ, SANTIAGO A.
RODRIGUEZ, JOSEPH URIBE, NANCY URIBE,
OSCAR CARRILLO, MARICELA MONTES de
OCA-TAPIA, GABRIELLA AVILA, VICTOR M.
MARTINEZ, ADRIANNA MARTINEZ, RICARDO
ZAMORA, ANA ZAMORA, MATTHEW J.LISKA,
NICOLE L. LISKA, GUILLERMO JAIME, JR.,
BARBARA MITCHELL, ALTON BRETT NORRIS
APRIL D. NORRIS, STEVEN VAN DYKE,
APRIL VAN DYKE, FABIAN BERMUDEZ,
JENNIFER N. RIGUAL, PATRICK J. McGRATH,
DARYL L. McGRATH, EDWARD PIETRZYK,
JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE
L. ZAMORA, LYANNA TYLER, NATHAN
CALLENDO II, MEAGAN CALIENDO, JOHN
R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E.
RINEHART, EDEN M. RINEHART, JON
SOUVANNASOT, MICHAEL J. THOMPSON,
JEFFREY SMITH, FAITH SMITH, CHRISTOPHER
HUMBERG, ALICE C. BALL-BONNER, DOUGLAS
E. KNACK, KELLY S. KNACK, GARY C. FRANCIS
KAREN O. FRANCIS, BEVERLY HOWARD,
TARA CULOTTA, DEAN CULOTTA, WAYNE R.
MOUNT, NORA S. MOUNT, GERARDO BORJON,
JEANNETTE BORJON, OMAYRA HWIEH, GINA
L. BATES, JAMES H. BATES, SHERRIA
COVINGTON, VERNON J. JACKSON, SAKENNA
K. JACKSON, NEWELL A. BROADWAY, DION M.
SIMPSON, BETTY J. SIMPSON, DAWN M.
KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD
LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE
GARCIA, LUCIUS ARMSTRONG, KIMBERLY
ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION
MARTINEZ, SCOTT BRECKENRIDGE, MARK
SYMON, TERESA SIMON, LYNETTE J. RINELLA,
ROBERT RINELLA, DAVID A. BRINK, BILLY JO
NOLL-BRINK, DONNA KAUL, ESPERANZA
BECERRA, JESSE ZBROSKEWICH, LINDA
ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN
J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH
BOKENIEWICZ, ERICK HUERTA, JESUS

2

ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJUSUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CACILLAS, ELIZABETH LUEVANO, ADELA REYS, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CALIFLOWER, GETEMBERG MONTESINOS, OSCAR LUCIANO, LISA LATURELL, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDERICK FIELD REVOCABLE TRUST, MICHELLE BUSCH, ROSA MISSAK, BRIAN S. MISSAK, CHRISTINA TREVINO, DANIEL O. TREVINO DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECTION, MICHAEL P. DRISCOLL, CHRISTINA M. BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERADINE M. SPORE, ARACELI M. PARDENILLA, IMOGENE VAILOCES, CIRO A. PRYOR. MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC (MERS), BANK OF AMERICA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL NETWORK, INC., JP MORGAN CHASE BANK, LASALLE BANK, FIRST FEDERAL SAVINGS BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, MORTGAGE LENDERS NETWORK, UNKNOWN OWNERS AND NONRECORD CLAIMAINTS.

Counter Defendants.

## AGREED ORDER

BY      AGREEMENT      OF      THE      PARTIES,      IT      IS      ORDERED:

1. Defendant, GRUNDY REDI-MIX, INC., is granted leave to withdraw both of its Motions to Strike and Dismiss the Amended Complaint filed herein.

2. Plaintiff, LAKEWOOD PRAIRIE LLC, is granted leave to file a Second Amended Complaint to add additional parties defendant who claim an interest in the interest in the real estate at issue herein or in the contract funds held by said Plaintiff and owed to Ibarra in payment of concrete work performed by Ibarra for the Plaintiff, with summons to issue.

3. All Defendants are allowed 28 days to file answers or otherwise plead to the Second Amended Complaint. Defendant Grundy Redi-Mix is allowed to incorporate by reference in any response to the Second Amended Complaint, exhibits attached to its previous responses herein.

4. Cause set for status on March 14, 2008.

DATED: January 11, 2008

ENTER: _____
                    JUDGE