Circuit Court Summons                                    81-101 (Rev. 9/85)

UNITED STATES OF AMERICA
STATE OF ILLINOIS                                        COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC<br>　　　　Plaintiff(s)<br><br>　　-vs-<br><br>IBARRA CONCRETE COMPANY, VULCAN<br>CONSTRUCTION MATERIALS LP D/B/A<br>VULCAN MATERIAL COMPANY, ET.AL.<br>　　　　Defendant(s) | )<br>)<br>)<br>)　No. 07 CH 389<br>)<br>)<br>)<br>)<br>)　　　　File Stamp Here |

**SUMMONS**

To:  McCann Industries, Inc., John Schneider, Chief Financial Officer, 543
     S. Rohlwing Road, Addison, IL 60101

　　You are summoned and required to file an answer to the Second Amended
Complaint in this case, a copy of which is hereto attached or otherwise
file your appearance in the office of the Clerk of this Court, 807 W. John
Street, Yorkville, Illinois, within 30 days after service of this summons,
not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY
DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

　　This summons must be returned by the Officer or other person to whom
it was given for service, with endorsement of service and fees, if any
immediately after service.  If service cannot be made, this summons shall
be returned so endorsed.

　　　　　　　　　　　　　　This summons may not be served later than 30 days
　　　　　　　　　　　　　　after its date. WITNESS: **BECKY MORGANEGG** Clerk of
　　　　　　　　　　　　　　the Sixteenth Judicial Circuit, and the seal
　　　　　　　　　　　　　　thereof, at Wheaton, Illinois.
　　　　　　　　　　　　　　Dated _____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.            NOTE: The filing of an appearance or answer with
DuPage No: 2054051                      the Circuit Court Clerk requires a statutory
1793 Bloomingdale Road                  filing fee payable at the time of filing.
Glendale Heights, IL 60139              Date of Service _____ 20____.
(630)682-9872                           (To be inserted by officer on copy left with
                                        defendant or other Person. )

　　　　　　　　　　CIRCUIT COURT SUMMONS
　　BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
　　　　　　　YORKVILLE, ILLINOIS 60560-9249

EXHIBIT 65