DUPLICATE ORIGINAL

Circuit Court Summons

81-101 (Rev. 9/85)

UNITED STATES OF AMERICA

STATE OF ILLINOIS                           COUNTY OF KENDALL
    IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

LAKEWOOD PRAIRIE, LLC )
    Plaintiff(s) )
)
-vs- ) No. 07 CH 389
)
IBARRA CONCRETE COMPANY, VULCAN )
CONSTRUCTION MATERIALS LP D/B/A )
VULCAN MATERIAL COMPANY, ET.AL. )
    Defendant(s) )         File Stamp Here

**SUMMONS**

To: United States Attorney's Office, Northern District of Illinios, Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604

You are summoned and required to file an answer to the Second Amended Complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Wheaton, Illinois.
Dated _____

_____
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20____.
(To be inserted by officer on copy left with defendant or other Person.)

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249

EXHIBIT 56