# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

Case No. __07 CH 389 consolidated__

| | | |
|---|---|---|
| **Lakewood Prairie, LLC** | **Ibarra Concrete Company, Vulcan Construction Materials, L.P., et.al.** | *FEB 0 4 2008* <br> **BECKY MORGAN** <br> **CIRCUIT CLERK KENDALL CO.** |
| Plaintiff(s) | Defendant(s) | |
| **Michael T. Nigro** <br> **Howard M. Turner** | **Donald N. Wilson, John V. Hanson, Patrick Mazza, Paul E. Root** | |
| Plaintiff(s) Atty. | Defendant(s) Atty. | File Stamp |

## AFFIDAVIT FOR SERVICE BY PUBLICATION
### Pursuant to 735 ILCS 5/2-206

I, __Michael T. Nigro_____ on oath states as to Defendant(s):

__Unknown Owners and Unknown Necessary Parties_____

_____

_____

1. The above named Defendant(s):

☐ Resides or has gone out of this State  ☑ On due inquiry cannot be found  ☐ is concealed within this State so that process cannot be served upon them.

2. Upon diligent inquiry, the place of residence of the aforesaid Defendant(s) cannot be ascertained and/or their last known place of residence is listed below:

**The addresses of Unknown Owners and Unknown Necessary Parties cannot be ascertained.**

_____
Signature of Affiant

Sworn and Subscribed to before me on

_____ (Date)

_____
Circuit Court Clerk/Notary
(Seal)

Name: __Michael T. Nigro/Nigro & Westfall, P.C.__

Attorney for: __Plaintiff, Lakewood Prairie, LLC__

Atty. Registration No.: __2054051__

Address: __1793 Bloomingdale Road__

City, State, Zip: __Glendale Heights, IL 60139__

Telephone No.: __630-682-9872__

OFFICIAL SEAL
MARGARET WALTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/04/09

EXHIBIT
57

PENGAD 800-631-6989

P2-MISC-59 8/04                    Copy - Attorney