## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
### KENDALL COUNTY, ILLINOIS
Case No. 07 CH 389

| Lakewood Prairie, LLC | Ibarra Concrete Company, Vulcan Construction Materials, L.P., et.al. | FILED<br>FEB 0 4 2008<br>BECKY MORGAN<br>CIRCUIT CLERK KENDALL CO. |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | File Stamp |

### AUTHORIZATION TO PLACE LEGAL PUBLICATION

Date: **January 31, 2008**

To: Circuit Clerk of **Kendall County**

Re: **See attached Legal Description**

Please publish the attached Notice at least once a week for 3 successive weeks in the newspaper of general circulation published in **Kendall** County at the address and city set forth herein, at the rate of **$21.16** per **column**.

    Newspaper: **Aurora Beacon News**

    Address: **101 S. River Street**

    City and State: **Aurora, IL 60506**

The first Notice shall be published on **February 16, 2008**.

Please ask them to send their statement directly to me at:

    Name: **Michael T. Nigro/Nigro & Westfall, P.C.**

    Address: **1793 Bloomingdale Road**

    City, State and Zip: **Glendale Heights, IL 60139**

    Phone: **630-682-9872**

The Circuit Clerk is hereby authorized and directed to place said Publication instanter.

Signed: _____
Attorney

To the Newspaper: Because of certain statutory requirements, we require that within five (5) days of the first publication, you send at least two (2) copies of the "tear" sheet to our office. Also within five (5) days after the last date of publication, send the Publisher's Certificate of Publication to our office.

EXHIBIT 58

P2 MISC 002 (02/05)       Attorney