UNITED STATES OF AMERICA
IN THE CIRCUIT COURT OF SIXTEENTH JUDICIAL CIRCUIT
STATE OF ILLINOIS, COUNTY OF KENDALL

| | |
|---|---|
| Lakewood Prairie, LLC )<br>)<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Ibarra Concrete Company, )<br>Vulcan Construction Materials LP, d/b/a Vulcan )<br>Materials Company, Howard B. Samuels as Assignee )<br>For the Benefit of the Ibarra Concrete Company Trust, )<br>Grundy Red-Mix, Inc., R&J Construction Supplies, )<br>Illinois Brick Company, Steel Masonry, Inc., Unknown )<br>Owners, Unknown Necessary Parties, et al, )<br>)<br>    Defendants. ) | FILED<br>FEB 0 7 2008<br>BECKY MORGANEGG<br>CIRCUIT CLERK KENDALL CO.<br><br>Case No.: 2006 CH 0360<br>Consolidated with<br>2007 CH 0389<br>2007 CH 062 |

Midwest Bank and Trust Company, as assignee )
of Ibarra Concrete Company, )
    Counter-Plaintiff, )
  vs. )
)
Lakewood Prairie, LLC, et. al, )
)
    Counter-Defendants. )

## NOTICE OF FILING

To:  Attached Service List

**PLEASE TAKE NOTICE** that on the 7th day of February, 2008, I will cause to be filed with the Clerk of the Circuit Court of Kendall County, **Midwest Bank and Trust Company's Answer And Counterclaim To Amended Complaint For General Settlement**, a copy of which is herewith served upon you.

                      _____
                      One of their attorneys

EXHIBIT 59