

## PROOF OF SERVICE BY MAIL

Nancy A. Wollenberg, a non-attorney, certifies that I served this Notice of Filing and Midwest Bank And Trust Company's Answer And Counterclaim To Amended Complaint For General Settlement by causing a copy thereof to be mailed to the attached Service List by depositing same in the U.S. Mail at 101 N. Wacker Drive, Chicago, Illinois, at 5:00 p.m. on the 6th day of February, 2008 with proper postage prepaid.

*Nancy A. Wollenberg*

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

Donald N. Wilson, Esq.
MURRAY, JENSEN & WILSON, Ltd.
101 N. Wacker Drive, Suite 101
Chicago, Illinois 60606
(312) 263-5432
Attorney No. 6206000

EXHIBIT 60

## SERVICE LIST
*Lakewood Prairie, LLC v. Ibarra Concrete Company, et al.*
*Case No.: 2006 CH 0360 Consolidated with 2007 CH 0389 and 2007 CH 062*

Patrick Mazza & Associates
290 S. Main Place, Suite 101
Carol Stream, IL 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 N. Lasalle Street, Suite 800
Chicago, IL 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

John V. Hanson
Hanson and Hanson
1802 N. Division Street
P. O. Box 825
Morris, IL 60450

Paul E. Root
P. O. Box 688
Morris, IL 60450