TYPE LAW            SHERIFF' OFFICE OF COOK COUNTY, ILLINOIS        DISTRICT 016

SHERIFF'S NUMBER 948550-001D CASE NUMBER 07CH389    DEPUTY: H ACC 7371   FILED

FILED DT 01-16-2008 RECEIVED DT 01-28-2008 DIE DT 02-13-2008 MULTIPLE SERVICE  1
   DEFENDANT                                      ATTORNEY
U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL   MICHAEL T. NIGRO/NIGRO & WESTF
219 S DEARBORN ST                                 1793 BLOOMINGDALE RD.
CHICAGO IL. 60604                                 GLENDALE HGHTS  IL. 60139
5TH FLOOR                                         630 682-9872
PLAINTIFF LAKEWOOD PRAIRIE, LLC

SERVICE INFORMATION: CF C/O THOMAS P. WALSH, CHIEF CIVIL DIV.   EASTERN  FOREIGN

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
X      SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION X  COMPANY ____  BUSINESS ____  PARTNERSHIP ____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____Hall 7371_____, DEPUTY

   1  SEX F M/F    RACE H    AGE 60
   2  NAME OF DEFENDANT U.S. ATTORNEY'S OFFICE, NORTHERN DISTRICT OF IL
        WRIT SERVED ON _____Joe Ann Constraces A.P_____
        THIS 01 DAY OF FEB, 2008 TIME 10:30 A.M./P.M.

   ADDITIONAL REMARKS _____

*************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____OFFICE_____          ATTEMPTED SERVICES

NEIGHBORS NAME _____          DATE        TIME  A.M./P.M.

     ADDRESS _____          _____      ___:___  ___

         REASON NOT SERVED:
                    ___ 07 EMPLOYER REFUSAL    _____      ___:___  ___
___ 01 MOVED        ___ 08 RETURNED BY ATTY    _____      ___:___  ___
___ 02 NO CONTACT   ___ 09 DECEASED
___ 03 EMPTY LOT    ___ 10 BLDG DEMOLISHED     _____      ___:___  ___
___ 04 NOT LISTED   ___ 11 NO REGISTERED AGT.                            EXHIBIT
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS      _____      ___:___  ___
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY                               6a
                                               _____      ___:___  ___

FEE  .00   MILEAGE  .00   TOTAL  .00                                    SG20

DUPLICATE ORIGINAL

Circuit Court Summons                                                     81-101 (Rev. 9/85)

UNITED STATES OF AMERICA
STATE OF ILLINOIS                           COUNTY OF KENDALL
IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | |
| Plaintiff(s) ) | |
| ) | |
| -vs- ) | No. 07 CH 389 |
| ) | |
| IBARRA CONCRETE COMPANY, VULCAN ) | |
| CONSTRUCTION MATERIALS LP D/B/A ) | |
| VULCAN MATERIAL COMPANY, ET.AL. ) | |
| Defendant(s) ) | File Stamp Here |

**SUMMONS**

To: United States Attorney's Office, Northern District of Illinios, Eastern Division, 219 S. Dearborn St., 5th Floor, Chicago, IL 60604
C/o Thomas P. Walsh Chief Civil Division

You are summoned and required to file an answer to the Second Amended Complaint in this case, a copy of which is hereto attached or otherwise file your appearance in the office of the Clerk of this Court, 807 W. John Street, Yorkville, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer:

This summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date. WITNESS: **BECKY MORGANEGG** Clerk of the Sixteenth Judicial Circuit, and the seal thereof, at Wheaton, Illinois.
Dated _January 16, 2008_

_____
CLERK of the SIXTEENTH JUDICIAL CIRCUIT

MICHAEL T. NIGRO
NIGRO & WESTFALL, P.C.
DuPage No: 2054051
1793 Bloomingdale Road
Glendale Heights, IL 60139
(630)682-9872

NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee payable at the time of filing.
Date of Service _____ 20____.
(To be inserted by officer on copy left with defendant or other Person.)

CIRCUIT COURT SUMMONS
BECKY MORGANEGG, CLERK OF THE 16TH JUDICIAL CIRCUIT COURT
YORKVILLE, ILLINOIS 60560-9249