IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

VULCAN CONSTRUCTION MATERIALS LP )
D/B/A VULCAN MATERIALS COMPANY )
            Plaintiff, )
    v. )
IBARRA CONCRETE COMPANY, et.al. )
            Defendants )      No. 2007 CH 389
VULCAN CONSTRUCTION MATERIALS )      Consolidated
LP D/B/A VULCAN MATERIALS COMPANY )
            Plaintiff, )
IBARRA CONCRETE COMPANY )
            Defendant, )
    v. )
LAKEWOOD PRAIRIE, LLC )
            Third Party Respondent )

## NOTICE OF FILING

TO:    SEE SERVICE LIST ATTACHED

    PLEASE TAKE NOTICE that on the 20th day of February, 2008, we mailed to the Clerk of the Circuit Court of Kendall County, Summons on United States Attorney's Office, c/o Thomas P. Walsh, Chief Civil Division, Eastern Division and Sheriff of Cook County Return of Service, copies of which are attached hereto and served upon you herewith.

Dated:  February 20, 2008

                   _____

## PROOF OF SERVICE

Peggy Walter, a non-attorney, hereby certifies, pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, that she cause a true and correct copy of the foregoing SUMMONS ON UNITED STATES ATTORNEY'S OFFICE, C/O THOMAS P. WALSH, CHIEF CIVIL DIVISION AND SHERIFF OF COOK COUNTY RETURN OF SERVICE to be served on the parties of records, listed below at the addresses listed, by U.S. Mail, postage prepaid, before 5:00 p.m. this 20th day of February, 2008.

                   _____
                       Peggy Walter

NIGRO & WESTFALL, P.C.
Attorney For: the plaintiff
ARDC No. 2054051
1793 Bloomingdale Road
Glendale Heights, IL  60139
(630) 682-9872

EXHIBIT
63
PENGAD 800-631-6989

## SERVICE LIST
## LAKEWOOD PRAIRIE, LLC V. IBARRA CONCRETE COMPANY, ET.AL.
## 2006 CH 360 CONSOLIDATED INTO 2007 CH 389

Donald N. Wilson
*Attorney for Midwest Bank & Trust Company*
*As Assignee of Ibarra Concrete Company*
Murray, Jensen & Wilson, Ltd.
101 North Wacker Drive
Suite 101
Chicago, IL 60606
Telephone: 312.263.5432
Facsimile: 312.263.5759

John V. Hanson, Esq.
*Attorney for Grundy Redi-Mix*
Hanson and Hanson
1802 N. Division Street
Suite 304
P.O. Box 825
Morris, IL 60450
Telephone: 815.942.6700
Facsimile: 815.942-6540

Of counsel:
*Paul E. Root*
P.O. Box 688
Morris, IL 60450
Telephone: 815.942.4932

Patrick Mazza & Associates
*Attorney for Vulcan Materials Company*
290 S. Main Place
Suite 101
Carol Stream, IL 60188
Telephone: 630.933.9200
Facsimile: 630.933.9824

Howard M. Turner
Attorney for Lakewood Prairie, LLC
Gould & Ratner, LLP
222 North LaSalle Street
Cyhicago, IL 60601
Telephone: 312.236.3003
Facsimile:

## SERVICE LIST
## LAKEWOOD PRAIRIE, LLC V. IBARRA CONCRETE COMPANY, ET.AL.
## 2006 CH 360 CONSOLIDATED INTO 2007 CH 389

## NO APPEARANCES

Ibarra Concrete Company
3403 Green Pastures Road
Carpentersville, IL

R & J Construction Supplies
30 W 180 Butterfield Road
Bridgeview, IL 60455

Steel Masonry, Inc.
C/o Robert J. Hennessy
11800 S. 75th Avenue
Suite 101
Palos Heights, IL 60463