## IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

LAKEWOOD PRAIRIE, LLC, )
                      Plaintiff, )
        v. ) Case No. 07 CH 389
IBARRA CONCRETE CO., et al., )
                      Defendant. )

### NOTICE OF FILING OF PAPERS REMOVING ACTION TO THE UNITED STATES DISTRICT COURT

To:

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 North LaSalle Street
Chicago, IL 60601   Counsel
for Lakewood Prairie, LLC

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Ste. 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Ste. 304
Morris, IL 60450-0825
Counsel for Grundy Red-Mix, Inc.

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

McCann Industries, Inc.
543 S. Rohlwing Rd.
Addison, IL 60101

PLEASE TAKE NOTICE that on February 28, 2007, a Notice of Removal of the above-entitled action was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. The notice was filed by and on behalf of the United States of America.



EXHIBIT 64

- 2 -

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446 (d), the Kendall County Circuit Court "shall proceed no further unless and until the case is remanded."

A copy of the Notice of Removal, without attachments, is annexed to this Notice.

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney

/s/ Raagnee Beri
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov

- 3 -

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF FILING has this 28th day of February, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 North LaSalle Street
Chicago, IL 60601
Counsel for Lakewood Prairie, LLC

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Ste. 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Ste. 304
Morris, IL 60450-0825
Counsel for Grundy Red-Mix, Inc.

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

McCann Industries, Inc.
543 S. Rohlwing Rd.
Addison, IL 60101

*Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov

AEE  FILED
FEBRUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1200**

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | (Formerly Case No. 07 CH 389 |
| v. | ) | Kendall County Circuit Court) |
| | ) | |
| | ) | |
| IBARRA CONCRETE CO., et al., | ) | |
| | ) | JUDGE CONLON |
| Defendant. | ) | MAGISTRATE JUDGE COLE |

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

The defendant United States of America, by and through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby files this notice of removal. In support thereof, the defendant United States alleges that the action styled *Lakewood Prairie, LLC v. Ibarra Concrete Co. et al.*, Case No. 07 CH 389, now pending in the Kendall County Circuit Court in the State of Illinois, is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1), as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action of interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

1

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

PATRICK J. FITZGERALD
United States Attorney

JOEL R. NATHAN
Assistant United States Attorney

/s/ *Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
E-mail: Raagnee.Beri@usdoj.gov

2

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing UNITED STATES' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS has this 28th day of February, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 North LaSalle Street
Chicago, IL 60601
Counsel for Lakewood Prairie, LLC

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Ste. 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Ste. 304
Morris, IL 60450-0825
Counsel for Grundy Red-Mix, Inc.

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

McCann Industries, Inc.
543 S. Rohlwing Rd.
Addison, IL 60101

s/Raagnee Beri
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 305-7917
Email: Raagnee.Beri@usdoj.gov