IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS
CAUSE NO. 07-CH-0389
CONSOLIDATED WITH
2007-CH-0360
2007-CH-062

LAKEWOOD PRAIRIE LLC,

                      Plaintiff,

vs.

IBARRA CONCRETE COMPANY,
VULCAN CONSTRUCTION MATERIALS LP,
d/b/a VULCAN MATERIALS COMPANY,
HOWARD B. SAMUELS AS ASSIGNEE FOR
THE BENEFIT OF THE IBARRA CONCRETE
COMPANY TRUST, GRUNDY REDI-MIX,
INC., R&J CONSTRUCTION SUPPLIES,
ILLINOIS BRICK COMPANY, STEEL
MASONRY, INC., UNKNOWN OWNERS and
UNKNOWN NECESSARY PARTIES,

                      Defendants.

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a
GRUNDY REDI-MIX COMPANY and
GRUNDY REDI-MIX, INC.,

                      Counter-Plaintiff,

vs.

LAKEWOOD PRAIRIE LLC, IBARRA
CONCRETE COMPANY, VULCAN
CONSTRUCTION MATERIALSLP, d/b/a VULCAN
MATERIALS COMPANY, HOWARD B. SAMUELS
AS ASSIGNEE FOR THE BENEFIT OF THE
IBARRA CONCRETECOMPANY TRUST, R&J
CONSTRUCTION SUPPLIES, ILLINOIS BRICK
COMPANY, STEEL MASONRY, INC., ISHMAEL C.
HERNANDEZ, CENORINA REYES, RANDY
JACOBSON, TINA JACOBSON, PAMELA
McREYNOLDS, WILLIE McREYNOLDS, JACLYN

1

EXHIBIT 65

MROZ, THOMAS L. JOHANNESSEN, CHRISTINA
JOHANNESSEN, STEWART G. HONECK IV,
AMARA HONECK, MICHAEL B. McKIRDIE,
KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO
PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ,
LUPE GRANGO, ALEX GRANGO, MARK A.
KOSINSKI, JOANNE KOSINSKI, ROSA I.
BECERRA, MIGUEL A. BECERRA, DORA A.
BECERRA, JOAN GONZALEZ, SANTIAGO A.
RODRIGUEZ, JOSEPH URIBE, NANCY URIBE,
OSCAR CARRILLO, MARICELA MONTES de
OCA-TAPIA, GABRIELLA AVILLA, VICTOR M.
MARTINEZ, ADRIANNA MARTINEZ, RICARDO
ZAMORA, ANA ZAMORA, MATTHEW J.LISKA,
NICOLE L. LISKA, GUILLERMO JAIME, JR.,
BARBARA MITCHELL, ALTON BRETT NORRIS
APRIL D. NORRIS, STEVEN VAN DYKE,
APRIL VAN DYKE, FABIAN BERMUDEZ,
JENNIFER N. RIGUAL, PATRICK J. McGRATH,
DARYL L. McGRATH, EDWARD PIETRZYK,
JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE
L. ZAMORA, LYANNA TYLER, NATHAN
CALLENDO II, MEAGAN CALIENDO, JOHN
R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E.
RINEHART, EDEN M. RINEHART, JON
SOUVANNASOT, MICHAEL J. THOMPSON,
JEFFREY SMITH, FAITH SMITH, CHRISTOPHER
HUMBERG, ALICE C. BALL-BONNER, DOUGLAS
E. KNACK, KELLY S. KNACK, GARY C. FRANCIS
KAREN O. FRANCIS, BEVERLY HOWARD,
TARA CULOTTA, DEAN CULOTTA, WAYNE R.
MOUNT, NORA S. MOUNT, GERARDO BORJON,
JEANNETTE BORJON, OMAYRA HWIEH, GINA
L. BATES, JAMES H. BATES, SHERRIA
COVINGTON, VERNON J. JACKSON, SAKENNA
K. JACKSON, NEWELL A. BROADWAY, DION M.
SIMPSON, BETTY J. SIMPSON, DAWN M.
KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD
LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE
GARCIA, LUCIUS ARMSTRONG, KIMBERLY
ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION
MARTINEZ, SCOTT BRECKENRIDGE, MARK
SYMON, TERESA SIMON, LYNETTE J. RINELLA,
ROBERT RINELLA, DAVID A. BRINK, BILLY JO
NOLL-BRINK, DONNA KAUL, ESPERANZA
BECERRA, JESSE ZBROSKEWICH, LINDA
ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN

J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH
BOKENIEWICZ, ERICK HUERTA, JESUS
ALFONSO, EDINA ALFONSO, PETER J.
SUSTAITA, JOSE DEJUSUS LOERA, BRIAN
RADEJEWSKI, SARA OTTO, MIKE CASILLAS,
CHRISTINE F. CACILLAS, ELIZABETH
LUEVANO, ADELA REYS, ALEJANDRO
OCEGUEDA, MARIA L. OCEGUEDA, RUBEN
K. CAMPBELL, SAVANA N. LATIMORE,
HERMINIA V. CALIFLOWER, GETEMBERG
MONTESINOS, OSCAR LUCIANO, LISA
LATURELL, JOSE A. TENORIO, LORIANNE
M. TENORIO, CHARLES FREDERICK
FIELD REVOCABLE TRUST, MICHELLE
BUSCH, ROSA MISSAK, BRIAN S. MISSAK,
CHRISTINA TREVINO, DANIEL O. TREVINO
DAVID J. WANEK, EDWIN C. BEATINGO,
NICOLE BEATINGO, DENNIS WOZNIAK,
DIANE L. WOZNIAK, STACY ZEIS, SANDRA
BOYCE, ANTHONY W. RILEY, CATHRYN
RILEY, JONATHAN RESURRECTION,
MICHAEL P. DRISCOLL, CHRISTINA M.
BISCAGLIO, ARNEDO SAPNU, JR., BETH A.
ADAMS, SANDRA K. ADAMS, TIBURICO
CUEVAS, ALVARO CUEVAS, MONICA M.
REAMES, RANDY W. REAMES, GERADINE
M. SPORE, ARACELI M. PARDENILLA,
IMOGENE VAILOCES, CIRO A. PRYOR.
MARILYN E. PRYOR, MICHAEL S. LANTHIER,
REBECCA J. LANTHIER, SHANNON M.
KIELAR, JOHN KIELAR, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM, INC (MERS),
BANK OF AMERICA, LHI MORTGAGE, INC.,
HOMECOMINGS FINANCIAL NETWORK, INC.,
JP MORGAN CHASE BANK, LASALLE BANK,
FIRST FEDERAL SAVINGS BANK, ILLINOIS
HOUSING DEVELOPMENT AUTHORITY,
MORTGAGE LENDERS NETWORK, UNKNOWN
OWNERS AND NONRECORD CLAIMAINTS.

Counter-Defendants.

### ANSWER TO SECOND AMENDED COMPLAINT AND COUNTER COMPLAINT OF GRUNDY REDI-MIX, INC.

COUNT I.
ANSWER – GENERAL SETTLEMENT

3

NOW COMES Defendant, GRUNDY REDI-MIX, INC., by its undersigned attorneys, Hanson and Hanson Attorneys at Law, P.C., and in answer to COUNT I the Complaint for General Settlement filed herein by Plaintiff, LAKEWOOD PRAIRIE, LLC, states:

1. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (1), and therefore denies the same, demanding strict proof thereof.

2. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (2), and therefore denies the same, demanding strict proof thereof.

3. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (3), and therefore denies the same, demanding strict proof thereof.

4. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (4), and therefore denies the same, demanding strict proof thereof.

5. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (5), and therefore denies the same, demanding strict proof thereof.

6. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (6), and therefore denies the same, demanding strict proof thereof.

7. This Defendant admits that it has filed liens against the subject property in the amount of $415,847.40 and denies all remaining allegations of paragraph 7(b). With respect to the remaining allegations of paragraph (7) this Defendant lacks sufficient knowledge to admit or deny the matters alleged therein, and therefore denies the same, demanding strict proof thereof.

8. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (8), and therefore denies the same, demanding strict proof thereof.

9. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (9), and therefore denies the same, demanding strict proof thereof.

10. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (10), and therefore denies the same, demanding strict proof thereof.

11. This Defendant admits the allegations of paragraph (11).

12. This Defendant admits the allegations of paragraph (12).

13. This Defendant denies the allegations of paragraph (13).

14. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (14), and therefore denies the same, demanding strict proof thereof.

15. This Defendant denies that the interests of the so-called "Other Known Interested Parties" in the subject real estate are superior to its lien rights asserted herein. With regard to the allegations concerning the other parties claiming interests in the said real estate, this Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (15), and therefore denies the same, demanding strict proof thereof.

16. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (13), and therefore denies the same, demanding strict proof thereof.

17. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (17), and therefore denies the same, demanding strict proof thereof.

AFFIRMATIVE DEFENSE

NOW COMES Defendant, GRUNDY COUNTY REDI-MIX, INC., and in further answer to and by way of affirmative defense to the Complaint for General Settlement, states as follows:

Plaintiff lacks standing to maintain this cause by reason of the fact that it is not the owner of the real estate which is the subject matter hereof, as more fully set forth in its first Motion to Dismiss filed herein. Said Motion, by this reference, is incorporated herein as though fully set forth.

5

WHEREFORE, having fully answered, this Defendant prays that the Second Amended Complaint be dismissed, at Plaintiff's cost.

## COUNT II.

### ANSWER- INTERPLEADER

NOW COMES Defendant, GRUNDY REDI-MIX, INC., by its undersigned attorneys, Hanson and Hanson Attorneys at Law, P.C., and in answer to COUNT I the Complaint for General Settlement filed herein by Plaintiff, LAKEWOOD PRAIRIE, LLC, states:

1. This Defendant admits the existence of the statute cited.

2. This Defendant admits the allegations of paragraph 2.

3. This Defendant admits the allegations of paragraph 3,

4. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (4), and therefore denies the same, demanding strict proof thereof.

5. This Defendant admits the allegations of paragraph 5.

6. This Defendant admits that it has lien claims totaling $415,847,40 and denies the remaining allegations of the paragraph.

7. This Defendant denies the allegations of paragraph 7.

8. This Defendant lacks sufficient knowledge to admit or deny the matters alleged in paragraph (8), and therefore denies the same, demanding strict proof thereof.

9. This Defendant admits the existence of the statute cited.

10. This Defendant admits the existence of the statute cited.

WHEREFORE, having fully answered, this Defendant prays the Complaint be dismissed at Plaintiff's cost.

COUNT III.

. COUNTER COMPLAINT
FOR FORECLOSURE OF MECHANICS LIENS

NOW COMES Counter Plaintiff, GRUNDY COUNTY REDI-MIX, INC., (also known as GRUNDY REDI-MIX COMPANY and GRUNDY REDI-MIX, INC.; herein called "Counter Plaintiff") by its undersigned attorneys, against Defendants IBARRRA CONCRETE COMPANY, LAKEWOOD PRAIRIE LLC, VULCAN CONSTRUCTION MATERIALS, LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS as the Assignee for the Benefit of the Ibarra Concrete Company Trust, R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., ISHMAEL C. HERNANDEZ, CENORINA REYES, RANDY JACOBSON, TINA JACOBSON, PAMELA McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ, THOMAS L. JOHANNESSEN, CHRISTINA JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JOAN GONZALEZ, SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIA, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J.LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA MITCHELL, ALTON BRETT NORRIS APRIL D. NORRIS, STEVEN VAN DYKE, APRIL VAN DYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK J. McGRATH, DARYL L. McGRATH, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYANNA TYLER, NATHAN CALLENDO II, MEAGAN CALIENDO,

7

JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, GERARDO BORJON, JEANNETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, SHERRIA COVINGTON, VERNON J. JACKSON, SAKENNA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SIMON, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECERRA, JESSE ZBROSKEWICH, LINDA ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH BOKENIEWICZ, ERICK HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJUSUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CACILLAS, ELIZABETH LUEVANO, ADELA REYS, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CALIFLOWER, GETEMBERG MONTESINOS, OSCAR LUCIANO, LISA LATURELL, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDERICK FIELD REVOCABLE TRUST, MICHELLEBUSCH, ROSA MISSAK, BRIAN S. MISSAK, CHRISTINA TREVINO, DANIEL O. TREVINO DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY,

8

JONATHAN RESURRECTION, MICHAEL P. DRISCOLL, CHRISTINA M. BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERADINE M. SPORE, ARACELI M. PARDENILLA, IMOGENE VAILOCES, CIRO A. PRYOR. MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS), BANK OF AMERICA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL NETWORK, INC., JP MORGAN CHASE BANK, LASALLE BANK, FIRST FEDERAL SAVINGS BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, MORTGAGE LENDERS NETWORK, UNKNOWN OWNERS and NONRECORD CLAIMANTS, and for COUNT II of its Counter Claim for Foreclosure of Mechanics Liens, states:

1. At all times material hereto, Counter Plaintiff Grundy Redi-Mix was and is an Illinois Corporation doing business in the County of Grundy and surrounding counties in the State of Illinois, as a purveyor of concrete materials, construction stone aggregate and related construction services, with its principal place of business in Morris, Illinois.

2. Counter Defendants, LAKEWOOD PRAIRIE LLC (herein referred to as "Lakewood Prairie") is an Illinois limited liability company which is, or was, the legal title holder of the following described real estate:

> Lots 11, 15, 17, 18, 30, 31, 32, 33, 34, 35, 41, 43, 45, 46, 47, 48, 50, 52, 53, 54, 60, 61, 62, 65, 66, 67, 68, 69, 70, 86, 87, 88, 89, 90, 91, 94, 95, 96, 97, 98, 128, 140, 142, 152, 156, 157, 162, and 163 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 north, Range 8 East of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as Document Number 200500016560, and amended by certificates of correction recorded June 29, 2005 as Document Number 200500018275 and recorded May 9, 2006 as Document Number 200600013671, in Kendall County, Illinois;

And

Lots 21, 22, 24, 25, 29, 71, 72, 74,75, 76, 77, 79, 80, 81, 82, 83 and 85 in Lakewood Prairie Unit 1A, being a Re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as Document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 north, Range 8 East of the Third Principal Meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as Document Number 200600007542, in Kendall County, Illinois;

And

Lots 179-1, 179-2, 185, 186, 187, 190, 213, 214, 215, 216, 217, 218, 219, 221, 222, 247, 248, 249, 250, 251, 254, 257, 260, 261, 285, 286 and 287 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest ¼ and the Southwest ¼ of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as Document Number 200500016561, and amended by certificates of correction recorded June 29, 2005 as Document Number 200500018276 and recorded may 16, 2006 as Document Number 20060001452, in Kendall County, Illinois
(Herein referred to as the "Property.")

3. Counter Defendant, IBARRA CONCRETE COMPANY, (herein referred to as "Ibarra") is an Illinois corporation engaged in the business of construction of concrete foundations, flatwork and structures.

4. Counter Defendant LASALLE BANK, N.A., (herein "LaSalle") is a federally chartered bank doing business in Illinois.

5. Counter Defendant, HOWARD B. SAMUELS, (herein "Samuels") purports to be the assignee for the benefit of a creditors trust established for the benefit of Ibarra's creditors, and claims a lien upon the Property.

6. Counter Defendant, VULCAN CONSTRUCTION MATERIALS LP, d/b/a VULCAN MATERIALS COMPANY is a Delaware limited partnership engaged in the business of selling stone aggregate and other construction materials, having a principal place of business in DuPage County, Illinois.

7. Counter Plaintiff is informed and believes, and therefore alleges on information and belief, that Lakewood Prairie and Ibarra entered into a contract whereby Ibarra would supply labor and material for construction of improvements on the Property. Counter

Plaintiff does not know the terms of the contract, nor whether it was written or oral. If written, Counter Plaintiff does not have access to a copy thereof.

8. After the said contract was entered into, Ibarra purchased from Counter Plaintiff, construction materials and delivery services for delivery to and use on the Property, at various times and dates during the months of May, June, July and August, 2006.

9. At the request of Ibarra, Counter Plaintiff delivered the purchased materials to the Property on the dates requested by Ibarra, whereat they were offloaded as directed by Ibarra. The total of such materials purchased and delivered to the Property was $415,847.40, apportioned between the lots as more fully set forth on Exhibit A, attached hereto. The date upon which the last of such materials was delivered to each lot is set forth on Exhibit B, attached hereto.

10. After allowance of all adjustments, payments, credits and set offs, there remains due and owing to Counter Plaintiff for materials and services delivered to the Property the sum for each lot which is set forth on Exhibit A.

11. Despite Counter Plaintiff's demands, Ibarra has failed and refused to pay the amount due to Counter Plaintiff.

12. On August 25, 2006 and August 28, 2007, Counter Plaintiff caused to be sent by U.S. Certified Mail, Return Receipt Requested, a statutory 90-Day Notice to Lakewood, pursuant to *770 ILCS 60/24 (2006)* for each lot upon which a lien is claimed. True copies of said Notice, together with the certified receipt and return card are attached hereto as Exhibit C.

13. On August 29, 2006, August 30, 2006, and September 1, 2006, Counter Plaintiff caused to be recorded in the Office of the Recorder of Deeds of Kendall County, Illinois, a Sub-Subcontractor's Claim for Lien for each lot upon which a lien is claimed. True copies of said Claims for Lien is attached as Exhibit D. Counter Plaintiff subsequently caused a

11

copy of said Claim for Lien to be mailed by U.S. Certified Mail, return receipt requested, to Lakewood. True copies of said certified receipts and return cards are attached as a part of Exhibit C.

14. Pursuant to the Illinois Mechanics Lien Act, *770 ILCS 60/1 et seq., (2006)*, Counter Plaintiff asserts its mechanics lien rights against the Property and alleges that its interest is superior to the interests of all parties herein named; and further asserts its lien rights against the moneys held by Lakewood and designated in its Complaint for General Settlement in this action.

15. LaSalle may have or claim to have an interest in the Property by virtue of a mortgage recorded with the Kendall County Recorder of Deeds as Document No. 200500023392 and accordingly is made a party defendant hereto. Such interest, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

16. Vulcan and Samuels may have or claim to have an interest in the Property by virtue of mechanics liens recorded with the Kendall County Recorder of Deeds as Document Nos. 2006035836 and 2006039545, and accordingly are made defendants hereto. Such interest or interests, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

17. R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., ISHMAEL C. HERNANDEZ, CENORINA REYES, RANDY JACOBSON, TINA JACOBSON, PAMELA McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ, THOMAS L. JOHANNESSEN, CHRISTINA JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JOAN GONZALEZ, SANTIAGO

A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIA, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J.LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA MITCHELL, ALTON BRETT NORRIS APRIL D. NORRIS, STEVEN VAN DYKE, APRIL VAN DYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK J. McGRATH, DARYL L. McGRATH, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYANNA TYLER, NATHAN CALLENDO II, MEAGAN CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, GERARDO BORJON, JEANNETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, SHERRIA COVINGTON, VERNON J. JACKSON, SAKENNA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SIMON, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECERRA, JESSE ZBROSKEWICH, LINDA ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH BOKENIEWICZ, ERICK HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJUSUS LOERA, BRIAN RADEJEWSKI, SARA

OTTO, MIKE CASILLAS, CHRISTINE F. CACILLAS, ELIZABETH LUEVANO, ADELA REYS, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CALIFLOWER, GETEMBERG MONTESINOS, OSCAR LUCIANO, LISA LATURELL, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDERICK FIELD REVOCABLE TRUST, MICHELLEBUSCH, ROSA MISSAK, BRIAN S. MISSAK, CHRISTINA TREVINO, DANIEL O. TREVINO DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECTION, MICHAEL P. DRISCOLL, CHRISTINA M.BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERADINE M. SPORE, ARACELI M. PARDENILLA,IMOGENE VAILOCES, CIRO A. PRYOR. MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS), BANK OF AMERICA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL NETWORK, INC., JP MORGAN CHASE BANK, LASALLE BANK, FIRST FEDERAL SAVINGS BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, MORTGAGE LENDERS NETWORK, MCCANN INDURSTRIES, INC., THE UNITED STATES OF AMERICA, MIDWEST BANK AND TRUST COMPANY-ALGONQUIN may have or claim to have an interest in the Property by virtue of mechanics liens recorded with the Kendall County Recorder of Deeds, by deeds from Lakewood Prairie attached in Exhibit E, by mortgages recorded in the office of the Kendall County Recorder of Deeds at or about the time that the instruments attached as Exhibit E were recorded or by tax liens recorded in other counties, and accordingly are made

F. That in the case such sale does not produce enough to satisfy the amounts found to be due to the Counter Plaintiff, that Counter Plaintiff be awarded a money judgment against the Counter Defendants personally liable.

G. For such other and further relief as this Court deems proper.

GRUNDY COUNTY REDI-MIX, INC.,<br>
Counter Plaintiff,

By _____
One of Its Attorneys

## 1-109 CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he is the President of Grundy County Redi-Mix, Inc., authorized to make this certification and that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

GRUNDY COUNTY REDI-MIX, INC.

_____
Michael Dearth, President

| | |
|---|---|
| John V. Hanson | Paul E. Root |
| Attorney No. 01124226 | Attorney No. 2376121 |
| Hanson and Hanson | Attorney at Law, of Counsel |
| Attorneys at Law, P.C. | P.O. Box 688 |
| 1802 N. Division Street | Morris, IL 60450 |
| P.O. Box 825 | (815) 942-4932 |
| Morris, IL 60450 | |
| (815) 942-6700 | |