07 Ch 389

## PROOF OF SERVICE

The undersigned, a non-attorney employee of Hanson and Hanson Attorneys at Law, P.C., certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that on February 27, 2008, a copy of the Answer to Second Amended Complaint and Counter Claim of Defendant Grundy County Redi-Mix, Inc., was served upon the following:

Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, Illinois 60188-2476

Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601

Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, Illinois 60139

Donald N. Wilson
Murary, Jensen & Wilson, Ltd.
101 North Wacker Drive, Suite 101
Chicago, IL 60606

FILED
FEB 27 2008
BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

by the method specified below:

_____ by personally delivering a copy to the person in charge of the above referenced office before the hour of 5:00 p.m. on the date specified.

__X__ by enclosing the same in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

_____ by enclosing the same in a Federal Express envelope addressed to such person(s) at the address(es) indicated, via Overnight Mail Express Delivery, with postage fully prepaid, and by depositing said envelope in a Federal Express Mail Box in Morris, Illinois, on the date specified, before the hour of 5:00 p.m.

_____ by transmitting a copy by facsimile to the facsimile number noted under the name(s) above.

_____ by enclosing the original in an envelope addressed to such person(s) at the address(es) indicated, with postage fully prepaid, by <u>certified mail, return receipt requested</u>, and by depositing said envelope in a U.S. Post Office Mail Box in Morris, Illinois, on the date specified, before 5:00 p.m.

_____ by serving a copy of the foregoing instrument to such person in open court on the date specified.

Sarah Snyder

EXHIBIT 66