IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS
CAUSE NO. 07-CH-0389
CONSOLIDATED WITH
2007-CH-0360
2007-CH-062

LAKEWOOD PRAIRIE LLC,

          Plaintiff,

vs.

IBARRA CONCRETE COMPANY,
VULCAN CONSTRUCTION MATERIALS LP,
d/b/a VULCAN MATERIALS COMPANY,
HOWARD B. SAMUELS AS ASSIGNEE FOR
THE BENEFIT OF THE IBARRA CONCRETE
COMPANY TRUST, GRUNDY REDI-MIX,
INC., R&J CONSTRUCTION SUPPLIES,
ILLINOIS BRICK COMPANY, STEEL
MASONRY, INC., UNKNOWN OWNERS and
UNKNOWN NECESSARY PARTIES,

          Defendants.

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a
GRUNDY REDI-MIX COMPANY and
GRUNDY REDI-MIX, INC.,

          Counter-Plaintiff,

vs.

LAKEWOOD PRAIRIE LLC, IBARRA
CONCRETE COMPANY, VULCAN
CONSTRUCTION MATERIALSLP, d/b/a VULCAN
MATERIALS COMPANY, HOWARD B. SAMUELS
AS ASSIGNEE FOR THE BENEFIT OF THE
IBARRA CONCRETECOMPANY TRUST, R&J
CONSTRUCTION SUPPLIES, ILLINOIS BRICK
COMPANY, STEEL MASONRY, INC.,   ISHMAEL C.
HERNANDEZ, CENORINA REYES, RANDY
JACOBSON, TINA JACOBSON, PAMELA
McREYNOLDS, WILLIE McREYNOLDS, JACLYN
MROZ, THOMAS L. JOHANNESSEN, CHRISTINA
JOHANNESSEN, STEWART G. HONECK IV,
AMARA HONECK, MICHAEL B. McKIRDIE,
KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO
PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ,
LUPE GRANGO, ALEX GRANGO, MARK A.
KOSINSKI, JOANNE KOSINSKI, ROSA I.

FILED

FEB 27 2008

BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.



EXHIBIT
67

BECERRA, MIGUEL A. BECERRA, DORA A.
BECERRA, JOAN GONZALEZ, SANTIAGO A.
RODRIGUEZ, JOSEPH URIBE, NANCY URIBE,
OSCAR CARRILLO, MARICELA MONTES de
OCA-TAPIA, GABRIELLA AVILLA, VICTOR M.
MARTINEZ, ADRIANNA MARTINEZ, RICARDO
ZAMORA, ANA ZAMORA, MATTHEW J.LISKA,
NICOLE L. LISKA, GUILLERMO JAIME, JR.,
BARBARA MITCHELL, ALTON BRETT NORRIS
APRIL D. NORRIS, STEVEN VAN DYKE,
APRIL VAN DYKE, FABIAN BERMUDEZ,
JENNIFER N. RIGUAL, PATRICK J. McGRATH,
DARYL L. McGRATH, EDWARD PIETRZYK,
JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE
L. ZAMORA, LYANNA TYLER, NATHAN
CALLENDO II, MEAGAN CALIENDO, JOHN
R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E.
RINEHART, EDEN M. RINEHART, JON
SOUVANNASOT, MICHAEL J. THOMPSON,
JEFFREY SMITH, FAITH SMITH, CHRISTOPHER
HUMBERG, ALICE C. BALL-BONNER, DOUGLAS
E. KNACK, KELLY S. KNACK, GARY C. FRANCIS
KAREN O. FRANCIS, BEVERLY HOWARD,
TARA CULOTTA, DEAN CULOTTA, WAYNE R.
MOUNT, NORA S. MOUNT, GERARDO BORJON,
JEANNETTE BORJON, OMAYRA HWIEH, GINA
L. BATES, JAMES H. BATES, SHERRIA
COVINGTON, VERNON J. JACKSON, SAKENNA
K. JACKSON, NEWELL A. BROADWAY, DION M.
SIMPSON, BETTY J. SIMPSON, DAWN M.
KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD
LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE
GARCIA, LUCIUS ARMSTRONG, KIMBERLY
ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION
MARTINEZ, SCOTT BRECKENRIDGE, MARK
SYMON, TERESA SIMON, LYNETTE J. RINELLA,
ROBERT RINELLA, DAVID A. BRINK, BILLY JO
NOLL-BRINK, DONNA KAUL, ESPERANZA
BECERRA, JESSE ZBROSKEWICH, LINDA
ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN
J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH
BOKENIEWICZ, ERICK HUERTA, JESUS
ALFONSO, EDINA ALFONSO, PETER J.
SUSTAITA, JOSE DEJUSUS LOERA, BRIAN
RADEJEWSKI, SARA OTTO, MIKE CASILLAS,
CHRISTINE F. CACILLAS, ELIZABETH
LUEVANO, ADELA REYS, ALEJANDRO
OCEGUEDA, MARIA L. OCEGUEDA, RUBEN
K. CAMPBELL, SAVANA N. LATIMORE,
HERMINIA V. CALIFLOWER, GETEMBERG
MONTESINOS, OSCAR LUCIANO, LISA
LATURELL, JOSE A. TENORIO, LORIANNE
M. TENORIO, CHARLES FREDERICK
FIELD REVOCABLE TRUST, MICHELLE

BUSCH, ROSA MISSAK, BRIAN S. MISSAK,
CHRISTINA TREVINO, DANIEL O. TREVINO
DAVID J. WANEK, EDWIN C. BEATINGO,
NICOLE BEATINGO, DENNIS WOZNIAK,
DIANE L. WOZNIAK, STACY ZEIS, SANDRA
BOYCE, ANTHONY W. RILEY, CATHRYN
RILEY, JONATHAN RESURRECTION,
MICHAEL P. DRISCOLL, CHRISTINA M.
BISCAGLIO, ARNEDO SAPNU, JR., BETH A.
ADAMS, SANDRA K. ADAMS, TIBURICO
CUEVAS, ALVARO CUEVAS, MONICA M.
REAMES, RANDY W. REAMES, GERADINE
M. SPORE, ARACELI M. PARDENILLA,
IMOGENE VAILOCES, CIRO A. PRYOR.
MARILYN E. PRYOR, MICHAEL S. LANTHIER,
REBECCA J. LANTHIER, SHANNON M.
KIELAR, JOHN KIELAR, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM, INC (MERS),
BANK OF AMERICA, LHI MORTGAGE, INC.,
HOMECOMINGS FINANCIAL NETWORK, INC.,
JP MORGAN CHASE BANK, LASALLE BANK,
FIRST FEDERAL SAVINGS BANK, ILLINOIS
HOUSING DEVELOPMENT AUTHORITY,
MORTGAGE LENDERS NETWORK, UNKNOWN
OWNERS AND NONRECORD CLAIMAINTS.

Counter-Defendants.

**NOTICE OF FILING**

TO:   See Attached Service List

**YOU ARE HEREBY NOTIFIED** that on February 27, 2008, the attached Answer to Second Amended Complaint and Counter Claim was filed on behalf of Defendant, Grundy County Redi-Mix, Inc., in the office of the Circuit Clerk of Kendall County, 807 John Street, Yorkville, Illinois 60560.

GRUNDY COUNTY REDI-MIX, INC.

BY: _____
   Its Attorney

John V. Hanson
Attorney No. 01124226
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
P.O. Box 825
Morris, Illinois 60450
(815)942-6700

Of Counsel:
Paul E. Root
Attorney No. 2376121
P.O. Box 688
Morris, Illinois 60450
(815)942-4932