FILED IN OPEN COURT
MAR 14 2008
BECKY MORGANEGG
Circuit Clerk Kendall Co.

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

GEN. NO. 07 CH 389

| PLAINTIFF(S) | | DEFENDANT(S) |
|---|---|---|
| Lakewood Prairie, LLC, ~~Ibarra~~ v. Ibarra Concrete Co. et al | VS. | 07 CH 389 (consolidated w/ 07 L 62 and 06 CH 360) |

| | | |
|---|---|---|
| JUDGE McCann | COURT REPORTER | PLTF. ATTY. M. Negro — CHECK IF PRESENT — |
| DEPUTY CLERK | A copy of this order ☐ should be sent to: ☐ has been sent to: | DEFT. D. Thomas ATTY. John Hanson |

Plaintiff present in Open Court ☐ Yes ☐ No    (If by attorney, see above)    Defendant present in Open Court ☐ Yes ☐ No

## ORDER
☐ CONTINUANCE  ☐ JUDGMENT  ☐ MISC.

THE COURT BEING ADVISED IN THE PREMISES :
It is ordered:
On motion of __Court__ that this cause be continued to __MAR 13, 2009__.
20____.
Time __9:00__ (AM) PM   Room No. __1__
Judge __McCann__
☐ _____ MUST APPEAR
for:
☐ Hearing on Motion/Petition
for/to: __Status__
_____
☐ Default/judgment
☐ Dismiss/setting
☐ Proof of damages
☐ Trial
☐ Other (describe):

It is ordered as follows:
☐ Dismissed without prejudice
☐ Dismissed with prejudice
☐ Judgment to enter:
  ☐ By default
  ☐ Upon trial or hearing
  ☐ Defendant having admitted liability
  ☐ Proof of damages made
  ☐ Proof of reasonable attorney's fees made
☐ Strike pending dates
☐ Discharge rule to show cause
☐ Dismiss citation
☐ Alias _____ to issue

In favor of _____
and against _____
in the amount of $ _____, costs of
$ _____
$ _____

EXHIBIT 68

☐ Misc. Orders: __Vulcan's Citation Proceedings and Mechanics Lien Action are continued for status w/ case 07 CH 389. All provisions of Sect 2-1402 shall remain in force__

Date __3-14-08__   Enter: _____ (Judge)

RECEIPT ACKNOWLEDGED: _____     2