# United States Department of Justice

**Tax Division**
*Civil Trial Section, Northern Region*
*P.O. Box 55 - Ben Franklin Station*
*Washington, D.C. 20044*
*Fax: (202) 514-5238/9649*

| | |
|---|---|
| **TO:** | Shelly<br>Kendall County Clerk's Office |
| **FAX NUMBER:** | 630.553.4964 |
| **SUBJECT:** | Lakewood Prairie (07-CH-389) |
| **DATE SENT:** | March 24, 2008 |
| **PAGES: (Including this cover sheet)** | 2 |
| **FAX FROM:** | Raagnee Beri<br>202.305.7917 |

**COMMENTS:**

Please find attached our file copy of the letter sent by Fedex on February 28, 2008.

EXHIBIT 69

**WARNING:** The information contained in this facsimile is confidential and may be subject to disclosure limitations under Rule 6(e) of the Federal Rules of Criminal Procedure and Section 6103 of the Internal Revenue Code. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender identified above by telephone.

3152039.1



# U.S. Department of Justice

## Tax Division



*Facsimile No. (202) 514-5238*
*Trial Attorney: Raagnee Beri*
*Attorney's Direct Line: (202) 305-7917*

*Please reply to:*   *Civil Trial Section, Northern Region*
*P.O. Box 55*
*Ben Franklin Station*
*Washington, D.C. 20044*

NJH:DPM:RBeri
5-23-18752
CMN 2008101197

February 28, 2008

Becky Morganegg
Kendall County Circuit Court Clerk
Kendall County Courthouse
807 West John Street
Yorkville IL 60560-9249

    Re:   *Lakewood Prairie, LLC v. Ibarra Concrete Company, et al.,*
          <u>Case No. 07 CH 389 (Kendall County Circuit Court)</u>

Dear Ms. Morganegg:

     Enclosed please find the United States' Notice of Filing Papers Removing Action To The United States District Court in regard to the above-referenced case. I am requesting that you mail to the address listed below a certified or attested copy of all papers on record and a list of the docket entries in the above-captioned case. Only the entire package needs to be certified. I do not need certification of individual pages. In this regard, please transmit copies of all pleadings filed in this case to:

         Raagnee Beri
         U.S. Department of Justice, Tax Division
         Ben Franklin Station, P.O. Box 55
         Washington, D.C. 20044

     If you have any questions, please do not hesitate to contact me at (202) 305-7917.

                                               Sincerely yours,

                                               *Raagnee Beri*

                                               RAAGNEE BERI
                                               Trial Attorney
                                               Civil Trial Section, Northern Region

**FILE COPY**