IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 07 CH 0389 |
| ) | |
| IBARRA CONCRETE COMPANY, ) | |
| VULCAN CONSTRUCTION MATERIALS ) | |
| COMPANY LP, d/b/a VULCAN MATERIALS ) | FILED |
| COMPANY, HOWARD B. SAMUELS AS ) | NOV 16 2007 |
| ASSIGNEE FOR THE BENEFIT OF THE  , ) | BECKY |
| GRUNDY REDI-MIX, INC., R & J ) | CIRCUIT CLERK |
| CONSTRUCTION SUPPLIES, ILLINOIS ) | |
| BRICK COMPANY STEEL MASONRY, INC., ) | |
| UNKNOWN OWNERS AND UNKNOWN ) | |
| NECESSARY PARTIES ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

THE UNDERSIGNED, TERRIE LaGRASSA, being first duly sworn on her oath,

deposes and states that she is of legal age, under no legal disabilities and could competently

testify as to the matters and things set forth herein if called to testify in open court.  Affiant

further states:

　　　　1.  Affiant makes this affidavit in support of Defendant Grundy Redi-Mix Inc.'s

Second Motion to Dismiss – Under 2-619(a)(2) and (a)(9).

　　　　2.  Affiant is an employee of Chicago Title Insurance Company, at its offices in

Morris, Illinois.  Affiant's job title is office manager.

　　　　3.  On or about July 16, 2007, Affiant's employer contracted with John V.

Hanson, attorney for Grundy Redi-Mix, Inc., to do tract searches in the public records

PENGAD 800-631-6989

EXHIBIT

33

maintained by the Kendall County Recorder of Deeds, Yorkville, Illinois, on lots in the

following subdivisions in Kendall County, Illinois:

Units 1 and 2 of Lakewood Prairie Subdivision, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as document nos. 200500016560 and 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document nos. 200500018276 and 200500018276, and recorded May 16, 2006 as document no. 20060001, and recorded May 16, 2006 and May 16, 2006 as document nos. 200600013671 and 2006000114542, in Kendall County, Illinois; and

Unit 1A of Lakewood Prairie Subdivision, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document no. 200500016560, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document no. 20060007542, in Kendall County, Illinois.

4. Affiant caused the contracted searches to be made in the normal course of

business of her employer.

5. The attached deeds are true copies of the last conveyances affecting each lot

searched, as maintained as a public record by the Kendall County Recorder of Deeds, in

Yorkville, Illinois.

FURTHER AFFIANT SAITH NAUTHT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 1ST DAY OF November ,2007.

_____
Notary Public

"OFFICIAL SEAL"
JOHN V. HANSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/9/2009

2

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600038827
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-04-2006 At 11:30 am.
WD JT          522.25
RHSP Surcharge      10.00
```

PAMELA MCREYNOLDS and WILLIE MCREYNOLDS
18250 EDWARDS AVE., COUNTRY CLUB HILLS, ILLINOIS 60478

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-008-0000
Address of Real Estate: 912 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431

Dated this 3rd day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 3rd day of November, 2006

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
PATRICIA J. WILLIAMS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-21-2007
```

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:

PAMELA MCREYNOLDS AND WILLIE
MCREYNOLDS
912 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

25758
Rev. 09/21/06

# Exhibit A

Lot 17 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 160.75 DT

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200600037371
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 11:40 am.
WARR DEED        387.25
RHSP Surcharge        10.00

JACLYN MROZ
4605 WARSAW, LYONS, ILLINOIS 60534

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO:  covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-009-0000
Address of Real Estate: 910 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431

Date: this **31st** day of October, **2006**

_Russell Brown_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C, a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C,
a Delaware limited liability company

State of Illinois }
County of Cook  } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **31st** day of October, **2006**

_____

My Commission Expires 07/07/2008

> OFFICIAL SEAL
> T. BOWERS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-7-2009

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
THOMAS BRESCIA
1920 S. HIGHLAND AVE #333
LOMBARD, IL 60148

Send Subsequent Tax Bills to:

JACLYN MROZ
910 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/06

## Exhibit A

Lot 18 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 20060001367l, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ _115.75_ ⟨ω⟩

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600038830
Filed For Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-04-2006 At 11:30 am.
WD JT              571.00
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

ISMAEL HERNANDEZ and CENORINA REYES
1302 BLUEJAY LANE, PLAINFIELD, ILLINOIS 60586

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-010-0000
Address of Real Estate: 904 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431

Dated this  6th day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook   } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this  6th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires: 10/07/2010

> **OFFICIAL SEAL**
> **RITA NESEMEIER**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 10-7-2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:  4 W D

ISMAEL HERNANDEZ AND CENORINA REYES
904 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

25758
Rev. 06/21/06

## Exhibit A

Lot 21 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

2007000002939
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 10:21 am.
WD JT          504.25
RHSP Surcharge      10.00

THOMAS L. JOHANNESSEN, JR. and CHRISTINA T. JOHANNESSEN
594 SUDBURY CIRCLE, OSWEGO, ILLINOIS 60543

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-010
Address of Real Estate: 902 ANGELICA CIRCLE, JOLIET, ILLINOIS   60431

_Russell Brown_ _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this   **27th** day of **December,** **2006**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois   } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **27th** day of **December, 2006**

_____
NOTARY PUBLIC

Commission Expires: **07/08/2009**

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

This instrument was prepared by TIFFANY JACOBELLI, Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL  60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:

THOMAS L. JOHANNESSEN, JR. AND
CHRISTINA T. JOHANNESSEN
902 ANGELICA CIRCLE
JOLIET, ILLINOIS   60431

25758
Rev. 12/19/06

# Exhibit A

Lot 22 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

 

 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
154.75

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700002937
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 10:21 am.
WD JT                529.75
RHSP Surcharge          10.00

AUWL-11857

STEWART HONECK and AMARA HONECK
192-B GREGORY STREET, AURORA, ILLINOIS 60504

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-355-001-0000
Address of Real Estate: 872 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 15th day of December, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of December, 2006

_____
NOTARY PUBLIC

My Commission Expires: 10/07/2010

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: AND
MAIL TO:
STEWART HONECK AND AMARA HONECK
872 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

# Exhibit A

Lot 24 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.





**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600038845
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-04-2006 At 11:52 am.
WD JT          439.00
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

MICHAEL B. MCKIRDIE and KELLY A. MCKIRDIE
2604 OAKTREE LANE, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-355-001-0000
Address of Real Estate: 870 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 9th day of November, 2006

_Reesreel Brown_ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook   } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 9th day of November, 2006

MICHEL_ _ _AUBNER
NOTARY PUBL_ _ _ OF ILLINOIS
MY COMMISS_ _ _ 09-17-2009

_____
NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:    JAMES KENNY
5210 W. 95TH STREET, #201
OAK LAWN, IL 60453

Send Subsequent Tax Bills to:
MICHAEL B. MCKIRDIE AND KELLY A. MCKIRDIE
870 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

## Exhibit A

Lot 25 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
133.60 DT

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600038842
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-04-2006 At 11:41 am.
WD JT                582.25
RHSP Surcharge        10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

**TIFFANY PEREZ and LEONARDO A PEREZ**
**2912 SIERRA AVE., PLAINFIELD, ILLINOIS 60544**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-009-0000
Address of Real Estate: 907 ANGELICA CIRLCE, JOLIET, ILLINOIS 60431

Dated this **8th** day of **November, 2006**

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_Richard Simons_ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this **8th** day of **November, 2006**

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

_____
NOTARY PUBLIC

My Commission Expires: **07/07/2009**

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AXD

MAIL TO:
TIFFANY PEREZ AND LEONARDO A PEREZ
907 ANGELICA CIRLCE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

## Exhibit A

Lot 29 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



NL-1/1285

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600035672
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WD JT              508.00
RHSP Surcharge       10.00
```

RIGOBERTO GOMEZ and ROSA GOMEZ
3048 WEST 85TH STREE, CHICAGO, ILLINOIS 60652

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-010-0000
Address of Real Estate: 909 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431

Dated this **4th** day of **October, 2006**

_Russell Brown_ _____ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook  }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **4th** day of **October, 2006**

_Rita Nesemeier_

NOTARY PUBLIC

"OFFICIAL SEAL"
RITA NESEMEIER
Notary Public, State of Illinois
My Commission Expires 10/07/06

My Commission Expires: **10/07/2006**

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: ↙ MAIL TO:

RIGOBERTO GOMEZ AND ROSA GOMEZ
909 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

DEE   25758
Rev. 06/21/06

# Exhibit A

Lot 30 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600035665
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WD JT              599.50
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

**LUPE GRANGO and ALEX GRANGO**
**202 JACQUELYN DR., BENSENVILLE, ILLINOIS 60106**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-011-0000
Address of Real Estate: 911 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this **29th day of September, 2006**

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **29th day of September, 2006**

_____
NOTARY PUBLIC

My Commission Expires: **07/07/2009**

> OFFICIAL SEAL
> T. BOWERS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-7-2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:

**LUPE GRANGO AND ALEX GRANGO**
**911 ANGELICA CIRCLE**
**JOLIET, ILLINOIS  60431**

25758
Rev. 06/21/06

# Exhibit A

Lot 31 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600035668
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WD JT          $71.75
RHSP Surcharge      10.00
```

**MARK A. KOSINSKI and JOANNE KOSINSKI**
**1355 E. DUNSLOW LANE, LOCKPORT, ILLINOIS 60441**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-012-0000
Address of Real Estate: **913 ANGELICA CIRCLE, JOLIET, ILLINOIS   60431**

Dated this **29th day of September, 2006**

_____(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook   } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

> OFFICIAL SEAL
> MICHELE S. HAUBNER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 9-17-2009

Given under my hand and official seal this **29th day of September, 2006**

_____
NOTARY PUBLIC

My Commission Expires: **09/17/2009**

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:

**MARK A. KOSINSKI AND JOANNE KOSINSKI**
**913 ANGELICA CIRCLE**
**JOLIET, ILLINOIS   60431**

25758
Rev. 05/21/06

## Exhibit A

Lot 32 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600037376
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 11:40 am.
WARR DEED          425.50
RHSP Surcharge      10.00
```

*aunl 11730*

ROSA I. BECERRA
2511 S. ELMWOOD AVENUE, BERWYN, ILLINOIS 60402

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-013-0000
Address of Real Estate: 915 ANGELICA CIRCLE, JOLIET, ILLINOIS    60431

Date: this 25th day of October, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois   } ss
County of Cook     }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of October, 2006

_____
NOTARY PUBLIC

My Commission Expires 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Send Subsequent Tax Bills

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

Mail to:
R. I. BECERRA
915 ANGELICA CIRCLE
JOLIET, IL 60431

ROSA I. BECERRA
915 ANGELICA CIRCLE
JOLIET, ILLINOIS    60431

25756
Rev. 06/19/06

## Exhibit A

Lot 33 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





REAL ESTATE
TRANSFER TAX

# 0000030615

0077100

FP351012





REAL ESTATE
TRANSFER TAX

# 0000006497

0025700

FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 128.50

NL-11731

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600036770
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-09-2006 At 02:14 pm.
WD JT          562.75
RHSP Surcharge       10.00
```

MIGUEL A. BECERRA and DORA A. BECERRA , HUSBAND AND WIFE
4113 SOUTH ELMWOOD, STICKNEY, ILLINOIS 60402

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-014
Address of Real Estate: 917 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431

Dated this 24th day of October, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 24th day of October, 2006

NOTARY PUBLIC

```
OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009
```

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:

Mail To:
MIGUEL A. BECERRA AND DORA A. BECERRA
917 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

25758
Rev. 06/21/06

NL-11731

## Exhibit A

Lot 34 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600027240
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-29-2006 At 03:39 pm.
WARR DEED        642.25
RHSP Surcharge         10.00
```

AUWL11451

ANTHONY FRANKLIN
213 3RD AVENUE, JOLIET, ILLINOIS 60433

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-016-0000
Address of Real Estate: 1003 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Date: this 28th day of July, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 28th day of July, 2006

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires 07/07/2009

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to: Q

Mack To.

ANTHONY FRANKLIN
1003 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

DB
25756
Rev. 05/19/06



STATE OF ILLINOIS

STATE TAX

AUG. 29. 06

KENDALL COUNTY



# 000000 5397

REAL ESTATE
TRANSFER TAX

0040350

FP 103035

W

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 201. 75 W

## Exhibit A

Lot 36 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



REAL ESTATE TAX STAMP
NO. 6A
AMOUNT 1270.50
DATE 8/11/06
SOLD BY _____

JOLIET, IL

NL-11937

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700004784
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 10:59 am.
WARR DEED        532.00
RHSP Surcharge    10.00
```

RWC-11937

**JUAN GONZALEZ**
**1914 S. 61ST COURT, CICERO, ILLINOIS 60804**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: **09-01-353-015**
Address of Real Estate: **1001 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431**

Date: this **16th** day of **January,** 2007

_____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.          RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware          Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
limited liability company          a Delaware limited liability company

State of Illinois  } ss
County of Cook   }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **16th** day of **January, 2007**

| OFFICIAL SEAL |
| TIFFANY M. JACOBELLI |
| NOTARY PUBLIC, STATE OF ILLINOIS |
| MY COMMISSION EXPIRES 7-8-2009 |

NOTARY PUBLIC

My Commission Expires **07/08/2009**

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to:
AND MAIL TO:

**JUAN GONZALEZ**
**1001 ANGELICA CIRCLE**
**JOLIET, ILLINOIS  60431**

DPS
25756
Rev. 12/19/06

## Exhibit A

Lot 35 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



CITY OF JOLIET

JAN. 18. 07

REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX

00098400

FP351012

\# 0000031440



STATE OF ILLINOIS

FEB. -8. 07

KENDALL COUNTY

REAL ESTATE TRANSFER TAX

0032800

FP 103035

\# 0000007355

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
\#164.00 LW

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

```
200600028383
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-07-2006 At 10:10 am.
WARR DEED      612.25
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

**SANTIAGO A. RODRIGUEZ**
**1858 SOUTH ALLPORT STREET, CHICAGO, ILLINOIS 60605**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-001
Address of Real Estate: **1002 SALVIA LANE, JOLIET, ILLINOIS   60431**

_Reessell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **4th** day of August, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **4th** day of August, 2006

NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

CHICAGO TITLE INSURANCE CO.
Aurora/Yorkville Office

_____

_____

_____

Send Subsequent Tax Bills to:

_Mail to._
SANTIAGO A. RODRIGUEZ
1002 SALVIA LANE
JOLIET, ILLINOIS   60431

25758
Rev. 08/19/05

ann 16258

## Exhibit A

Lot 41 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 



**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600025064
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-14-2006 At 10:41 am.
WD JT          529.75
RHSP Surcharge  10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JOSEPH URIBE and NANCY URIBE , HUSBAND AND WIFE
700 S. ZACHARY DRIVE, ROMEOVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-003-0000
Address of Real Estate: 916 SALVIA LANE, JOLIET, ILLINOIS 60431

Dated this 14th day of July, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of July, 2006

_____
NOTARY PUBLIC

My Commission Expires: 09/17/2009

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:
Return To:
JOSEPH URIBE AND NANCY URIBE
916 SALVIA LANE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

## Exhibit A

Lot 43 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$_____ 164.25 _____

NL-11847

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700009043
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
03-19-2007 At 11:12 am.
WD JT          377.50
RHSP Surcharge      10.00
```

OSCAR CARRILLO and MARICELA MONTES DE OCA-TAPIA and GABRIELA AVILA
613 NORTH MAY STREET, AURORA, ILLINOIS 60506

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-005-0000
Address of Real Estate: 912 SALVIA LANE, JOLIET, ILLINOIS 60431

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this 29th day of December, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of December, 2006

_____
NOTARY PUBLIC

**OFFICIAL SEAL**
**RITA NESEMEIER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

My Commission Expires: 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Charles E. Petersen
821 W. Galena
Aurora, IL 60506

Send Subsequent Tax Bills to:
OSCAR CARRILLO AND MARICELA MONTES DE
OCA-TAPIA & GABRIELA AVILA
912 SALVIA LANE
JOLIET, ILLINOIS 60431

25758
Rev. 12/18/06

## Exhibit A

Lot 45 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 112.50 (w)

NL-11770

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700005131
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-13-2007 At 10:32 am.
WD JT              532.00
RHSP Surcharge      10.00
```

AWL 11770

VICTOR M MARTINEZ and ADRIANNA MARTINEZ
2743 CANYON DRIVE, PLAINFIELD, ILLINOIS 60586

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-353-006-0000
Address of Real Estate: 910 SALVIA LANE, JOLIET, ILLINOIS  60431

_Russell Brown_ (SEAL)                    Dated this **24th day of January, 2007**
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook  } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **24th day of January, 2007**

_Rita Nesemeier_
NOTARY PUBLIC

My Commission Expires: **10/07/2010**

```
OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010
```

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL  60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: _AND MAIL TO:_
VICTOR M MARTINEZ AND ADRIANNA
MARTINEZ
910 SALVIA LANE
JOLIET, ILLINOIS  60431

25758
Rev. 12/19/06

## Exhibit A

Lot 46 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 1164.00cm

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600040474
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 01:29 pm.
WD JT          469.00
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

*AWCC1732*

RICARDO ZAMORA and ANA ZAMORA
4031 WEST NELSON, CHICAGO, ILLINOIS 60641

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-007-0000
Address of Real Estate: 908 SALVIA LANE, JOLIET, ILLINOIS 60431

Dated this 15th day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of November, 20

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

_____
NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: AND
MAIL TO:
RICARDO ZAMORA AND ANA ZAMORA
908 SALVIA LANE
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

## Exhibit A

Lot 47 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200700003410
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 12:43 PM.
WD JT          479.50
RHSP Surcharge    10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

*AWL 11848*

MATTHEW J. LISKA and NICOLE L. LISKA , HUSBAND AND WIFE
604 DECLARATION LANE, AURORA, ILLINOIS 60504

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-353-008-0000
Address of Real Estate: 906 SALVIA LANE, JOLIET, ILLINOIS  60431

Dated this  14th day of December, 2006

_____ (SEAL)                    _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware     Homes, Inc., Managing Member of Lakewood Prairie,
limited liability company                            L.L.C , a Delaware limited liability company

State of Illinois  }
County of Cook    } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of December, 2006

_____                              My Commission Expires
NOTARY PUBLIC

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:                                             Send Subsequent Tax Bills to:

Matthew Liska                                        MATTHEW J. LISKA AND NICOLE L. LISKA
906 Salvia Lane                                      906 SALVIA LANE
Joliet, IL 60431                                     JOLIET, ILLINOIS  60431

                                                     25758
                                                     Rev. 06/21/06

## Exhibit A

Lot 48 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    146.50 E8H



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200600035674
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WARR DEED        546.25
RHSP Surcharge      10.00

**GUILLERMO JAIME, JR.**
**1121 HACKER AVE, JOLIET, ILLINOIS 60432**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO:  covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-014-0000
Address of Real Estate: **905 SALVIA LANE, JOLIET, ILLINOIS  60431**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **25th day of September, 2006**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **25th day of September, 2006**

_____
NOTARY PUBLIC

My Commission Expires 10/07/2006

"OFFICIAL SEAL."
RITA NESEMEIER
Notary Public, State of Illinois
My Commission Expires 10/07/06

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to:

GUILLERMO JAIME, JR.
905 SALVIA LANE
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/05

# Exhibit A

Lot 50 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600040476
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 01:29 pm.
WARR DEED         441.25
RHSP Surcharge     10.00
```

BARBARA A. MITCHELL
2213 CEDAR LAKES CT, PLAINFIELD, ILLINOIS 60544

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-016
Address of Real Estate: 909 SALVIA LANE, JOLIET, ILLINOIS  60431

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this 13th day of November, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of November, 2006   .

NOTARY PUBLIC

```
OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009
```

My Commission Expires 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to: AND
MAIL TO:
BARBARA A. MITCHELL
909 SALVIA LANE
JOLIET, ILLINOIS  60431

25756
Rev. 00/19/00

## Exhibit A

Lot 52 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





NL-11849

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700018353
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
06-13-2007 At 09:44 am.
WD JT            452.50
RHSP Surcharge         10.00

*James OK*

ALTON **BRETT** NORRIS and APRIL **D.** NORRIS
1666 DOWNS DRIVE, CALUMET CITY, ILLINOIS 60409

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-352-017
Address of Real Estate: 911 SALVIA LANE, JOLIET, ILLINOIS   60431

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this **3rd day of May, 2007**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and premises therein set forth, including
the release and waiver of the right of homestead.

> OFFICIAL SEAL
> MARILYN MIEDZINSKI
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 9-27-2007

Given under my hand and official seal this **3rd day of May, 2007**

_____
NOTARY PUBLIC

My Commission Expires: 09/27/2007

This instrument was prepared by MARILYN MIEDZINSKI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL  60195

Mail to:

JAMES C. KOZ ATTORNEY
5624 W. 79th ST 2ND floor
BURBANK IL 60459

Send Subsequent Tax Bills to:

ALTON **BRETT** NORRIS AND APRIL **D.** NORRIS
911 SALVIA LANE
JOLIET, ILLINOIS  60431

25758
Rev. 12/19/06

# Exhibit A

Lot 53 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TA
$ 137.50 cm

**WARRANTY DEED**
~~Joint Tenancy~~
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

200700003004
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 02:07 pm.
WARR DEED          398.50
RHSP Surcharge      10.00

AWL(85U)

STEVEN R. VAN DYKE and ANGELA K. VAN DYKE
24704 DOVE STREET, CHANNAHON, ILLINOIS 60410

*Tenancy by the Entirety*

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in ~~Joint Tenancy~~ forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION    * with right of survivorship and not as joint tenants.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-018-0000
Address of Real Estate: 913 SALVIA LANE, JOLIET, ILLINOIS 60431

Dated this 19th day of December, 2006

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 19th day of December, 2006

_____
NOTARY PUBLIC

My Commission Expires: 09/17/2009

OFFICIAL SEAL
MICHELE B. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: *AND MAIL TO:*
STEVEN R. VAN DYKE AND ANGELA K. VAN DYKE
913 SALVIA LANE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06