# Exhibit A

Lot 54 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 

 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
119.50

**WARRANTY DEED**
TENANCY BY THE ENTIRETY
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600032902
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 12:17 pm.
WARR DEED       559.00
RHSP Surcharge       10.00
```

**FABIAN BERMUDEZ and JENNIFER N. RIGUAL**
**7150 SOUTH SPAULDING AVENUE, CHICAGO, ILLINOIS 60629**

TO HAVE AND TO HOLD said premises not in Tenancy in Common and not in Joint Tenancy, but in TENANCY BY THE ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, in wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-002-0000
Address of Real Estate: **1006 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this **11th day of September, 2006**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this **11th day of September, 2006**

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

My Commission Expires: **09/17/2009**

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Cristina Garcia
12757 S. Western Ave. Ste 201
Blue Island, IL 60406

Send Subsequent Tax Bills to:

**FABIAN BERMUDEZ AND JENNIFER N. RIGUAL**
**1006 PLAINTAIN DRIVE**
**JOLIET, ILLINOIS 60431**

```
D    25757
DBG  Rev. 08/10/06
```

## Exhibit A

Lot 60 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





CITY OF JOLIET
CITY TAX
SEP. 20.06
REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX
000030012
0103800
FP351012





STATE OF ILLINOIS
STATE TAX
OCT. 12.06
KENDALL COUNTY

REAL ESTATE TRANSFER TAX
0000006040
0034600
FP 103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 17300

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600026142
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-22-2006 At 09:55 am.
WD JT              647.50
RHSP Surcharge      10.00
```

PATRICK J. MCGRATH and DARYL L. MCGRATH
205 FOXFIRE COURT, DOWNERS GROVE, ILLINOIS 60515

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-003-0000
Address of Real Estate: 1004 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this 19th day of July, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 19th day of July, 2006

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:

PATRICK J. MCGRATH AND DARYL L.
MCGRATH
1004 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

CHICAGO TITLE INSURANCE
Aurora/Yorkville Office

25758
Rev. 06/21/06

## Exhibit A

Lot 61 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 20050018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 203.50 EM

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600028378
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-07-2006 At 09:57 am.
WD JT            409.75
RHSP Surcharge      10.00
```

EDWARD PIETRZYK and JOLEEN PIETRZYK
2839 SAINT ANTON COURT, LISLE, ILLINOIS 60532

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-004-0000
Address of Real Estate: 1002 PLAINTAIN DRIVE, JOLIET, ILLINOIS  60431

Dated this **8th** day of August, 2006

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **8th** day of August, 2006

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

_____
NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:

EDWARD PIETRZYK AND JOLEEN PIETRZYK
1002 PLAINTAIN DRIVE
JOLIET, ILLINOIS  60431

CHICAGO TITLE INSURANCE CO.
Aurora/Yorkville Office

25758
Rev. 09/21/06

# Exhibit A

Lot 62 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$  123.25cm

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700003419
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 12:57 pm.
WD JT           451.75
RHSP Surcharge   10.00
```

AWL 11734

GLORIA I. ZAMORA and JOSE L. ZAMORA
1691 FIDDYMENT DRIVE, ROMEOVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-007-0000
Address of Real Estate: 912 PLAINTAIN DRIVE, JOLIET, ILLINOIS   60431

Dated this 30th day of November, 2006

_Russell Brown_ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of November, 2006

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND
MAIL TO:
GLORIA I. ZAMORA AND JOSE L. ZAMORA
912 PLAINTAIN DRIVE
JOLIET, ILLINOIS   60431

25758
Rev. 06/21/05

**Exhibit A**

Lot 65 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    137.25 *&#



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600032952
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 03:47 pm.
WARR DEED        533.50
RHSP Surcharge        10.00
```

**LYNNA TYLER**
**511 MAINISTEE, CALUMET CITY, ILLINOIS 60409**
the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-008-0000
Address of Real Estate: 910 PLAINTAIN DRIVE, JOLIET, ILLINOIS  60431

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **15th day of September,** 2006
_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **15th day of September,** 2006

My Commission Expires 07/07/2009

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: **AND**
**MAIL TO:**
LYNNA TYLER
910 PLAINTAIN DRIVE
JOLIET, ILLINOIS  60431

25736
Rev. 06/19/06

## Exhibit A

Lot 66 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.



 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 164.50

VL-1/BS1

**WARRANTY DEED**
Joint Tenancy by the Entireties
Statutory (Illinois)

THE GRANTOR.

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700015574
Filed For Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
05-14-2007 At 12:18 pm.
WARR DEED       443.50
RHSP Surcharge    10.00
```

NATHAN CALIENDO III and MEAGAN CALIENDO, husband and wife
1708 FIELDSTONE DRIVE, SHOREWOOD, ILLINOIS 60431
TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ not in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:   but as tenants by the
Entireties

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-352-009
Address of Real Estate: 908 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

_Russell Brown_____ (SEAL)     Dated this 16th day of April, 2007
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     _R._____ (SEAL)
Managing Member of Lakewood Prairie, LLC , a Delaware     RICHARD SIMONS, Secretary/Treasurer of Lakewood
limited liability company     Homes, Inc., Managing Member of Lakewood Prairie,
     L.L.C , a Delaware limited liability company

State of Illinois    } ss
County of Cook    }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 16th day of April, 2007

_____     My Commission Expires: 07/08/2009
NOTARY PUBLIC
This instrument was prepared by TIFFANY JACOBEL, 2400 W. Higgins Road, #100, Hoffman Estates, IL 60195

OFFICIAL SEAL
TIFFANY M. JACOBEL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

Mail to:     Send Subsequent Tax Bills to:

SARA G SUMNER     NATHAN CALIENDO III AND MEAGAN
1617 N. Hoyne     CALIENDO
Chicago IL 60647     908 PLAINTAIN DRIVE
     JOLIET, ILLINOIS 60431

DE
INC.    25758
Rev. 12/19/06

## Exhibit A

Lot 67 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
134.50 DT

NC-11020

**WARRANTY DEED**
~~Joint Tenancy~~ TENANCY
Statutory (Illinois) BY THE
ENTIRETY

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600032915
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 12:17 pm.
WARR DEED       613.75
RHSP Surcharge    10.00
```

R.
JOHN KOSZOLA and ANGELA J. KOSZOLA, Husband and wife        but as Tenants by the Entirety
6843 WEST 64TH STREET, CHICAGO, ILLINOIS 60638

nor
TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ in JOINT TENANCY ~~forever~~, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: **09-01-352-010-0000**
Address of Real Estate: **906 PLAINTAIN DRIVE, JOLIET, ILLINOIS   60431**

Dated this **18th** day of **September, 2006**

_Rusell Brown_____ (SEAL)        _____ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,        RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware        Homes, Inc., Managing Member of Lakewood Prairie,
limited liability company        L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **18th** day of **September, 2006**

_Rita Nesemeier_____

NOTARY PUBLIC        My Commission Expires: ~~10/07/2006~~

> "OFFICIAL SEAL"
> RITA NESEMEIER
> Notary Public, State of Illinois
> My Commission Expires 10/07/06

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:        Send Subsequent Tax Bills to:
Michael J. Laild        R.
6808 W. Archer Avenue        JOHN KOSZOLA AND ANGELA J. KOSZOLA
Chicago, Il. 60638        906 PLAINTAIN DRIVE
                              JOLIET, ILLINOIS   60431

                              D E
                              R C    25758
                                     Rev. 06/21/06

## Exhibit A

Lot 68 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 191.25 (w)

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700012229
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
04-13-2007 At 02:59 pm.
WD JT               444.25
RHSP Surcharge       10.00
```

NL-12024

**DAVID E. RINEHART and EDEN M. RINEHART**
**1157 THATCHER TRAIL, WEST DUNDEE, ILLINOIS 60118**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-352-011
Address of Real Estate: **904 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431**

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this **16th day of March, 2007**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **16th day of March, 2007**

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009
```
Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____ Same

_____

_____

Send Subsequent Tax Bills to:

**DAVID E. RINEHART AND EDEN M. RINEHART**
**904 PLAINTAIN DRIVE**
**JOLIET, ILLINOIS 60431**

25758
Rev. 12/19/06

## Exhibit A

Lot 69 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$   13.4.75

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,
LAKEWOOD PRAIRIE, LLC
, a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700003383
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 11:19 am.
WD JT              454.75
RHSP Surcharge      10.00
```

*AWLL(852)*

JON SOUVANNASOT and MICHAEL J. THOMPSON
1531 W. ARDMORE, CHICAGO, ILLINOIS 60660

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-012-0000
Address of Real Estate: 902 PLAINTAIN DRIVE, JOLIET, ILLINOIS  60431

Dated this  7th  day of  December,  2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of , a Delaware limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of , a Delaware limited
liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this  7th  day of  December,  2006

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

*J. SOUVANNASOT & MICHAEL
THOMPSON
902 PLAINTAIN DRIVE
JOLIET, IL 60431.*

Send Subsequent Tax Bills to:
JON SOUVANNASOT AND MICHAEL J.
THOMPSON
902 PLAINTAIN DRIVE
JOLIET, ILLINOIS  60431

25758
Rev. 06/21/06

## Exhibit A

Lot 70 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 



AFTER RECORDING MAIL TO:
*Gayle A. Cosentino*
*Gould & Ratner*
*222 N. LaSalle Street, 8th Floor*
*Chicago, Illinois 60601*

**WARRANTY DEED**

**Illinois**
542813 AU JA2 CU

200500034632
Filed For Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-07-2005 At 03:45 pm.
WARR DEED       38.00
RHSP Surcharge     10.00

Space Above This Line for Recording Data

GRANTOR, *LAKEWOOD LAND LLC,* an Illinois limited liability company, 2700 West Higgins Road, Suite 100, Hoffman Estates, Illinois, for and in consideration of Ten and no/100 Dollars, receipt whereof is hereby acknowledged, CONVEYS AND WARRANTS to *LAKEWOOD PRAIRIE, LLC, a Delaware limited liability company* (collectively, the "Grantee") of , 2700 West Higgins Road, Suite 100, Hoffman Estates, Illinois , Grantee, the following described Real Estate ("Property") situated in Will County, Illinois, to wit:

> *SEE ATTACHED EXHIBIT 'A' ATTACHED HERETO AND MADE A PART HEREOF*

SUBJECT TO: The terms and conditions set forth on Exhibit "B" attached hereto and made a part hereof.

IN WITNESS WHEREOF, said party of the first part has caused its name to be signed by its sole member as of the _29th_ day of July, 2005.

ATTEST:

**LAKEWOOD LAND LLC, an Illinois limited liability company**
By: Lakewood Homes, Inc., it sole member

By: _____
Richard Simons, Secretary

By: _____
Bert Hoffman, President

EXEMPT UNDER PROVISIONS OF PAR. (..E..),
SECTION 4, REAL ESTATE TRANSFER TAX ACT

7/29/05          A. Cosentino
DATE             REPRESENTATIVE

/291710.v 1

CHICAGO TITLE INSURANCE CO
Aurora/Yorkville Office

STATE OF ILLINOIS     )
                              ) SS

COUNTY OF COOK      )

      The undersigned, a Notary Public in and for said County, in the State aforesaid, do hereby certify that Bert Hoffman and Richard Simons, personally known to me as the President and Secretary respectively, of Lakewood Homes, Inc., the sole member of Lakewood Land LLC, an Illinois limited liability company and personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such officers of the sole member, appeared before me this day in person and acknowledged that they signed and delivered the said instrument as their free and voluntary act and as the free and voluntary act and deed of said company for the uses and purposes therein set forth.

      GIVEN under my hand and seal this _29th_ day of July, 2005.

> **OFFICIAL SEAL**
> **ROSEMARY CALIENDO**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 5-30-2008

_Rosemary Caliendo_
Notary Public

My commission expires: _5/30/08_

**Prepared by:**

John H. Mays
Gould & Ratner
222 N. LaSalle Street
8th Floor
Chicago, IL 60601

**Send subsequent tax bills to:**

Lakewood Prairie, LLC
2700 West Higgins Road, Suite 100
Hoffman Estates, Illinois

2

EXHIBIT 'A'
LEGAL DESCRIPTION

Parcel One:
(Proposed Unit 3)
That Part Of The Northwest 1/4 Section 1, Township 35 North, Range 8 East Of The Third Principal Meridian, Bounded And Described As Follows: Beginning At The Northeast Corner Of The Northwest 1/4 Of Said Section 1; Thence South 88 Degrees 21 Minutes 53 Seconds West Along The North Line Of Said Northwest 1/4 A Distance Of 1672.10 Feet To The Northeast Corner Of Lakewood Prairie Unit 1, Being A Subdivision Of Part Of The Northwest 1/4 And That Southwest 1/4 Of Section 1, Township 35 North Range 8 East Of The Third Principal Meridian, Recorded June 14, 2005 As Document No. 200500016560; (The Following Eight (8) Calls Being Along The Easterly Right Of Way Of Barberry Way In Said Subdivision) Thence South 01 Degrees 38 Minutes 07 Seconds East, 152.06 Feet; Thence Southerly Along A Non-Tangent Curve Being Concave Westerly Having A Radius Of 90.00 Feet And A Chord Bearing Of South 01 Degrees 34 Minutes 32 Seconds West A Distance Of 198.58 Feet; Thence South 01 Degrees 38 Minutes 07 Seconds East Along A Line Non-Tangent To The Last Described Curve, 217.65 Feet To A Point Of Curve; Thence Southerly Along A Curve Concave Westerly Having A Radius Of 546.0 Feet And A Central Angle Of 12 Degrees 26 Minutes 36 Seconds A Distance Of 118.58 Feet To A Point Of Tangency; Thence South 10 Degrees 48 Minutes 29 Seconds West, 103.51 Feet To A Point Of Curve; Thence Southerly Along A Curve Concave Easterly Having A Radius Of 438.00 Feet And A Central Angle Of 34 Degrees 16 Minutes 46 Seconds A Distance Of 262.05 Feet To A Point Of Tangency; Thence South 23 Degrees 28 Minutes 16 Seconds East 684.20 Feet To A Point Of Curve; Thence Southerly Along A Curve Concave Westerly Having A Radius Of 827.00 Feet And A Central Angle Of 21 Degrees 15 Minutes 54 Seconds A Distance Of 303.22 Feet To The Northwesterly Corner Of Lakewood Prairie Unit 2, Being A Subdivision Of Part Of The Northwest 1/4 And The Southwest 1/4 Of Section 1, Township 35 North, Range 8 East Of The Third Principal Meridian, Recorded June 14, 2005 As Document No. 200500016561; (The Following Six (6) Calls Being Along A Line Coincident With Said Subdivision) Thence North 88 Degrees 21 Minutes 53 Seconds East, 1142.30 Feet; Thence North 01 Degrees 38 Minutes 34 Seconds West, 140.37 Feet; Thence North 86 Degrees 44 Minutes 06 Seconds East, 122.38 Feet; Thence Northerly Along A Curve Non-Tangent To The Last Described Line Being Concave Easterly Having A Radius Of 830.00 Feet And A Chord Bearing Of North 02 Degrees 45 Minutes 59 Seconds West A Distance Of 14.45 Feet To A Point Of Tangency; Thence North 01 Degrees 38 Minutes 34 Seconds West, 19.70 Feet; Thence North 88 Degrees 21 Minutes 53 Seconds East, 190.42 Feet To The East Line Of The Northwest 1/4 Of Said Section 1; Thence North 01 Degrees 39 Minutes 24 Seconds West Along Said Last Described Line A Distance Of 1759.00 Feet To The Point Of Beginning, All In Kendall County, Illinois.

Parcel Two:
(Proposed Unit 4 Townhome Area)
That Part Of The Southwest 1/4 Of Section 1, Township 35 North, Range 8 East Of The Third Principal Meridian, Taken As A Tract And Described As Follows: Commencing At The Southeast Corner Of The Southwest 1/4 Of Said Section 1 Also Being The Southeasterly Corner Of Lakewood Prairie Unit 1, Being A Subdivision Of Part Of The Northwest 1/4 And The Southwest 1/4 Of Section 1, Township 35 North, Range 8 East Of The Third Principal Meridian, Recorded June 14, 2005 As Document No. 200500016560; Thence North 01 Degrees 39 Minutes 24 Seconds West Along The North/South Center Line Of Said Section 1, A Distance Of 1687.45 Feet To The Point Of Beginning; Thence Continuing North 01 Degrees 39 Minutes 24 Seconds West Along Said

Last Described Line A Distance Of 566.02 Feet To The Southeasterly Corner Of Lakewood Prairie Unit 2, Being A Subdivision Of Part Of The Northwest 1/4 And The Southwest 1/4 Of Section 1, Township 35 North, Range 8 East Of The Third Principal Meridian, Recorded June 14, 2005 As Document No. 200500016561; (The Following Nine(9) Calls Being Along A Line Coincident With Said Lakewood Prairie Unit 2) Thence South 67 Degrees 32 38 Seconds West, 138.37 Feet; Thence Southerly Along A Curve Non-Tangent To The Last Described Line Being Concave Westerly Having A Radius Of 205.00 Feet And A Chord Bearing Of South 09 Degrees 58 Minutes 19 Seconds East A Distance Of 59.60 Feet To A Point Of Tangency; Thence South 01 Degrees 38 Minutes 34 Seconds East, 52.57 Feet; Thence South 88 Degrees 21 Minutes 53 Seconds West, 432.07 Feet; Thence South 32 Degrees 12 Minutes 13 Seconds West, 97.74 Feet; Thence South 44 Degrees 55 Minutes 58 Seconds West, 89.62 Feet; Thence South 55 Degrees 32 Minutes 19 Seconds West, 59.40 Feet; Thence South 66 Degrees 08 Minutes 40 Seconds West, 67.58 Feet; Thence South 79 Degrees 38 Minutes 47 Seconds West, 595.57 Feet To The Easterly Line Of Said Lakewood Prairie Unit 1; (The Following Thirteen (13) Calls Being Along A Line Coincident With Said Lakewood Prairie Unit 1) Thence Southerly Along A Curve Non-Tangent To The Following Described Line Being Concave Westerly Having A Radius Of 1561.00 Feet And Chord Bearing Of South 07 Degrees 02 Minutes 07 Seconds East A Distance Of 381.68 Feet To A Point Of Tangency; Thence South 00 Degrees 01 Minutes 50 Seconds East, 100.00 Feet To A Point Of Curve; Thence Southerly Along A Curve Concave Easterly Having A Radius Of 814.00 Feet And A Chord Bearing Of South 13 Degrees 08 Minutes 02 Seconds East A Distance Of 372.32 Feet; Thence North 66 Degrees 17 Minutes 52 Seconds East Along A Line Non-Tangent To The Last Described Curve 161.63 Feet; Thence North 57 Degrees 35 Minutes 00 Seconds East, 144.26 Feet; Thence North 60 Degrees 43 Minutes 45 Seconds East, 205.65 Feet; Thence North 67 Degrees 42 Minutes 48 Seconds East, 197.53 Feet; Thence North 59 Degrees 04 Minutes 55 Seconds East, 107.72 Feet; Thence North 50 Degrees 57 Minutes 04 Seconds East, 56.67 Feet; Thence North 57 Degrees 29 Minutes 43 Seconds East, 136.96 Feet; Thence North 69 Degrees 54 Minutes 03 Seconds East, 211.02 Feet; Thence North 53 Degrees 50 Minutes 39 Seconds East 62.55 Feet; Thence North 33 Degrees 40 Minutes 27 Seconds East, 204.32 Feet To The Point Of Beginning, All In Kendall County, Illinois

Parcel Three:
Lots 3 Through 18, Inclusive, 30 Through 48, Inclusive, 50 Through 70, Inclusive, 86 Through 172, Inclusive, 293 Through 457 Inclusive, And Outlots A, C, E, H, J, T, V, AA, BB, CC, DD AND EE In Lakewood Prairie Unit 1, According To The Plat Thereof Recorded June 14, 2005 As Document 200500016560, In The City Of Joliet, Kendall County, Illinois

Parcel Four:
Lots 173 Through 292 Inclusive, And Outlots G And P In Lakewood Prairie Unit 2, According To The Plat Thereof Recorded June 14, 2005 As Document 200500016561, In The City Of Joliet, Kendall County, Illinois

EXHIBIT 'B'
PERMITTED EXCEPTIONS

1.    BUILDING LINES EASEMENTS, COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH ON THE PLAT OF LAKEWOOD PRAIRIE UNIT 1 RECORDED JUNE 14, 2005 AS DOCUMENT 200500016560. (AFFECTS PARCEL THREE)

2.    BUILDING LINES EASEMENTS, COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH ON THE PLAT OF LAKEWOOD PRAIRIE UNIT 2 RECORDED JUNE 14, 2005 AS DOCUMENT 200500016561. (AFFECTS PARCEL FOUR)

3.    RIGHTS OF WAY FOR DRAINAGE TILES, DITCHES, FEEDERS, LATERALS AND UNDERGROUND PIPES, IF ANY.

4.    RIGHTS OF ADJOINING OWNERS TO THE UNINTERRUPTED FLOW OF ANY STREAM WHICH MAY CROSS THE PREMISES.

5.    RIGHTS OF THE PUBLIC, THE STATE OF ILLINOIS AND THE MUNICIPALITY IN AND TO THAT PART OF THE LAND, TAKEN OR USED FOR ROAD PURPOSES OR HIGHWAYS PER RIGHT OF WAY AGREEMENT RECORDED AS DOCUMENT 71-1734 AND GRAVEL ROAD KNOWN AS VAN DYKE ROAD.

6.    "DELINEATED WATERS OF THE U.S. AND WETLANDS AS FLAGGED" AS DEPICTED ON SURVEY MADE BY CHRISTIAN-ROGE & ASSOCIATES AS JOB NO. 03-021 DATED MAY 7, 2003 AS REVISED NOVEMBER 18, 2003.

7.    UTILITY EASEMENT ALONG HIGHWAY (RIDGE ROAD) AS DEPICTED ON PLAT OF SURVEY MADE BY CHRISTIAN-ROGE & ASSOCIATES INC. AS JOB NO. 03-021 DATED MAY 7, 2003.

8.    BOX CULVERTS, HEADWALLS, DRAIN TILES, CMP AND 10" PVC PIPE AND DRAIN TILE AS DEPICTED ON SURVEY MADE BY CHRISTIAN-ROGE & ASSOCIATES INC. AS JOB NO. 03-021 DATED MAY 7, 2003 AS REVISED NOVEMBER 18, 2003.

9.    ANNEXATION AGREEMENTS RECORDED JANUARY 13, 2004 AS DOCUMENT 20040000979 AND 200400000980, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

10.    ORDINANCE NO. 14746 ANNEXING PROPERTY TO THE CITY OF JOLIET RECORDED SEPTEMBER 17, 2004 AS DOCUMENT 200400026068, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

11.    RESOLUTION NO. 5440, APPROVING AN AMENDMENT TO ANNEXATION AGREEMENT FOR LAKEWOOD PRAIRIE SUBDIVISION RECORDED OCTOBER 8, 2004 AS DOCUMENT 200400028268, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

12.    EASEMENT IN FAVOR OF CITY OF JOLIET, AND ITS/THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL, OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR THE PURPOSE OF SERVING THE LAND AND OTHER PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID EQUIPMENT, AND THE PROVISIONS RELATING THERETO CONTAINED IN THE GRANT RECORDED/FILED AS DOCUMENT NO. 200400031294, AFFECTING PART OF THE LAND.

13.    OVERHEAD WIRES AND POWER POLES ALONG THE WESTERLY LINE OF THE LAND.

MARY ANN STUKEL
WILL COUNTY RECORDER

AFFIDAVIT - METES AND BOUNDS

STATE OF ILLINOIS
} SS                                             DOCUMENT NO. _____
COUNTY OF WILL

_KAREN OSIECKI MEEHAN_____, being duly sworn on oath, states that the attached deed is not in violation of 765 ILCS 205/1 for one of the following reasons:

①. The division or subdivision of the land is into parcels or tracts of 5.0 acres or more in size which does not involve any new streets or easements of access

2. The division is of lots or blocks of less than one acre in any recorded subdivision which does not involve any new streets or easements of access.

3. The sale or exchange of parcels of land is between owners of adjoining and contiguous land.

4. The conveyance is of parcels of land or interests therein for use as right of way for railroads or other public utility facilities, which does not involve any new streets or easement of access.

5. The conveyance is of land owned by a railroad or other public utility which does not involve any new streets or easements of access.

6. The conveyance is of land for highway or other public purposes or grants or conveyances relating to the dedication of land for public use or instruments relating to the vacation of land impressed with a public use.

7. Conveyances made to correct descriptions in prior conveyances.

8. The sale or exchange of parcels or tracts of land existing on the date of the amendatory Act (7/17/59) into no more than two parts an not involving any new streets or easements of access.

9. The sale is of a single lot of less than 5.0 acres from a larger tract when a survey is made by a registered surveyor; provided, that this exemption shall not apply to the sale of any subsequent lots from the same larger tract of land, as determined by the dimensions and configuration of the larger tract on October 1,1973, and provided also that this exemption does not invalidate any local requirements applicable to the subdivision of land. Amended by P.A. 80-318-1, 1 eff. October 1, 1977.

10. The conveyance is of land described in the same manner as title was taken by grantor(s).

CIRCLE NUMBER ABOVE WHICH IS APPLICABLE TO ATTACHED DEED.

AFFIANT further states that he makes this affidavit for the purpose of inducing the Recorder of Will County, Illinois, to accept the attached deed for recording.

_____
Karen O. Meehan, Attorney

SUBSCRIBED AND SWORN TO BEFORE ME
this _27th_ day of July, 2005.

_____
Notary Public

OFFICIAL SEAL
GAYLE A. COSENTINO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-25-2008

/278401.v 1 3/14/2005 10:23 AM

NL-11767

**WARRANTY DEED**
~~Joint~~ Tenancy by the Entirety
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700004852
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 02:33 pm.
WARR DEED      504.25
RHSP Surcharge    10.00

NL-11767

**JEFFREY SMITH and FAITH SMITH**
**444 CLAIRE AVE, ROMEOVILLE, ILLINOIS 60446**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ not in JOINT TENANCY ~~forever~~, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:
* but as tenants by the entirety

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-352-013-0000
Address of Real Estate: 863 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 27th day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 27th day of November, 2006

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

_____
NOTARY PUBLIC

My Commission Expires: 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Jeff + Faith Smith
863 Angelica Circle
Joliet IL 60431

Send Subsequent Tax Bills to: AND
MAIL TO:
JEFFREY SMITH AND FAITH SMITH
863 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

## Exhibit A

Lot 72 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



CITY OF JOLIET

CITY TAX    DEC.11.06

REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX

# 0000031017

0092850

FP351012



STATE OF ILLINOIS

STATE TAX    FEB.-8.07

KENDALL COUNTY

REAL ESTATE TRANSFER TAX

# 0000007380

0030950

FP 103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 154.75

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

```
200600035639
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:04 pm.
WARR DEED          628.75
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

CHRISTOPHER HUMBERG, A MARRIED MAN
305 HOMESTEAD, BOLINGBROOK, ILLINOIS 60440

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-013
Address of Real Estate: 866 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this 13th day of October, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois  }
County of Cook    } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of October, 2006

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

NOTARY PUBLIC

My Commission Expires 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffm

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: AND
MAIL TO:
CHRISTOPHER HUMBERG
866 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

25756
Rev. 06/19/06

## Exhibit A

Lot 74 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.





**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700018355
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
06-13-2007 At 09:44 am.
WARR DEED        476.50
RHSP Surcharge    10.00
```

**ALICE C. BALL-BONNER**
**1102 NORTH OAKLEY LANE, WESTMONT, ILLINOIS 60559**

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: **09-01-351-013**
Address of Real Estate: **864 ANGELICA CIRCLE, JOLIET, ILLINOIS  60431**

Date: this **29th day of May, 2007**

_____ (SEAL)
**RUSSELL BROWN**, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
**RICHARD SIMONS**, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **29th day of May, 2007**

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
MARILYN MIEDZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-27-2007
```

My Commission Expires **09/27/2007**

This instrument was prepared by MARILYN MIEDZINSKI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Robert F. Quinn
4 & c W. Boughton Rd., #200
Bolingbrook, IL 60440

Send Subsequent Tax Bills to:

ALICE C. BALL-BONNER
864 ANGELICA CIRCLE
JOLIET, ILLINOIS  60431

25756
Rev. 12/19/06

## Exhibit A

Lot 75 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 145.50cm

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700007397
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
03-02-2007 At 11:01 am.
WD JT        439.00
RHSP Surcharge      10.00
```

**DOUGLAS E. KNACK and KELLY S. KNACK**
**2804 KILBURNE LANE, NAPERVILLE, ILLINOIS 60564**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-351-013
Address of Real Estate: 862 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this **9th day of February, 2007**

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C, a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **9th day of February, 2007**

_____
NOTARY PUBLIC

This instrument was prepared by TIFFANY JACOBELLI Lakewood Homes, 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: AND
MAIL TO:
DOUGLAS E. KNACK AND KELLY S. KNACK
862 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 12/19/06

## Exhibit A

Lot 76 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
133.00 ht

**WARRANTY DEED**
~~Joint~~ Tenancy BY THE
Statutory (Illinois) ENTIRETY

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

300600040469
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 01:25 pm.
WARR DEED          583.00
RHSP Surcharge      10.00

AU NLIT768

**GARY C FRANCIS** and **KAREN O FRANCIS**
14211 GLADSTONE, PLAINFIELD, ILLINOIS 60544  not

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION  Husband & Wife, as Tenants by Entirety

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-013-0000
Address of Real Estate: 860 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 14th day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires: 10/07/2010

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:   ROBERT J. GALGAN JR.
~~340 W. BUTTERFIELD ROAD #1A~~
~~ELMHURST, IL 60126-5068~~
_____

Send Subsequent Tax Bills to:

GARY C FRANCIS AND KAREN O FRANCIS
860 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

DB INC   25758
Rev. 06/21/06

## Exhibit A

Lot 77 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



 

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

```
200700005133
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-13-2007 At 10:32 am.
WARR DEED        394.75
RHSP Surcharge    10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

BEVERLY HOWARD, UNMARRIED PERSON
7018 CORNWALL DRIVE, JOLIET, ILLINOIS 60431

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-351-013-0000
Address of Real Estate: 856 ANGELICA COURT, JOLIET, ILLINOIS  60431

Date: this **25th day of January, 2007**

_____(SEAL)        _____(SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.        RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware        Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
limited liability company        a Delaware limited liability company

State of Illinois  } ss
County of Cook   }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this  **25th day of January, 2007**

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

_____        My Commission Expires 07/07/2009
NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:                                    Send Subsequent Tax Bills to:
                                           AND  MAIL  TO:

                                           BEVERLY HOWARD
                                           856 ANGELICA COURT
                                           JOLIET, ILLINOIS  60431

```
DB      25756
INC.    Rev. 12/19/06
```

## Exhibit A

Lot 79 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 118.25cm

**WARRANTY DEED**
~~Joint Tenancy~~
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700005038
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-09-2007 At 03:37 pm.
WARR DEED       613.75
RHSP Surcharge      10.00

TARA CULOTTA and DEAN C. CULOTTA , WIFE AND HUSBAND
6800 SAHARA DRIVE, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:    *NOT*   *BY THE ENTIRETY*
*BUT AS TENANTS*

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-013
Address of Real Estate: 854 ANGELICA COURT, JOLIET, ILLINOIS  60431

Dated this 28th day of December, 2006

_____(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 28th day of December, 2006

NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: *AND MAIL TO:*

TARA CULOTTA AND DEAN C. CULOTTA
854 ANGELICA COURT
JOLIET, ILLINOIS  60431

25758
Rev. 12/19/06

## Exhibit A

Lot 80 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



CITY OF JOLIET
CITY TAX
JAN. 18. 07
REAL ESTATE TRANSFER TAX

REAL ESTATE
TRANSFER TAX
# 000003144
0114750
FP351012



STATE OF ILLINOIS
STATE TAX
FEB. –9. 07
KENDALL COUNTY

REAL ESTATE
TRANSFER TAX
# 0000007386
0038250
FP 103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 191.35

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

```
200600036175
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-07-2006 At 08:35 am.
WD JT              518.50
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

**WAYNE R. MOUNT and NORA S. MOUNT
637 JEWETT, MAZON, ILLINOIS 60444**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-013-0000
Address of Real Estate: **852 ANGELICA COURT, JOLIET, ILLINOIS 60431**

Dated this **20th day of October, 2006**

_Russell Brown_ _____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,          RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware          Homes, Inc., Managing Member of Lakewood Prairie,
limited liability company          L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook    }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **20th day of October, 2006**

_____
NOTARY PUBLIC

My Commission Expires

```
OFFICIAL SEAL
MICHELE J. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to: AND
MAIL TO:
WAYNE R. MOUNT AND NORA S. MOUNT
852 ANGELICA COURT
JOLIET, ILLINOIS 60431

```
DCS
INC
```
25758
Rev. 06/21/06

# Exhibit A

Lot 81 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$        159.50  EQ N



NL-11859

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700003389
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 11:36 am.
WD JT          418.75
RHSP Surcharge       10.00
```

RUNL 11859

GERARDO BORJON and JEANNETTE BORJON
3324 S. 61ST STREET, CICERO, ILLINOIS 60804

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-013
Address of Real Estate: 855 ANGELICA COURT, JOLIET, ILLINOIS   60431

Dated this 8th day of December, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 8th day of December, 2006

_____
NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND

MAIL TO:
GERARDO BORJON AND JEANNETTE BORJON
855 ANGELICA COURT
JOLIET, ILLINOIS   60431

DE Inc
25758
Rev. 06/21/06

## Exhibit A

Lot 83 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.




| CITY OF JOLIET | | REAL ESTATE TRANSFER TAX |
| DEC.11.06 | | 0075750 |
| REAL ESTATE TRANSFER TAX | | FP351012 |

\# 0000031009



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 126.25 EgH

| STATE OF ILLINOIS | | REAL ESTATE TRANSFER TAX | EgH |
| JAN.29.07 | | 0025250 | |
| KENDALL COUNTY | | FP103035 | |

\# 0000007235

NL-116021

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600032964
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 03:47 pm.
WARR DEED        444.25
RHSP Surcharge    10.00
```

OMAYRA HWEIH
8160 W. WALSH LANE, RIVER GROVE, ILLINOIS 60171

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-012-0000
Address of Real Estate: 903 PLAINTAIN DRIVE, JOLIET, ILLINOIS  60431

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

Date: this 22nd day of September, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 22nd day of September, 2006

_Michele S. Haubner_
NOTARY PUBLIC

My Commission Expires 09/17/2009

```
OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
_____
_____
_____

Send Subsequent Tax Bills to: A N D

MAIL TO:

OMAYRA HWEIH
903 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25758
Rev. 06/1905

## Exhibit A

Lot 86 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 134.75

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600031717
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-03-2006 At 09:21 am.
WD JT        487.00
RHSP Surcharge    10.00
```

**GINA L BATES and JAMES H BATES JR.**
**207 STRYKER AVE., JOLIET, ILLINOIS 60436**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-011-0000
Address of Real Estate: **905 PLAINTAIN DRIVE, JOLIET, ILLINOIS  60431**

Dated this **17th** day of **August, 2006**

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **17th** day of **August, 2006**

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires: **07/07/2009**

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: 



GINA L BATES AND JAMES H BATES JR.
905 PLAINTAIN DRIVE
JOLIET, ILLINOIS  60431

CHICAGO TITLE INSURANCE CO.

25758
Rev. 09/21/06

## Exhibit A

Lot 87 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 





**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

2006000040481
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 02:12 pm.
WARR DEED      490.75
RHSP Surcharge      10.00

SHERRIA COVINGTON
2720 S. HIGHLAND AVE, LOMBARD, ILLINOIS 60148

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-010-0000
Address of Real Estate: 907 PLAINTAIN DRIVE, JOLIET, ILLINOIS   60431

Date: this **15th** day of **November, 2006**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this  **15th day of November, 2006**

_____
NOTARY PUBLIC

My Commission Expires **07/07/2009**

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:  AND

MAIL TO
SHERRIA COVINGTON
907 PLAINTAIN DRIVE
JOLIET, ILLINOIS   60431

25756
Rev. 06/19/06

## Exhibit A

Lot 88 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.







NL-11793

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700005039
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-09-2007 At 03:37 mm.
WD JT          376.75
RHSP Surcharge      10.00

*RR*NL(1775

VERNON J JACKSON and SAKEENA K JACKSON
346 TARRINGTON WAY, BOLINGBROOK, ILLINOIS 60440

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-009-0000
Address of Real Estate: 909 PLAINTAIN DRIVE, JOLIET, ILLINOIS   60431

_Reessee Brun_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this 17th day of November, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 17th day of November, 2006

_Rita Nesemeier_
NOTARY PUBLIC

My Commission Expires: 10/07/2010

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND
MAIL TO —
VERNON J JACKSON AND SAKEENA K JACKSON
909 PLAINTAIN DRIVE
JOLIET, ILLINOIS   60431

DE 25758
Inc. Rev. 06/21/06