**Exhibit A**

Lot 89 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
JAN. 18.07
REAL ESTATE TRANSFER TAX
# 0000031442
REAL ESTATE TRANSFER TAX
0067350
FP 351012

STATE OF ILLINOIS
FEB.-9.07
KENDALL COUNTY
# 0000007387
REAL ESTATE TRANSFER TAX
0022450
FP 103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 112.25

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

NL-117774

200700004838
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 12:28 pm.
WARR DEED 433.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWL117774

NEWELL A. BROADWAY
18137 S. 66TH COURT, TINLEY PARK, ILLINOIS 60411

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-008-0000
Address of Real Estate: 911 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Date: this 20th day of November, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

Given under my hand and official seal this 20th day of November, 2006

My Commission Expires 07/07/2009

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
ISAAC J. STARKS
5704 Woodgate DR-
MATTESON, IL 60443

Send Subsequent Tax Bills to:

NEWELL A. BROADWAY
911 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25756
Rev. 08/19/06

# Exhibit A

Lot 90 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

W

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 131.25 LW

NL-11775

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

200700004836
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 12:28 pm.
WD JT 454.00
RHSP Surcharge 10.00

AWK 11775

DION M. SIMPSON and BETTY J. SIMPSON
1908 CONTINENTAL AVE, NAPERVILLE, ILLINOIS 60563

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-007
Address of Real Estate: 913 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 21st day of November, 2006

_____________ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

_____________ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 21st day of November, 2006

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

NOTARY PUBLIC

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY [illegible] 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND
MAIL TO:
DION M. SIMPSON AND BETTY J. SIMPSON
913 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

# Exhibit A

Lot 91 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 138.00

XL-11853

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

200700002917
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 09:38 am.
WD JT 412.00
RHSP Surcharge 10.00

AWL 11853

DAWN M. KOLASKI and MATTHEW J. SCHREINER
4557 N. ORANGE AVE, NORRIDGE, ILLINOIS 60706

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-004-0000
Address of Real Estate: 919 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 11th day of December, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 11th day of December, 2006

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

Rita Nesemeier
NOTARY PUBLIC

My Commission Expires: 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: & MAIL TO:
DAWN M. KOLASKI AND MATTHEW J. SCHREINER
919 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

# Exhibit A

Lot 94 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
124.00

NL- 11622

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200600032955
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 03:47 pm.
WD JT 544.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JANICE BOYD LIVINGSTON and TIMIKO L. LIVINGSTON
235 E. SAVANNOH DRIVE, ROMEVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-003-0000
Address of Real Estate: 1001 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 13th day of September, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

Given under my hand and official seal this 13th day of September, 2006

NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
TIMIKO L. LIVINGSTON AND JANICE BOYD LIVINGSTON
1001 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

# Exhibit A

Lot 95 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

REAL ESTATE TRANSFER TAX

0100950

FP351012

# 0000030015

REAL ESTATE TRANSFER TAX

0033650

FP 103035

# 0000006047

LW

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 168.25 LW

NL-1/531

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200600029732
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-18-2006 At 03:08 pm.
WARR DEED 382.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JOSE GARCIA
5333 WEST 23RD PLACE, CICERO, ILLINOIS 60804

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-002-0000
Address of Real Estate: 1003 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Date: this 25th day of August, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

Given under my hand and official seal this 25th day of August, 2006

NOTARY PUBLIC

My Commission Expires 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
JOSE GARCIA
1003 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

CHICAGO TITLE INSURANCE CO.

AUNL1531

25756
Rev. 06/19/06

# Exhibit A

Lot 96 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ DT 114.25



IL-11854

**WARRANTY DEED**
TENANCY BY THE ENTIRETY
Statutory (Illinois)

200700003578
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-30-2007 At 10:02 am.
WARR DEED 499.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C.
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWL11854

LUCIUS ARMSTRONG and KIMBERLY ARMSTRONG
2246 S. 12TH AVENUE, BROADVIEW, ILLINOIS 60155

TO HAVE AND TO HOLD said premises not in Tenancy in Common and not in Joint Tenancy, but in TENANCY BY THE ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, in wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-351-001
Address of Real Estate: 1005 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 28th day of December, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 28th day of December, 2006

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

NOTARY PUBLIC

This instrument was prepared by TIFFANY M. JACOBELLI, 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:

LUCIUS ARMSTRONG AND KIMBERLY ARMSTRONG
1005 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

25757
Rev. 12/19/06

# Exhibit A

Lot 97 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 153.25 E8#




NL-11855

WARRANTY DEED
~~Joint Tenancy~~
Statutory (Illinois)
TENANCY BY THE ENTIRETY

200700003366
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 10:57 am.
WARR DEED 484.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AMNL11855

JOSE M. MARTINEZ and CONCEPCION MARTINEZ
245 S. 47TH AVENUE, BELLWOOD, ILLINOIS 60104

AS TENANTS BY THE ENTIRETY

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but ~~in JOINT TENANCY~~ forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-301-021-0000
Address of Real Estate: 1007 PLAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 20th day of December, 2006

(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

Given under my hand and official seal this 20th day of December, 2006

NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
JOSE M. MARTINEZ & CONCEPCION MARTINEZ
1007 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

Send Subsequent Tax Bills to:
JOSE M. MARTINEZ AND CONCEPCION MARTINEZ
1007 PLAINTAIN DRIVE
JOLIET, ILLINOIS 60431

DP INC. 25758 Rev. 06/21/06

# Exhibit A

Lot 98 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
DEC.28.06
REAL ESTATE TRANSFER TAX

# 0000031209
REAL ESTATE TRANSFER TAX
0088950
FP351012

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 148.25 EGH

STATE OF ILLINOIS
STATE TAX
JAN.29.07
KENDALL COUNTY
# 0000007227
REAL ESTATE TRANSFER TAX
0029650
FP 103035
EGH

NL-11534

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200600029741
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-18-2006 At 03:08 pm.
WARR DEED 400.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

**SCOTT BRECKINRIDGE**
**7503 FARMINGDALE RD., DARIEN, ILLINOIS 60561**

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-302-011-0000
Address of Real Estate: 1018 WOODIRIS DR., JOLIET, ILLINOIS 60431

Date: this 21st day of August, 2006

(SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 21st day of August, 2006

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

My Commission Expires 07/07/2009

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

CHICAGO TITLE INSURANCE CO
Aurora/Yorkville Office

Send Subsequent Tax Bills to: AND MAIL TO:
SCOTT BRECKINRIDGE
1018 WOODIRIS DR.
JOLIET, ILLINOIS 60431

25756
Rev. 06/19/06

AUNL11534

# Exhibit A

Lot 128 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 120.25

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200600037366
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 11:40 am.
WD JT 413.50
RHSP Surcharge 10.00

NL-11458

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWNL11458

**MARK SYMON and TERESA SYMON**
**5043 W. WAVELAND AVE., CHICAGO, ILLINOIS 60641**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-302-023-0000
Address of Real Estate: 1103 JEWELFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 1st day of November, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 1st day of November, 2006

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
MARK SYMON AND TERESA SYMON
5043 W. Waveland
Chicago Il 60641

25758
Rev. 06/21/06

# Exhibit A

Lot 140 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 124.50

WARRANTY DEED
~~Joint Tenancy~~
Statutory (Illinois)

200600036164
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-07-2006 At 08:22 am.
WARR DEED 556.75
RHSP Surcharge 10.00

NL-11627

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

LYNNETT J RINELLA and ROBERT RINELLA
6027 S. MEADE, CHICAGO, ILLINOIS 60638

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but in~~ NOT IN * BUT AS TENANTS BY THE ENTIRETY JOINT TENANCY, forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-005-0000
Address of Real Estate: 1108 JEWELFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 17th day of October, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

[signature] (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 17th day of October, 2006

[signature]
NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Donald P. Bailey
10729 W. 159th Street
Orland Park IL 60467

Send Subsequent Tax Bills to:

LYNNETT J RINELLA AND ROBERT RINELLA
1108 JEWELFLOWER LANE
JOLIET, ILLINOIS 60431

AWL RE24

25758
Rev. 06/21/06

**Exhibit A**

Lot 152 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 172.25 E&H





**WARRANTY DEED**
~~Joint~~ Tenancy BY THE ENTIRETY
Statutory (Illinois)

200600029756
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-18-2006 At 03:41 pm.
WARR DEED 403.00
RHSP Surcharge 10.00

NL-11536

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

DAVID A BRINK and BILLY JO NOLL-BRINK HUSBAND AND WIFE, BUT AS TENANTS BY THE ENTIRETY
2701 CANYON DRIVE, PLAINFIELD, ILLINOIS 60586

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ NOT in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-009-0000
Address of Real Estate: 1100 JEWELFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 29th day of August, 2006

[signature] (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

[signature] (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of August, 2006

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

[signature]
NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
THOMAS J. BRESCIA
1920 S. HIGHLAND AVE #333
LOMBARD, IL 60148

Send Subsequent Tax Bills to:
DAVID A BRINK AND BILLY JO NOLL-BRINK
1100 JEWELFLOWER LANE
JOLIET, ILLINOIS 60431

CHICAGO TITLE ...

25758
Rev. 08/21/06

AUNL11536

# Exhibit A

Lot 156 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 121.00 DT

NL-116 88

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200600029706
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-18-2006 At 12:28 pm.
WARR DEED 535.00
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

DONNA KAUL
3356 AMBASSADOR DRIVE, MADISON, WISCONSIN 53718

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-010-0000
Address of Real Estate: 1018 JEWELFLOWER LANE, JOLIET, ILLINOIS 60431

Date: this 30th day of August, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

Given under my hand and official seal this 30th day of August, 2006

Michele S. Haubner
NOTARY PUBLIC

My Commission Expires 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:

DONNA KAUL
1018 JEWELFLOWER LANE
JOLIET, ILLINOIS 60431

CHICAGO TITLE INSURANCE CO

25756
Rev. 08/19/06

## Exhibit A

Lot 157 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in KendallCounty, Illinois.

COUNTY OF KENDALL
:EAL ESTATE TRANSFER TAX
165.00 DT

NL-11736

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

200700005128
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-13-2007 At 10:23 am.
WARR DEED 509.50
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWWL11736

ESPERANZA BECCERA
1427 S. LOMBARD, CICERO, ILLINOIS 60804

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-015-0000
Address of Real Estate: 1011 BARBERRY WAY, JOLIET, ILLINOIS 60431

Date: this 15th day of December, 2006

(SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

Given under my hand and official seal this 15th day of December, 2006

My Commission Expires 10/07/2010

NOTARY PUBLIC

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:

ESPERANZA BECCERA
1011 BARBERRY WAY
JOLIET, ILLINOIS 60431

25756
Rev 06/19/06

# Exhibit A

Lot 162 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
JAN.29.07
REAL ESTATE TRANSFER TAX

# 0000031518
REAL ESTATE TRANSFER TAX
0093900
FP351012

STATE OF ILLINOIS
STATE TAX
FEB.13.07
KENDALL COUNTY
# 0000007402
REAL ESTATE TRANSFER TAX
0031300
FP103035
cm

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 156.50 cm

NL-11776

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200700003424
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 01:08 pm.
WD JT 392.50
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWC11776

JESSE ZBROSKEWICH and LINDA ZBROSKEWICH
6615 SOUTH BISHOP, CHICAGO, ILLINOIS 60636

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-016-0000
Address of Real Estate: 1013 BARBERRY WAY, JOLIET, ILLINOIS 60431

Dated this 30th day of November, 2006

(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

Given under my hand and official seal this 30th day of November, 2006

NOTARY PUBLIC

My Commission Expires: 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
AVALON BETTS-GASTON, LLC
ATTORNEYS AT LAW
1945 S. HALSTED, SUITE #309
CHICAGO, IL 60608

Send Subsequent Tax Bills to:
JESSE ZBROSKEWICH AND LINDA ZBROSKEWICH
1013 BARBERRY WAY
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

**Exhibit A**

Lot 163 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 113.50 EgH

EgH







WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

200600025085
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-14-2006 At 11:23 am.
WD JT 364.00
RHSP Surcharge 10.00

NK-113257

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

LISA M. RAMOCKI and STEPHEN J. WHITT
2905 REFLECTION COURT, PLAINFIELD, ILLINOIS 60431

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-381-007-0000
Address of Real Estate: 7614 STONECROP LANE, JOLIET, ILLINOIS 60431

Dated this 23rd day of June, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 23rd day of June, 2006

NOTARY PUBLIC

My Commission Expires: 09/17/2009

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
David A. Jine
1861 Black Road
Joliet IL 60435

Send Subsequent Tax Bills to:
LISA M. RAMOCKI AND STEPHEN J. WHITT
7614 STONECROP LANE
JOLIET, ILLINOIS 60431

25758
(05/25/05)

NEW

# Exhibit A

Lot 179-2

That part of Lot 179 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276 and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwesterly corner of said lot 179; thence north 18 degrees 20 minutes 58 seconds west, 111.48 feet to a point on a curve; thence northeasterly along a curve with a radius of 210.00 feet being concave northwesterly, having a chord bearing of north 66 degrees 26 minutes 06 seconds east, 38.22 feet; thence south 28 degrees 44 minutes 54 seconds east, 111.18 feet; thence south 66 degrees 08 minutes 40 seconds west, 58.36 feet to a point of beginning, in Kendall County, Illinois.

  

 

## WARRANTY DEED

TENANTS BY ~~Joint Tenancy~~ THE ENTIRETY Statutory (Illinois)

200600023379
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
07-31-2006 At 09:39 am.
WARR DEED 330.25
RHSP Surcharge 10.00

NL-11287

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

**MARILYN BOKUNIEWICZ and JOSEPH F. BOKUNIEWICZ**, WIFE AND HUSBAND
**5050 W. 29TH PLACE, CICERO, ILLINOIS 60804**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, ~~but~~ NOT in JOINT TENANCY, * forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:
* BUT IN TENANCY BY THE ENTIRETY

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2004 and subsequent years.

Permanent Index Number: 09-01-381-007-0000
Address of Real Estate: 7612 STONECROP LANE, JOLIET, ILLINOIS 60431

Dated this 25th day of April, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

[signature] (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of April, 2006

OFFICIAL SEAL
MARTHA A. CASALINO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

Martha Casal
NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by MARTHA CASALINO/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
~~STATE~~ Joseph M. Dvorak III
Atty at Law
1 Riverside Rd, Suite 3C
Riverside, Ill 60546

MAIL TO AND Send Subsequent Tax Bills to:
MARILYN BOKUNIEWICZ AND JOSEPH F. BOKUNIEWICZ
7612 STONECROP LANE
JOLIET, ILLINOIS 60431

# Exhibit A

Lot 179-1

Lot 179 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018276, except that part described as follows:

Beginning at the southwesterly corner of said lot 179; thence north 18 degrees 20 minutes 58 seconds west, 111.48 feet to a point on a curve; thence northeasterly along a curve with a radius of 210.00 feet, being concave northwesterly, having a chord bearing of north 66 degrees 26 minutes 06 seconds east, 38.22 feet; thence south 28 degrees 44 minutes 54 seconds east, 111.18 feet; thence south 66 degrees 08 minutes 40 seconds west, 58.36 feet to the point of beginning, all in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 97.75 TA

NL-11966

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200700004806
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 11:26 am.
WD JT 364.00
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AMNL 11966

ERIC HUERTA and JESUS ALFONSO and ENEDINA ALFONSO
1916 S. 57TH AVE. 2, CICERO, ILLINOIS 60801

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-381-013-0000
Address of Real Estate: 1112 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 29th day of December, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

_________________ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

"OFFICIAL SEAL"
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

Given under my hand and official seal this 29th day of December, 2006

_________________
NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:

ERIC HUERTA, JESUS ALFONSO + ENEDINA ALFONSO
1112 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 12/19/06

Parcel I

## Exhibit A

Lot 185-2

That part of Lot 185 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:
Beginning at the southwest corner of said lot 185; thence north 01 degrees 38 minutes 07 seconds west, 110.00 feet; thence north 88 degrees 21 minutes 53 seconds east, 43.79 feet; thence south 02 degrees 39 minutes 30 seconds east, 110.02 feet; thence south 88 degrees 21 minutes 53 seconds west, 45.76 feet to the point of beginning, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
JAN.18.07
REAL ESTATE TRANSFER TAX
# 0000031444
REAL ESTATE TRANSFER TAX
0064800
FP351012

STATE OF ILLINOIS
STATE TAX
FEB.-8.07
KENDALL COUNTY
# 0000007365

REAL ESTATE TRANSFER TAX
0021600
FP 103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 108.00

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

200700014012
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
04-30-2007 At 09:57 am.
WARR DEED 352.00
RHSP Surcharge 10.00

NL-11777

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

PETER J. SUSTAITA
2914 WOODSIDE DRIVE, JOLIET, ILLINOIS 60435

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-381-013
Address of Real Estate: 1114 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Date: this 20th day of April, 2007

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
MARILYN MIEDZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-27-2007

Given under my hand and official seal this 20th day of April, 2007

My Commission Expires 09/27/2007

NOTARY PUBLIC

This instrument was prepared by MARILYN MIEDZINSKI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
PETER J. SUSTAITA
1114 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25756
Rev. 12/19/06

# Exhibit A

Lot 185-1

Lot 185 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:
Beginning at the southwest corner of said lot 185; thence north 01 degrees 38 minutes 07 seconds west, 110.00 feet; thence north 88 degrees 21 minutes 53 seconds east, 43.79 feet; thence south 02 degrees 39 minutes 30 seconds east, 110.02 feet; thence south 88 degrees 21 minutes 53 seconds west, 45.76 feet to the point of beginning, in Kendall County, Illinois.

LW

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 104.00 LW

WARRANTY DEED
~~Joint Tenancy~~ TENANTS BY THE ENTIRETY
Statutory (Illinois)

200600037369
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 11:40 am.
WARR DEED 378.25
RHSP Surcharge 10.00

NL-11737

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

aunl 11737

BRIAN RADEJEWSKI and SARA OTTO, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETY,
3751 SOUTH HONORE, CHICAGO, ILLINOIS 60609

TO HAVE AND TO HOLD said premises ~~not in Tenancy in Common, but in JOINT TENANCY forever~~, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-381-014
Address of Real Estate: 1118 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 30th day of October, 2006

(signature) (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(signature) (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of October, 2006

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

NOTARY PUBLIC

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
BRIAN RADEJEWSKI
1118 FAWNLILY CIRCLE
JOLIET IL 60431

Send Subsequent Tax Bills to:
BRIAN RADEJEWSKI AND SARA OTTO
1118 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

# Exhibit A

Lot 186-1

Lot 186 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwesterly corner of said lot 186; thence north 07 degrees 36 minutes 52 seconds west, 111.72 feet to a point on a curve; thence northeasterly along a curve with a radius of 205.00 feet, being concave northwesterly and having a chord bearing of north 77 degrees 19 minutes 30 seconds east, 36.25 feet; thence south 17 degrees 46 minutes 22 seconds east, 122.88 feet; thence south 88 degrees 21 minutes 53 seconds west, 58.00 feet to the point of beginning, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 112.75

NL-11993

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200700013993
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
04-30-2007 At 09:37 am.
WARR DEED 354.25
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JOSE DEJESUS LOERA
444 WEST 150TH STREET, HARVEY, ILLINOIS 60426

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-381-014
Address of Real Estate: 1116 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Date: this 29th day of March, 2007

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of March, 2007

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires 07/08/2009

NOTARY PUBLIC

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to:

MAIL TO:
JOSE DEJESUS LOERA
1116 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

STATE TAX

25756
Rev. 12/19/06

# Exhibit A

Lot 186-2

That part of Lot 186 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:
Beginning at the southwesterly corner of said lot 186; thence north 07 degrees 36 minutes 52 seconds west, 111.72 feet to a point of curve; thence northeasterly along a curve with a radius of 205.00 feet being concave northwesterly and having a chord bearing of north 77 degrees 19 minutes 30 seconds east, 36.25 feet; thence south 17 degrees 46 minutes 22 seconds east, 122.88 feet; thence south 88 degrees 21 minutes 53 seconds west, 58.00 feet to a point of beginning, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 104.75 (w)

NL-11118

# WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

200600040479
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 02:12 pm.
WD JT 380.50
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AWNL11118

MIKE CASILLAS and CRISTINA F. CASILLAS
1014 WILCOX STREET, JOLIET, ILLINOIS 60435

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-379-004-0000
Address of Real Estate: 1122 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 16th day of November, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

Given under my hand and official seal this 16th day of November, 2006

Rita Nesemeier
NOTARY PUBLIC

My Commission Expires: 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
MIKE CASILLAS AND CRISTINA F. CASILLAS
1122 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 06/21/06

# Exhibit A

Lot 187-1

That part of Lot 187 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the northwest corner of said lot 187; thence south 73 degrees 41 minutes 39 seconds east, 126.87 feet; thence south 01 degrees 39 minutes 24 seconds east, 52.25 feet; thence south 67 degrees 32 minutes 38 seconds west, 9.44 feet; thence north 65 degrees 58 minutes 38 seconds west, 140.22 feet to a point on a curve; thence northly along a curve nontangent to the last described line being concave easterly having a radius of 205.00 feet and a chord bearing of north 10 degrees 20 minutes 15 seconds east, a distance of 36.99 feet to the point of beginning, in Kendall County, Illinois.







KL-1205

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200700012227
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
04-13-2007 At 02:59 pm.
WARR DEED 337.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

ELIZABETH LUEVANO
6530 DOUBLE EAGLE DRIVE, WOODRIDGE, ILLINOIS 60517

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-379-004
Address of Real Estate: 1120 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Date: this 20th day of March, 2007

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 20th day of March, 2007

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

Commission Expires 07/08/2009

NOTARY PUBLIC

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
Michael Angileri
1900 Main St. #210
Downers Grove, IL 60516

Send Subsequent Tax Bills to:

ELIZABETH LUEVANO
1120 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25756
Rev. 12/19/06

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 99.25 JG

STATE OF ILLINOIS
STATE TAX
APR.13.07
KENDALL COUNTY
# 0000007980

REAL ESTATE TRANSFER TAX
0019850
FP 103035

JG



# Exhibit A

Lot 187-2

Lot 187 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:
Beginning at the northwest corner of said lot 187; thence south 73 degrees 41 minutes 39 seconds east, 126.87 feet; thence south 01 degrees 39 minutes 24 seconds east, 52.25 feet; thence south 67 degrees 32 minutes 38 seconds west, 9.44 feet; thence north 65 degrees 58 minutes 38 seconds west, 140.22 feet to a point on a curve; thence northerly along a curve nontangent to the last described line being concave easterly having a radius of 205.00 feet and a chord bearing of north 10 degrees 20 minutes 15 seconds east, a distance of 36.99 feet to the point of beginning, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
MAR.23.07
REAL ESTATE TRANSFER TAX

# 0000032046
REAL ESTATE TRANSFER TAX
0059550
FP351012

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200700004830
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 12:28 pm.
WD JT 377.50
RHSP Surcharge 10.00

NL-11779

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

**ALEJANDRO OCEGUEDA and MARIA L. OCEGUEDA**
**2112 WESMERE LAKES, PLAINFIELD, ILLINOIS 60586**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-379-001-0000
Address of Real Estate: 1134 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 29th day of November, 2006

[signature] (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

[signature] (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009

Given under my hand and official seal this 29th day of November, 2006

[signature]
NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Robert F. Kramer
23101 W. Lincoln Hwy
Plainfield, IL 60586

Send Subsequent Tax Bills to:
ALEJANDRO OCEGUEDA AND MARIA L. OCEGUEDA
1134 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

# Exhibit A

Lot 190-1

Lot 190 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 190; thence north 01 degrees 38 minutes 34 seconds west, 43.49 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.66 feet; thence south 01 degrees 39 minutes 24 seconds east, 43.49 feet; thence south 88 degrees 21 minutes 26 seconds west, 110.67 feet to the point of beginning, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 112.50



 

NL-11 863

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

200700002957
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 10:41 am.
WARR DEED 352.00
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

AUNL1K863

ADELA REYES
524 RYEGRASS COURT, AURORA, ILLINOIS 60504

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-379-001-0000
Address of Real Estate: 1132 FAWNLILY CIRCLE, JOLIET, ILLINOIS 60431

Date: this 5th day of December, 2006

Russell Brown (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

Given under my hand and official seal this 5th day of December, 2006

Rita Nesemeier

NOTARY PUBLIC

My Commission Expires 10/07/2010

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
Adela Reyes
1132 Fawnlily Cr.
Joliet, IL 60431

Send Subsequent Tax Bills to:

ADELA REYES
1132 FAWNLILY CIRCLE
JOLIET, ILLINOIS 60431

25756
Rev. 08/19/06

# Exhibit A

Lot 190-2

That part of Lot 190 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:
Beginning at the southwest corner of said lot 190; thence north 01 degrees 38 minutes 34 seconds west, 43.49 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.66 feet; thence south 01 degrees 39 minutes 24 seconds east, 43.49 feet; thence south 88 degrees 21 minutes 26 seconds west, 110.67 feet to the point of beginning, in Kendall County, Illinois.

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
104.00

 

