NL-1172P

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

```
200600036759
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-09-2006 At 02:02 pm.
WD JT             380.50
RHSP Surcharge     10.00
```

**RUBEN K CAMPBELL and SAVANA N LATIMORE**
**1120 RIDGEWOOD AVE., JOLIET, ILLINOIS 60432**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-007-0000
Address of Real Estate: 1123 FAWNLILY CIRCLE, JOLIET, ILLINOIS   60431

Dated this 25th day of October, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois   } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of October, 2006

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____

Send Subsequent Tax Bills to:

RUBEN K CAMPBELL AND SAVANA N LATIMORE
1123 FAWNLILY CIRCLE
JOLIET, ILLINOIS   60431

25758
Rev. 06/21/06

**Exhibit A**

Lot 213-1

That part of Lot 213 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 213; thence north 01 degrees 38 minutes 34 seconds west, 43.50 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.50 feet; thence south 88 degrees 21 minutes 26 seconds west, 110.00 feet to the point of beginning, in Kendall County, Illinois.

 



 

NL-11739

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600037382
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 12:28 pm.
WARR DEED         357.25
RHSP Surcharge     10.00
```

aml 11739

HERMINIA V. CAULIFLOWER
3766 N. OSCEOLA AVE., CHICAGO, ILLINOIS 60634

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-007-0000
Address of Real Estate: 1125 FAWNLILY CIRLCE, JOLIET, ILLINOIS  60431

Date: this  27th day of October, 2006

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this  27th day of October, 2006

_____
NOTARY PUBLIC

My Commission Expires  07/07/2009

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:  AND

MAIL TO:

HERMINIA V. CAULIFLOWER
1125 FAWNLILY CIRLCE
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/06

## Exhibit A

Lot 213-2

Lot 213 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 213; thence north 01 degrees 38 minutes 34 seconds west, 43.50 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.50 feet; thence south 88 degrees 21 minutes 26 seconds west, 110.00 feet to the point of beginning, in Kendall County, Illinois.



CITY OF JOLIET

CITY TAX    NOV.-6.06

REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX

# 000003061 6

0063450

FP351012



STATE OF ILLINOIS

STATE TAX    NOV.16.06

KENDALL COUNTY



REAL ESTATE TRANSFER TAX

# 00000 06498

0021150

FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 105.75 lw

NL-1180

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C .,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700007391
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
03-02-2007 At 10:27 am.
WARR DEED        303.25
RHSP Surcharge    10.00
```

GUTEMBERG MONTESINOS
428 HENDERSON, JOLIET, ILLINOIS 60432

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-378-006
Address of Real Estate: 1119 FAWNLILY CIRCLE, JOLIET, ILLINOIS   60431

Date: this **16th day of February, 2007**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this **16th day of February, 2007**

NOTARY PUBLIC

My Commission Expires 07/08/2009

> OFFICIAL SEAL
> TIFFANY M. JACOBELLI
> NOTARY PUBLIC STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7-8-2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
Gutemberg Montesinos
1119 Fawnlily Circle
Joliet, IL  60431

Send Subsequent Tax Bills to:

GUTEMBERG MONTESINOS
1119 FAWNLILY CIRCLE
JOLIET, ILLINOIS  60431

DEC 25756
Rev. 12/19/06

## Exhibit A

Lot 214-1

Lot 214 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the northeast corner of said lot 214; thence south 01 degrees 38 minutes 34 seconds east, 46.96 feet; thence south 88 degrees 58 minutes 40 seconds west, 110.01 feet; thence north 01 degrees 38 minutes 34 seconds west, 45.77 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet to the point of beginning, in Kendall County, Illinois.



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200600040472
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-14-2006 At 01:29 pm.
WARR DEED          326.50
RHSP Surcharge      10.00

*PRNC 11781*

OSCAR LUCIANO, III
7171 W. CUNNISON STREET  #105, HARWOOD HEIGHTS, ILLINOIS 60706

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-006-0000
Address of Real Estate: 1121 FAWNLILY CIRCLE, JOLIET, ILLINOIS  60431

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this 14th day of November, 2006

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois   }
County of Cook   } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of November, 2006

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

Commission Expires 09/17/2009

NOTARY PUBLIC

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to: AND

MAIL TO:
OSCAR LUCIANO, III
1121 FAWNLILY CIRCLE
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/06

# Exhibit A

Lot 214-2

That part of Lot 214 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the northeast corner of said lot 214; thence south 01 degrees 38 minutes 34 seconds east, 46.96 feet; thence south 88 degrees 58 minutes 40 seconds west, 110.01 feet; thence north 01 degrees 38 minutes 34 seconds west, 45.77 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet to the point of beginning, in Kendall County, Illinois.







**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

NL-11760

```
200700003421
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-29-2007 At 12:57 pm.
WARR DEED        407.50
RHSP Surcharge      10.00
```

ACNL11760

LISA LATURELL
5437 SUGARLOAF COURT, PLAINFIELD, ILLINOIS 60586

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-005-0000
Address of Real Estate: 1115 FAWNLILY CIRCLE, JOLIET, ILLINOIS  60431

_Russell Brown_ (SEAL)

RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this 30th day of November, 2006

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires 09/17/2009

```
OFFICIAL SEAL
MICHELE B. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009
```

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to:

AND MAIL TO:

LISA LATURELL
1115 FAWNLILY CIRCLE
JOLIET, ILLINOIS  60431

DF4  25756
Rev. 06/19/06

## Exhibit A

Lot 215 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    122.50   EOH



NL-11940

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

```
200600036161
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-07-2006 At 08:22 am.
WARR DEED      371.50
RHSP Surcharge      10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

NATIVIDAD ESPARZA AND ANTONIA MARTINEZ
3650 PANDOLA, JOLIET, ILLINOIS 60431

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-004-0000
Address of Real Estate: 1111 FAWNLILY CIRCLE, JOLIET, ILLINOIS  60431

Date: this 10th day of October, 2006

_Russell Brown_ (SEAL)                                              (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.        RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C., a Delaware   Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
limited liability company                                 a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 10th day of October, 2006

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

NOTARY PUBLIC                                              My Commission Expires 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND

MAIL TO:
NATIVIDAD ESPARZA *ANTONIA
1111 FAWNLILY CIRCLE    MARTINEZ
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/08

AVWL VMD

## Exhibit A

Lot 216 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    110.50    PH



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600035676
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WARR DEED        349.75
RHSP Surcharge    10.00
```

**BEVERLY DOWLING**
**2015 HAVEN HILL DRIVE, PLAINFIELD, ILLINOIS 60586**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: **09-01-378-003-0000**
Address of Real Estate: **1114 VIOLET LANE, JOLIET, ILLINOIS 60431**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **27th day of September, 2006**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **27th day of September, 2006**

_____
NOTARY PUBLIC

My Commission Expires 07/07/2009

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
BEVERLY DOWLING
1114 VIOLET LANE
JOLIET, IL 60431

Send Subsequent Tax Bills to:

BEVERLY DOWLING
1114 VIOLET LANE
JOLIET, ILLINOIS 60431

25756
Rev. 06/19/06

## Exhibit A

Lot 217-1

Lot 217 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 217; thence north 01 degrees 38 minutes 34 seconds west, 46.37 feet; thence north 88 degrees 21 minutes 53 seconds east 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 27.56 feet; thence south 56 degrees 14 minutes 23 seconds west, 35.40 feet; thence south 88 degrees 21 minutes 53 seconds west, 75.01 feet to the point of beginning, in Kendall County, Illinois.







**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700004849
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
02-08-2007 At 02:33 pm.
WARR DEED      339.25
RHSP Surcharge    10.00

**RODERICK THOMPSON**
**3231 W. LEXINGTON ST, CHICAGO, ILLINOIS 60624**

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO:  covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-003-0000
Address of Real Estate: **1112 VIOLET LANE, JOLIET, ILLINOIS    60431**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **27th day of November, 2006**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois  } ss
County of Cook   }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **27th day of November, 2006**

_____
NOTARY PUBLIC

OFFICIAL SEAL
RITA NESEMEIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2010

My Commission Expires **10/07/2010**

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND
MAIL TO:
RODERICK THOMPSON
1112 VIOLET LANE
JOLIET, ILLINOIS   60431

25756
Rev. 06/19/06

## Exhibit A

Lot 217-2

That part of Lot 217 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 217; thence north 01 degrees 38 minutes 34 seconds west, 46.37 feet; thence north 88 degrees 21 minutes 53 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 27.56 feet; thence south 56 degrees 14 minutes 23 seconds west, 35.40 feet; thence south 88 degrees 21 minutes 53 seconds west, 75.01 feet to the point of beginning, in Kendall County, Illinois.



CITY OF JOLIET    DEC. 11. 06    CITY TAX    REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX    # 0000031012    0059850    FP351012



STATE OF ILLINOIS    FEB. -8. 07    STATE TAX    KENDALL COUNTY



REAL ESTATE TRANSFER TAX    # 0000007379    0019950    FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 99.75

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

```
200600032456
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-06-2006 At 02:08 pm.
WARR DEED        361.00
RHSP Surcharge     10.00
```

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

**ANA NAVARRO**
**6512 FITZER DRIVE, JOLIET, ILLINOIS 60431**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-002-0000
Address of Real Estate: **1116 VIOLET LANE, JOLIET, ILLINOIS 60431**

Date: this **31st day of August, 2006**

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C, a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **31st day of August, 2006**

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires **07/07/2009**

NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to: Deadra Woods Stokes
Woods & Evans LLC
4747 W. Lincoln Mall Dr #440
Matteson, IL 60443

Send Subsequent Tax Bills to:

**ANA NAVARRO**
**1116 VIOLET LANE**
**JOLIET, ILLINOIS  60431**

25756
Rev. 05/19/05

# Exhibit A

Lot 218-2

That part of Lot 218 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 218; thence north 01 degrees 38 minutes 34 seconds west, 43.40 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.40 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.







NL-11529

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600029703
CTIC

200600029703
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-18-2006 At 12:28 pm.
WD JT           382.75
RHSP Surcharge     10.00
```

**ARIOLFO A. IDROVO and CARMEN D. IDROVO**
**3938 N. LAWNDALE, CHICAGO, ILLINOIS 60618**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: **09-01-378-002-0000**
Address of Real Estate: **1118 VIOLET LANE, JOLIET, ILLINOIS  60431**

Dated this **31st day of August, 2006**

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **31st day of August, 2006**

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

_____
NOTARY PUBLIC

My Commission Expires: **07/07/2009**

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: _AND MAIL TO:_

**ARIOLFO A. IDROVO AND CARMEN D. IDROVO**
**1118 VIOLET LANE**
**JOLIET, ILLINOIS  60431**

CHICAGO TITLE INSURANCE CO.

_AVNL16539_

25758
Rev. 08/21/06

# Exhibit A

Lot 218-1

Lot 218 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 218; thence north 01 degrees 38 minutes 34 seconds west, 43.40 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.40 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.





COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
114.25 DT

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600028376
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-07-2006 At 09:57 am.
WARR DEED       367.75
RHSP Surcharge      10.00
```

**STEPHANIE A JARMON**
**10917 SOUTH LLOYD DR, WORTH, ILLINOIS 60482**

the following described Real Estate situated in the County of Kendall , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-378-001-0000
Address of Real Estate: **1120 VIOLET LANE, JOLIET, ILLINOIS   60431**

_____ (SEAL)

RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Date: this **11th day of August, 2006**

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **11th day of August, 2006**

_____

NOTARY PUBLIC

My Commission Expires 10/07/2008

```
"OFFICIAL SEAL"
RITA NESEMEIER
Notary Public, State of Illinois
My Commission Expires 10/07/06
```

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

_____
_____
_____
CHICAGO TITLE
Aurora/Yorkville Office

Send Subsequent Tax Bills to:

Mail To:
STEPHANIE A JARMON
1120 VIOLET LANE
JOLIET, ILLINOIS   60431

25758
Rev. 06/19/06

## Exhibit A

Lot 219-2

That part of Lot 219 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 219; thence north 01 degrees 38 minutes 34 seconds west, 42.51 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 42.51 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.




CITY OF JOLIET
CITY TAX
AUG.13.06
REAL ESTATE TRANSFER TAX

REAL ESTATE
TRANSFER TAX
0000029446
0065550
* FP351012




STATE OF ILLINOIS
STATE TAX
SEP.-7.06
KENDALL COUNTY

REAL ESTATE
TRANSFER TAX
0000005560
0021850
* FP103035    cm

COUNTY OF
REAL ESTATE TRANSFER
$ 109.25cm

NL-11541

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600028381
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-07-2006 At 10:10 am.
WARR DEED       373.75
RHSP Surcharge       10.00
```

**DOREEN J. FURMANSKI**
**5428 SUN VALLEY DRIVE, PLAINFIELD, ILLINOIS 60544**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION.

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: **09-01-378-001**
Address of Real Estate: **1122 VIOLET LANE, JOLIET, ILLINOIS  60431**

Date: this **9th day of August, 2006**

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **9th day of August, 2006**

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

NOTARY PUBLIC

My Commission Expires **07/08/2009**

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
Doreen J. Furmanski
1122 Violet Lane
Joliet, IL 60431

CHICAGO TITLE ... CO.
AURORA/Yorkville Office

Send Subsequent Tax Bills to:

DOREEN J. FURMANSKI
1122 VIOLET LANE
JOLIET, ILLINOIS  60431

25756
Rev. 08/18/06

QUWLI541

## Exhibit A

Lot 219-1

Lot 219 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 219; thence north 01 degrees 38 minutes 34 seconds west, 42.51 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 42.51 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

CITY OF JOLIET
AUG. 13. 06
CITY TAX
REAL ESTATE TRANSFER TAX
# 0000029444

REAL ESTATE TRANSFER TAX
0066750
FP351012

 

STATE OF ILLINOIS
SEP.-7.06
STATE TAX
KENDALL COUNTY
# 0000005562

REAL ESTATE TRANSFER TAX
0022250
FP103035  cm

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 111.25cm

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600032913
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-12-2006 At 12:17 pm.
WD JT          371.50
RHSF Surcharge      10.00
```

PAULA A. WILSON and RICHARD F. WILSON
2536 MT. VERNON CT., AURORA, ILLINOIS 60503

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-175-018-0000
Address of Real Estate: 1204 VIOLET LANE, JOLIET, ILLINOIS  60431

_____ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this  15th day of September, 2006

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of September, 2006

_____

NOTARY PUBLIC

My Commission Expires: 07/07/2009

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL  60195

Mail to:

_____

_____

_____

Send Subsequent Tax Bills to: AND

MAIL TO:

PAULA A. WILSON AND RICHARD F. WILSON
1204 VIOLET LANE
JOLIET, ILLINOIS  60431

2536 Mt. Vernon
Aurora, IL  60508

25758
Rev. 08/21/06

# Exhibit A

Lot 221-2

That part of Lot 221 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 221; thence north 01 degrees 38 minutes 34 seconds west, 43.56 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.56 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.





CITY OF JOLIET
CITY TAX
SEP. 20. 06
REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX
0000030009
00663.00
FP351012





STATE OF ILLINOIS
STATE TAX
OCT. 12. 06
KENDALL COUNTY

REAL ESTATE TRANSFER TAX
0000006044
00221.00
FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 110.50

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700002964
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-25-2007 At 10:57 am
WD JT                    348.25
RHSP Surcharge           10.00
```

AWL 11865

RICARDO ZARATE, JR.
1960 WITT COURT, LOMBARD, ILLINOIS 60148

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-175-018-0000
Address of Real Estate: 1206 VIOLET LANE, JOLIET, ILLINOIS  60431

Dated this **1st** day of December, 2006

_Russell Brown_ _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **1st** day of December, 2006

NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07-08-09 ~~10/07/2010~~

This instrument was prepared by RITA NESEMEIER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL  60195

Mail to:

_____ Same ➔
_____
_____
NL-11865

Send Subsequent Tax Bills to:

RICARDO ZARATE, JR.
1206 VIOLET LANE
JOLIET, ILLINOIS    60431

25758
Rev. 06/21/06

# Exhibit A

Lot 221-1

Lot 221 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:
Beginning at the southwest corner of said lot 221; thence north 01 degrees 28 minutes 34 seconds west, 43.56 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.56 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.






**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600034206
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
10-23-2006 At 09:45 am.
WD JT       368.50
RHSP Surcharge       10.00
```

**ENRIQUE ZAMORA and MARIA LUIS**
**4842 W. SCHUBERT, CHICAGO, ILLINOIS 60639**
TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-175-017-0000
Address of Real Estate: **1208 VIOLET LANE, JOLIET, ILLINOIS   60431**

Dated this **12th day of September, 2006**

_____ (SEAL)                    _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,      RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C , a Delaware      Homes, Inc., Managing Member of Lakewood Prairie,
limited liability company                    L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **12th day of September, 2006**

```
OFFICIAL SEAL
· T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

_____
NOTARY PUBLIC                    My Commission Expires: **07/07/2009**

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:                    Send Subsequent Tax Bills to: *AND*
                    *RETURN    TO —*
                    **ENRIQUE ZAMORA AND MARIA LUIS**
                    **1208 VIOLET LANE**
                    **JOLIET, ILLINOIS   60431**

                    25758
                    Rev. 06/21/06

# Exhibit A

Lot 222-2

That part of Lot 222 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 222; thence north 01 degrees 38 minutes 34 seconds west, 23.44 feet to a point on a curve; thence northerly along a curve nontangent to the last described line being concave westerly having a radius of 455.00 feet and a chord bearing of north 02 degrees 58 minutes 20 seconds west, a distance of 21.12 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.49 feet; thence south 01 degrees 38 minutes 34 seconds east, 44.55 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.







**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200600038233
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-04-2006 At 11:41 am.
WARR DEED        352.00
RHSP Surcharge     10.00

AUX 11627

FERNANDO ZAMORA
4842 W. SCHUBERT STREET, CHICAGO, ILLINOIS 60639

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-175-017-0000
Address of Real Estate: 1210 VIOLET LANE, JOLIET, ILLINOIS  60431

Date: this 8th day of November, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 8th day of November, 2006

OFFICIAL SEAL
MICHELE S. HAUBNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-17-2009

My Commission Expires 09/17/2009

NOTARY PUBLIC

This instrument was prepared by MICHELE HAUBNER/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:

Send Subsequent Tax Bills to: AND

MAIL TO.
FERNANDO ZAMORA
1210 VIOLET LANE
JOLIET, ILLINOIS  60431

25756
Rev. 06/19/06

# Exhibit A

Lot 222-1

Lot 222 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 222; thence north 01 degrees 38 minutes 34 seconds west, 23.44 feet to a point on a curve; thence northerly along a curve nontangent to the last described line being concave westerly having a radius of 455.00 feet and a chord bearing of north 02 degrees 58 minutes 20 seconds west, a distance of 21.12 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.49 feet; thence south 01 degrees 38 minutes 34 seconds east, 44.55 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.



**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

200600035670
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-02-2006 At 02:39 pm.
WD JT                    349.00
RHSP Surcharge          10.00

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

**JOSE A. TENORIO and LORIANNE M. TENORIO**
**424 CAMBRIDGE WAY, BOLINGBROOK, ILLINOIS 60440**

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO:  covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-177-009
Address of Real Estate: 1213 VIOLET LANE, JOLIET, ILLINOIS 60431

Dated this 28th day of September, 2006

_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois  } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 28th day of September, 2006

_____
NOTARY PUBLIC

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

_____
_____
_____

Send Subsequent Tax Bills to: AND MAIL TO:

JOSE A. TENORIO AND LORIANNE M.
TENORIO
1213 VIOLET LANE
JOLIET, ILLINOIS 60431

25758
Rev. 08/21/06

## Exhibit A

Lot 247-1

That part of Lot 247 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southeast corner of said lot 247; thence south 75 degrees 35 minutes 26 seconds west, 107.50 feet; thence north 19 degrees 58 minutes 13 seconds west, 41.58 feet; thence north 67 degrees 17 minutes 01 seconds east, 108.52 feet to a point on a curve; thence southerly along a curve nontangent to the last described line being concave westerly having a radius of 395.00 feet and a chord bearing of south 18 degrees 34 minutes 00 seconds east, a distance of 57.27 feet to the point of beginning, in Kendall County, Illinois.



CITY OF JOLIET

CITY TAX

OCT.11.06

REAL ESTATE TRANSFER TAX

# 000030275

REAL ESTATE
TRANSFER TAX

0061800

FP351012



State of Illinois

STATE TAX

NOV.-2.06

KENDALL COUNTY

# 0000006

0020600

FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    103.00

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200600028386
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-07-2006 At 10:10 am.
WARR DEED       319.75
RHSP Surcharge      10.00
```

**CHARLES FREDRIC FIELD REVOCABLE DECLARATION OF TRUST    U/A/T/D JULY 26,2001**
**3168 CAMBRIA CT., AURORA, ILLINOIS 60503**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-177-009-0000
Address of Real Estate: 1215 VIOLET LANE, JOLIET, ILLINOIS 60431

Date: this 31st day of July, 2006

_____ (SEAL)

RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

_____ (SEAL)

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C ,
a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 31st day of July, 2006

```
OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2009
```

My Commission Expires 07/07/2009

_____
NOTARY PUBLIC

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Mail to:

Send Subsequent Tax Bills to:

CHARLES FREDRIC FIELD
1215 VIOLET LANE
JOLIET, ILLINOIS 60431

25758
Rev. 06/19/08

## Exhibit A

Lot 247-2

Lot 247 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southeast corner of said lot 247; thence south 75 degrees 35 minutes 26 seconds west, 107.50 feet; thence north 19 degrees 58 minutes 13 seconds west, 41.58 feet; thence north 67 degrees 17 minutes 01 seconds east, 108.52 feet to a point on a curve; thence southy along a curve nontangent to the last described line being concave westerly having a radius of 395.00 feet and a chord bearing of south 18 degrees 34 minutes 00 seconds east, a distance of 57.27 feet to the point of beginning, in Kendall County, Illinois.



CITY OF JOLIET
CITY TAX
AUG.13.06
REAL ESTATE TRANSFER TAX

REAL ESTATE
TRANSFER TAX
# 000002944 2
0055950
FP351012



STATE OF ILLINOIS
STATE TAX
SEP.-7.06
KENDALL COUNTY

REAL ESTATE
TRANSFER TAX
# 0000005564
0018650
FP103035 cm

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$    93.25cm

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C .,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

```
200700015580
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
05-14-2007 At 12:28 pm.
WARR DEED        375.25
RHSP Surcharge    10.00
```

**MICHELLE BUSCH**
**205 MIDDAUGH ROAD, CLARENDON HILLS, ILLINOIS 60514**

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-177-010
Address of Real Estate: 1209 VIOLET LANE, JOLIET, ILLINOIS  60431

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

Date: this **27th day of April, 2007**

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
a Delaware limited liability company

State of Illinois } ss
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this **27th day of April, 2007**

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARILYN MIEDZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-27-2007

My Commission Expires 09/27/2007

This instrument was prepared by MARILYN MIEDZINSKI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffma

Mail to:
Dewey J. Hollingsworth
1700 Farnsworth Ave #1
Aurora, IL 60505

Send Subsequent Tax Bills to:

MICHELLE BUSCH
205 Middaugh Rd
Clarendon Hills, IL 60514

25756
Rev. 12/19/06

## Exhibit A

Lot 248-1

That part of Lot 248 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southeast corner of said lot 248; thence south 88 degrees 21 minutes 53 seconds west, 107.50 feet; thence north 03 degrees 51 minutes 47 seconds west 41.80 feet; thence north 83 degrees 30 minutes 23 seconds east, 108.05 feet to a point on a curve; thence southerly along a curve nontangent to the last described line being concave easterly having a radius of 395.00 feet and a chord bearing of south 04 degrees 55 minutes 06 seconds east, a distance of 33.91 feet; thence south 01 degrees 38 minutes 34 seconds east, 17.05 feet to the point of beginning, in Kendall County, Illinois.




CITY OF JOLIET

CITY TAX   MAY. -2.07

REAL ESTATE TRANSFER TAX

REAL ESTATE TRANSFER TAX
# 000003242

0067050

FP351012




STATE OF ILLINOIS

STATE TAX   MAY. 14.07

KENDALL COUNTY

REAL ESTATE TRANSFER TAX
# 000008261

0022350

FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
111. 75 D7

**WARRANTY DEED**
TENANCY BY THE ENTIRETY
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

200700015582
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
05-14-2007 At 12:28 pm.
WARR DEED       364.00
RHSP Surcharge     10.00

ROSA MISSAK and BRIAN MISSAK

TO HAVE AND TO HOLD said premises not in Tenancy in Common and not in Joint Tenancy, but in TENANCY BY THE ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION
hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-177-010
Address of Real Estate: 1211 VIOLET LANE, JOLIET, ILLINOIS  60431

_____ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C , a Delaware
limited liability company

Dated this 24th day of April, 2007

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C , a Delaware limited liability company

State of Illinois    }
County of Cook       } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 24th day of April, 2007

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires: 07/08/2009

NOTARY PUBLIC
This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Robert Galgan
340 W Butterfield
Elmhurst IL 60126

Send Subsequent Tax Bills to:

ROSA MISSAK AND BRIAN MISSAK
1211 VIOLET LANE
JOLIET, ILLINOIS  60431

25757
Rev. 12/19/06

## Exhibit A

Lot 248-2

Lot 248 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southeast corner of said lot 248; thence south 88 degrees 21 minutes 53 seconds west, 107.50 feet; thence north 03 degrees 51 minutes 47 seconds west 41.80 feet; thence north 83 degrees 30 minutes 23 seconds east, 108.05 feet to a point on a curve; thence southerly along a curve nontangent to the last described line being concave easterly having a radius of 395.00 feet and a chord bearing of south 04 degrees 55 minutes 06 seconds east, a distance of 33.91 feet; thence south 01 degrees 38 minutes 34 seconds east, 17.05 feet to the point of beginning, in Kendall County, Illinois.



 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
108. 00 DT