# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 5/27/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC vs. IBARRA CONCRETE CO., *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' motions to remand [15, 18, 20, 23, 27] are denied. ENTER MEMORANDUM OPINION AND ORDER. Defendants shall answer the complaint by June 6, 2008. Status hearing set on June 19, 2008, at 9:00 a.m. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. The standing order on case management procedures is available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|