# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-CV-1200

Lakewood Prairie, LLC.,
                          Plaintiff,

v.

Ibarra Concrete Co., et al.,
                          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patrick McGrath and Daryl McGrath

| | |
|---|---|
| **NAME** (Type or print)<br>Denice A. Gierach | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>/s/ Denice A. Gierach | |
| **FIRM**<br>The Gierach Law Firm | |
| **STREET ADDRESS**<br>1776 Legacy Circle, Suite 104 | |
| **CITY/STATE/ZIP**<br>Naperville, IL 60563 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>951595 | **TELEPHONE NUMBER**<br>630-756-1160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |