## U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC. ) | Case No. 08 C 1200 |
| Plaintiff, ) | |
| ) | (Formerly Case No. 07 CH 389 |
| vs. ) | Kendall County Circuit Court) |
| ) | |
| IBARRA CONCRETE CO., et al., ) | Judge Conlon |
| ) | |
| Defendants. ) | Magistrate Judge Cole |

### NOTICE OF FILING

To:   All Counsel of Record

PLEASE BE ADVISED that on May 30, 2008, the APPEARANCE of Defendants, PATRICK and DARYL MC GRATH, will be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

/s/ Denice A. Gierach
Denice A. Gierach, Attorney for Defendant

### CERTIFICATE OF SERVICE

The undersigned, DENICE A. GIERACH, an attorney in this case, states that she electronically filed the foregoing document with the Clerk of the Circuit Court using the CM/ECF system which will send notification of said filing to all parties registered for ECF and will serve by depositing a copy in the United States mail, postage prepaid, addressed to those on the attached Service List by U.S. Mail.

/s/ Denice A. Gierach

DENICE A. GIERACH
Attorney at Law
1776 Legacy Circle, Suite 104
Naperville, IL 60563
630/756-1160
Atty ID 951595

## SERVICE LIST BY U.S. MAIL

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 North LaSalle Street
Chicago, Illinois 60601

Howard B. Samuels
c/o Rally Capital, LLC
350 North LaSalle Street
Suite 1100
Chicago, IL 60601

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

John V. Hanson
Hanson and Hanson
1802 North Division Street
Suite 304
Morris, IL 60450-0825

R&J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Avenue
Suite 101
Palos Heights, IL 60463

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive
Suite 101
Chicago, IL 60606

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476