## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1200         Assigned/Issued By: CEM

Judge Name: CONLON            Designated Magistrate Judge: COLE

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP         ☒ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets             ☐ Other

☐ Writ _____             _____
       *(Type of Writ)*                   _____
                                          *(Type of issuance)*

__13__ Original and __13__ copies on __6/16/08__ as to Stacy Zeis; Sandra Boyce;
                              *(Date)*
Anthony W. Riley; Cathryn Riley; Arnedo Sapnu, Jr.; Tiburico Cuevas; Alvaro Cuevas;

Monica M. Reames; Randy W. Reames; Araceli M. Pardenilla; Imogene Vailoces;

Michael S. Lanthier; and Rebecca J. Lanthier.