## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1200    Assigned/Issued By: EP

Judge Name: CONLON    Designated Magistrate Judge: COLE

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

**ISSUANCES**

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets      ☐ Other
☐ Writ _____            _____
    *(Type of Writ)*                    _____
                                        *(Type of issuance)*

7 Original and 7 copies on 6/16/08 as to Stephen J. Whitt, Marilyn
                         *(Date)*
Bokuniewicz, Joseph Bokuniewicz, Peter J. Sustaita, Jesus Alfonso, Edina Alfonso, Brian Radejewski.