## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08c1200                       Assigned/Issued By: CEM

Judge Name: CONLON                         Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____
*(Type of Writ)*                       *(Type of issuance)*

__9__ Original and __9__ copies on __6/16/08__ as to Jeannette Borjon; Omayra Hwieh;
                                    *(Date)*
Gina L. Bates; Sherria Covington; Vernon J. Jackson; Shannon M. Kielar; John Kielar;

Sakeena K. Jackson and Newell A. Broadway.