## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1200          Assigned/Issued By: EP

Judge Name: CONLON             Designated Magistrate Judge: COLE

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
                                             *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets                ☐ Other

☐ Writ _____             _____
   *(Type of Writ)*                          _____
                                             *(Type of issuance)*

_6_ Original and _6_ copies on _6/16/08_ as to Randy Jacobson, Tina Jacobson,
                              *(Date)*
Nicole Beatingo, Dennis Wozniak, Diane Wozniak, Pamela McReynolds.