# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 C 1200

Lakewood Prairie, LLC.

v.

Ibarra Concrete Co., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Homecomings Financial Network Inc. now known as Homecomings Financial LLC.

| | |
|---|---|
| NAME (Type or print) <br> STANLEY W. PAPUGA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Stanley W. Papuga | |
| FIRM <br> KROPIK, PAPUGA & SHAW | |
| STREET ADDRESS <br> 120 SOUTH LASALLE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02142058 | TELEPHONE NUMBER <br> (312) 236-6405 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |