# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 C 1200
    Lakewood Prairie, LLC.

v.

    Ibarra Concrete Co., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Homecomings Financial Network Inc. now known as Homecomings Financial LLC.

| | |
|---|---|
| NAME (Type or print) <br>    ROBERT E. HANEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/Robert E. Haney | |
| FIRM <br>    KROPIK, PAPUGA & SHAW | |
| STREET ADDRESS <br>    120 SOUTH LASALLE STREET | |
| CITY/STATE/ZIP <br>    CHICAGO, ILLINOIS  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6189905 | TELEPHONE NUMBER <br>    (312) 236-6405 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |