## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv1200   Assigned/Issued By: EP

Judge Name: CONLON   Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
   ☐ IFP   ☐ No Fee   ☐ Other _____
   ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                    ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   *(Victim, Against and $ Amount)*
☐ Writ _____   ☐ Other
   *(Type of Writ)*           _____
                              *(Type of issuance)*

8 Original and 8 copies on 6/16/08 as to Willie McReynolds, Jaclyn Mroz,
   (Date)
Adrianna Martinez, Ricardo Zamora, Ana Zamora, Matthew J. Liska, Nicole L. Liska, Guillermo Jaime,
Jr.