## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08-CV-1200     Assigned/Issued By: AC

Judge Name: Conlon     Designated Magistrate Judge: Cole

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

✓ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

                                           *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____               _____
   *(Type of Writ)*                        *(Type of issuance)*

_8_ Original and _8_ copies on _6/16/08_ as to Lisa M. Ramocki, Donna Kaul,
                                *(Date)*
Esperanza Beccera, Billy Jo Noll-Brink, David A. Brink, Robert Rinella, Lynette J. Rinella, Mark Symon