## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1200   Assigned/Issued By: AC

Judge Name: CONLON   Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
(Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Other
☐ Writ _____
(Type of Writ)
(Type of issuance)

_5_ Original and _5_ copies on _6/16/08_ as to Lisa Laturell, Jose A. Tenorio,
(Date)
Michelle Busch, Rosa Missak, Brian Missak.