## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1200                        Assigned/Issued By: CEM

Judge Name: CONLON                           Designated Magistrate Judge: COLE

---

### FEE INFORMATION

Amount Due:   ☐ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons
☐ Third Party Summons                        ☐ Lis Pendens
☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons         _____
                                             _____
                                             *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets                ☐ Other
☐ Writ _____                    _____
   *(Type of Writ)*                          _____
                                             *(Type of issuance)*

__1__ Original and __1__ copies on __6/16/08__ as to __LORIANNE M. TENORIO.__
                                    *(Date)*