IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | Case No.: 08 C 1200 |
|        Plaintiff, ) | Hon. Suzanne B. Conlon Judge |
|   v. ) | Hon. Jeffrey Cole Mag.Judge |
| ) | |
| ) | Formerly Case No: |
| ) | 2007-CH-0389 |
| ) | Consolidated with: |
| IBARRA CONCRETE COMPANY, ) | |
| VULCAN CONSTRUCTION MATERIALS LP ) | No. 2006 CH 360 |
| d/b/a VULCAN MATERIALS COMPANY, ) | No. 2007 L  062 |
| HOWARD B. SAMUELS AS ASSIGNEE FOR ) | |
| THE BENEFIT OF THE IBARRA CONCRETE ) | All Removed from: |
| COMPANY TRUST, GRUNDY RED-MIX, INC.) | The Circuit Court for the |
| R & J CONSTRUCTION SUPPLIES, ) | Sixteenth Judicial |
| ILLINOIS BRICK COMPANY ) | Circuit, Kendall County, |
| STEEL MASONRY, INC., et al. ) | Illinois |
|        Defendants ) | |

**MOTION TO COMPEL LAKEWOOD PRAIRIE, LLC
TO DEPOSIT GENERAL SETTLEMENT FUNDS
WITH THE COURT**

Now comes VULCAN CONSTRUCTION MATERIALS L.P. d/b/a VULCAN MATERIALS COMPANY ("Vulcan"), by its attorneys, Patrick Mazza, David McCarthy, and Debra A. Thomas, and moves this Court for entry of an Order compelling the Plaintiff, LAKEWOOD PRAIRIE, LLC, ("Lakewood") to deposit its General Settlement Funds with the Clerk of the U.S. District Court for the Northern District of Illinois.

In support thereof, Vulcan states as follows:

    1.    Lakewood  filed a General Settlement action and Interpleader in which it alleges and claims  to hold the sum of

$486,275.82 which is due and owing to others, including Vulcan, as specifically identified in the General Settlement action and Interpleader.

2. The General Settlement action and Interpleader were originally filed in the Circuit Court for the 16th Judicial Circuit, Kendall County, Illinois and consolidated with Vulcan's Complaint for Foreclosure on Mechanics Lien and Vulcan's Third Party Citation Proceedings against Lakewood, all prior to removal to the Federal District Court.

3. Vulcan seeks entry of an order compelling Lakewood to deposit its General Settlement funds with the Clerk of the Federal District Court for the Northern District of Illinois, for the purpose of preserving said funds for the benefit of Vulcan and other claimants to the fund until such time as claimants' respective rights to said fund are adjudicated.

4. This relief is consistent with 28 USC Section 1335 which jurisdictionally requires the stakeholder in a federal statutory interpleader action to deposit the stake with the federal court. While Lakewood did not file a federal statutory interpleader action, this court has determined that removal was proper. It is therefore in keeping with the legislative scheme governing the disposition of interpleader actions in the federal court that Lakewood deposit the subject funds with the court.

4. The deposit of the General Settlement funds will

safeguard the funds until the disposition of said funds is decided by the Court.

5. The undersigned has discussed the relief sought in this motion with counsel for Grundy Redi-Mix, Inc., Attorney Hanson, and with counsel for Midwest Bank, Attorney Wilson. These parties support Vulcan's motion and join in Vulcan's request for an order requiring Lakewood to deposit funds.

5. Vulcan reserves its rights to conduct discovery against Lakewood regarding, *inter alia,* the amount of funds held by Lakewood which may be due and owing to Vulcan and other claimants. Nothing set forth in the instant motion is intended as a concession or admission that the sum which Lakewood has set forth in its General Settlement complaint is sole amount held by Lakewood which may be available to satisfy the claims of Vulcan and other claimants.

Wherefore, Vulcan respectfully requests the entry of an Order requiring Lakewood to deposit the sum of $486,275.82 with the Clerk of the Federal District Court for the Northern District of Illinois within five (5) days of entry of an Order requiring said deposit; or, in the alternative, to deposit said sum in a segregated, interest-bearing account and provide the Court with a record of said deposit from the institution receiving said funds,

authenticated by sworn affidavit of an officer of Lakewood.

          Respectfully submitted,

          _____
          One of the Attorneys for Vulcan

Patrick Mazza
David McCarthy
Debra A. Thomas
PATRICK MAZZA & ASSOCIATES
Attorneys for Plaintiff
290 South Main Place, Suite 101
Carol Stream IL 60188-2476
630-933-9200