IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | Case No.: 08 C 1200 |
|     Plaintiff, ) | |
|   v. ) | |
| ) | Formerly Case No: |
| ) | 2007-CH-0389 |
| ) | Consolidated with: |
| IBARRA CONCRETE COMPANY, ) | |
| VULCAN CONSTRUCTION MATERIALS LP ) | No. 2006 CH 360 |
| d/b/a VULCAN MATERIALS COMPANY, ) | No. 2007 L  062 |
| HOWARD B. SAMUELS AS ASSIGNEE FOR THE ) | |
| BENEFIT OF THE IBARRA CONCRETE ) | All Removed from: |
| COMPANY TRUST, GRUNDY RED-MIX, INC. ) | The Circuit Court for the |
| R & J CONSTRUCTION SUPPLIES, ) | Sixteenth Judicial Circuit |
| ILLINOIS BRICK COMPANY ) | Kendall County, Illinois |
| STEEL MASONRY, INC., et al. ) | |
|     Defendants ) | |
| – ) | |
| ) | |
| VULCAN CONSTRUCTION MATERIALS, LP ) | |
| d/b/a VULCAN MATERIALS COMPANY ) | |
|     Plaintiff ) | |
|   v. ) | |
| ) | |
| LAKEWOOD PRAIRIE, LLC, ET AL. ) | |
|     Defendants ) | |
| – ) | |
| ) | |
| VULCAN CONSTRUCTION MATERIALS, LP ) | |
| d/b/a VULCAN MATERIALS COMPANY ) | |
|     Plaintiff ) | |
|   v. ) | |
| ) | |
| IBARRA CONCRETE CO., and LAKEWOOD ) | |
| PRAIRIE, LLC, ) | |
|     Third Party Respondent ) | |
|     In Citation to Discover ) | |
|     Assets ) | |

**NOTICE OF MOTION**

TO:  ALL COUNSEL OF RECORD

    On Thursday, the 26th day of June 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the

Honorable Judge Suzanne B. Conlon or any judge sitting in her stead in Room 1743 of the Dirksen Building, 219 South Dearborn, Chicago, IL, and then and there present Motion of Vulcan Construction Materials, LP to Compel Lakewood Prairie, LLC to Deposit General Settlement Funds with the Court , a copy of which is this date e-filed with the office of the Clerk of the U.S. District Court for the Northern District of Illinois.  Service of this Notice is pursuant to General Rule XI(C)regarding electronic filings.

/s/ Patrick Mazza
Patrick Mazza
One of the Attorneys for
Vulcan Construction Materials

PATRICK MAZZA & ASSOCIATES
290 South Main Place, Suite 101
Carol Stream IL 60188-2476
630-933-9200
ARDC#