### *United States District Court for the Northern District of Illinois*

Case Number:  08CV1200                    Assigned/Issued  By: DAJ

Judge Name:  CONLON                       Designated Magistrate Judge:  COLE

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                        ☐ Alias Summons

☐ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

10   Original and  10   copies on 06/18/08   as to ISHMAEL HERNANDEZ,
                                    (Date)
JOAN GONZALEZ,LYANNA TYLER,JAMES BATES,SCOTT BRECKENRIDGE,TERESA

SIMON,ERICK HUERTA,CHRISTINE CACILLAS,ADELA REYS,HERMINIA CALIFLOWER