## United States District Court for the Northern District of Illinois

Case Number: 08CV1200   Assigned/Issued By: DAJ

Judge Name: CONLON   Designated Magistrate Judge: COLE

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

4 Original and 4 copies on 06/18/08 as to GETEMBERG MONTESINOS,
(Date)
OSCAR LUCIANO, EDWIN BEATINGO, GERADINE SPORE.

C:\wpwin80\docket\feeinfo.frm   03/14/05