# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 6/19/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC vs. IBARRA CONCRETE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Plaintiff's motion for leave to file an answer to Grundy's and Midwest Bank's counterclaims and an amended answer to Vulcan's complaint is granted. All defendants shall be served and returns of service filed with the clerk's office by July 18, 2008. Status hearing is continued to July 23, 2008 at 9:00 a.m. Plaintiff shall notify all defendants who have not filed an appearance by July 18, 2008 in writing of the next status date. All motions for technical default on defendants served previously shall be filed before July 23, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01200   Document 71   Filed 06/19/2008   Page 1 of 1

08C1200 LAKEWOOD PRAIRIE, LLC vs. IBARRA CONCRETE COMPANY, ET AL          Page 1 of 1