AC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Lakewood Prairie LLC<br>v<br>Ibarra Concreto Co.<br>et al. | Case<br>08 C 1200 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vulcan Construction Materials, LP

FILED
JUN 19 2008
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE  John A. Thomas | |
| FIRM  Patrick Mazza & Assoc | |
| STREET ADDRESS  290 S Main Pl. Ste 101 | |
| CITY/STATE/ZIP  Carol Stream IL  60188 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6188544 | TELEPHONE NUMBER  630-933-9200 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐