IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,

Plaintiff,

vs.

IBARRA CONCRETE COMPANY, VULCAN CONSTRUCTION MATERIALS LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SMAUELS AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST, GRUNDY REDI-MIX, INC., R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., UNKNOWN OWNERS and UNKNOWN NECESSARY PARTIES,

Defendants.

AND

GRUNDY COUNTY REDI-MIX, INC., a/k/a GRUNDY REDI-MIX COMPANY and GRUNDY REDI-MIX, INC.,

Counter-Plaintiff,

vs

LAKEWOOD PRAIRIE LLC; IBARRA CONCRETE COMPANY; VULCAN CONSTRUCTION MATERIALS LO, d/b/a VULCAN MATERIALS COMPANY; HOWARD B. SAMUELS AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST; R&J CONSTRUCTION SUPPLIES; ILLINOIS BRICK COMPANY; STEEL MASONRY, INC.; ISHAMAEL C. HERNANDEZ; et al.

Case No. 08-C-1200

FILED
JUN 19 2008 EA
6-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Counter-Defendants. )

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on June 18, 2008, I caused a copy of the following document to be served on the following individual in the manner indicated thereon:

**SUGGESTION OF BANKRUPTCY IN RE: MORTGAGE LENDERS NETWORK USA, INC.**

Timothy P. Cairns (DE Bar No. 4228)

***Overnight Delivery***
Michael W. Dobbins
Clerk, U.S. District Court
Northern District of Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

***Overnight Delivery***
(Counsel for Grundy County Redi-Mix, Inc.)
John V. Hanson, Esquire
Hanson and Hanson Attorneys at Law, P.C.
1802 N. Division Street, Suite 304
PO Box 825
Morris IL 60450

***Overnight Delivery***
Of Counsel:
Paul E. Root, Esquire
PO Box 688
Morris, IL 60450

***Overnight Delivery***
Patrick Mazza & Associates
290 South Main Place, Suite 101
Carol Stream, IL 60188-2476

***Overnight Delivery***
Howard M. Turner
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601

***Overnight Delivery***
Michael T. Nigro
Nigro & Westfall, PC
1793 Bloomingdale Road
Glendale Heights, IL 60139

***Overnight Delivery***
Donald N. Wilson
Murary, Jensen & Wilson, Ltd.
101 North Wacker Drive, Suite 101
Chicago, IL 60606