# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 6/23/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE LLC. vs. IBARRA CONCRETE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Mortgage Lenders Network USA, Inc. is dismissed from this case without prejudice pending disposition of bankruptcy proceedings filed in February 2007 in the District of Delaware.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|