# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 6/24/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC vs. IBARRA CONCRETE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Vulcan's motion to compel Lakewood Prairie, LLC to deposit general settlement funds with the court [63] is moot. ENTER AGREED ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|