RECEIVED

JUN 2 4 2008

JUDGE SUZANNE B. CONLON
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC )<br><br>Plaintiff, )<br>v. )<br> )<br>IBARRA CONCRETE COMPANY et. al )<br> )<br> )<br>Defendants ) | Case No 08 C 1200<br>Hon. Suzanne B. Conlon Judge<br>Hon. Jeffrey Cole Magistrate Judge |

## AGREED ORDER

This cause coming on to be heard upon the motion of Vulcan Construction Materials Company LP ("Vulcan") to compel Lakewood Prairie, LLC ("Lakewood Prairie") to deposit $486,275.82 with the Clerk of the Court or in a segregated interest bearing account:

BY AGREEMENT OF LAKEWOOD PRAIRIE AND VULCAN, IT IS HEREBY ORDERED:

1. Within thirty days of the date of this order, Lakewood Prairie shall deposit in a federally insured bank in the City of Chicago in a separate segregated interest bearing account (the "Account") the sum of $486,725.82 which funds shall be subject to the jurisdiction and further order of this Court.

2. Checks drawn on the Account shall require the joint signatures of Howard M. Turner attorney for Lakewood Prairie, Patrick Mazza, attorney for Vulcan, and John S. Mrowiec, attorney for Grundy Redi-Mix, in their capacities as officers of the Court, provided that all disbursements from the Account shall be made and shall only be made as ordered by this Court or any Court of proper jurisdiction to which this matter may be remanded.

3. Copies of the bank statements concerning the Account shall be sent to Mr. Turner

who shall send copies to all counsel. Reports on all disbursements shall be filed by Mr. Turner and Mr. Mazza with the Court within 15 days after receipt of a bank statement reflecting any such disbursement.

4. This Agreed Order is not an adjudication of the amount owing from Lakewood to Ibarra, nor an adjudication of Lakewood's liability or lack thereof to any claimant.

ENTER

*Suzanne B. Conlon*
JUDGE

DATE: 6/24/08

Howard M. Turner
Paul W. Carroll
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL 60601
312/236-3003