IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No 08 C1200 |
| ) | Hon. Suzanne B. Conlon Judge |
| IBARRA CONCRETE COMPANY et. al ) | Hon. Jeffrey Cole Magistrate Judge |
| ) | |
| ) | |
| Defendants ) | |

MOTION FOR ORDER OF DEFAULT AS TO CERTAIN NAMED
DEFENDANTS AND UNKNOWN OWNERS
AND UNKNOWN NECESSARY PARTIES

Now comes Lakewood Prairie, LLC, Plaintiff in the above entitled cause and moves for an order of default against Steel Masonry, Inc., Illinois Brick Company, R & J Construction Supplies, Howard B. Samuels, As Assignee for the Benefit of the Ibarra Concrete Company Trust/Receiving Agent, Unknown Owners and Unknown Necessary Parties and as reason therefor states as follows:

1. The above individually named Defendants were served with summons in the above entitled cause when the cause was pending in the Circuit Court of Kendall County on the following dates:

| Name | Date of Service |
|---|---|
| a. R&J Construction Supplies | September 14, 2007 |
| b. Steel Masonry, Inc. | September 10, 2007 |
| c. Illinois Brick Company | September 10, 2007 |
| d. Howard B. Samuels as Assignee aforesaid | October 15, 2007 |

2. None of the afore named Defendants have appeared, answered or otherwise pled

to the Complaint.

3. Attached is the affidavit of Howard M. Turner certifying the return of service documents filed with the Clerk of the Circuit Court of Kendall County against such individual Defendants.

4. A copy of this motion and the notice of motion for hearing thereof on July 23rd, 2008 has been mailed to each of the above named Defendants directed to the place where they were served with summons.

5. Attached to the affidavit of Howard M. Turner is a true and correct copy of a notice of lis pendens filed with the Recorder of Deeds of Kendall County on August 22, 2007 as per 735 ILCS 5/2-1901.

6. Attached to the affidavit of Howard M. turner is a certificate of publication as to unknown owners and unknown necessary parties as per 735 ILCS 5/2-206. More than 30 days has passed since the first publication date of February 8, 2008 and default may therefore be entered.

Wherefore Plaintiff prays that an order of default be entered against Steel Masonry, Inc., Illinois Brick Company, R & J Construction Supplies, Howard B. Samuels, As Assignee for the Benefit of the Ibarra Concrete Company Trust/Receiving Agent, Unknown Owners and Unknown Necessary Parties for failure to answer, appear or otherwise plead to the Complaint.

_____
HOWARD M. TURNER ATTORNEY FOR
LAKEWOOD PRAIRIE, LLC, PLAINTIFF

Howard M. Turner
Paul W. Carroll
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL 60601
312/236-3003