IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No 08 C1200 |
| ) | Hon. Suzanne B. Conlon Judge |
| IBARRA CONCRETE COMPANY et. al ) | Hon. Jeffrey Cole Magistrate Judge |
| ) | |
| Defendants ) | |

**NOTICE OF MOTION**

TO: See Attached Service List

On July 23,, 2008, at 9:00 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Suzanne B. Conlon or any Judge sitting in her stead, in Courtroom 1743, in the United Stated District Court House, 219 S. Dearborn Street, Chicago IL 60604, and shall then and there move for an order of default against Steel Masonry, Inc., Illinois Brick Company, R & J Construction Supplies, Howard B. Samuels, As Assignee for the Benefit of the Ibarra Concrete Company Trust/Receiving Agent, Unknown Owners and Unknown Necessary Parties in accordance with the motion, copies of which motion and proposed pleadings are attached hereto and herewith served upon you.

HOWARD M. TURNER

Howard M. Turner
Gould & Ratner
#04018  #10092
222 North LaSalle Street
Suite 800
Chicago, IL  60601
312/236-3003

/404109.v 1 7/3/2008 10:13 AM

## PROOF OF SERVICE

      I, Kerrie Cleve, being first duly sworn on oath state that I served copies of the above Interrogatories on the persons to whom it is directed by placing same in an envelope addressed to each such party and depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m. on the 3rd day of July, 2008 with proper postage prepaid.

_____
Kerrie Cleve

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 3rd DAY OF JULY 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHELLE A. FISCHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-5-2010

## SERVICE LIST

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

McCann Industries, Inc.
543 S. Rohlwing Rd
Addison, IL 60101

Raagnee Beri
Patrick J. Fitzgerald
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Counsel for United States of America

Howard B. Samuels
Rally Capital LLC
350 N. LaSalle Street
Suite 1100
Chicago, IL 60601

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Denice A. Gierach
The Gierach Law Firm
1776 Legacy Circle
Suite 104
Naperville, IL 60563

Counsel for Patrick and Daryl McGrath

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Mr. John V. Hanson
Hanson and Hanson
1802 North Division Street
Suite 304
Morris, IL 60450-0825
Counsel for Grundy County Redi-Mix, Inc.

John S. Mrowiec
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, IL 60603
Counsel for Grundy County Redi-Mix

376584.1 08003.383