IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No 08 C1200 |
| | ) Hon. Suzanne B. Conlon Judge |
| IBARRA CONCRETE COMPANY et. al | ) Hon. Jeffrey Cole Magistrate Judge |
| | ) |
| | ) |
| Defendants | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER OF DEFAULT AS TO CERTAIN NAMED DEFENDANTS AND UNKNOWN OWNERS AND UNKNOWN NECESSARY PARTIES

I, Howard M. Turner being first duly sworn on oath states as follows:

1. I am one of the attorneys for the Plaintiff Lakewood Prairie LLC in the above entitled cause and was one of the attorneys for such Plaintiff in this cause before it was removed from Kendall County to this Court.

2. As such I have full knowledge of all matters set forth in this affidavit.

3. Attached hereto are true and correct copies of returns of service filed with the Clerk of the Circuit Court of Kendall County prior to this cause's removal and which are part of the record filed with the Clerk of this Court by the Government in connection with the removal of this Cause to this Court.

4. Such returns of service show service of summons upon: Steel Masonry, Inc., Illinois Brick Company, R & J Construction Supplies, and Howard B. Samuels, As Assignee for the Benefit of the Ibarra Concrete Company Trust/Receiving Agent as follows:

| | Name | Date of Service |
|---|---|---|
| a. | R&J Construction Supplies | September 14, 2007 |

/403893.v 1 6/30/2008 5:15 PM

      b.  Steel Masonry, Inc.                           September 10, 2007

      c.  Illinois Brick Company                      September 10, 2007

      d.  Howard B. Samuels as Assignee aforesaid   October 15, 2007

5.    Said Defendants have to my knowledge failed to appear answer or otherwise plead to the Complaint as amended.

6.    Attached hereto is a true and correct copy of a notice of lis pendens filed with the Recorder of Deeds of Kendall County on August 22, 2007.

7.    Attached hereto is a true and correct copy of a certificate of publication as to unknown owners and unknown necessary parties from Beacon News.

FURTHER DEPONENT SAYETH NOT

_/s/ Howard M. Turner_
HOWARD M. TURNER

SUBSCRIBED AND SWORN TO
THIS 3rd DAY OF JULY, 2008

_/s/ Deborah J. Schwartz_
NOTARY PUBLIC

OFFICIAL SEAL
DEBORAH J. SCHWARTZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-11-2012

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: 2007-CH0389

I, George Pierce, being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (_____) on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☒Male ☐Female | |
| (Address) | Ht. | |
| (City, State) | Wt. 210 | FILED |
| | Race White | NOV 2 1 2007 |
| | Age 52 | BECKY MORGANEGG CIRCUIT CLERK KENDALL CO. |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☐Female | |
| (Address) | | Ht. | |
| (City, State) | | Wt | |
| | | Race | |
| | | Age | |
| | | | (Mailed) |

III. Corporate Defendants: By leaving a copy (SUMMONS AND COMPLAINT) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) Grundy Red-Mix, Inc. | Jerry Nugent, Dispatcher | 09/07/07 |
| (Address) 385 Roosevelt Street | | 1:45 PM |
| (City, State) Morris, IL. 60450 | | |
| | | (Mailed) |

SUBSCRIBED AND SWORN to before me:
THIS 10th DAY of October September, 2007

_____                          _____
Notary Public                                    GEORGE PIERCE
                                                 LICENSED PRIVATE DETECTIVE  Illinois License #115-001381

My commission expires: 6/21/2009

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

Fees: $ 95.00

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: 2007-CH0389

I, George Pierce, being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or (____)
on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☒Female | |
| (Address) | Ht. 5'7" | |
| (City, State) | Wt. 120 | |
| | Race White | FILED NOV 21 2007 BECKY MORGANEGG CIRCUIT CLERK KENDALL CO. |
| | Age 43 | |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☐Female | |
| (Address) | | Ht. | |
| (City, State) | | Wt | |
| | | Race | |
| | | Age | |
| | | | (Mailed) |

III. Corporate Defendants: By leaving a copy (SUMMONS AND COMPLAINT)
with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) R&J Construction Supplies | Lorri Buss, Office Manager | 09/14/07 |
| (Address) 30W180 Butterfield Road | | 11:15 AM |
| (City, State) Warrenville, IL. 60555 | | |
| | | (Mailed) |

SUBSCRIBED AND SWORN to before me:
THIS 10TH DAY of October, 2007

_Cathy Ann Marron_
Notary Public
My commission expires: 6/21/2009

OFFICIAL SEAL
CATHY ANN MARRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/09

GEORGE PIERCE
LICENSED PRIVATE DETECTIVE   Illinois License #115-001381

Fees: $ 75.00

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS

GEN. NO.: **2007-CH-0389**

I, <u>Donald J. Bolton</u>, being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or _____ on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | |
| (Address) | Ht | |
| (City, State) | Wt. | FILED |
| | Race | NOV 2 1 2007 |
| | Age | BECKY MORGANEGG CIRCUIT CLERK KENDALL CO. |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☒Male ☐Female | |
| (Address) | | Ht. **5'7"** | |
| (City, State) | | Wt. **165 lbs.** | |
| | | Race **White** | |
| | | Age **45** | (Mailed) |

III. Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Steel Masonry Inc.** | **Robert Hennessy (Attorney)** | **9/10/07 12:42pm** |
| (Address) **7601 S. 75th Ave. 101** | | |
| (City, State) **Palos Heights, Il 60463** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:
THIS 10th DAY of September, 2007

_Notary Public signature_
Notary Public
My commission expires: 3/31/09

"OFFICIAL SEAL"
JENELL REEVES-BRINK
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/__

_Donald J. Bolton signature_
Donald J. Bolton
Illinois License# 117-001122

Fees: $ 85.00

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, COUNTY OF KENDALL, ILLINOIS

GEN. NO.: 2007-CH-0389

I, <u>Donald J. Bolton</u>, being first duly sworn on oath, depose and say that he is registered as a private detective under the Private Detective Security Act of 1983.

I. That he served the within (☐Summons and Copy of the Complaint), (☐Citation), (☐Rule), (☐Subpoena) and/or on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) | ☐Male ☐Female | |
| (Address) | Ht | |
| (City, State) | Wt. | FILED |
| | Race | NOV 21 2007 |
| | Age | BECKY MORGANEGG CIRCUIT CLERK KENDALL CO. |

II. Individual defendant(s) abode: (☐Summons), (☐Citation), (☐Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) | | ☐Male ☒Female | |
| (Address) | | Ht. 5'7" | |
| (City, State) | | Wt. 115 lbs. | |
| | | Race White | |
| | | Age 60 | (Mailed) |

III. Corporate Defendants: By leaving a copy (☒Summons 2007-CH-0389 and Copy of the Complaint) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) **Illinois Brick Company** | Marilyn McIlvoy (Receptionist) | 9/10/07 11:01am |
| (Address) **7601 W. 79th Street** | | |
| (City, State) **Bridgeview, Il 60455** | | (Mailed) |

SUBSCRIBED AND SWORN to before me:

THIS 10th DAY of September, 2007

_Notary signature_
Notary Public
My commission expires: 3/31/09

Donald J. Bolton
Illinois License# 117-001122

"OFFICIAL SEAL"
JENELL REEVES-BRINKER
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/31/2009

Fees: $85.00

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT, KENDALL COUNTY, ILLINOIS

GEN. NO.: <u>07 CH 389</u>

I, <u>George J. Pierce</u>, being first duly sworn on oath, deposes and says that he is licensed or registered as a private detective under the Private Detective Security Act of 1983.

I.   That he served the within (Summons and Copy of the Complaint), (Citation), (Rule), (Subpoena) and/or
(_____)
on the within-named defendant by leaving a copy of each with the individual defendant personally, as follows:

| DEFENDANT | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name) _____ | Male/**Female** | _____ |
| (Address) _____ | Ht. 5'10" | |
| (City, State) _____ | Wt. 125 | |
| | Race White | |
| | Age 28 | |

II.  Individual defendant(s) abode: (Summons), (Citation), (Rule) and/or (_____)
By leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or Upward, informing that person of its contents and also by sending a copy in a seal envelope with postage fully prepaid, addressed To each individual defendant at his usual place of abode, as follows:

| DEFENDANT | PERSON LEFT WITH | DESCRIPTION | DATE/TIME |
|---|---|---|---|
| (Name) ___ | ___ | Male/Female | ___ |
| (Address) ___ | | Ht. ___ | |
| (City, State) ___ | | Wt. ___ | |
| | | Race ___ | |
| | | Age ___ | (Mailed) |

III. Corporate Defendants: By leaving a copy ( <u>ALIAS SUMMONS & COMPLAINT</u> ) with the registered agent, Officer or agent Defendant Corporation, as follows:

| DEFENDANT CORPORATION | REG. AGT., OFF. OR AGENT | DATE/TIME |
|---|---|---|
| (Corp. Name) <u>HOWARD B. SAMUELS, AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST/ RECEIVING AGENT</u> | Vanessa Morveal, Office Manager | 10/15/07 4:45 PM |
| (Address) <u>350 South LaSalle Street, Suite 1100</u> | | |
| (City, State) <u>Chicago, IL. 60610</u> | | (Mailed) |

III. That he was unable to serve the above-named defendant because _____

SUBSCRIBED AND SWORN to before me this day 11/27, 2007.

_____  
Notary Public  
My commission expires:

"OFFICIAL SEAL"  
Ann K. Bridge  
Notary Public, State of Illinois  
My Commission Expires 06/01/08

_____  
LICENSED OR REGISTERED PRIVATE DETECTIVE  
Illinois License # 115-001381

Fee $ <u>$75.00</u>

(leave recorder's block)

```
200700025852
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-22-2007 At 03:06 pm.
LIS PENDENS         40.00
RHSP Surcharge      10.00
```

## IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IBARRA CONCRETE COMPANY )<br>VULCAN CONSTRUCTION MATERIALS LP )<br>d/b/a VULCAN MATERIALS COMPANY )<br>HOWARD B. SAMUELS AS ASSIGNEE FOR THE)<br>BENEFIT OF THE IBARRA CONCRETE )<br>COMPANY TRUST, GRUNDY RED-MIX, INC, )<br>R & J CONSTRUCTION SUPPLIES )<br>ILLINOIS BRICK COMPANY )<br>STEEL MASONRY, INC., UNKNOWN OWNERS )<br>and UNKNOWN NECESSARY PARTIES ) | No. 07 CH 0389 |

### LIS PENDENS NOTICE

I, the undersigned, do hereby certify that the above entitled Complaint For General Settlement Pursuant To Section 30 Of The Illinois Mechanics Lien Act (770 ilcs 60/30) was filed in the above Court on the 16th day of August, 2007, and is now pending in said Court and that the property affected by said cause is described as follows:

SEE EXHIBIT A ATTACHED

_____
MICHAEL T. NIGRO
ATTORNEY FOR PLAINTIFF

NIGRO & WESTFALL, PC
1793 Bloomingdale Road
Glendale Heights IL 60139
(630) 682-9872

/374321.v1 8/13/2007 12:07 PM

# EXHIBIT A

Lots 3 through 18, both inclusive, 30 through 48, both inclusive, 50 through 70, both inclusive, 86 through 172, both inclusive, and 293 through 457, both inclusive, in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

Lots 1, 2, 19 through 29, both inclusive, 49, and 71 through 85, both inclusive, in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

Lots 173 through 292, both inclusive, in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, in Kendall County, Illinois,

## Suburban Chicago Newspapers
## Certificates of Publication

State of Illinois – County of ☐ Cook  ☒ Kane  ☐ Lake  ☐ McHenry  ☐ DuPage  ☐ Will

Suburban Chicago Newspapers does hereby certify it has published the attached advertisements in the following secular newspapers. All newspapers meet Illinois Compiled Statue requirements for publication of Notices per Chapter 715 ILCS 5/0.01 et seq. R.S. 1874, P728 Sec 1, EFF. July 1, 1874. Amended By Laws 1959, P1494, and EFF. July 17, 1959. Formerly Ill. Rev. Stat. 1991, CH100, P1...
Note: Legal Notice appeared in the following checked positions.

PUBLICATION DATE(S): 2/8/08 TO 2/22/08.
3 times

☒ The Beacon News            ☐ The Courier News

☐ The Herald News            ☐ Lake County News-Sun

☐ The Naperville Sun

### Weekly Papers

☐ Batavia Sun
☐ Bolingbrook Sun
☐ Downers Grove Sun
☐ Fox Valley Villages Sun
☐ Geneva Sun
☐ Glen Ellyn Sun
☐ Homer Township/Lockport/Lemont Sun
☐ Lincoln Way Sun
☐ Lisle Sun
☐ Plainfield Sun
☐ St. Charles Sun
☐ Wheaton Sun

IN WITNESS WHEREOF, the undersigned, being duly authorized, has caused this Certificate to be signed and its official seal affixed at Aurora, Illinois

By _____
John G. Bieschke
Legal Advertising Manager (Official Title)

"OFFICIAL SEAL"
KIMERY S FRANZEN
COMMISSION EXPIRES 10/16/08

Subscribed and sworn to before me this 25th Day of Feb. A.D. 2008

_____
Notary Public

**IN THE CIRCUIT COURT FOR THE 16TH JUDICIAL CIRCUIT**
**KENDALL COUNTY, ILLINOIS**

VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY, Plaintiff,

NO: 2006 CH 0360
In consolidation with
NO 07 CH 389
NO 2007 L 062

v.

LAKEWOOD PRAIRIE, LLC, et. al.,
LAKEWOOD PRAIRIE, LLC, Plaintiff,

v.

IBARRA CONCRETE COMPANY, VULCAN CONSTRUCTION MATERIALS LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS AS ASSIGNEE FOR THE BENEFIT OF THE IBARRA CONCRETE COMPANY TRUST, GRUNDY RED-MIX, INC. R & J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., UNKNOWN OWNERS and UNKNOWN NECESSARY PARTIES, ISHMAEL C. HERNANDEZ, CENORINA REYES, RANDY JACOBSON, TINA JACOBSON, PAMELA McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ, THOMAS L. JOHANNESSEN, CHRISTINA JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JOAN GONZALEZ, SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIR, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J. LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA MITCHELL, ALTON BRETT NORRIS, APRIL D. NORRIS, STEVEN VAN DYKE, APRIL VANDYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK J. McGRATH, DARYL L. McGRATH, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYANNA TYLER, NATHAN CALLENDO II, MEAGAN CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS, KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, GERARDO BORJON, JEANNETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, SHERRIA COVINGTON, VERNON J. JACKSON, SAKENNA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SIMON, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECERRA, JESSE ZBROSKEWICH, LINDA ZEBROSKEWICH, LISA M. RAMOCKI, STEPHEN J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH BOKENIEWICZ, ERICK HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJUSUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CACILLAS, ELIZABETH LUEVANO, ADELA REYS, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CALIFLOWER, GETEMBERG MONTESINOS, OSCAR LUCIANO, LISA LATURELL, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDERICK FIELD REVOCABLE TRUST, MICHELLE BUSCH, ROSA MISSAIC, BRIAN S. MISSAK, CHRISTINA TREVINO, DANIEL O. TREVINO, DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECTION, MICHAEL P. DRISCOLL, CHRISTINA M. BISCAGLIO, ARNEDO SAPNU JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W REAMES, GERADINE M. SPORE, ARACELI M. PARDENILLA, IMOGENE VAILOCES, CIRO A. PRYOR, MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC (MERS), BANK OF AMERICA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL NETWORK, INC., JP MORGAN CHASE BANK, LASALLE BANK, FIRST FEDERAL SAVINGS BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, MORTGAGE LENDERS NETWORK, MCCANN INDUSTRIES, INC., THE UNITED STATES OF AMERICA, MIDWEST BANK AND TRUST COMPANY-ALGONQUIN

**PUBLICATION NOTICE**

The requisite affidavit(s) having been duly filed herein, NOTICE IS HEREBY GIVEN TO ALL DEFENDANTS IN THE ABOVE ENTITLED ACTION, that said action has been commenced in said Court by the plaintiff(s), naming you as defendant(s) therein and praying For a determination of all mechanics liens and other liens on the real estate described in the Second Amended Complaint of Lakewood Prairie, LLC 2007 CH 389 consolidated and an order that all defendants and those claiming through them be forever barred from all claim, lien rights of equity and/or redemption in the real estate described in the Second Amended Complaint of Lakewood Prairie, LLC 2007 CH 389 consolidated.

Lots 3 through 18, both inclusive, 30 through 48, both inclusive, 50 through 70, both inclusive, 86 through 172, both inclusive, and 293 through 457, both inclusive, in Lakewood Prairie Unit I, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

Lots 1, 2, 19 through 29, both inclusive, 49, and 71 through 85, both inclusive, in Lakewood Prairie Unit I A, being a re-subdivision of part of Lakewood Prairie Unit I, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit IA, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

Lots 173 through 292, both inclusive, in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, in Kendall County, Illinois,

Unknown Owners and Unknown Necessary Parties

and for other relief; that summons has been issued out of this Court against you as provided by law, and, that this action is still pending and undetermined in said Court.

NOW, THEREFORE, unless you file your answer or otherwise make your appearance in said action in this Court, by filing the same in the office of the Clerk of the Circuit Court on or before February 16, 2008, AN ORDER OF DEFAULT MAY BE ENTERED AGAINST YOU.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court on

Name: Michael T. Nigro/Nigro & Westfall, P.C.
Attorney for: Plaintiff, Lakewood Prairie, LLC
Atty Registration No.: 2054051
Address: 1793 Bloomingdale Road
City, State, Zip: Glendale Heights, IL 60139
Phone: 630-682-9872
Pub: