IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC )<br>)<br>Plaintiff,      )<br>v.                    )<br>)<br>IBARRA CONCRETE COMPANY et. al )<br>) <br>Defendants | Case No 08 C1200<br>Hon. Suzanne B. Conlon Judge<br>Hon. Jeffrey Cole Magistrate Judge |

### NOTICE OF FILING OF LHI MORTGAGE, INC'S ANSWER TO GRUNDY REDI-MIX, INC.'S COUNTERCLAIM

To:   See attached service list.

Please take notice that on the 7th day of July 2008, we shall electronically file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the answer of LHI Mortgage, Inc. to Grundy Redi Mix Inc's Counterclaim, a copy of which is attached hereto and served upon you.

/s/ Howard M. Turner
HOWARD M. TURNER
PAUL W. CARROLL
ATTORNEYS FOR
LHI MORTGAGE, INC.

# 2868482
HOWARD M. TURNER
PAUL W. CARROLL
GOULD & RATNER LLP
222 North LaSalle Street
Chicago, IL 60601
312/236-3003

## PROOF OF SERVICE

To:    See Attached Service List

    I, Michelle A. Fischer, being first duly sworn on oath state that I served copies of the above and foregoing notice of filing with the answer of LHI Mortgage, Inc. to Grundy Redi-Mix Inc., Counterclaim attached on the persons to whom it is directed by placing same in an envelope addressed to each such party and depositing same in the U.S. Mail at 222 North LaSalle Street, Chicago, IL 60601 by 5:00 p.m. on the 7ht day of July, 2008 with proper postage prepaid.

                                Michelle A. Fischer

SUBSCRIBED AND SWORN TO
BEFORE ME THIS _7_ DAY OF JULY 2008

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
MAUREEN A. DUIGOU
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-4-2009
```

## SERVICE LIST

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
Counsel for Vulcan Const. Materials

McCann Industries, Inc.
543 S. Rohlwing Rd
Addison, IL 60101

Raagnee Beri
Patrick J. Fitzgerald
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Counsel for United States of America

Howard B. Samuels
Rally Capital LLC
350 N. LaSalle Street
Suite 1100
Chicago, IL 60601

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Denice A. Gierach
The Gierach Law Firm
1776 Legacy Circle
Suite 104
Naperville, IL 60563

Counsel for Patrick and Daryl McGrath

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Mr. John V. Hanson
Hanson and Hanson
1802 North Division Street
Suite 304
Morris, IL 60450-0825
Counsel for Grundy County Redi-Mix, Inc.

John S. Mrowiec
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, IL 60603
Counsel for Grundy County Redi-Mix

376584.1 08003.383