# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  in order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**LAKEWOOD PRAIRIE, LLC**       )
                                )
    vs.                         )       Case No.:  08 C 1200
                                )
**IBARRA CONCRETE COMPANY et al.** )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANTS named on the Attached List**

| | |
|---|---|
| NAME (Type or print)  **E. Bryan Dunigan** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  **/s/ E. Bryan Dunigan** | |
| FIRM  **The Law Offices of E. Bryan Dunigan** | |
| STREET ADDRESS  **221 North LaSalle Street, Suite 1454** | |
| CITY/STATE/ZIP  **Chicago, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **0691356** | TELEPHONE NUMBER  **(312) 857-2114** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES [**X**]       NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES [ ]       NO [ ] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES [**X**]      NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?       YES [**X**]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL  [ ]           APPOINTED COUNSEL  [ ] | |

## APPEARANCE ENTERED FOR THE DEFENDANTS BELOW:

- **Beth A. Adams and Sandra K. Adams**
- **Lucius Armstrong and Kimberly Armstrong**
- **Gina L. Bates and James H. Bates Jr.**
- **Edwin C. Beatingo and Nicole L Beatingo**
- **Esperansa Beccara**
- **Rosa I. Becerra**
- **Miguel A. Becera and Dora A. Becerra**
- **Fabian Bermudez and Jennifer Rigual**
- **Marilyn Bokuniewicz and Joseph F. Bokuniewicz**
- **Gerardo Borjon and Jeannette Borjon**
- **Scott Breckenridge**
- **David Brink and Billy Jo Noll-Brink**
- **Michelle Busch**
- **Hanthan Caliendo III and Meagan Caliendo**
- **Ruben K. Campbell and Sava N. Latimore**
- **Oscar Carrillo and Maricela Montes de Oca-Tapia and Gabriela Avila**
- **Herminia V. Cauliflower**
- **Charles F. Field, Trustee, Charles Fredric Field Rev. Trust**
- **Sherria Covington**
- **Tiburcio Cuevas and Alvaro Cuevas**
- **Tara Culotta and Dean C. Culotta**
- **Beverly W. Dowling**
- **Michael P. Driscoll and Christina M. Biscaglio**
- **Gary C. Francis and Karen O. Francis**
- **Dereen J. Furmanski**
- **Jose Garcia**
- **Rigoberto Gomez and Rosa Gomez**
- **Juan Gonzalez**
- **Dorothy M. Grantham**
- **Eric Huerta and Jesus Alfonso**
- **Omayra Hweih**
- **Randy Jacobsen and Tina Jacobsen**
- **Thomas L. Johannessen and Christina T. Johannessen**
- **Staphanie A. Jarmon**
- **Donna Kaul**
- **Shannon M. Kielar and John Kielar**
- **Douglas E. Knack and Kelly S. Knack**

- **Dawn M. Kolaski and Matthew J. Schreiner**
- **Mark A. Kosinski and Joanne Kosinski**
- **John R. Koszola and Angela J. Koszola**
- **Michael S. Lanthier and Rebecca J. Lanthier**
- **Lisa Laturell**
- **Matthew Liska and Nicole L. Liska**
- **Janice Boyd Livingston and Timiko L Livingston**
- **Jose Dejesus Loera**
- **Elizabeth Luevano**
- **Victor M. Martinez and Adrianna Martinez**
- **Patrick J. McGrath and Daryl L. McGrath**
- **Michael B. McKirdie and Kelly A. McKirdie**
- **Pamela McReynolds and Willie McReynolds**
- **Brian S. Missak and Rosa Missak**
- **Wayne R. Mount and Nora S. Mount**
- **Jaclyn Mroz**
- **Alejandro Ocegueda and Maria L. Ocegueda**
- **Araceli M. Pardenilla and Imogene Vailoces**
- **Tiffany Perez and Leonardo A. Perez**
- **Edward Pietrzyk and Joleen Pietrzyk**
- **Ciro A. Pryor and Marilyn E. Pryor**
- **Brian Radejewski and Sara Otto**
- **Monica M. Reames and Randy W. Reames**
- **Jonathan Resurreccion**
- **Adela Reyes**
- **Anthony W. Riley and Cathryn Riley**
- **David E. Rinehart and Eden M. Rinehart**
- **Lynett J. Rinehart and Robert Rinella**
- **Satiago A. Rodriguez**
- **Jeffrey Smith and Faith Smith**
- **Jon Souvannasot and Michael J. Thompson**
- **Geraldine M. Spore**
- **Peter J. Sustaita**
- **Cristina Trevino and Daniel O. Trevino**
- **Joseph Uribe and Nancy Uribe**
- **Steven R. VanDyke and Angela K. VanDyke**
- **David J. Wanek**
- **Dennis Wozniak**
- **Ricardo Zamora and Ana Zamora**

- **Gloria I. Zamora and Jose L. Zamora**
- **Ricardo Zarate, Jr.**
- **Jesse Zbroskewichand Linda Zbroskewich**
- **Stacy Zeis**
- **Newell A. Broadway**
- **Lupe Grango and Alex Grango**
- **Stewart G. Honeck, IV and Amara Honeck**
- **Alice C. Ball-Bonner**
- **Ismael C. Hernandez and Cenorina Reyes**