IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRARIE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1200 |
| vs. | ) | |
| IBARRA CONCRETE COMPANY et. al. | ) | Judge Suzanne B. Conlon |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

**MOTION TO VACATE TECHNICAL DEFAULTS AND FOR LEAVE TO FILE ANWER TO COMPLAINT AND ANSWER TO COUNTERCLAIM INSTANTER**

NOW COMES Defendant, HOMECOMINGS FINANCIAL NETWORK, INC. now known as HOMECOMINGS FINANCIAL LLC. ("HOMECOMINGS") by and through its attorneys, Kropik, Papuga & Shaw and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves this Honorable Court for the entry of an order vacating technical defaults and for leave to file its answer to complaint (Exhibit "A") and answer to counterclaim (Exhibit "B") instanter. In support hereof, Defendant states as follows:

1. The "Notice of Lawsuit and Request for Waiver of Service of Summons" served herein indicates that defendant, HOMECOMINGS was served with a copy of the notice and request on May 8, 2008.

2. Defendant does not agree that the notice and request were properly served. Said service did not include a stamped and addressed envelope (or other means of cost-free return). As a result of this defective service Defendant's time to respond to the Complaint and the Counterclaim has not yet run. However, rather than bringing these issue before the Court for resolution defendant, HOMECOMINGS, on June 17, 2008 filed its appearance in this matter, submits to the jurisdiction of the Court and makes this motion to vacate technical defaults and for an enlargement of time in which to file its responsive pleading.

3. Plaintiff's complaint filed herein against the defendant, HOMECOMINGS and the counterclaim contains numerous parties. Defendant HOMECOMINGS required additional time so as to determine the exact nature of HOMECOMINGS alleged involvement in these matters.

4. This is HOMECOMING'S first request for an extension of time with respect to any pleading and additional time was necessary to investigate the claims made in Plaintiff's Complaint and in the Counterclaim.

5. The answer to complaint which HOMECOMINGS seeks to file is attached hereto as Exhibit "A" and the answer to the counterclaim which HOMECOMINGS seeks to file is attached hereto as Exhibit "B."

6. No party will be unduly prejudiced by the granting of this motion.

WHEREFORE, Defendant, HOMECOMINGS FINANCIAL NETWORK, INC. now known as HOMECOMINGS FINANCIAL LLC. ("HOMECOMINGS"), requests that this court vacate technical defaults against HOMECOMINGS and grant HOMECOMINGS leave to file its Answer to Complaint and Answer to Counterclaim instanter.

HOMECOMINGS FINANCIAL NETWORK, INC.

/s/ Kenneth K. Shaw, Jr.<br>One of Its Attorneys

Kenneth K. Shaw, Jr.
KROPIK, PAPUGA & SHAW
120 South LaSalle Street
Chicago, Illinois 60603
Telephone: 312/236-6405

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of July, 2008, that the foregoing Motion was filed electronically and served on parties of record by operation of the Court's ECF system.

/s/    Kenneth K. Shaw, Jr.

Kenneth K. Shaw, Jr.

Kenneth K. Shaw, Jr.
Attorney for Defendant
KROPIK, PAPUGA and SHAW
120 South LaSalle Street
Chicago, IL 60603
(312) 236-6405