IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRARIE, LLC, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> IBARRA CONCRETE COMPANY et. al. ) <br> ) <br> Defendants. ) | No. 08 C 1200 <br><br> Judge Suzanne B. Conlon <br> Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:  See Attached Service List

On July 17, 2008 at 9:00 o'clock a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Susan B. Conlon in Courtroom 1743 in the United States Federal Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as may be presiding in said Judge's place and stead, and I shall move for the entry of an Order granting HOMECOMINGS' Motion to Vacate Technical Defaults and for Leave to file Answer to Complaint and Answer to Counterclaim Instanter.

/S/Kenneth K. Shaw Jr.
Kenneth K. Shaw, Jr.
One of the attorneys for Defendant

Kenneth K. Shaw, Jr.
KROPIK, PAPUGA and SHAW
120 South LaSalle Street
Chicago, IL 60603
(312) 236-6405

2

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of July, 2008, that the foregoing Motion was filed electronically and served on parties of record by operation of the Court's ECF system.

/s/   Kenneth K. Shaw, Jr.

Kenneth K. Shaw, Jr.


Kenneth K. Shaw, Jr.
Attorney for Defendant
KROPIK, PAPUGA and SHAW
120 South LaSalle Street
Chicago, IL  60603
(312) 236-6405

## SERVICE LIST

Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476 Counsel
for Vulcan Const. Materials

McCann Industries, Inc.
543 S. Rohlwing Rd
Addison, IL 60101

Raagnee Beri
Patrick J. Fitzgerald
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Counsel for United States of America

Howard B. Samuels
Rally Capital LLC
350 N. LaSalle Street
Suite 1100
Chicago, IL 60601

Donald Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Counsel for Midwest Bank & Trust

Denice A. Gierach The
Gierach Law Firm 1776
Legancy Circle: Suite
104
Naperville, IL 60563

Counsel for Patrick and Daryl McGrath

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave 101
Palos Heights, IL 60463

R & J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Mr. John V. Hanson Hanson and Hanson
1802 North Division Street
Suite 304
Morris, IL 60450-0825
Counsel for Grundy County Redi-Mix, Inc.

John S. Mrowiec
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, IL 60603
Counsel for Grundy County Redi-Mix