AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:08-CV-1200

V.

ASSIGNED JUDGE: SUZANNE B. CONLON

IBARRA CONCRETE COMPANY, et al.,

   Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Homecomings Financial LLC, a GMAC Company
~~8400 Normandale~~ Lake Blvd., Suite 250
Minneapolis, MN ~~55437~~
Attn: Bruce Paradis, President and CEO

2 MERIDIAN CROSSING
RICHFIELD, MN 55423

  **YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 South Clark, Suite 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

JUN 17 2008
DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS


received 6-23-08

Case No:    1:08-CV-1200

Case Name:  LAKEWOOD PRAIRIE LLC vs. IBARRA CONCRETE COMPANY, ET AL.

__Bob Yates__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Homecomings Financial LLC, a GMAC Company** at **2 Meridian Crossing, Richfield, MN 55423** resulting in:

__X__ Corporate service to an officer or an authorized individual of the company executed on the __18th__ day of __June__, 2008 at __1:05__ __P__.M.
Name: __Tim Lindquist__   Title: __Legal Process Clerk__

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

Sex:   __M__                Hair Color/Style:   __Brown__
Race:  __Cauc__             Height (approx.):   __6'0"__
Age (approx.) __40__        Weight (approx.):   __170__
Notable Features/Notes: _____

Signed and Sworn to before me          Served By:
This __18th__ day of __June__, 2008.

_[signature]_                          _[signature]_
Notary Public                          Process Server
                                       Title

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Service was completed by an independent contractor retained by It's Your Serve, Inc.