AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     1:08-CV-1200

V.

ASSIGNED JUDGE:    SUZANNE B. CONLON

IBARRA CONCRETE COMPANY, et al.,

    Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LHI Mortgage, Inc.
c/o John H. Mays
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 South Clark, Suite 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 17 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 1:08-CV-1200
AFFIDAVIT OF SPECIAL PROCESS SERVER



**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (　) Citation to Discover Assets
    (　) Rule to Show Cause
    (　) Subpoena
    (　) Other:

1. (　) By leaving a copy with the named party, ------- personally on -------.

2. (　) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **LHI Mortgage, Inc. c/o John H. Mays** by leaving a copy with **Joe Bonavita, Attorney and Authorized Person**, on **June 17, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**　　　　RACE: **Caucasian**　　　　APPROXIMATE AGE: **30**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **222 N. LaSalle St., 8th Floor, Chicago, IL 60601**
TIME OF DAY: **2:40 PM**

6. (　) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **19**th day of **June 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11