AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAKEWOOD PRAIRIE LLC,
    Plaintiff,

V.

CASE NUMBER: 1:08-CV-1200

ASSIGNED JUDGE: SUZANNE B. CONLON

IBARRA CONCRETE COMPANY, et al.,

    Defendants

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)

Mortgage Electronic Registration Systems, Inc.
c/o CT Corporation Systems, Inc.
208 S. LaSalle Street, Ste. 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and address)

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 S. Clark St. Ste. 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

JUN 1 7 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **1:08-CV-1200**
AFFIDAVIT OF SPECIAL PROCESS SERVER



**Jeremy Rosignal**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( X ) Summons & Complaint
      (   ) Citation to Discover Assets
      (   ) Rule to Show Cause
      (   ) Subpoena
      (   ) Other:

1. (  ) By leaving a copy with the named party, ------- personally on -------.

2. (  ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Mortgage Electronic Registration Systems, Inc. c/o CT Corporation Systems** by leaving a copy with **Dawn Schultz, Service of Processor and Authorized Person**, on **June 17, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S. LaSalle St., Suite #814, Chicago, IL 60604**
TIME OF DAY: **12:20 PM**

6. (  ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **18**th day of **June 2008**.

Jeremy Rosignal
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11