# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,
　　Plaintiff,

V.

IBARRA CONCRETE COMPANY, et al.,
　　Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-CV-1200

ASSIGNED JUDGE: SUZANNE B. CONLON

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)

Lasalle Bank, NA
c/o Bank of America, NA
Bank of America Corp. Center
100 N. Tryon Street
Charlotte, North Carolina 28255
Attn: Kenneth D. Lewis, CEO and President

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and address)

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 S. Clark St. Ste. 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you,　　20　　days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 17 2008

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

received

Case No:    1:08-CV-1200

Case Name:  LAKEWOOD PRAIRIE LLC vs. IBARRA CONCRETE COMPANY, ET AL.

_____Jana Moser_____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Lasalle Bank, NA c/o Bank of America Corp. Center** at **100 N. Tryon Street, Charlotte, NC 28255** resulting in:

__xx__ Corporate service to an officer or an authorized individual of the company executed on the __19th__ day of __June__, 2008 at __10:55 a.m.__ .M.
Name: __Natalya Narzanovski__ Title: __Agent__

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex:            __Female__            Hair Color/Style:  __redbrown  short__
Race:           __White__             Height (approx.):  __5'7"__
Age (approx.)   __28-35__             Weight (approx.):  __120__
Notable Features/Notes: _____

Signed and Sworn to before me
This __19__ day of __June__, 2008.

_/s/ Kitty P Cooper_
Notary Public Kitty P Cooper
My Commission Expires: 8-12-2008

Served By:
Jana Moser
_/s/ Jana Moser_
NC Private Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.