# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,
    Plaintiff,

V.

IBARRA CONCRETE COMPANY, et al.,

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:      1:08-CV-1200

ASSIGNED JUDGE: SUZANNE B. CONLON

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)

Bank of America, NA
Bank of America Corp. Center
100 N. Tryon Street
Charlotte, North Carolina 28255
Attn: Kenneth D. Lewis, CEO and President

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and address)

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 S. Clark St. Ste. 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 17 2008

DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*received*

Case No:   1:08-CV-1200

Case Name:  LAKEWOOD PRAIRIE LLC vs. IBARRA CONCRETE COMPANY, ET AL.

__Jana Moser__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Bank of America, NA** at **100 N. Tryon Street, Charlotte, NC 28255** resulting in:

__xx__  Corporate service to an officer or an authorized individual of the company executed on the __19th__ day of __June__, 2008 at __10:55 a.m.__ .M.

Name: __Natalya Narzanovski__  Title: __Agent__

____  Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | Female | Hair Color/Style: | Red/brown short |
| Race: | White | Height (approx.): | 5'7" |
| Age (approx.) | 28-35 | Weight (approx.): | 120 |

Notable Features/Notes: ____

Signed and Sworn to before me
This __19__ day of __June__, 2008.

__/s/ Kitty P Coon__
Notary Public    Kitty P Cooper

My Commission Expires: 8-12-2008

Served By: Jana Moser

__/s/ Jana Moser__

Title   NC Private Process Server

Service was completed by an independent contractor retained by It's Your Serve, Inc.