# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAKEWOOD PRAIRIE LLC,<br>Plaintiff, | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: 1:08-CV-1200 |
| V. | ASSIGNED JUDGE: SUZANNE B. CONLON |
| IBARRA CONCRETE COMPANY, et al.,<br>Defendants | DESIGNATED<br>MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

Cenorina Reyes
904 Angelica Circle
Joliet, IL 60431

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 South Clark, Suite 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                                    JUN 1 6 2008
(By) DEPUTY CLERK                                             DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-23-08 |
| NAME OF SERVER (PRINT) James Hall | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jordan Hernandez, Male/Hispanic, 14-17 years of Age.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $55.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-23-08
Date

Signature of Server: James Hall

Address of Server: 966 Partridge Lane, Morris, IL. 60450

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.