# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAKEWOOD PRAIRIE LLC,
    Plaintiff,

V.

IBARRA CONCRETE COMPANY, et al.,
    Defendants

CASE NUMBER:     1:08-CV-1200

ASSIGNED JUDGE: SUZANNE B. CONLON

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)

JP Morgan Chase & Co.
270 Park Ave.
New York, New York 10017-2070
Attn: Jamie Dimon, Chairman and CEO

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and address)

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 S. Clark St. Ste. 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 17 2008
DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Case No: 1:08-CV-1200

Case Name: Lakewood Prairie, LLC v Ibarro Concrete Company, et al

Henry Moss _____, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: Summons and Complaint On JP Morgan Chase

By serving Registered Agent CT Corp System at 111 8thAvenue, New York, NY

__X__ Corporate service to an officer or an authorized individual of the company executed on the 18th day of June, 2008 at 4:05 PM M.

Name: Aixa Flores     Title: Process Specialist

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: Female           Hair Color/Style: Black
Race: Brown           Height (approx.): 5' 5"
Age (approx.): 30s    Weight (approx.): 130 lbs
Notable Features/Notes: Glasses

Signed and Sworn to before me
This ___ day of June, 2008

LOREEN M. HANCLE
NOTARY PUBLIC, State of New York
No. 01HA6114562
Qualified in Queens County
Commission Expires August 23, 2008

Served By:
Henry Moss
Licensed Process Serve5
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.