AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LAKEWOOD PRAIRIE LLC,
Plaintiff,

## SUMMONS IN A CIVIL CASE

CASE NUMBER:        1:08-CV-1200

V.

ASSIGNED JUDGE:    SUZANNE B. CONLON

IBARRA CONCRETE COMPANY, et al.,

Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Lupe Grango
911 Angelica Circle
Joliet, IL 60431

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 South Clark, Suite 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you,           20           days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-6-08          2:30 pm. |

| NAME OF SERVER *(PRINT)*   JAMES HALL | TITLE   PRIVATE Detective |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _911 Angelica Circle, Joliet, IL._ _Female/Hispanic, 25-35 years of age._ _60431_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL        N/A | SERVICES   $ 55.00 | TOTAL   $ 55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _7-6-08_             _James Hall_
                    Date                    Signature of Server

                        _966 Partridge Lane, Morris, IL. 60450_
                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.