AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAKEWOOD PRAIRIE LLC,
Plaintiff,

V.

CASE NUMBER:         1:08-CV-1200

ASSIGNED JUDGE: SUZANNE B. CONLON

IBARRA CONCRETE COMPANY, et al.,

Defendants

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Christopher Humberg
305 Homested Dr.
Bolingbrook, IL 60440

**YOU ARE HEREBY SUMMONED** and required to serve upon COUNTERPLAINTIFF'S ATTORNEY (name and address)

John S. Mrowiec
Michael W. Kelly
Conway & Mrowiec
20 S. Clark St. Ste. 1000
Chicago, IL 60603

an answer to the complaint which is herewith served upon you,         20         days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JUN 2 5 2008

_____
(By) DEPUTY CLERK

_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7-6-08  3:15 p.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| James Hall | Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _305 Homested Drive,_
_Male/white 25-35 years of age._ _Bolingbrook, IL. 60440_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $55.00 | $55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-6-08___        ___James Hall___
            Date                  Signature of Server

___966 Partridge Lane, Morris, IL. 60450___
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.