# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 7/17/08 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC. vs. IBARRA CONCRETE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Homecomings Financial Network, Inc.'s motion to vacate technical defaults and for leave to file answer to complaint and answer to counterclaim instanter is entered and continued to July 23, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|