UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:08-cv-1200 |
| vs. | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| | ) | |
| IBARRA CONCRETE COMPANY, et al., | ) | Hon. Suzanne B. Conlon |
| | ) | Magistrate Judge: Jeffrey Cole |
| Defendants. | ) | |

**GRUNDY REDI-MIX'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTER-COMPLAINT FOR FORECLOSURE OF MECHANICS LIENS *INSTANTER***

Grundy Redi-Mix, Inc. ("Grundy"), by its attorneys, Michael W. Kelly and John S. Mrowiec of Conway & Mrowiec, moves the Court for entry of an Order granting leave to file its First Amended Counter-Complaint for Foreclosure of Mechanics Lien, *instanter*. In support of its Motion, Grundy states:

1.      This lawsuit concerns development of a subdivision in Kendall County, Illinois (the "Project") by Plaintiff, Lakewood Prairie, LLC ("Lakewood"). The main disputes involve the resolution and priority of mechanics lien claims filed by subcontractors Grundy, Vulcan Construction Materials, LP and others; and the rights of Ibarra creditors, including Midwest Bank and the IRS.

2.      Grundy filed its Counter-Complaint for Foreclose of Mechanics Liens on February 27, 2008. In its Counter-Complaint, Grundy seeks to foreclose on its Mechanics Lien against the Project.

3.      Pursuant to Federal Rule of Civil Procedure 15(a), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give

1

leave when justice so requires."

4.      "Simply put, Rule 15(a) creates a 'presumption in favor of liberality in granting motions to amend.'" *Will v. General Dynamics Corp.*, Civ. No. 06-698, 2007 U.S. Dist. LEXIS 79299 (S.D. Ill. Oct. 25, 2007).

5.      Grundy respectfully requests leave to file its First Amended Counter-Complaint *instanter*, a copy of which is attached to this Motion as Exhibit A, not including exhibits. Grundy's First Amended Counter Complaint names additional defendants not named in its original Counter-Complaint and corrects misnomers in its original Counter-Complaint.

6.      No party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons stated above, Grundy Redi-Mix, Inc. respectfully requests that the Court enter an order granting Grundy Redi-Mix leave to file its First Amended Counter-Complain for Foreclosure of Mechanics Lien *instanter*.

Dated: July 21, 2008                      GRUNDY REDI-MIX, INC.


                                          By: _/s/ Michael W. Kelly_____
                                               One of Its Attorneys

John S. Mrowiec (ARDC No. 6185895)
Michael W. Kelly (ARDC No. 6280344)
Conway & Mrowiec
20 South Clark
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
jsm@cmcontractors.com
mwk@cmcontractors.com
*Attorneys for Grundy Redi-Mix, Inc.*

2