UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE LLC, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>IBARRA CONCRETE COMPANY, )<br>VULCAN CONSTRUCTION MATERIALS LP, )<br>d/b/a VULCAN MATERIALS COMPANY, )<br>HOWARD B. SAMUELS AS ASSIGNEE FOR )<br>THE BENEFIT OF THE IBARRA CONCRETE )<br>COMPANY TRUST, GRUNDY REDI-MIX, )<br>INC., R&J CONSTRUCTION SUPPLIES, )<br>ILLINOIS BRICK COMPANY, STEEL )<br>MASONRY, INC., UNKNOWN OWNERS and )<br>UNKNOWN NECESSARY PARTIES, )<br>)<br>       Defendants. )<br>)<br>AND )<br>               )<br>GRUNDY COUNTY REDI-MIX, INC., a/k/a )<br>GRUNDY REDI-MIX COMPANY and )<br>GRUNDY REDI-MIX, INC., )<br>)<br>       Counter-Plaintiff, )<br>)<br>vs. )<br>)<br>LAKEWOOD PRAIRIE LLC, IBARRA )<br>CONCRETE COMPANY, VULCAN )<br>CONSTRUCTION MATERIALSLP, d/b/a )<br>VULCAN MATERIALS COMPANY, )<br>HOWARD B. SAMUELS AS ASSIGNEE FOR )<br>THE BENEFIT OF THE IBARRA CONCRETE )<br>COMPANY TRUST, R&J CONSTRUCTION )<br>SUPPLIES, ILLINOIS BRICK COMPANY, )<br>STEEL MASONRY, INC., ISHMAEL C. )<br>HERNANDEZ, CENORINA REYES, RANDY )<br>JACOBSON, TINA JACOBSON, PAMELA )<br>McREYNOLDS, WILLIE McREYNOLDS, )<br>JACLYN MROZ, THOMAS JOHANNESSEN, )<br>JR., CHRISTINA T. JOHANNESSEN, ) | Case No. 1:08-cv-1200<br>(Formerly Case No. 07 CH 389<br>Kendall County Circuit Court)<br><br>Hon. Suzanne B. Conlon<br><br>Magistrate Judge: Jeffrey Cole |



STEWART G. HONECK IV, AMARA )
HONECK, MICHAEL B. McKIRDIE, KELLY )
McKIRDIE, TIFFANY PEREZ, LEONARDO )
PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, )
LUPE GRANGO, ALEX GRANGO, MARK A. )
KOSINSKI, JOANNE KOSINSKI, ROSA I. )
BECERRA, MIGUEL A. BECERRA, DORA A. )
BECERRA, JUAN GONZALEZ, ANTHONY R. )
FRANKLIN, SANTIAGO A. RODRIGUEZ, )
JOSEPH URIBE, NANCY URIBE, )
OSCAR CARRILLO, MARICELA MONTES de )
OCA-TAPIA, GABRIELLA AVILLA, VICTOR )
M. MARTINEZ, ADRIANNA MARTINEZ, )
RICARDO ZAMORA, ANA ZAMORA, )
MATTHEW J. LISKA, NICOLE L. LISKA, )
GUILLERMO JAIME, JR., BARBARA A. )
MITCHELL, ALTON BRETT NORRIS APRIL )
D. NORRIS, STEVEN VAN DYKE, ANGELA )
VAN DYKE, FABIAN BERMUDEZ, JENNIFER )
N. RIGUAL, PATRICK McGRATH, DARYL L. )
McGRATH, THE McGRATH FAMILY 2007 )
DECLARATION OF TRUST, EDWARD )
PIETRZYK, JOLEEN PIETRZYK, GLORIA I. )
ZAMORA, JOSE L. ZAMORA, LYNNA TYLER, )
NATHAN CALIENDO II, MEAGAN )
CALIENDO, JOHN R. KOSZOLA, ANGELA J. )
KOSZOLA, DAVID E. RINEHART, EDEN M. )
RINEHART, JON SOUVANNASOT, MICHAEL )
J. THOMPSON, DOROTHY M. GRANTHAM, )
JEFFREY SMITH, FAITH SMITH, )
CHRISTOPHER HUMBERG, ALICE C. )
BALL-BONNER, DOUGLAS E. KNACK, )
KELLY S. KNACK, GARY C. FRANCIS )
KAREN O. FRANCIS, BEVERLY HOWARD, )
TARA CULOTTA, DEAN CULOTTA, WAYNE )
R. MOUNT, NORA S. MOUNT, FLOYD T. )
TITTLE, GERARDO BORJON, JEANETTE )
BORJON, OMAYRA HWIEH, GINA L. BATES, )
JAMES H. BATES, JR., SHERRIA )
COVINGTON, VERNON J. JACKSON, )
SAKEENA K. JACKSON, NEWELL A. )
BROADWAY, DION M. SIMPSON, BETTY J. )
SIMPSON, DAWN M. KOLASKI, MATTHEW J. )
SCHREINER, JANICE BOYD LIVINGSTON, )
TIMIKO L. LIVINGSTON, JOSE GARCIA, )
LUCIUS ARMSTRONG, KIMBERLY )
ARMSTRONG, ERIC TOSCANO, JOSE M. )

MARTINEZ, CONCEPCION MARTINEZ,            )
SCOTT BRECKENRIDGE, MARK SYMON,           )
TERESA SYMON, JERRY E. HUSA,              )
GISELA RANGEL, LYNETTE J. RINELLA,        )
ROBERT RINELLA, DAVID A. BRINK, BILLY     )
JO NOLL-BRINK, DONNA KAUL,                )
ESPERANZA BECCERA, JESSE                  )
ZBROSKEWICH, LINDA ZBROSKEWICH,           )
LISA M. RAMOCKI, STEPHEN J. WHITT,        )
MARILYN BOKUNIEWICZ, JOSEPH               )
BOKUNIEWICZ, PETER J. SUSTAITA,           )
ERIC HUERTA, JESUS ALFONSO, EDINA         )
ALFONSO, PETER J. SUSTAITA, JOSE          )
DEJESUS LOERA, BRIAN RADEJEWSKI,          )
SARA OTTO, MIKE CASILLAS, CHRISTINE F.    )
CASILLAS, ELIZABETH LUEVANO, ADELA        )
REYES, ALEJANDRO OCEGUEDA, MARIA L.       )
OCEGUEDA, RUBEN K. CAMPBELL,              )
SAVANA N. LATIMORE, HERMINIA V.           )
CAULIFLOWER, GUTEMBERG                    )
MONTESINOS, OSCAR LUCIANO, III, LISA      )
LATURELL, NATIVIDAD ESPARZA,              )
ANTONIA MARTINEZ, BEVERLY W.              )
DOWLING, RODERICK THOMPSON,               )
ARIOLFO A. IDROVO, CARMEN D. IDROVO,      )
ANA NAVARRO, DOREEN J. FURMANSKI,         )
STEPHANIE A. JARMON, RICARDO              )
ZARATE, JR., PAULA A. WILSON, RICHARD     )
F. WILSON, FERNANDO ZAMORA,               )
ENRIQUE ZAMORA, MARIA LUIS, JOSE A.       )
TENORIO, LORIANNE M. TENORIO,             )
CHARLES FREDRIC FIELD REVOCABLE           )
TRUST, MICHELLE BUSCH, ROSA MISSAK,       )
BRIAN S. MISSAK, CRISTINA TREVINO,        )
DANIEL O. TREVINO, DAVID J. WANEK,        )
EDWIN C. BEATINGO, NICOLE L.              )
BEATINGO, DENNIS WOZNIAK, DIANE L.        )
WOZNIAK, STACY ZEIS, SANDRA BOYCE,        )
ANTHONY W. RILEY, CATHRYN RILEY,          )
JONATHAN RESURRECCION, MICHAEL P.         )
DRISCOLL, CHRISTINA M. BISCAGLIO,         )

| | |
|---|---|
| ARNEDO SAPNU, JR., BETH A. ADAMS, | ) |
| SANDRA K. ADAMS, TIBURICO CUEVAS, | ) |
| ALVARO CUEVAS, MONICA M. REAMES, | ) |
| RANDY W. REAMES, GERALDINE M. SPORE, | ) |
| ARACELI M. PARDENILLA, IMOGENE | ) |
| VAILOCES, CIRO A. PRYOR.MARILYN E. | ) |
| PRYOR, MICHAEL S. LANTHIER, | ) |
| REBECCA J. LANTHIER, SHANNON M. | ) |
| KIELAR, JOHN KIELAR, MORTGAGE | ) |
| ELECTRONIC REGISTRATION SYSTEM | ) |
| (MERS), BANK OF AMERICA, NA, | ) |
| LHI MORTGAGE, INC., HOMECOMINGS | ) |
| FINANCIAL LLC. JP MORGAN CHASE & | ) |
| CO., LASALLE BANK, ILLINOIS | ) |
| HOUSING DEVELOPMENT AUTHORITY, | ) |
| WELLS FARGO BANK, NA, GMAC | ) |
| MORTGAGE CORP., OPTION ONE | ) |
| MORTGAGE CORP., FIFTH THIRD | ) |
| MORTGAGE CO., UNKNOWN OWNERS and | ) |
| NONRECORD CLAIMANTS. | ) |
| | ) |
| Counter-Defendants. | ) |

## FIRST AMENDED COUNTER-COMPLAINT FOR FORECLOSURE OF MECHANCIS LIENS OF GRUNDY REDI-MIX, INC.

NOW COMES Counter Plaintiff, GRUNDY COUNTY REDI-MIX, INC., (also known as GRUNDY REDI-MIX COMPANY and GRUNDY REDI-MIX, INC.; herein called "Counter Plaintiff") by its undersigned attorneys, against Defendants IBARRRA CONCRETE COMPANY, LAKEWOOD PRAIRIE LLC, VULCAN CONSTRUCTION MATERIALS, LP, d/b/a VULCAN MATERIALS COMPANY, HOWARD B. SAMUELS as the Assignee for the Benefit of the Ibarra Concrete Company Trust, R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., ISHMAEL C. HERNANDEZ, CENORINA REYES, RANDY JACOBSON, TINA JACOBSON, PAMELA McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ, THOMAS JOHANNESSEN, JR., CHRISTINA T. JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY A. McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO

4

GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JUAN GONZALEZ, ANTHONY R. FRANKLIN, SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIA, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J.LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA A. MITCHELL, ALTON BRETT NORRIS APRIL D. NORRIS, STEVEN VAN DYKE, ANGELA VAN DYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK McGRATH, DARYL L. McGRATH, THE McGRATH FAMILY 2007 DECLARATION OF TRUST, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYNNA TYLER, NATHAN CALIENDO II, MEAGAN CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, DOROTHY M. GRANTHAM, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, FLOYD T. TITTLE, GERARDO BORJON, JEANETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, JR., SHERRIA COVINGTON, VERNON J. JACKSON, SAKEENA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, ERIC TOSCANO, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SYMON, JERRY E. HUSA, GISELA RANGEL, LYNETTE J. RINELLA,

ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECCERA, JESSE ZBROSKEWICH, LINDA ZBROSKEWICH, LISA M. RAMOCKI, STEPHEN J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH BOKUNIEWICZ, PETER J. SUSTAITA, ERIC HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJESUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CASILLAS, ELIZABETH LUEVANO, ADELA REYES, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CAULIFLOWER, GUTEMBERG MONTESINOS, OSCAR LUCIANO, III, LISA LATURELL, NATIVIDAD ESPARZA, ANTONIA MARTINEZ, BEVERLY W. DOWLING, RODERICK THOMPSON, ARIOLFO A. IDROVO, CARMEN D. IDROVO, ANA NAVARRO, DOREEN J. FURMANSKI, STEPHANIE A. JARMON, RICARDO ZARATE, JR., PAULA A. WILSON, RICHARD F. WILSON, FERNANDO ZAMORA, ENRIQUE ZAMORA, MARIA LUIS, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDRIC FIELD REVOCABLE TRUST, MICHELLEBUSCH, ROSA MISSAK, BRIAN S. MISSAK, CRISTINA TREVINO, DANIEL O. TREVINO DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE L. BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECCION, MICHAEL P. DRISCOLL, CHRISTINA M.BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERALDINE M. SPORE, ARACELI M. PARDENILLA,IMOGENE VAILOCES, CIRO A. PRYOR. MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS), BANK OF AMERICA, NA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL LLC. JP

MORGAN CHASE & CO., LASALLE BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, WELLS FARGO BANK, NA, GMAC MORTGAGE CORP., OPTION ONE MORTGAGE CORP., FIFTH THIRD MORTGAGE CO., UNKNOWN OWNERS and NONRECORD CLAIMANTS, and for its First Amended Counter-Complaint for Foreclosure of Mechanics Liens, states:

1. At all times material hereto, Counter Plaintiff Grundy Redi-Mix was and is an Illinois Corporation doing business in the County of Grundy and surrounding counties in the State of Illinois, as a purveyor of concrete materials, construction stone aggregate and related construction services, with its principal place of business in Morris, Illinois.

2. Counter Defendants, LAKEWOOD PRAIRIE LLC (herein referred to as "Lakewood Prairie") is an Illinois limited liability company which is, or was, the legal title holder of the following described real estate:

> Lots 11, 15, 17, 18, 30, 31, 32, 33, 34, 35, 41, 43, 45, 46, 47, 48, 50, 52, 53, 54, 60, 61, 62, 65, 66, 67, 68, 69, 70, 86, 87, 88, 89, 90, 91, 94, 95, 96, 97, 98, 128, 140, 142, 152, 156, 157, 162, and 163 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 north, Range 8 East of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as Document Number 200500016560, and amended by certificates of correction recorded June 29, 2005 as Document Number 200500018275 and recorded May 9, 2006 as Document Number 200600013671, in Kendall County, Illinois;

And

> Lots 21, 22, 24, 25, 29, 71, 72, 74, 75, 76, 77, 79, 80, 81, 82, 83 and 85 in Lakewood Prairie Unit 1A, being a Re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as Document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 north, Range 8 East of the Third Principal Meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as Document Number 200600007542, in Kendall County, Illinois;

And

> Lots 179-1, 179-2, 185, 186, 187, 190, 213, 214, 215, 216, 217, 218, 219, 221, 222, 247, 248, 249, 250, 251, 254, 257, 260, 261, 285, 286 and 287 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest ¼ and the Southwest ¼ of Section 1, Township 35

7

North, Range 8 East of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as Document Number 200500016561, and amended by certificates of correction recorded June 29, 2005 as Document Number 200500018276 and recorded may 16, 2006 as Document Number 20060001452, in Kendall County, Illinois
(Herein referred to as the "Property.")

3. Counter Defendant, IBARRA CONCRETE COMPANY, (herein referred to as "Ibarra") is an Illinois corporation engaged in the business of construction of concrete foundations, flatwork and structures.

4. Counter Defendant LASALLE BANK, N.A., (herein "LaSalle") is a federally chartered bank doing business in Illinois.

5. Counter Defendant, HOWARD B. SAMUELS, (herein "Samuels") purports to be the assignee for the benefit of a creditors trust established for the benefit of Ibarra's creditors, and claims a lien upon the Property.

6. Counter Defendant, VULCAN CONSTRUCTION MATERIALS LP, d/b/a VULCAN MATERIALS COMPANY is a Delaware limited partnership engaged in the business of selling stone aggregate and other construction materials, having a principal place of business in DuPage County, Illinois.

7. Counter Plaintiff is informed and believes, and therefore alleges on information and belief, that Lakewood Prairie and Ibarra entered into a contract whereby Ibarra would supply labor and material for construction of improvements on the Property. Counter Plaintiff does not know the terms of the contract, nor whether it was written or oral. If written, Counter Plaintiff does not have access to a copy thereof.

8. After the said contract was entered into, Ibarra purchased from Counter Plaintiff, construction materials and delivery services for delivery to and use on the Property, at various times and dates during the months of May, June, July and August, 2006.

9. At the request of Ibarra, Counter Plaintiff delivered the purchased materials to the Property on the dates requested by Ibarra, whereat they were offloaded as directed by Ibarra. The total of such materials purchased and delivered to the Property was $415,847.40, apportioned between the lots as more fully set forth on Exhibit A, attached hereto. The date upon which the last of such materials was delivered to each lot is set forth on Exhibit B, attached hereto.

10. After allowance of all adjustments, payments, credits and set offs, there remains due and owing to Counter Plaintiff for materials and services delivered to the Property the sum for each lot which is set forth on Exhibit A.

11. Despite Counter Plaintiff's demands, Ibarra has failed and refused to pay the amount due to Counter Plaintiff.

12. On August 25, 2006 and August 28, 2007, Counter Plaintiff caused to be sent by U.S. Certified Mail, Return Receipt Requested, a statutory 90-Day Notice to Lakewood, pursuant to *770 ILCS 60/24 (2006)* for each lot upon which a lien is claimed. True copies of said Notice, together with the certified receipt and return card are attached hereto as Exhibit C.

13. On August 29, 2006, August 30, 2006, and September 1, 2006, Counter Plaintiff caused to be recorded in the Office of the Recorder of Deeds of Kendall County, Illinois, a Sub-Subcontractor's Claim for Lien for each lot upon which a lien is claimed. True copies of said Claims for Lien is attached as Exhibit D. Counter Plaintiff subsequently caused a copy of said Claim for Lien to be mailed by U.S. Certified Mail, return receipt requested, to Lakewood. True copies of said certified receipts and return cards are attached as a part of Exhibit C.

14. Pursuant to the Illinois Mechanics Lien Act, *770 ILCS 60/1 et seq., (2006)*, Counter Plaintiff asserts its mechanics lien rights against the Property and alleges that its interest is

superior to the interests of all parties herein named; and further asserts its lien rights against the moneys held by Lakewood and designated in its Complaint for General Settlement in this action.

15. LaSalle may have or claim to have an interest in the Property by virtue of a mortgage recorded with the Kendall County Recorder of Deeds as Document No. 200500023392 and accordingly is made a party defendant hereto. Such interest, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

16. Vulcan and Samuels may have or claim to have an interest in the Property by virtue of mechanics liens recorded with the Kendall County Recorder of Deeds as Document Nos. 2006035836 and 2006039545, and accordingly are made defendants hereto. Such interest or interests, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

17. R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK COMPANY, STEEL MASONRY, INC., ISHMAEL C. HERNANDEZ, CENORINA REYES, RANDY JACOBSON, TINA JACOBSON, PAMELA McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ, THOMAS JOHANNESSEN, JR., CHRISTINA T. JOHANNESSEN, STEWART G. HONECK IV, AMARA HONECK, MICHAEL B. McKIRDIE, KELLY A. McKIRDIE, TIFFANY PEREZ, LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI, JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A. BECERRA, DORA A. BECERRA, JUAN GONZALEZ, ANTHONY R. FRANKLIN, SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY URIBE, OSCAR CARRILLO, MARICELA MONTES de OCA-TAPIA, GABRIELLA AVILLA, VICTOR M. MARTINEZ, ADRIANNA MARTINEZ, RICARDO ZAMORA, ANA ZAMORA, MATTHEW J. LISKA, NICOLE L. LISKA, GUILLERMO JAIME, JR., BARBARA A. MITCHELL, ALTON BRETT NORRIS APRIL D. NORRIS, STEVEN VAN DYKE, ANGELA VAN DYKE, FABIAN BERMUDEZ, JENNIFER N. RIGUAL, PATRICK

McGRATH, DARYL L. McGRATH, THE McGRATH FAMILY 2007 DECLARATION OF TRUST, EDWARD PIETRZYK, JOLEEN PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA, LYNNA TYLER, NATHAN CALIENDO II, MEAGAN CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA, DAVID E. RINEHART, EDEN M. RINEHART, JON SOUVANNASOT, MICHAEL J. THOMPSON, DOROTHY M. GRANTHAM, JEFFREY SMITH, FAITH SMITH, CHRISTOPHER HUMBERG, ALICE C. BALL-BONNER, DOUGLAS E. KNACK, KELLY S. KNACK, GARY C. FRANCIS KAREN O. FRANCIS, BEVERLY HOWARD, TARA CULOTTA, DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT, FLOYD T. TITTLE, GERARDO BORJON, JEANETTE BORJON, OMAYRA HWIEH, GINA L. BATES, JAMES H. BATES, JR., SHERRIA COVINGTON, VERNON J. JACKSON, SAKEENA K. JACKSON, NEWELL A. BROADWAY, DION M. SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, ERIC TOSCANO, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SYMON, JERRY E. HUSA, GISELA RANGEL, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECCERA, JESSE ZBROSKEWICH, LINDA ZBROSKEWICH, LISA M. RAMOCKI, STEPHEN J. WHITT, MARILYN BOKUNIEWICZ, JOSEPH BOKUNIEWICZ, PETER J. SUSTAITA, ERIC HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJESUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CASILLAS, ELIZABETH LUEVANO, ADELA REYES, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CAULIFLOWER, GUTEMBERG MONTESINOS, OSCAR LUCIANO, III, LISA

LATURELL, NATIVIDAD ESPARZA, ANTONIA MARTINEZ, BEVERLY W. DOWLING, RODERICK THOMPSON, ARIOLFO A. IDROVO, CARMEN D. IDROVO, ANA NAVARRO, DOREEN J. FURMANSKI, STEPHANIE A. JARMON, RICARDO ZARATE, JR., PAULA A. WILSON, RICHARD F. WILSON, FERNANDO ZAMORA, ENRIQUE ZAMORA, MARIA LUIS, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDRIC FIELD REVOCABLE TRUST, MICHELLEBUSCH, ROSA MISSAK, BRIAN S. MISSAK, CRISTINA TREVINO, DANIEL O. TREVINO DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE L. BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECCION, MICHAEL P. DRISCOLL, CHRISTINA M.BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERALDINE M. SPORE, ARACELI M. PARDENILLA,IMOGENE VAILOCES, CIRO A. PRYOR. MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS), BANK OF AMERICA, NA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL LLC. JP MORGAN CHASE & CO., LASALLE BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, WELLS FARGO BANK, NA, GMAC MORTGAGE CORP., OPTION ONE MORTGAGE CORP., FIFTH THIRD MORTGAGE CO., UNKNOWN OWNERS and NONRECORD CLAIMANTS, UNKNOWN OWNERS and NONRECORD CLAIMANTS may have or claim to have an interest in the Property by virtue of mechanics liens recorded with the Kendall County Recorder of Deeds, by deeds from Lakewood Prairie attached in Exhibit E, by mortgages recorded in the office of the Kendall County Recorder of Deeds at or about the time that the instruments attached as Exhibit E were recorded or by tax liens recorded in other

counties, and accordingly are made defendants hereto. Such interest or interests, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

18. There may be additional parties in interest, whose identities are unknown to the Counter Plaintiff and cannot be ascertained, and who may have or claim to have some right, title or interest in and to the Property as lienholders, tenants, encumbrancers, mortgagees, purchasers or undisclosed owners, and such parties are joined hereunder as UNKNOWN OWNERS and UNKNOWN LIENHOLDERS. Such interest or interest, if any there be, is subject, subordinate and inferior to that of the Counter Plaintiff.

19. Due to the voluminous nature of Counter Plaintiff's exhibits, it adopts by reference Exhibits A, B, C, D and E attached to its previous Answer to Amended Complaint and Counter Claim, as permitted by the Court in the Agreed Order entered January 11, 2008.

WHEREFORE, Counter Plaintiff prays as follows:

A. Judgment that it has a good, valid and subsisting mechanics lien on the Property and upon any moneys due or to become due to Ibarra under its contract with Lakewood for the construction of improvements on the Property, on each and every lot set forth herein in the amounts shown on Exhibits A and D, together with interest, attorneys fees and costs.

B. Judgment that Counter Plaintiff's mechanics lien is prior and superior to any lien or interest claimed by any party hereto.

C. That an accounting be taken to affirm the amounts due to the Counter Plaintiff and judgment entered thereon.

D. That in the case of nonpayment of the amount found to be due to the Counter Plaintiff, the Property be sold to satisfy said amount, together with interest, fees and costs of sale.

E. That in the case of such sale and failure to redeem therefrom pursuant to law, Counter Defendants and all persons claiming through or under them be forever barred and foreclosed of all right or equity of redemption in the Property.

F. That in the case such sale does not produce enough to satisfy the amounts found to be due to the Counter Plaintiff, that Counter Plaintiff be awarded a money judgment against the Counter Defendants personally liable.

G. For such other and further relief as this Court deems proper.

GRUNDY COUNTY REDI-MIX, INC.,
Counter Plaintiff,


By_____
One of Its Attorneys


John S. Mrowiec (ARDC No. 6185895)
Michael W. Kelly (ARDC No. 6280344)
Conway & Mrowiec
20 South Clark
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
jsm@cmcontractors.com
mwk@cmcontractors.com
*Attorneys for Grundy Redi-Mix, Inc.*