## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | Case No. 1:08-cv-1200 |
| | ) | |
| Plaintiff, | ) | (Formerly Case No. 07 CH 389 |
| | ) | Kendall County Circuit Court) |
| vs. | ) | |
| | ) | Hon. Suzanne B. Conlon |
| IBARRA CONCRETE COMPANY, et al., | ) | |
| | ) | Magistrate Judge: Jeffrey Cole |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, July 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Grundy County Redi-Mix, Inc. shall appear before the Honorable Suzanne B. Conlon, in the courtroom usually occupied by that Judge, at 219 South Dearborn Street, Chicago, Illinois, to present the accompanying Grundy County Redi-Mix, Inc.'s Motion for Leave to File First Amended Counter-Complaint for Foreclosure of Mechanics Liens Instanter.

Dated:  July 21, 2008

Defendant-Counterplaintiff,
GRUNDY COUNTY REDI-MIX, INC.


By: __/s/ Michael W. Kelly_____
One of Its Attorneys

John S. Mrowiec (ARDC No. 6185895 )
Michael W. Kelly (ARDC No. 6280344)
Conway & Mrowiec
20 South Clark
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
jsm@cmcontractors.com
mwk@cmcontractors.com
*Attorneys for Grundy County Redi-Mix, Inc.*

## CERTIFICATE OF SERVICE

I, Michael W. Kelly, an attorney, state that I caused the foregoing Grundy County Redi-Mix, Inc.'s Notice of Filing, Notice of Motion and Motion for Leave to File First Amended Counter-Complaint for Foreclosure of Mechanics Liens Instanter, which have been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF and to be served on the remaining parties below via U.S. mail, properly addressed and postage prepaid on July 21, 2008.

Howard M. Turner
Paul W. Carroll
Gould & Ratner, LLP
222 N. LaSalle Street
Chicago, IL 60601
hturner@gouldratner.com
*Attorneys for Lakewood Prairie, LLC*

Patrick J. Fitzgerald
Raagnee Beri
United States Attorney
United States Department of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044
raagnee.beri@usdoj.gov
usailn.ecfausa@doj.gov
*Attorneys for United States of America*

Debra A. Thomas
Patrick J. Mazza
Patrick Mazza & Associates
290 S. Main Place #101
Carol Stream, IL 60188-2476
schodera@mcminc.net
*Attorneys for Vulcan Construction Materials*

Howard B. Samuels
c/o Rally Capital LLC
350 N. LaSalle Street, Suite 1100
Chicago, IL 60601

John V. Hanson
Hanson and Hanson
1802 North Division St., Suite 304
Morris, IL 60450-0825
jhanson@hansonlawoffice.com
*Attorneys for Grundy County Redi-Mix, Inc.*

R&J Construction Supplies
30 W. 180 Butterfield Road
Warrenville, IL 60555

Donald Naylor Wilson
Murray, Jensen & Wilson
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
dwilson@mjwchicago.com
*Attorneys for Midwest Bank & Trust*

Illinois Brick Company
7601 W. 79th Street
Bridgeview, IL 60455

Steel Masonry, Inc.
c/o Robert J. Hennessy
11800 S. 75th Ave, 101
Palos Heights, IL 60463

Ibarra Concrete Company
c/o Alberto Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110

Laura Davis Jones
David M. Bertenthal
James E. O'Neill
Curtis A. Hehn
Timothy P. Cairns
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel for Mortgage Lenders Network USA, Inc.*

E. Bryan Dunigan
The Law Offices of E. Bryan Dunigan
221 North LaSalle Street
Suite 1454
Chicago, IL 60601
(312) 857-2114
*Counsel for Certain Defendant-Owners*

McCann Industries, Inc.
543 S. Rohlwing Road
Addison, IL 60101

Denice A. Gierach
The Gierach Law Firm
1776 Legacy Circle
Suite 104
Naperville, IL 60563
*Counsel for Patrick and Daryl McGrath*

Patrick N. Rykhus
Heavner, Scott, Beyers & Mihlar, LLC
111 East Main Street
Suite 200
Decatur, IL 62523
(217) 422-1719
F.  (217) 422-1754
*Counsel for MERS*

_____ /s/Michael W. Kelly_