# EXHIBIT A
# TO THE COUNTER COMPLAINT
# OF GRUNDY COUNTY REDI-MIX

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 11 | 1 | LP, LLC | | $36,602,400 | 8/11/2005 | | 09-01-354-002 | LaSalle Bank |
| | | | $9,847.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 15 | 1 | Randy Jacobson, Tina Jacobson Tenants by Entirety 916 Angelica Circle Joliet, IL 60431 | | $217,000.00 | 1/29/2007 | | 09-01-354-006 | MERS-LHI Mtge Inc. |
| | | | $3,519.00 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | | $5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 84,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 17 | 1 | Pamela McReynolds and Willie McReynolds, JT 912 Angelica Circle Joliet, IL 60431 | | $48,225.00 | 12/4/2006 | | 09-01-354-008 | Bank of America |
| | | | | $257,200.00 | 12/4/2006 | | | Bank of America |
| | | | 5,009.06 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 18 | 1 | Jaclyn Mroz 910 Angelica Circle Joliet, IL 60431 | | 184,900.00 | 11/16/2007 | | 09-01-354-009 | MERS-LHI Mtge Inc. |
| | | | | -34,600.00 | 11/16/2007 | | | MERS-LHI Mtge Inc. |
| | | | 7,562.88 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 21 | 1A | Ishmael C. Hernandez and Cenorina Reyes, JT 904 Angelica Circle Joliet, IL 60431 | | 35,382 | 12/4/2006 | | 09-01-354-010 | MERS-Countrywide Home Loan |
| | | | | 283,060.00 | 12/4/2006 | | | MERS-Countrywide Home Loan |
| | | | 8,089.61 | | | 8/28/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge. Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 22 | 1A | Thomas L. Johannessen, Jr. and Christina T. Johannessen 902 Angelica Circle Joliet, IL 60431 | | 315,949.00 | 1/25/2007 | | 09-01-354-010 | MERS-LHI Mtge, Inc. |
| | | | 5,278.50 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 24 | 1A | Stewart G. Honeck IV and Amara Honeck, JT 872 Angelica Circle Joliet, IL 60431 | | 293,410.00 | 1/25/2007 | | 09-01-355-001 | MERS-Equifirst Corp |
| | | | 4,252.13 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | | 5996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 25 | 1A | Michael B. McKirdie and Kelly A. McKirdie, JT 870 Angelica Circle Joliet, IL 60431 | | 239,100.00 | 12/4/2006 | 12/4/2006 | 09-01-355-001 | MERS-LHI, Inc. |
| | | | 5,879.61 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 29 | 1A | Tiffany Perez and Leonardo Perez, JT 907 Angelica Circle Joliet, IL 60431 | | 288,900.00 | 12/4/2006 | | | | MERS-LHI Mtge, Inc. |
| | | | | 72,000.00 | 12/4/2006 | | | MERS-LHI Mtge, Inc. |
| | | | 6,437.42 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 30 | 1 | Rigoberto Gomez and Rosa Gomez, JT 909 Angelica Circle Joliet, IL 60431 | | 249,500.00 | 11/2/2006 | | 09-01-353-010 | MERS -LHI Mtge, Inc. |
| | | | 3,225.75 | | | 8/30/2006 | | |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 31 | 1 | Lupe Grango and Alex Grango, JT 911 Angelica Circle Joliet, IL 60431 | | 298,100.00 | 11/2/2006 | | 09-01-353-011 | MERS-LHI Mtge, Inc. |
| | | | | 55,900.00 | 11/2/2006 | | | MERS-LHI Mtge, Inc. |
| | | | 5,267.88 | | | | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 32 | 1 | Mark A. Kosinski and Joanne Kosinski, JT | | 283,400.00 | 11/2/2006 | | 09-01-353-012 | MERS-LHI Mtge, Inc. |
| | | | 5,176.50 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 913 Angelica Circle | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 33 | 1 | Rosa I. Becerra | | 243,900.00 | 11/16/2006 | | 09-01-353-013 | MERS-LHI Mtge, Inc. |
| | | 915 Angelica Circle | 3,922.22 | | | 8/29/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 34 | 1 | Miguel A. Gecerra and Dora A. Becerra, JT | | 278,600.00 | 11/9/2006 | | 09-01-353-014 | MERS-LHI Mtge, Inc. |
| | | | 7,460.35 | 69,600.00 | 11/9/2006 | | | MERS-LHI Mtge, Inc. |
| | | 917 Angelica Circle | | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 35 | 1 | Juan Gonzalez | | 262,000.00 | 2/8/2007 | | 09-01-353-015 | MERS-LHI Mtge, Inc. |
| | | 1001 Angelica Circle | 5,569.95 | | | 8/30/2007 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 1,635.00 | | | 5/17/2007 | | Weathershield LLC |
| 41 | 1 | Santiago A. Rodriguez | | 305,000.00 | 9/7/2006 | | 09-01-353-001 | MERS-LHI Mtge, Inc. |
| | | 1002 Salvia Lane | 471.75 | 76,200.00 | 9/7/2006 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 9,553.74 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 43 | 1 | Joseph Uribe and Nancy Uribe, JT | | 262,600.00 | 8/14/2006 | | 09-01-353-003 | LHI Mtge, Inc. |
| | | 916 Salvia Lane | | 65,600.00 | 8/14/2006 | | | LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 340 | | | 8/30/2006 | | Grundy Redi-Mix |
| 45 | 1 | Oscar Carrillo, Maricela Montes de Oca-Tapia and Gabriella Avilla, JT | | 217,800.00 | 3/19/2007 | | 09-01-353-005 | LHI Mtge, Inc. |
| | | | 3,958.88 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 912 Salvia Lane, Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 46 | 1 | Victor M. Martinez and Adrianna Martinez, JT | | 327,600.00 | 1/24/2007 | | 09-01-353-006 | MERS-LHI Mtge, Inc. |
| | | 910 Salvia Lane | 4,539.27 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 47 | 1 | Ricardo Zamora and Ana Zamora, JT | | 228,500.00 | 12/14/2006 | | 09-01-353-007 | MERS-LHI Mtge, Inc. |
| | | 908 Salvia Lane | 6,096.76 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 6,096.76 | | | 9/1/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 48 | 1 | Matthew J. Liska and Nicole L. Liska, JT | | 234,100.00 | 1/29/2007 | | 09-01-353-008 | MERS-LHI Mtge, Inc. |
| | | 906 Salvia Lane | | 58,500.00 | 1/29/2007 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 4,154.38 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 50 | 1 | Guillermo Jaime, Jr. | | 320,300.00 | 11/2/2006 | | 09-01-352-014 | MERS-LHI Mtge, Inc. |
| | | 905 Salvia Lane | 629 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 52 | 1 | Barbara A. Mitchell | | 213,700.00 | 12/14/2006 | | 09-01-352-016 | MERS-LHI Mtge, Inc. |
| | | 909 Salvia Lane | | 26,700.00 | 12/14/2006 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 2,179.67 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 53 | 1 | Alton Brett Norris and April D Norris, JT | | 2/2/2628 | 6/13/2007 | | 09-01-352-017 | MERS-First Am Mtge Trust |
| | | 911 Salvia Lane | 3,079.13 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 54 | 1 | Steven Van Dyke and Angela K Van Dyke, TE | | 160,000.00 | 12/19/2006 | | 09-01-352-018 | MERS-LHI Mtge, Inc. |
| | | | 6,035.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 913 Salvia Lane | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 60 | 1 | Fabian Bermudez and Jennifer | | 313,600.00 | 1/30/2007 | | 09-01-352-002 | LaSalle Bank |
| | | N. Rigual, TE | 2,052.75 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 1006 Plaintain Drive | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| | | Joliet, IL 60431 | | | | | | |
| 61 | 1 | Partick J. McGrath and Daryl L. McGrath, JT | 1,615.00 | | | 8/30/2006 | 09-01-352-003 | Grundy Redi-Mix |
| | | 1004 Plaintain Drive, Joliet, IL 60431 | | | | | | |
| 62 | 1 | Edward Pietrzyk and Joleen Peitrzyk, JT | | 197,100.00 | | 9/7/2006 | 09-01-353-004 | MERS-LHI Mtge, Inc. |
| | | | | 36,900.00 | | 9/7/2006 | | MERS-LHI Mtge, Inc. |
| | | 1002 Plaintain Drive | 471.75 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | | | | | | |
| 65 | 1 | Gloria I. Zamora and Jose L. Zamora, JT | | 219,400.00 | 1/29/2007 | | 009-01-352-007 | MERS-LHI Mtge, Inc. |
| | | | 2,603.46 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 912 Plaintain Drive | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | Joliet, IL 60431 | | | | | | |
| 66 | 1 | Lyanna Tyler | | 263,120.00 | 10/12/2006 | | 09-01-352-008 | Homecomings Financial Network, Inc. |
| | | 910 Plaintain Drive | | 65,780.00 | 10/12/2006 | | | same |
| | | Joliet, IL 60431 | 209 | | | | | Grundy Redi-Mix |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 67 | 1 | Nathan Caliendo II and Meagan Caliendo, HW | | 255,200.00 | 5/14/2007 | | 09-01-352-009 | MERS-LHI Mtge, Inc. |
| | | | 6,353.75 | | | 8/30/2007 | | Grundy Redi-Mix |
| | | 908 Plaintain Drive | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 68 | 1 | John R. Koszola and Angela J. Koszola, HW | | 104,000.00 | 10/12/2005 | | 09-01-352-010 | Oak Brook Bank assigned to JP Morgan Chase Bank |
| | | 906 Plaintain Drive | 1,559.39 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 69 | 1 | David E. Rinehart and Eden M. Rinehart, JT | | 255,800.00 | 4/13/2007 | | 09-01-352-011 | MERS-LHI Mtge, Inc. |
| | | 904 Plaintain Drive | 511.07 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 70 | 1 | Jon Souvannasot and Michael J. Thompson, JT | | 276,300.00 | 1/29/2007 | | 09-01-352-012 | MERS-LHI Mtge, Inc. |
| | | 902 Plaintain Drive | 3,812.25 | | | | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 71 | 1A | Lakewood Prairie, LLC | | 36,602,400.00 | 8/11/2005 | | 09-01-352-023 | LaSalle Bank |
| | | | 2,639.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 72 | 1A | Jeffrey Smith and Faith Smith, TE | | 247,300.00 | 2/8/2007 | | 09-01-352-024 | MERS-LHI Mtge, Inc. |
| | | 863 Angelica Circle | | 30,900 | 2/8/2007 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 4,233.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 74 | 1A | Christopher Humberg | | 313,800.00 | 11/2/2006 | | 09-01-351-025 | MERS-LHI Mtge, Inc. |
| | | 866 Angelica Circle | | 78,400.00 | 11/2/2006 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 9,567.39 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 75 | 1A | Alice C. Ball-Bonner | | 290,600.00 | 6/13/2007 | | 09-01-351-024 | MERS-LHI Mtge, Inc. |
| | | 864 Angelica Circle | 4,443.38 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 76 | 1A | Douglas E. Knack and Kelly S. | | 262,245.00 | 3/2/2007 | | 09-01-351-023 | MERS-LHI Mtge, Inc. |
| | | Knack, JT | 5,195.63 | | 8/30/2006 | | | Grundy Redi-Mix |
| | | 862 Angelica Circle | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | Joliet, IL 60431 | | | | | | |
| 77 | 1A | Gary C. Francis and Karen O. | | 289,300.00 | 12/14/2006 | | 09-01-351-022 | MERS-LHI Mtge, Inc. |
| | | Francis, TE | | 72,300.00 | 12/14/2006 | | | MERS-LHI Mtge, Inc. |
| | | 860 Angelica Circle | | | | | | Grundy Redi-Mix, Inc. |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 79 | 1A | Beverly Howard | | 188,900.00 | 2/13/2007 | | 09-01-351-020 | MERS-LHI Mtge, Inc. |
| | | 856 Angelica Circle | | 47,200.00 | 2/13/2007 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 4,398.75 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 80 | 1A | Tara Culotta and Dean Culotta, TE | | 305,900.00 | | | 2/9/2007 09-01-351-019 | MERS-LHI Mtge, Inc. |
| | | 854 Angelica Circle | | 76,400.00 | | 2/9/2007 | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | | | | | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 81 | 1A | Wayne R. Mount and Nora S. | | 318,900.00 | 11/7/2006 | | 09-01-351-018 | MERS-LHI Mtge, Inc. |
| | | Mount, JT | 7,273.62 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 852 Angelica Circle | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | Joliet, IL 60431 | | | | | | |
| 82 | 1A | Lakewood Prairie, LLC | | 36,602,400.00 | 8/11/2005 | | 09-01-351017 | LaSalle Bank |
| | | | 4,301.00 | | 8/30/2006 | | | Grundy Redi-Mix |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 83 | 1A | Gerardo Borjon and Jeanette Borjon, JT | | 201,900.00 | 12/18/2006 | | 09-01-351-016 | MERS-LHI Mtge, Inc. |
| | | 855 Angelica Circle | | 25,200.00 | 12/18/2006 | | | MERS-LHI Mtge, Inc. |
| | | Joliet, IL 60431 | 6,045.63 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 85 | 1A | Lakewood Prairie LLC | | 36,602,400.00 | 8/11/2005 | | 09-01-351-014 | LaSalle Bank |
| | | | 4,441.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 86 | 1 | Omayra Hwieh | | 215,200.00 | 10/12/2006 | | 09-01-351-012 | MERS-Am Home Mtge\ |
| | | 903 Plaintain Drive | | 53,800.00 | 10/1206 | | | MERS-Am Home Mtge\ |
| | | Joliet, IL 60431 | 3,812.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 4,475.25 | | | 8/30/1975 | | Grundy Redi-Mix |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 87 | 1 | Gina L. Bates and James H. Bates, JT | | 248,000.00 | 12/14/2006 | | | First Federal Savings Bank |
| | | 905 Plaintain Drive | 629 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 88 | 1 | Sherria Covington | | 285,100.00 | 12/14/2006 | | | MERS-LHI Mtge, Inc. |
| | | 907 Plaintain Drive | 8,990.36 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 89 | 1 | Vernon J. Jackson and Sakeena K. Jackson, JT | | 217,200.00 | 11/17/2006 | | 09-01-351-009 | LHI Mtge, Inc. |
| | | 909 Plaintain Drive | 4,806.15 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 90 | 1 | Newell A. Broadway | | 249,200.00 | 11/20/2006 | | 09-01-351-008 | MERS-LHI Mtge, Inc. |
| | | 911 Plaintain Drive | 7,164.44 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 91 | 1 | Dion M. Simpson and Betty J. | | 275,500.00 | 11/21/2006 | | 09-01-351-007 | MERS-LHI Mtge, Inc. |
| | | Simpson, JT | 4,233.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 913 Plaintain Drive | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr. |
| 94 | 1 | Dawn M. Kolaski and Matthew | | 198,200.00 | 1/25/2007 | | 09-01-351-004 | MERS-LHI Mtge, Inc. |
| | | J. Schreiner, JT | 4,154.38 | | | 8/30/06 | | Grundy Redi-Mix |
| | | 919 Plaintain Drive | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 95 | 1 | Janice Boyd Livingston and | | 268,804.00 | 9/13/2006 | | | MERS-BNC Mtge Inc. |
| | | Timiko L. Livingson, JT | | 67,201.00 | 9/13/2001 | | | MERS-BNC Mtge Inc. |
| | | 1001 Plaintain Drive | 5,526.42 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 96 | 1 | Jose Garcia | | 182,500.00 | 9/18/2006 | | 09-01-351-002 | MERS-LHI Mtge, Inc. |
| | | 1003 Plaintain Drive | 943.5 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 97 | 1 | Lucius Armstrong and Kimberly | | 312,798.00 | 1/30/2007 | | 09-01-351-001 | MERS-LHI Mtge, Inc |
| | | Armstrong, TE | 2,788.57 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | 1005 Plaintain Drive | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| | | | 1,635.00 | | | 5/17/2007 | | Weathershield LLC |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge. Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 98 | 1 | Jose M. Martinez and Concepcion | | 171,300.00 | 1/29/2007 | | 09-01-301-021 | MERS-LHI Mtge, Inc |
| | | Martinez, TE | 2,555.67 | | | 8/30/2006 | | |
| | | 1007 Plaintain Drive | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | Joliet, IL 60431 | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 128 | 1 | Scott Breckinridge | | 216,300.00 | 9/18/2006 | | 09-01-302-011 | MERS-LHI Mtge, Inc. |
| | | 1018 Woodiris | 943.50 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 140 | 1 | Mark Symon and Teresa Simon, JT | | 199,200.00 | 11/16/2006 | | 09-01-302-023 | MERS-Homecomings Financial |
| | | 1003 Jewel Flower Lane | | 24,799.00 | 11/16/2006 | | | MERS-Homecomings Financial |
| | | Joliet, IL 60431 | 943.50 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 142 | 1 | Lakewood Prairie, LLC | | 36,602,400.00 | 8/11/2005 | | 09-01-302-025 | LaSalle Bank |
| | | | 2,516.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 152 | 1 | Lynette J. Rinella and Robert Rinella, TE | | 275,300.00 | 11/7/2006 | | 09-01-304-005 | MERS-LHI Mtge, Inc. |
| | | | | 68,800.00 | 11/7/2006 | | | MERS-LHI Mtge, Inc. |
| | | 1108 Jewel Flower Court | 3,201.84 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 156 | 1 | David A. Brink and Billy Jo Noll-Brink, TE | | 193,200.00 | 9/18/2006 | | 09-01-304-009 | MERS-LHI Mtge, Inc. |
| | | | | 36,200.00 | 9/18/2006 | | | MERS-LHI Mtge, Inc. |
| | | 1100 Jewel Flower Lane | 1,258.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| 157 | 1 | Donna Kaul | | 263,704.00 | 9/18/2006 | | 09-01-304-010 | MERS-Countrywide Home Loan |
| | | 1018 Jewel Flower Lane | | 65,926.00 | 9/18/2006 | | | MERS-Countrywide Home Loan |
| | | Joliet, IL 60431 | 235.88 | | | 8/30/2006 | | Grundy Redi-Mix |
| 162 | 1 | Esperanza Beccera | | 250,100.00 | 2/13/2007 | | 09-01-304-015 | MERS-First Horizon HL Corp |
| | | 1011 Barberry Way | | 62,500.00 | 2/13/2007 | | | MERS-First Horizon HL Corp |
| | | Joliet, IL 60431 | 2,496.23 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 163 | 1 | Jesse Zbroskewich and Linda Zbroskewich, JT | | 192,903.25 | 1/29/2007 | | 09-01-304-016 | Option One Mtge Corp |
| | | 1013 Barberry Way | 4,591.60 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 179-1 | 2 | Lisa M. Ramocki and Stephen J. Whitt, JT | | 217,610.00 | 8/14/2006 | | 09-01-381-017 | MERS-Novastar Mtge, Inc. |
| | | 7614 Stonecrop Lane, Joliet, IL 60431 | 1,369.56 | | | 8/30/2006 | | Grundy Redi-Mix |
| 179-2 | 2 | Marilyn Bokuniewicz and Joseph Bokuniewicz, TE | | 185,700.00 | 7/31/2006 | | 09-01-381-007 | LHI Mtge assigned to IHDA |
| | | 7612 Stonecrop Lane | 1,369.56 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | Joliet, IL 60431 | | | | | | |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 185 | 2 | Eric Huerta, Jesus Alfonso and | | 212,764.00 | 12/7/2006 | | 09-01-381-013 | MERS-LHI Mtge, Inc |
| | | Edina Alfonso, JT (Parcel 2) | | 207,500.00 | 4/30/2007 | | | MERS-LHI Mtge, Inc |
| | | Peter J. Sustaita (Parcel 1) | 7,019.95 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 185-1 | 1114 Fawn Lilly, Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | 185-2 | 1112 Fawn Lilly, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 186 | 2 | Jose DeJesus Loera (Parcel 2) | | 206,266.00 | 4/30/2007 | | 09-01-381-014 | MERS-LHI Mtge, Inc |
| | | Brian Radejewski and Sara | | 225,200 | 11/16/2006 | | | MERS-LHI Mtge, Inc |
| | | Otto, TE (Parcel 1) | 7,208.00 | | | 83006 | | Grundy Redi-Mix |
| | 186-1 | 1118 Fawn Lilly, Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | 186-2 | 1116 Fawn Lilly, Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 187 | 2 | Mike Casillas and Christine F. | | 226,855.00 | 12/14/2006 | | 09-01-379-004 | MERS-First Mtge Corp |
| | | Casillas, JT (Parcel 1) | | 158,700.00 | 4/13/2007 | | | MERS-LHI Mtge Inc, |
| | | Elizabeth Luevano (Parcel 2) | 5,319.94 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 187-1 | 1122 Fawn Lilly, Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | 187-2 | 1120 Fawn Lilly, Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 190 | 2 | Adela Reyes (Parcel 2) | | 166,300.00 | 1/25/2007 | | 09-01-379-001 | MERS-LHI Mtge, Inc. |
| | | Alejandro Ocegueda and Maria | | 41,500.00 | 1/25/2007 | | | MERS-LHI Mtge, Inc. |
| | | L. Ocegueda, JT (Parcel 1) | | 213,700.00 | 2/8/2007 | | | LHI Mtge assigned to IHDA. |
| | 190-1 | 1134 Fawn Lilly, Joliet, IL 60431 | 616.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 190-2 | 1132 Fawn Lilly, Joliet, IL 60431 | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 213 | 2 | Ruben K. Campbell and Savana N. Latimore, JT (Parcel 1) | | 180,900.00 | 10/25/2006 | | 09-01-378-007 | MERS-LHI Mtge, Inc. |
| | | | | 33,900.00 | 10/25/2006 | | | MERS-LHI Mtge, Inc. |
| | | Herminia V. Cauliflower (Parcel 2) | | 200,600.00 | 10/27/2006 | | | MERS-LHI Mtge, Inc. |
| 213-1 | | 11123 Fawn Lilly, Joliet, IL 60431 | 9,889.75 | | | 8/30/2006 | | Grundy Redi-Mix |
| 213-2 | | 11125 Fawn Lilly, Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 214 | 2 | Gutemberg Montesinos (Parcel1) | | 140,200.00 | | 3/2/2007 | 09-01-378-006 | MERS-LHI Mtge, Inc |
| | | Oscar Luciano, III (Parcel 2) | | 35,000.00 | | 3/2/2007 | | MERS-LHI Mtge, Inc |
| | | | | 190,000.00 | | 12/4/2006 | | MERS-LHI Mtge, Inc (under foreclosure - 07-CH-348 Kendal County) |
| 214-1 | | 11119 Fawn Lilly, Joliet, IL 60431 | 1,466.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| 214-2 | | 11121 Fawn Lilly, Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr. |
| 215 | 2 | Elsa Laturell 11115 Fawn Lilly Joliet, IL 60431 | | 165,000.00 | 1/29/2007 | | 09-01-378-005 | MERS-LHI Mtge, Inc. |
| | | | 7,754.07 | | | 8/30/2007 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 216 | 2 | Natividad Esparza and Antonia Martinez | 5,852.26 | | | 8/30/2006 | 09-01-378-004 | Grundy Redi-Mix |
| | | 11111 Fawn Lilly, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 217 | 2 | Roderick Thompson (Parcel 2) Beverly W. Dowling (Parcel 1) | | 193,100.00 | 2/8/2007 | | 09-01-378-003 | LHI Mtge Inc. assigned to IHDA |
| 217-1 | | 11114 Violet Lane, Joliet, IL 60431 | 10,048.81 | | | 8/30/2006 | | Grundy Redi-Mix |
| 217-2 | | 11112 Violet Lane, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| 218 | 2 | Ana Navarro (Parcel 2) | | 171,100.00 | 10/6/2006 | | 09-01-378-002 | MERS-Suntrust Mtge,Inc. |
| | | Ariolfo A. Idrovo and Carmen | | 42,750.00 | 10/6/2006 | | | MERS-Suntrust Mtge,Inc. |
| | | D. Idrovo, JT (Parcel 1) | | 182,600.00 | 9/18/2006 | | | LHI assigned to IHDA |
| | 218-1 | 1118 Violet Lane, Joliet, IL 60431 | 2,820.94 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 218-2 | 1116 Violet Lane, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 219 | 2 | Stephanie A. Jarmon (Parcel 2) | | 218,000.00 | 9/7/2006 | | 09-01-378-001 | MERS- LHI Mtge, Inc. |
| | | Dereen J. Furmanski (Parcel 1) | | 211,100.00 | 9/7/2006 | | | MERS- LHI Mtge, Inc. |
| | 219-1 | 1122 Violet Lane, Joliet, IL 60431 | 235.88 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 219-2 | 1120 Violet Lane, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 221 | 2 | Paula A. Wilson and Richard F. Wilson, JT (Parcel 2) | | 198,500.00 | 10/12/2006 | | 09-01-175-018 | MERS-LHI Mtge, Inc. |
| | | Ricardo Zarate, Jr., (Parcel 1) | | 199,100.00 | 1/25/2007 | | | LHI assigned to IHDA |
| | 221-1 | 1206 Violet Lane, Joliet, IL 60431 | 10,256.32 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 221-2 | 1204 Violet Lane, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 222 | 2 | Enrique Zamora and Maria Luis, JT (Parcel 2) | | 211,900.00 | 10/23/2006 | | 09-01-175-017 | LHI assigned to IHDA |
| | | Fernando Zamora (Parcel1) | | 140,000.00 | 12/4/2006 | | | MERS-LHI Mtge, Inc. |
| | 222-1 | 1210 Violet Lane, Joliet, IL 60431 | 7,867.82 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 222-2 | 1208 Violet Lane, Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 247 | 2 | Jose A. Tenorio and Lorianne M. Tenoria, JT (Parcel 1) | | 195,500.00 | 11/2/2006 | | 09-01-177-009 | MERS-LHI Mtge, Inc. |
| | | Charles Frederierick Field Rev Trust (Parcel 2) | 1,100.75 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr. |
| | 247-1 | 1213 Violet Lane, Joliet, IL 60431 | | | | | | |
| | 247-2 | 1215 Violet Lane, Joliet, IL 60431 | | | | | | |
| 248 | 2 | Michelle Busch (Parcel 1) | | 200,945.00 | 5/14/2007 | | 09-01-177-010 | MERS-Magnus Financial Corp |
| | | Rosa Missak and Brian S. Missak, TE (Parcel 2) | | 161,988.00 | 5/14/2007 | | | Wells Fargo Bank |
| | 248-1 | 1209 Violet Lane, Joliet, IL 60431 | 12,316.50 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 5,996.08 | | | 11/6/2006 | | R&J Construction Supplies |
| | 248-2 | 1211 Violet Lane, Joliet, IL 60431 | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| | | | 1,635.00 | | | 5/14/2007 | | Weathershield LLC |
| 249 | 2 | Christina Trevino and Daniel O. Trevino, (Parcel 1) | | 206,800.00 | 11/7/2006 | | 09-01-177-001 | LHI assigned to IHDA |
| | | David J. Wanek (Parcel 2) | | 174,000.00 | 11/9/2006 | | | MERS-LHI Mtge, Inc. |
| 249-1 | | 1205 Violet, Joliet, IL 60431 | | 32,600.00 | 11/9/2006 | | | MERS-LHI Mtge, Inc. |
| 249-2 | | 1207 Violet, Joliet, IL 60431 | 7,331.25 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 250 | 2 | Edwin C. Beatingo and Nicole L Beatingo, JT (Parcel 1) | | 218,596.00 | 11/7/2006 | | 09-01-177-012 | MERS-LHI Mtge, Inc. |
| | | Dennis Wozniak and Diane L Wozniak, TE (Parcel 2) | | 200,000.00 | 11/16/2006 | | | National City Mortgage |
| | | | 11,456.42 | | | 8/30/2006 | | Grundy Redi-Mix |
| | | | 83,073.51 | | | 11/3/2006 | | Vulcan |
| | | 1121 Violet Lane, Joliet, IL 60431 | 259,941.00 | | | 12/4/2006 | | Howard Samuels, Tr |
| 251 | 2 | Stacy Zeis and Sandra Boyce JT (Parcel 1) | | 205,100.00 | 8/14/2006 | | 09-01-377-009 | LHI assigned to IHDA |
| | | Anthony W. Riley and Cathryn Riley, JT (Parcel 2) | | 220,123.00 | 8/22/2006 | | | LHI assigned to IHDA |
| | | | 524.16 | | | 8/30/2006 | | Grundy Redi-Mix |
| 251-1 | | 1119 Violet Lane, Joliet, IL 60431 | | | | | | |
| 251-2 | | 1121 Violet Lane, Joliet, IL 60431 | | | | | | |
| 254 | 2 | Jonathan Resurrection (Parcel 1) | | 196,200.00 | 10/13/2006 | | 09-01-377-006 | LHI assigned to IHDA |
| | | Michael P. Driscoll and Christina M. Biscaglio, JT (Parcel 2) | | 1,998,200.00 | 10/16/2006 | | | LHI assigned to IHDA |
| | | | 524.16 | | | 8/29/2006 | | Grundy Redi-Mix |
| 254-1 | | 1107 Violet Lane, Joliet, IL 60431 | | | | | | |
| 254-2 | | 1109 Violet Lane, Joliet, IL 60431 | | | | | | |
| 257 | 2 | Arnedo Sapnu, Jr (Parcel 2) | | 164,692.00 | 10/3/2006 | | 09-01-377-003 | Mortgage Lenders Network |
| | | Beth A. Adams and Sandra K Adams, JT (Parcel 1) | | 41,173.00 | 10/3/2006 | | | Mortgage Lenders Network |
| | | | | 186,700.00 | 3/2/2007 | | | MERS-LHI Mtge, Inc. |
| 257-1 | | 1118 Stonecrop Ln., Joliet, IL 60431 | 3,185.53 | | | 8/30/2006 | | Grundy Redi-Mix |
| 257-2 | | 1116 Stonecrop Ln., Joliet, IL 60431 | | | | | | |
| 260 | 2 | Tiburcio Cuevas and Alvaro Cuevas (Parcel 1) | | 180,600.00 | 9/18/2006 | | 09-01-177-013 | MERS-LHI Mtge, Inc. |
| | | | | 173,900.00 | 9/21/2006 | | | MERS-LHI Mtge, Inc. |
| | | Moncia M. Reames and Randy | | 32,600.00 | 9/21/2006 | | | MERS-LHI Mtge, Inc. |

| Lot No. | Unit No. | Owner Name | Lien Amount | Mtge Amount | Mtge Date | Lien Date | PIN | Mortgagor-Lienor Name |
|---|---|---|---|---|---|---|---|---|
| | | W. Reames, JT (Parcel 2) | 2,507.50 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 260-1 | 1200 Stonecrop Lane, Joliet, IL | | | | | | |
| | 260-2 | 1202 Stonecrop Lane, Joliet, IL | | | | | | |
| 261 | 2 | Geradine M. Spore (Parcel 1) | | 170,250.00 | 11/16/2006 | | 09-01-177-014 | MERS Nom. For Funding Corp |
| | | Aracell M. Pardenilla and | | 220,327.00 | 10/13/2006 | | | MERS-LHI Mtge Inc. |
| | | Imogene Vallocesy, JT (Parcel 2) | 5,491.00 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 261-1 | 1204 Stonecrop Ln., Joliet, IL 60431 | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| | 261-2 | 1206 Stonecrop Ln., Joliet, IL 60431 | | | | | | |
| 285 | 2 | Ciro A. Pryor and Marilyn E. Pryor TE (Parcel 1) | | 200,900.00 | 4/30/2007 | | 09-01-376-004 | MERS-LHI Mtge, Inc. |
| | | Michael S. Lanthier and Rebecca J. Lanthier, JT (Parcel 2) | | 219,867.00 | 10/12/2006 | | | LHI Mtge, Inc. |
| | 285-1 | 1109 Stonecrop Ln., Joliet, IL | | | | | | |
| | 285-2 | 1111 Stonecrop Ln., Joliet, IL | | | | | | |
| 286 | 2 | Shannan M. Kielar and John Kielar, JT (Parcel 1) | | 189,572.00 | 9/18/2006 | | 09-01-375-005 | Mers – First Franklin |
| | | | | 159,600.00 | 9/18/2006 | | | MERS-Am Mtge Network Inc. |
| | | Shannon M. Kielar and John Kielar, JT (Parcel 2) | | 29,900.00 | 9/18/2006 | | | MERS-Am Mtge-Network Inc. d/b/a Amnet Mortgage |
| | 286-1 | 7613 Stonecrop Ln., Joliet, IL | 2,406.21 | | | 8/30/2006 | | Grundy Redi-Mix |
| | 286-2 | 7615 Stonecrop Ln., Joliet, IL | 301,749.00 | | | 12/7/2006 | | Howard Samuels, Tr |
| 287 | 2 | Lakewood Prairie LLC | | 36,602,400.00 | 8/11/2005 | | | LaSalle Bank |
| | | | 5,321.00 | | | 8/30/2006 | | Grundy Redi-Mix |