# EXHIBIT B
## TO THE COUNTER COMPLAINT
## OF GRUNDY COUNTY REDI-MIX

## Lakewood Prairie Subdivision

| Lot Number | Unit Number | Pin Number | Address | Owner | Last Day Worked | Confirmation | Lien File Date | Lien Doc. Number |
|---|---|---|---|---|---|---|---|---|
| 11 | 1 | 09-01-354-002 | | Lakewood Homes LLC | 8/2/2006 | X | 8/30/2006 | 200600027380 |
| | | | | | | | | G569325 |
| 16 | 1 | 09-01-354-006 | 916 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/29/2006 | 200600027121 |
| | | | | | | | | G559326 |
| 17 | 1 | 09-01-354-008 | 912 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/13/2006 | X | 8/29/2006 | 200600027123 |
| | | | | | | | | G559327 |
| 18 | 1 | 09-01-354-009 | 910 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/12/2006 | X | 8/29/2006 | 200600027122 |
| | | | | | | | | G569328 |
| 21 | 1A | 09-01-354-022 | 904 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/17/2006 | X | 8/29/2006 | 200600027124 |
| | | | | | | | | G569329 |
| 22 | 1A | 09-01-354-023 | 902 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/4/2006 | X | 8/29/2006 | 200600027125 |
| | | | | | | | | G569330 |
| 24 | 1A | 09-01-355-005 | 872 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/29/2006 | 200600027126 |
| | | | | | | | | G559331 |
| 25 | 1A | 09-01-355-006 | 870 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/17/2006 | X | 8/30/2006 | 200600027325 |
| | | | | | | | | G559332 |
| 29 | 1A | 09-01-353-020 | 907 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/19/2006 | X | 8/30/2006 | 200600027326 |
| | | | | | | | | G559333 |
| 30 | 1 | 09-01-353-010 | 909 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/18/2006 | X | 8/30/2006 | 200600027338 |
| | | | | | | | | G559334 |
| 31 | 1 | 09-01-353-011 | 911 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 200600027328 |
| | | | | | | | | G559335 |
| 32 | 1 | 09-01-353-012 | 913 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 200600027327 |
| | | | | | | | | G559336 |
| 33 | 1 | 09-01-353-013 | 915 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/14/2006 | X | 8/29/2006 | 200600027127 |
| | | | | | | | | G569338 |
| 34 | 1 | 09-01-353-014 | 917 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/30/2006 | X | 8/30/2006 | 200600027345 |
| | | | | | | | | G559339 |
| 35 | 1 | 09-01-353-015 | 1001 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/27/2006 | X | 8/30/2006 | 200600027337 |
| | | | | | | | | G559340 |
| 41 | 1 | 09-01-353-001 | 1002 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/13/2006 | X | 8/30/2006 | 200600027341 |
| | | | | | | | | G559341 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 43 | 1 | 09-01-353-003 | 916 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/24/2006 | X | 8/30/2006 | 200600027375 G559342 |
| 45 | 1 | 09-01-353-005 | 912 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/28/2006 | X | 8/30/2006 | 200600027413 G559343 |
| 46 | 1 | 09-01-353-006 | 910 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/29/2006 | X | 8/30/2006 | 200600027452 G563344 |
| 47 | 1 | 09-01-353-007 | 908 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/10/2006 | X | 9/1/2006 | 200600027859 G559345 |
| 48 | 1 | 09-01-353-008 | 906 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/27/2006 | X | 8/30/2006 | 200600027415 G559346 |
| 50 | 1 | 09-01-352-014 | 905 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 200600027417 G559347 |
| 52 | 1 | 09-01-352-016 | 909 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/19/2006 | X | 8/30/2006 | 200600027412 G559348 |
| 53 | 1 | 09-01-352-017 | 911 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/28/2006 | X | 8/30/2006 | 200600027414 G559349 |
| 54 | 1 | 09-01-352-018 | 913 Salvia Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/30/2006 | 200600027443 G559350 |
| 60 | 1 | 09-01-352-002 | 1006 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/25/2006 | X | 8/30/2006 | 200600027352 G559351 |
| 61 | 1 | 09-01-352-003 | 1004 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/1/2006 | X | 8/30/2006 | 200600027377 G559352 |
| 62 | 1 | 09-01-352-004 | 1002 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/13/2006 | X | 8/30/2006 | 200600027376 G559353 |
| 65 | 1 | 09-01-352-007 | 912 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/26/2006 | X | 8/30/2006 | 200600027346 G559364 |
| 66 | 1 | 09-01-352-008 | 910 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/30/2006 | 200600027347 G559365 |
| 67 | 1 | 09-01-352-009 | 908 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/27/2006 | X | 8/30/2006 | 200600027348 G559356 |
| 68 | 1 | 09-01-352-010 | 906 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/30/2006 | 200600027349 G559357 |
| 69 | 1 | 09-01-352-011 | 904 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/30/2006 | 200600027350 G559358 |
| 70 | 1 | 09-01-352-012 | 902 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/21/2006 | X | 8/30/2006 | 200600027351 G559359 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71 | 1A | 09-01-352-023 | 900 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/2/2006 | X | 8/30/2006 | 200600027353 G559360 |
| 72 | 1A | 09-01-352-024 | 863 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/2/2006 | X | 8/30/2006 | 200600027447 G559362 |
| 74 | 1A | 09-01-351-025 | 866 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/23/2006 | | 8/30/2006 | 200600027446 G559363 |
| 75 | 1A | 09-01-351-024 | 864 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/28/2006 | X | 8/30/2006 | 200600027354 G559364 |
| 76 | 1A | 09-01/351-023 | 862 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 6/27/2006 | X | 8/30/2006 | 200600027355 G559365 |
| 77 | 1A | 09-01-351-022 | 860 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/24/2006 | X | 8/30/2006 | 200600027335 G559366 |
| 79 | 1A | 09-01-351-020 | 856 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/9/2006 | X | 8/30/2006 | 200600027378 G559367 |
| 80 | 1A | 09-01-351-019 | 854 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/13/2006 | X | 8/30/2006 | 200600027356 G559368 |
| 81 | 1A | 09-01-351-018 | 862 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 7/13/2006 | X | 8/30/2006 | 200600027451 G559368 |
| 82 | 1A | 09-01-351-017 | 852 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | | 8/30/2006 | 200600027448 G559369 |
| 83 | 1A | 09-01-351-016 | 855 Angelica Circle Joliet, IL 60431 | Lakewood Homes LLC | 8/11/2006 | X | 8/30/2006 | 200600027460 G559370 |
| 85 | 1A | 09-01-351-014 | 901 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 8/9/2006 | X | 8/30/2006 | 200600027449 G559372 |
| 86 | 1 | 09-01-351-012 | 903 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/13/2006 | X | 8/30/2006 | 200600027445 G559373 |
| 87 | 1 | 09-01-351-011 | 905 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 6/19/2006 | X | 8/30/2006 | 200600027379 G559374 |
| 88 | 1 | 09-01-351-010 | 907 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/28/2006 | | 8/30/2006 | 200600027444 G559375 |
| 89 | 1 | 09-01-351-009 | 909 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/30/2006 | 200600027331 G559376 |
| 90 | 1 | 09-01-351-008 | 911 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 8/2/2006 | | 8/30/2006 | 200600027330 G559377 |
| 91 | 1 | 09-01-351-007 | 913 Plaintain Drive Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/30/2006 | 200600027329 G559379 |

| No. | Count | PIN | Address | Owner | Date | | Date | Doc # | Bates # |
|---|---|---|---|---|---|---|---|---|---|
| 94 | 1 | 09-01-351-004 | 919 Plaintain Drive, Joliet, IL 60431 | Lakewood Homes LLC | 7/27/2006 | X | 8/30/2006 | 20060027539 | G559380 |
| 95 | 1 | 09-01-351-003 | 1001 Jewel Flower Lane, Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/30/2006 | 20060027394 | G559381 |
| 96 | 1 | 09-01-351-002 | 1003 Plaintain Dr., Joliet, IL 60431 | Lakewood Homes LLC | 7/5/2006 | X | 8/30/2006 | 20060027340 | G559382 |
| 97 | 1 | 09-01-351-001 | 1005 Plaintain Drive, Joliet, IL 60431 | Lakewood Homes LLC | 7/31/2006 | X | 8/30/2006 | 20060027395 | G559383 |
| 98 | 1 | 09-01-301-021 | 1007 Plaintain Drive, Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/30/2006 | 20060027393 | G559384 |
| 128 | 1 | 09-01-302-011 | 1018 Woodlifs, Joliet, IL 60431 | Lakewood Homes LLC | 7/5/2006 | X | 8/30/2006 | 20060027361 | G559385 |
| 140 | 1 | 09-01-302-023 | 1003 Jewel Flower, Joliet, IL 60431 | Lakewood Homes LLC | 7/5/2006 | X | 8/30/2006 | 20060027344 | G559386 |
| 142 | 1 | 09-01-302-025 | 7802 Jewel Flower Lane, Joliet, IL 60431 | Lakewood Homes LLC | 7/28/2006 | X | 8/30/2006 | 20060027336 | G559387 |
| 152 | 1 | 09-01-304-005 | 1108 Jewel Flower Court, Joliet, IL 60431 | Lakewood Homes LLC | 7/27/2006 | X | 8/30/2006 | | G559388 |
| 156 | 1 | 09-01-304-009 | 1100 Jewel Flower Lane, Joliet, IL 60431 | Lakewood Homes LLC | 7/19/2006 | X | 8/30/2006 | | G559389 |
| 157 | 1 | 09-01-304-010 | 1018 Jewel Flower, Joliet, IL 60431 | Lakewood Homes LLC | 6/22/2006 | X | 8/30/2006 | 20060027387 | G559390 |
| 162 | 1 | 09-01-304-016 | 1011 Barberry Way, Joliet, IL 60431 | Lakewood Homes LLC | 6/30/2006 | X | 8/30/2006 | 20060027342 | G559391 |
| 163 | 1 | 09-01-304-016 | 1013 Barberry Way, Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 20060027357 | G559392 |
| 179 | 1 | 09-01-381-015 | 7614 Stone Crop Lane, Joliet, IL 60431 | Lakewood Homes LLC | 6/7/2006 | X | 8/30/2006 | 20060027388 | G559393 |
| 179 | 1 | 09-01-381-019 | 7612 Stone Crop Lane, Joliet, IL 60431 | Lakewood Homes LLC | 6/7/2006 | X | 8/30/2006 | 20060027360 | G559394 |
| 185 | 2 | 09-01-381-013 | 1112 + 1114 Fawn Lily, Joliet, IL 60431 | Lakewood Homes LLC | 8/4/2006 | X | 8/30/2006 | 20060027334 | G559394 |
| 186 | 2 | 09-01-381-014 | 1116 + 1118 Fawn Lily, Joliet, IL 60431 | Lakewood Homes LLC | 8/7/2006 | X | 8/30/2006 | 20060027386 | G559395 |
| 187 | 2 | 09-01-3789-004 | 1120 + 1122 Fawn Lily, Joliet, IL 60431 | Lakewood Homes LLC | 8/2/2006 | X | 8/30/2006 | 20060027385 | G559396 |
| | | | | | | | | 20060027384 | G559397 |

| # | Parcel | Address | Owner | Date | | Date | Code |
|---|---|---|---|---|---|---|---|
| 190 | 09-01-379-001 | 1132 + 1134 Fawn Lily Joliet, IL 60431 | Lakewood Homes LLC | 8/4/2006 | X | 8/30/2006 | 200600027383 G559398 |
| 213 | 09-01-378-007 | 1123 + 1126 Fawn Lily Joliet, IL 60431 | Lakewood Homes LLC | 8/4/2006 | X | 8/30/2006 | 200600027382 G559399 |
| 214 | 09-01-378-006 | 1119 + 1121 Fawn Lily Joliet, IL 60431 | Lakewood Homes LLC | 8/1/2006 | X | 8/30/2006 | 200600027381 G559400 |
| 215 | 09-01-387-005 | 1115 Fawn Lily Joliet, IL 60431 | Lakewood Homes LLC | 7/27/2006 | X | 8/30/2006 | 200600027362 G559401 |
| 216 | 09-01-378-004 | 1111 Fawn Lily Joliet, IL 60431 | Lakewood Homes LLC | 7/21/2006 | X | 8/30/2006 | 200600027384 G559402 |
| 217 | 09-01-378-003 | 1112 + 1114 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/6/2006 | X | 8/30/2006 | 200600027365 G559403 |
| 218 | 09-01-378-002 | 1116 + 1118 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/12/2006 | X | 8/30/2006 | 200600027366 G559404 |
| 219 | 09-01-378-001 | 1120 + 1122 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/22/2006 | X | 8/30/2006 | 200600027333 G559405 |
| 221 | 09-01-176-018 | 1204 + 1206 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 200600027387 G559406 |
| 222 | 09-01-176-017 | 1208 + 1210 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/23/2006 | X | 8/30/2006 | 200600027368 G559407 |
| 247 | 09-01-177-009 | 1213 + 1215 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/16/2006 | X | 8/30/2006 | 200600027332 G559408 |
| 248 | 09-01-177-010 | 1209 + 1211 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 8/8/2006 | X | 8/30/2006 | 200600027369 G559409 |
| 249 | 09-01-177-011 | 1205 & 1207 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/13/2006 | X | 8/30/2006 | 200600027363 G559410 |
| 250 | 09-01-177-012 | 1121 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/25/2006 | X | 8/30/2006 | 200600027370 G559411 |
| 251 | 09-01-377-009 | 1119 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/5/2006 | X | 8/29/2006 | 200600027128 G559412 |
| 251 | 09-01-337-016 | 1121 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/5/2006 | X | 8/29/2006 | 200600027129 G559413 |
| 254 | 09-01-377-006 | 1107 + 1109 Violet Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/14/2006 | X | 8/30/2006 | 200600027371 G559414 |
| 257 | 09-01-377-001 | 1116 & 1118 Stonecrop Joliet, IL 60431 | Lakewood Homes LLC | 6/2/2006 | X | 8/30/2006 | 200600027339 G559415 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 260 | 2 | 08-01-177-013 | 1200 + 1202 Stonecrop Lane Joliet, IL 60431 | Lakewood Homes LLC | 5/31/2006 | X | 8/29/2006 | 200600027130 G559416 |
| 261 | 2 | 08-01-177-014 | 1204 & 1206 Stonecrop Joliet, IL 60431 | Lakewood Homes LLC | 7/5/2006 | X | 8/30/2006 | 200600027372 G559417 |
| 285 | 2 | 09-01-376-004 | 1109 + 1111 Stonecrop Lane Joliet, IL 60431 | Lakewood Homes LLC | 7/25/2006 | X | 8/30/2006 | 200600027373 G559418 |
| 286 | 2 | 09-01-375-005 | 7613 + 7615 Stonecrop Lane Joliet, IL 60431 | Lakewood Homes LLC | 6/5/2006 | X | 8/30/2006 | 200600027374 G559419 |
| 287 | 2 | 09-01-375-004 | | Lakewood Homes LLC | 7/12/2006 | X | 8/30/2006 | 200600027343 G559420 |