# EXHIBIT C
# TO THE COUNTER COMPLAINT
# OF GRUNDY COUNTY REDI-MIX

TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot // in Lakewood Prairie Unit #/  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address
Pin # 09-01-354-002

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on 8/2, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of 39,917.23 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-5701
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 15 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-354-006

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 1st , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of 3,579.52 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6076
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/934-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 17 in Lakewood Prairie Unit 9 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin 80-01-354-008

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 13th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $5,069.16, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-000-2099-5708
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/934-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60452

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 18 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin 09-01-354-009

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 12th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $7,562.08, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-000-2099-5725
Return Receipt Requested



*PHONES: 815/942-4344 — 815/334-4453*

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 552 · RT. 47 & 9 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 2/ in Lakewood Prairie Unit /A  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-354-022

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 17ᵗʰ, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,887.61, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25ᵗʰ day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title:  President

US Certified Mail No.: 7004 0550 0000 2099 6029
Return Receipt Requested




*TELEPHONES: 815/942-4344 — 815/334-4453*

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 552 · RT. 47 & 9 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 22 in Lakewood Prairie Unit /A  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-354-023

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 4ᵗʰ, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,374.50, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25ᵗʰ day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title:  President

US Certified Mail No.: 7004 0550 0000 2099 6012
Return Receipt Requested







*PHONE: 815/942-4344 — 815/634-4155*

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 522 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 24 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-353-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 31st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 4,352.13, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6005
Return Receipt Requested







*TELEPHONE: 815/942-4344 — 815/634-4155*

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 522 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 25 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-355-006

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 17th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,877.01, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-5992
Return Receipt Requested



TELEPHONES: 815/842-4344 — 815/634-4458

**Grundy Redi-Mix Company**
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 27 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #07-01-352.020

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 1st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $6,497.48, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By _Michael H. Dieatt_

Title: President

US Certified Mail Nr.: 7004-0550-0000-2099-5985
Return Receipt Requested

---

TELEPHONES: 815/842-4344 — 815/634-4458

**Grundy Redi-Mix Company**
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 39 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #07-01-353-010

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 13th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $7,225.76, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By _Michael H. Dieatt_

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6326
Return Receipt Requested

TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
### READY-MIX CONCRETE
BOX 552 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 31 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-353-011

that said material was furnished and delivered by the undersigned, to the site of said improvements, the last delivery having been made on *Aug. 8th*, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $5,347.08, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August*, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: *7004-0550-0000-2099-5791*
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
### READY-MIX CONCRETE
BOX 552 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 32 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-353-012

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *Aug. 8th*, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $5,176.50, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August*, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: *7004-0550-0000-2099-5767*
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 622 · RT. 47 S. & · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 33 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-357-013

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 14th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,932.32 , for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7009-0550-0000-2099-5770
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/834-4455

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 622 · RT. 47 S. & · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 34 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-357-014

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 30th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $7,460.35 , for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  25th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7009-0550-0000-2099-5763
Return Receipt Requested

TELEPHONES: 815/942-4244 — 815/634-1455

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 862 • RT. 47 & 6 • MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 35 in Lakewood Prairie Unit _ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1003 Baylica Circle, Joliet, IL 60431
Pin #03-01-353-015

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 27th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,587.95, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004 0550 0001 2099 6319
Return Receipt Requested

---

TELEPHONES: 815/942-4244 — 815/634-1455

## Grundy Redi-Mix Company
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 862 • RT. 47 & 6 • MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 41 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1002 Angelica Circle, Joliet, IL 60431
Pin #03-01-253-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 12th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,476.75, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004 0550 0001 2099 6401
Return Receipt Requested

TELEPHONES: 815/942-4244 — 815/634-4466

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 662 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra* Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 43 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 918 Angelica Circle, Joliet, IL 60431
Pin # 07-01-353-003

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 24th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,340 ——, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 24th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael R. Dowd

Title: President

US Certified Mail No.: 7005 1820 0001 6972 3588
Return Receipt Requested

---

TELEPHONES: 815/942-4244 — 815/634-4466

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 662 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra* Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 45 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 07-01-353-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 28th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,958.80, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael R. Dowd

Title: President

US Certified Mail No.: 7004-0550-0000 2099-6043
Return Receipt Requested

TELEPHONES: 815/942-4344 — 815/634-4456

*andy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 46 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-353-006

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 29th, 2005, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,459.27, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provision of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By _(signature)_

Title: President

US Certified Mail No.: 7004 0550 0000 2094 5756
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 47 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-353-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 12th, 2005, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 6,076.76, for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By _(signature)_

Title: President

US Certified Mail No.: 7004 0550 0000 2099 5749
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/834-4455

**Grundy Redi-Mix Company**
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 282 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 98 in Lakewood Prairie Unit  / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-352-008

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 7, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,157.38 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-5732
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/834-4455

**Grundy Redi-Mix Company**
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 282 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 59 in Lakewood Prairie Unit  / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-352-014

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 8th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,629.52 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6081
Return Receipt Requested





TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 57 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-352-016

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *June 15th*, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $2,179.67, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August*, 2006.

Grundy Redi-Mix, Inc.

By:

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6074
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 58 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-352-017

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *June 28th*, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,079.62, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August*, 2006.

Grundy Redi-Mix, Inc.

By:

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6617
Return Receipt Requested

TELEPHONES: 815/834-4344 — 815/834-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & E · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 54 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin N 07-01-352-018

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 25, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 6,235.00 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6050
Return Receipt Requested

---

TELEPHONES: 815/834-4344 — 815/834-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & E · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 60 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin N 07-01-352-002

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 25, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 2,052.75 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6194
Return Receipt Requested





TELEPHONES: 815/942-4244 — 815/634-4455

Grundy Redi-Mix Company
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 252 · RT. 47 & S · MORRIS, IL 60450

## MATERIALMANS 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc, was
employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes,
Contractor, to furnish the following material: concrete, stone, and/or conveying service
for use in the construction of certain improvements being constructed by said Contractor
on the property owned by you and described as follows:

Lot 61 in Lakewood Prairie Unit 7 being a subdivision of part of the Northwest
Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the
Third Principal Meridian, in Kendall County, IL
Address: 1004 Plainview St. Joliet, IL 64931
Pin # 09-01-352-003

that said material was furnished and delivered by the undersigned to the site of said
improvements, the last delivery having been made on June 1st, 2006, that there is
due to the undersigned for the material furnished as aforesaid the sum of
$ 1,615.00 , for which the undersigned claims a lien against the above described
property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions
of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 22nd day of August , 2006.

Grundy Redi-Mix, Inc,

By: _Michael J. Merritt_

Title: President

US Certified Mail No. 7005 1820 0001 6972 3514
Return Receipt Requested

TELEPHONES: 815/942-4244 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 62 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:1002 Prairie Rd. Joliet, IL 6411
Pin # 09-01-352-009

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 15th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $471.75 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

                        Grundy Redi-Mix, Inc.

                        By: _____
                        Title: President

US Certified Mail No.: 7005 1820 0001 0972 3571
Return Receipt Requested



TELEPHONES: 815/942-4244 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 65 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin # 09-01-352-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 26th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $2,643.46 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August , 2006.

                        Grundy Redi-Mix, Inc.

                        By: _____
                        Title: President

US Certified Mail No.: 7004-0550-0000-2059-6078
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-448*

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 66 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-352-008

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *August 15,* 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 309.66 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August,* 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6173
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — *815/634-4483*

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 67 in Lakewood Prairie Unit / being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-352-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *July 27,* 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 6,359.75 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of *August,* 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6166
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4457

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 - MORRIS, IL 60450

### MATERIALMANS 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 68 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-352-010

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 31st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,457.29 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6159
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4465

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 - MORRIS, IL 60450

### MATERIALMANS 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 69 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Pin # 07-01-352-011

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 32nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $511.07 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6142
Return Receipt Requested




TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL. 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 70 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-252-012

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 31st, 2006, that there is due to the undersigned for the material furnished aforesaid the sum of $ 3,812.25, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6135
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL. 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 71 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-252-023

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 22nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 2,199.25, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6111
Return Receipt Requested

TELEPHONES: 815/942-4244 — 915/634-4444

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 852 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 72 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-252-024

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug 2nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,233.00, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael M Devitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5169
Return Receipt Requested



---

TELEPHONES: 815/942-4244 — 916/634-4444

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 852 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 79 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-251-025

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 22nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $5,552.92, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael M Devitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5183
Return Receipt Requested



TELEPHONES: 815/942-4244 — 815/634-4155

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 632 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Bearns' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 75 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-351-024

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 28th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,443.35 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael M. Dewitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5152
Return Receipt Requested







TELEPHONES: 815/942-4244 — 815/634-4155

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
#### READY-MIX CONCRETE
BOX 632 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Bearns' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 76 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-351-023

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 27th 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,175.63 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael M. Dewitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5145
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 653 • RT. 47 & 8 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 77 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-351-022

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 24th 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 8,972.27 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August , 2006.

Grundy Redi-Mix, Inc.

By: _(signature)_

Title: President

US Certified Mail No. 7004 0550 0000 2099 5138
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 653 • RT. 47 & 8 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 79 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 878 Aragon Circle, Joliet, IL 60491
Pin # 09-01-351-020

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 7th , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 4,398.75 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 24th day of August , 2006.

Grundy Redi-Mix, Inc.

By: _(signature)_

Title: President

US Certified Mail No. 7004 0550 0000 2099 5147
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4456

### Grundy Redi-Mix Company
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & S - MORRIS, IL 60450



## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 30 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #07-01-357-019

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 13th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,353.74, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By: _____

                                    Title: President

US Certified Mail No.: 7005 1820 0003 4972 3146
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4456

### Grundy Redi-Mix Company
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & S - MORRIS, IL 60450



## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 8 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-357-018

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 19th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 7,273.62, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By: _____

                                    Title: President

US Certified Mail No.: 7004 0550 0000 2099 6128
Return Receipt Requested

TELEPHONES: 815/942-4344 — 815/634-4483

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & S • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvement being constructed by said Contractor on the property owned by you and described as follows:

Lot #2 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #02-01-351-017

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 8th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,301.02, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael H. Dewitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5708
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4483

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & S • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #3 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #02-01-351-018

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 1st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $6,017.13, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael H. Dewitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5890
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/942-4465

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 4 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 15 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin 801-01-351-014

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug 918 , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 4,441.25 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 30th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael N Devitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5206
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/942-4465

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 4 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 16 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin 801-01-351-012

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 12th 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 4,476.25 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 30th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael N Devitt

Title: President

US Certified Mail No. 7004 0550 0000 2099 5213
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4454

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #7 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 905 Mestas Drive, Joliet IL 60431
Pin # 09-01-351-011

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 19th 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $629.— , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By Michael N Drost
                                    Title: President

US Certified Mail No. 7004 0550 0000 2099 5473
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4454

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #8 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-351-010

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 28th 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $990.76 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By Michael N Drost
                                    Title: President

US Certified Mail No. 7004 0550 0000 2099 5220
Return Receipt Requested



TELEPHONES: (1) 942-1244 — 856/834-4455

### Grundy Redi-Mix Company
*Division of Cool City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450



__MATERIALMAN'S 90-DAY NOTICE__

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 87th Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-351-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 31st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 4,626.15 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 24th day of August, 2006.

                    Grundy Redi-Mix, Inc.
               By: _Michael Davit_
               Title: President

US Certified Mail No. 7004 0550 0000 2099 5237
Return Receipt Requested