TELEPHONES: 815/642-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 • RT. 47 & G • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 90 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-351-008

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 2nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,164.44, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _Michael M Dearth_

Title: President

US Certified Mail No.: 7004 0550 0000 2099 5244
Return Receipt Requested

PHONES: 815/642-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 • RT. 47 & G • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 91 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-351-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 15, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,233.45, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _Michael M Dearth_

Title: President

US Certified Mail No.: 7004 0550 0000 2099 5459
Return Receipt Requested






TELEPHONES: 815/642-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 • RT. 47 & G • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 99 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-351-004

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 27th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,154.38, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _Michael M Dearth_

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6296.
Return Receipt Requested




TELEPHONES: 815/942-4244 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 662 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
  2700 W. Higgins Rd. Suite 100
  Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 95 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1001 Sexual Prairie Ave
Pin # 09-01-251-047

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 1st , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of 3,526.42 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 26th day of August , 2006.

         Grundy Redi-Mix, Inc.

         By: _Michael M David_

         Title: President

US Certified Mail No.: 7004 0550 0000 2099 6289
Return Receipt Requested

---




TELEPHONES: 815/942-4244 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 662 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
  2700 W. Higgins Rd. Suite 100
  Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 95 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-251-042

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 5th , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of 5,942.50 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 21st day of August , 2006.

         Grundy Redi-Mix, Inc.

         By: _Michael M David_

         Title: President

US Certified Mail No.: 7004 0550 0000 2099 6340
Return Receipt Requested

TELEPHONES: 815/342-4344 • 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & E • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarraz Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 97 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-357-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 31st , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 2,788.57 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _Michael M Barrett_

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6272
Return Receipt Requested.

---

TELEPHONES: 815/342-4344 • 815/834-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & E • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarraz Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 98 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-301-021

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on August 1st , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 6,835.67 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _Michael M Barrett_

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6265
Return Receipt Requested.



TELEPHONES: 815/842-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 452 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 12in Lakewood Prairie Unit    being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1018 Cumbria, Joliet, IL 60431
Pin #09-01-302-011

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 15, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 943.50, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____
Title: President

US Certified Mail No.: 7005 1820 0001 6472 3618
Return Receipt Requested





---

TELEPHONES: 815/842-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 452 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #6 in Lakewood Prairie Unit 1    being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-302-023

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 5th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 752.50, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____
Title: President

US Certified Mail No.: 7004 0550 0000 2099 6395
Return Receipt Requested





TELEPHONES: 815/843-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 181 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 7862  Pearl Flower Lane, Joliet IL  60491
Pin #07-01/302-025

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 27th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $2,516.00 , for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

                                    Grundy Redi-Mix, Inc.

                                    By  MacDonald M Dewitt

                                    Title: President

US Certified Mail No.: 7004-0550-0000-2099-6388
Return Receipt Requested





---

TELEPHONES: 815/843-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 85 in Lakewood Prairie Unit  /  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #07-01-204-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 27th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,201.04 , for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

                                    Grundy Redi-Mix, Inc.

                                    By  MacDonald M Dewitt

                                    Title: President

US Certified Mail No.: 7004-0550-0000-2099-6258
Return Receipt Requested




TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Cent City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follow:

Lot 16 in Lakewood Prairie Unit- 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Pin #09-01-304-009
Address: 1100 Peart Flower Lane

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 19th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,250.85, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael H Seitz

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6203
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Cent City Redi-Mix*
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 - MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO: Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 15 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 341
Pin #09-01-304-010

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 23rd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $3,925.84, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael H Seitz

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6377
Return Receipt Requested



TELEPHONES: 815/942-4244 — 815/634-4455

**Grundy Redi-Mix Company**
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 142 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-304-015

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 30th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $2,696.27 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _Michael M. Dens_
Title: President

US Certified Mail No.: 7004-0550-0000-2099-6180
Return Receipt Requested







---

TELEPHONES: 815/942-4244 — 815/634-4455

**Grundy Redi-Mix Company**
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 143 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #07-01-304-015

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug 25th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $4,591.60 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _Michael M. Dens_
Title: President

US Certified Mail No.: 7004-0550-0000-2099-6197
Return Receipt Requested





TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 852 • RT. 47 & 6 • MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 177 In Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 7614 Stone Crop Lane, Joliet, IL 60431
Pin 807-01-384-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 7th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,282.76 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

                                    Grundy Redi-Mix, Inc.

                                    By: _____

                                    Title: President

US Certified Mail No.: 7005-1820-0001-6972-7632
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 852 • RT. 47 & 6 • MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 178 In Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 7612 Stone crop lane, Joliet, IL 60431
Pin 807-01-384-016

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 7th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,269.56 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

                                    Grundy Redi-Mix, Inc.

                                    By: _____

                                    Title: President

US Certified Mail No.: 7005 1820 0001 6972 7625
Return Receipt Requested

TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 552 - RT. 47 & 6 - MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 69 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-381-013

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 7th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 7,019.95 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

                Grundy Redi-Mix, Inc.

                By: Michael H. Davitt

                Title: President

US Certified Mail No.: 7004 0550 0000 2099 6210
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 552 - RT. 47 & 6 - MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 70 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 07-01-381-014

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 7th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 7,208.51 for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

                Grundy Redi-Mix, Inc.

                By: Michael H. Davitt

                Title: President

US Certified Mail No.: 7004 0550 0000 2099 6227
Return Receipt Requested




TELEPHONES: 815/342-4344 — 815/634-4435

## Grundy Redi-Mix Company

*Division of Coal City Redi-Mix*

READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Barras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following material: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #7 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-379-004

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on _Aug. 2nd_, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $8,519.94 for which the undersigned claims a lien as against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _28th_ day of _August_, 2006.

Grundy Redi-Mix, Inc.

By: _Michael W. Dewitt_

Title: President

US Certified Mail No.: _7004-0550-0000-2099-6234_
Return Receipt Requested

---

TELEPHONES: 815/342-4344 — 815/634-4435

## Grundy Redi-Mix Company

*Division of Coal City Redi-Mix*

READY-MIX CONCRETE
BOX 652 · RT. 47 & 6 · MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Barras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following material: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot #9 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1122 K. 1139 Prairie City, Subd, IL 60101
Pin #09-01-379-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on _Aug. 4th_, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $14.25 for which the undersigned claims a lien as against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _28th_ day of _August_, 2006.

Grundy Redi-Mix, Inc.

By: _Michael W. Dewitt_

Title: President

US Certified Mail No.: _7004-0550-0000-2099-6341_
Return Receipt Requested



TELEPHONES: 816/842-4344 — 815/834-4488

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 - RT. 47 & 6 - MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 71 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1127 +1125 Fairs city, Joliet, IL 60491
Pin# 09-01-378-007

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *Aug 419*, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $9,889.95, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6202
Return Receipt Requested



TELEPHONES: 816/842-4344 — 815/834-4488

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 - RT. 47 & 6 - MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 74 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1114 + 1121 Fairs city, Joliet, IL 60491
Pin# 09-01-378-006

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on 5/1/16, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $1,446.25, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No.: 7004 0550 0000 2099 5446
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/834-4485

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 252 · RT. 47 & 6 · MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 25 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address
Pin 807-01-378-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 27 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 7,787.07, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this ____ day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By _____

                                    Title: President

US Certified Mail No. 7004 N550 0000 2099 5480
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/834-4485

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 252 · RT. 47 & 6 · MORRIS, IL. 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 24 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 111 Prairie Lily, Unit of 2, IL 60431
Pin 807-01-378-004

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 21st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 6,852.21, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this ____ day of August, 2006.

                                    Grundy Redi-Mix, Inc.

                                    By _____

                                    Title: President

US Certified Mail No. 7004 0550 0000 2099 5503
Return Receipt Requested




TELEPHONES: 815/942-4244 — 815/634-4456

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 - MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

       You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was
employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes,
Contractor, to furnish the following materials: concrete, stone, and/or conveying service
for use in the construction of certain improvements being constructed by said Contractor
on the property owned by you and described as follows:

Lot #7 in Lakewood Prairie Unit  2  being a subdivision of part of the Northwest
Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the
Third Principal Meridian, in Kendall County, IL,
Address: 112 # 1114 Violet Lane, Joliet, IL 60431
- Pin #07-01-378-003

that said material was furnished and delivered by the undersigned to the site of said
improvements, the last delivery having been made on July 6th, 2006, that there is
due to the undersigned for the material furnished as aforesaid the sum of
$6,048.01, for which the undersigned claims a lein against the above described
property and also as against any monies due to said Contractor.

       This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions
of Chapter 82, Paragraph 24, Illinois Revised Statutes.

       Dated this  28th  day of August, 2006.

                                      Grundy Redi-Mix, Inc.

                                      By: _____
                                      Title: President

US Certified Mail No.7005 0550 0000 2099 5534
Return Receipt Requested



---

TELEPHONES: 815/942-4244 — 815/634-4456

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 - MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

       You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was
employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes,
Contractor, to furnish the following materials: concrete, stone, and/or conveying service
for use in the construction of certain improvements being constructed by said Contractor
on the property owned by you and described as follows:

Lot #8 in Lakewood Prairie Unit  2  being a subdivision of part of the Northwest
Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the
Third Principal Meridian, in Kendall County, IL,
Address: 1116 # 1118 Violet Lane, Joliet, IL 60431
Pin #07-01-378-003

that said material was furnished and delivered by the undersigned to the site of said
improvements, the last delivery having been made on June 12th, 2006, that there is
due to the undersigned for the material furnished as aforesaid the sum of
$3,520.94, for which the undersigned claims a lein against the above described
property and also as against any monies due to said Contractor.

       This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions
of Chapter 82, Paragraph 24, Illinois Revised Statutes.

       Dated this  2nd  day of August, 2006.

                                      Grundy Redi-Mix, Inc.

                                      By: _____
                                      Title: President

US Certified Mail No.7005 0550 0000 2099 5565
Return Receipt Requested

TELEPHONES: 815/942-4344 — 815/634-4455.

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inn., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 27 in Lakewood Prairie Unit ___ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1120-1122   Violet Lane, Joliet, IL   60491
Pin # 09-01-376-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 22 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,235.00, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7005 1820 0001 6972 9565
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455.

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 - RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:   Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inn., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 72 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 1204-1206   Violet Lane, Joliet, IL   60491
Pin # 09-01-175-018

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Aug. 4th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 10,256.82, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7005 0550 0000 2099 5689
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 552 • RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 221 in Lakewood Prairie Unit *2* being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1204+1210 Violet Lane, Joliet IL 60491
Pin# 09-01-175-017

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *June 23rd* 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 7,967.83 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _28th_ day of _August_ 2006.

                Grundy Redi-Mix, Inc.

                By: _Michael N Dennitt_

                Title: President

US Certified Mail No.: 7005 0550 0000 2099 5572
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 552 • RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
      2700 W. Higgins Rd. Suite 100
      Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra's Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 177 in Lakewood Prairie Unit    being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1213+1215 Violet Lane, Joliet, IL 60491
Pin# 09-01-177-009

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on *June 1st* 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 1,100.75 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _28th_ day of _August_ 2006.

                Grundy Redi-Mix, Inc.

                By: _Michael N Dennitt_

                Title: President

US Certified Mail No.: 7005 1820 0001 1602 3595
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4489

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 · RT. 47 & 9 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:     Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 74 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1049 W 1211 Violet Lane, Joliet IL 60431
Pin #09-01-177-010

that said material was furnished and delivered by the undersigned to the site of said improvement, the last delivery having been made on Aug 8th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $12,316.50, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael N. Dee SS

Title: President

US Certified Mail No. 7004 0550 0003 2099 5558
Return Receipt Requested



---

TELEPHONES: 815/942-4344 — 815/634-4489

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 662 · RT. 47 & 9 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:     Lakewood Homes LLC (Owner)
        2700 W. Higgins Rd. Suite 100
        Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 71 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-177-011

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 13th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $7,331.25, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August, 2006.

Grundy Redi-Mix, Inc.

By: Michael N. Dee SS

Title: President

US Certified Mail No. 7004 0550 0003 2099 5541
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 260 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1121 Violet Lane, Joliet, IL 60431
PIN #09-01-177-012

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 25, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 11,456.42 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of August , 2006.

Grundy Redi-Mix, Inc.

By: _____
                            Title: President

US Certified Mail No. 7004 0550 0000 2098 5527
Return Receipt Requested





---

TELEPHONES: 815/942-4344 — 815/634-4455

*Grundy Redi-Mix Company*
*Division of Coal City Redi-Mix*
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

## MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 37 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 119 and 1121 Violet Lane, Joliet, IL 60431
PIN #09-01-377-009

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 5 , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 2,048.27 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  25th  day of August , 2006.

Grundy Redi-Mix, Inc.

By: _____
                            Title: President

US Certified Mail No. EQ 8968 18087 US
Return Receipt Requested





TELEPHONES: 815/942-4244 — 815/634-4455

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 257 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1101 Violet Lane, Joliet, IL 60491
Pin # 09-01-377-016

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on _June 5th_ 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $_524.16_, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _____ day of _____, 2006.

                                        Grundy Redi-Mix, Inc.

                                        By:_____

                                        Title: President

US Certified Mail No.:_____
Return Receipt Requested

---



PHONES: 815/942-4244 — 815/634-4455

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 257 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1119 Violet Lane, Joliet, IL 60491
Pin # 09-01-377-017

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on _June 5th_ 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $_524.16_, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _____ day of _____, 2006.

                                        Grundy Redi-Mix, Inc.

                                        By:_____

                                        Title: President

US Certified Mail No.:_____
Return Receipt Requested

---

US Postal Service
CERTIFIED MAIL RECEIPT

Lakewood Homes LLC
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

700N 0550 0000 2099 5546

US Postal Service
CERTIFIED MAIL RECEIPT

Lakewood Homes LLC
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

700N 0550 0000 2099 5413

---

TELEPHONES: 815/942-4244 — 815/634-4455

*Grundy Redi-Mix Company*
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 257 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin # 09-01-377-006

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on _July 14th_ 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $_2,811.27_, for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this _28th_ day of _August_ 2006.

                                        Grundy Redi-Mix, Inc.

                                        By:_Michael M. Dean_

                                        Title: President

US Certified Mail No.: 700N 0550 0000 2099 5510
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4468

Grundy Redi-Mix Company
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
     2700 W. Higgins Rd. Suite 100
     Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 27 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin 807-01-577-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 2 nd, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 3,185.59 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 28th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael Drantt

Title: President

US Certified Mail No.: 7004-0550-0000-2099-6364
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4468

Grundy Redi-Mix Company
Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 652 • RT. 47 & 6 • MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:  Lakewood Homes LLC (Owner)
     2700 W. Higgins Rd. Suite 100
     Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 240 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1200 and 1201 Stonetrap Lane, Joliet, IL 60431
Pin 807-01-177-013

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on May 31st, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 2,507.50 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 25th day of August , 2006.

Grundy Redi-Mix, Inc.

By: Michael Drantt

Title: President

US Certified Mail No.: EQ 896818073 US
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of East City Redi-Mix*
READY-MIX CONCRETE
BOX 522 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Barras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 36 in Lakewood Prairie Unit 2  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address:
Pin #09-01-177-017

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 5th , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,194.00 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7005 1820 0001 6472 3540
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4456

*Grundy Redi-Mix Company*
*Division of East City Redi-Mix*
READY-MIX CONCRETE
BOX 522 · RT. 47 & 6 · MORRIS, IL 60450

MATERIALMAN'S 90-DAY NOTICE

TO:    Lakewood Homes LLC (Owner)
       2700 W. Higgins Rd. Suite 100
       Hoffman Estates, IL  60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Barras' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 38 in Lakewood Prairie Unit 2  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Address: 1109-111 Stonecrop Lane, Joliet, IL 60491
Pin #09-01-176-001

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on July 25th , 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $ 5,117.55 , for which the undersigned claims a lien against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this  28th  day of  August , 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7005 1820 0001 6472 3557
Return Receipt Requested



TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 822 • RT. 47 E & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:     Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 4 in Lakewood Prairie Unit ____ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address: 76134 76.5 Stonecroft Lane, Joliet, IL 60481
Pin #09-01-375-005

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on June 5th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $2,406.21 for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 2nd day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7005 1820 0001 6072 3101
Return Receipt Requested

---

TELEPHONES: 815/942-4344 — 815/634-4455

## Grundy Redi-Mix Company
### Division of Coal City Redi-Mix
READY-MIX CONCRETE
BOX 822 • RT. 47 E & 6 • MORRIS, IL 60450

### MATERIALMAN'S 90-DAY NOTICE

TO:     Lakewood Homes LLC (Owner)
2700 W. Higgins Rd. Suite 100
Hoffman Estates, IL 60169

You are hereby notified that the undersigned Grundy Redi-Mix, Inc., was employed by Ibarra' Concrete Company, Inc., contracted to Lakewood Homes, Contractor, to furnish the following materials: concrete, stone, and/or conveying service for use in the construction of certain improvements being constructed by said Contractor on the property owned by you and described as follows:

Lot 47 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Address:
Pin #09-01-375-004

that said material was furnished and delivered by the undersigned to the site of said improvements, the last delivery having been made on Jul. 12th, 2006, that there is due to the undersigned for the material furnished as aforesaid the sum of $5,521.5 for which the undersigned claims a lein against the above described property and also as against any monies due to said Contractor.

This is a "Materialman's 90-Day Notice", and is given pursuant to the provisions of Chapter 82, Paragraph 24, Illinois Revised Statutes.

Dated this 2nd day of August, 2006.

Grundy Redi-Mix, Inc.

By: _____

Title: President

US Certified Mail No. 7004-0550-0001-2099-6357
Return Receipt Requested

