# EXHIBIT D
# TO THE COUNTER COMPLAINT
# OF GRUNDY COUNTY REDI-MIX

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

00271280
# for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-20-2006 At 11:40 am.
RECH LIEN          40.00
RHSP Surcharge     10.00

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                          Defendants.

**©COPY**

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act* (770 ILCS 60/1 et seq., as amended), and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot __11__ in Lakewood Prairie Unit __1__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _____
PIN: 09-01-354-202

2. Prior to __July 14th__, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to __July 14th__, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On __July 14th__, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PRGRM4.DOC

---

3. On __August 2nd__, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $__847.25__, which amount remains unpaid.

4. On __August 25th__, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $__847.25__, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                           By _Michael N Dearth_
Secretary                                      President

US Certified Mail No.: _7004-0550-0020-2099-831_
Return Receipt Requested

STATE OF ILLINOIS    }
                     } SS
COUNTY OF GRUNDY     }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this __29__ day of __August__, 2006.

OFFICIAL SEAL
THLEEN M PFEFFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/01/08

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

200600027121
Filed For Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-20-2006 At 12:10 pm.
RECH LIEN          40.00
RHSP Surcharge     10.00

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                          Defendants.

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act* (770 ILCS 60/1 et seq., as amended), and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot __15__ in Lakewood Prairie Unit __1__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 916 Angelica Circle Joliet IL 60031
PIN: 09-01-354-026

2. Prior to __July 27th__, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to __July 27th__, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On __July 27th__, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PRGRM4.DOC

---

3. On __August 1st__, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $__3,579.00__, which amount remains unpaid.

4. On __August 25th__, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $__3,357,200__, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                           By _Michael N Dearth_
Secretary                                      President

US Certified Mail No.: _7004-0550-0020-2099-5923_
Return Receipt Requested

STATE OF ILLINOIS    }
                     } SS
COUNTY OF GRUNDY     }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this __29__ day of __August__, 2006.

OFFICIAL SEAL
THLEEN M PFEFFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/01/08

_____
Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL  60458

0027123
_i for Record in
WILL COUNTY, ILLINOIS
PAUL ANDERSON
08-29-2006 At 10:10 am.
RECB LIEN        60.00
RHSP Surcharge        10.00

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.
Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service.. The legal description of the real estate is:

Lot _17_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: *912 Angelica Circle Joliet IL 60431*
PIN: *09-01-354-008*

2. Prior to _June 19th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 19th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 19th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 17th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of *$5,007.16* which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due to or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of *$5,007.16* , plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _____
        Secretary                                    President

US Certified Mail No.: _7004-0550-0000-2099-584P_
Return Receipt Requested

STATE OF ILLINOIS    )
                                     )SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _29_ day of _August_, 2006.

OFFICIAL SEAL
TYLEEN M PFEFFER
NOTARY PUBLIC- STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/01/09

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL  60458

200600027132
Filed for Record in
KENDALL COUNTY, ILLINOIS
-PAUL ANDERSON
08-29-2006 At 10:10 am.
RECB LIEN       60.00
RHSP Surcharge        10.00

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.
Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _18_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: *910 Angelica Circle Joliet IL 60431*
PIN: *09-01-354-009*

2. Prior to _June 19th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 19th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 19th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 12th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of *$7,562.00* which amount remains unpaid.

4. On _Aug. 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due to or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of *$7,562.00* , plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _____
        Secretary                                    President

US Certified Mail No.: _7004-0550-0000-2099-5916_
Return Receipt Requested

STATE OF ILLINOIS    )
                                     )SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _29_ day of _August_, 2006.

OFFICIAL SEAL
TYLEEN M PFEFFER
NOTARY PUBLIC- STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/01/09

_____
Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
.00027124
and for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-29-2006 AB 10410 am.
RECH LIEN       40.00
RHSP Surcharge  10.00
```

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 21 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 904 Angelica Circle Joliet IL 60431
PIN: 09-01-354-022

2. Prior to June 20th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 20th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 20th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On July 17th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $6,087.61, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $6,087.61, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____     By _____
        Secretary                        President

US Certified Mail No.: 7004 0550 0000 2099 5930
Return Receipt Requested

STATE OF ILLINOIS    )
                     )SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

```
OFFICIAL SEAL
TYLESIN M PFEFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/11/09
```
_____
        Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
200400027128
Filed For Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-29-2006 AB 10115 am.
RECH LIEN       40.00
RHSP Surcharge  10.00
```

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et req., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 22 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 902 Angelica Circle Joliet IL 60431
PIN: 09-01-354-023

2. Prior to August 1st, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to August 1st, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On August 1st, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On August 4th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,298.50, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,298.50, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____     By _____
        Secretary                        President

US Certified Mail No.: 7004 0550 0000 2099 5255
Return Receipt Requested

STATE OF ILLINOIS    )
                     )SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

```
OFFICIAL SEAL
TYLESIN M PFEFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/11/09
```
_____
        Notary Public

2

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Deuth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
       Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

       Defendants.

#### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

  The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

  1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 24 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 872 Angelica Circle
PIN: 09-01-355-005

  2.  Prior to June 23rd, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 23rd, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 27th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

  3.  On or July 31st, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $8,252.13, which amount remains unpaid.

  4.  On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

  WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $8,252.13, plus interest as by statute provided.

ATTEST:         Grundy Redi-Mix, Inc.

_____   By _____
Secretary            President

US Certified Mail No.: 7004 0550 0000 2099 5862
Return Receipt Requested

STATE OF ILLINOIS    )
            ) SS
COUNTY OF GRUNDY   )

  I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deuth, President, and Steven Deuth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 24 day of August, 2006.

[SEAL: OFFICIAL SEAL THERESA PFEIFER NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES]

_____
Notary Public

2

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Deuth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
       Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

       Defendants.

#### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

  The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

  1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 25 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 870 Angelica Circle, Joliet IL 60431
PIN: 09-01-355-006

  2.  Prior to June 23rd, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 23rd, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 27th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

  3.  On July 17th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,877.61, which amount remains unpaid.

  4.  On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

  WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,877.61, plus interest as by statute provided.

ATTEST:         Grundy Redi-Mix, Inc.

_____   By _____
Secretary            President

US Certified Mail No.: 7005 1820 0001 6972 4610
Return Receipt Requested

STATE OF ILLINOIS    )
            ) SS
COUNTY OF GRUNDY   )

  I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deuth, President, and Steven Deuth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

[SEAL: OFFICIAL SEAL DEBRA H. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES]

_____
Notary Public

2

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

J400227226
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:26 am.
MECH LIEN 60.00
RHSP Surcharge 10.00

Prepared by: Therese Dearth
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**🄲COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 29 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 7, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 917 Angelica Circle Joliet, IL 60471
PIN: 09-01-352-030

2.  Prior to June 23rd, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 23rd, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 23rd, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On July 19th, 2006, Claimant completed performance on its subcontract by providing concrete, stone and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $6,493.42, which amount remains unpaid.

4.  On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $6,493.42, plus interest as by statute provided.

ATTEST:                                  Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                      President

US Certified Mail No.: 7005 1820 0001 6972 4677
Return Receipt Requested

STATE OF ILLINOIS     )
                                      )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-04-08

_____
Notary Public

2

---

RE: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

200600227338
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:26 am.
MECH LIEN 60.00
RHSP Surcharge 10.00

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**🄲COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 70 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 7, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as:
PIN: 09-01-352-010

2.  Prior to July 14th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 14th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 14th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On July 18th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $3,225.79, which amount remains unpaid.

4.  On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,225.79, plus interest as by statute provided.

ATTEST:                                  Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                      President

US Certified Mail No.: 7004 0550 0000 2199 6616
Return Receipt Requested

STATE OF ILLINOIS     )
                                      )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-04-08

_____
Notary Public

2

**Mail To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

200237328
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:26 am
RECH DIU
KHSP Surcharge                 10.00

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL.

Grundy Redi-Mix, Inc.                         Claimant.

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ☐COPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 31 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 911 Angelica Circle, Joliet IL 60491
PIN: 09-01-352-011

2. Prior to June 15th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 15th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 15th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRA1.DOC

---

3. On August 8th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,267.88, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,267.88, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____          By _____
Secretary                            President

US Certified Mail No: 7005 1820 0001 6972 4684
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

    "OFFICIAL SEAL"
    DEBRA R. WAGNER               _____
    NOTARY PUBLIC, STATE OF ILLINOIS      Notary Public
    MY COMMISSION EXPIRES 10-24-08

2

---

**Mail To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

200600027327
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:26 am
RECOR LIEN                     40.00
RHSP Surcharge                 10.00

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL.

Grundy Redi-Mix, Inc.                         Claimant.

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ☐COPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 32 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 913 Angelica Circle, Joliet IL 60491
PIN: 09-01-352-012

2. Prior to June 14th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 14th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 14th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRA1.DOC

---

3. On August 8th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,176.50, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,176.50, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____          By _____
Secretary                            President

US Certified Mail No: 7005 1820 0001 6972 4691
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

    "OFFICIAL SEAL"
    DEBRA R. WAGNER               _____
    NOTARY PUBLIC, STATE OF ILLINOIS      Notary Public
    MY COMMISSION EXPIRES 10-24-08

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by:  Therese Daerth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 33 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 915 Angelica Circle, Joliet Il 60431
PIN: 09-01-252-013

2. Prior to June 13th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 13th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On June 13th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On June 14th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $3,922.22, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,922.22, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.
_____                        By _____
  Secretary                              President

US Certified Mail No.: 7004 0550 0000 2099 5779
Return Receipt Requested

STATE OF ILLINOIS  )
                   )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation and caused the corporate seal of said corporation to be hereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by:  Therese Daerth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 34 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 917 Angelica Circle, Joliet Il 60431
PIN: 09-01-252-014

2. Prior to June 1st, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 13th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On June 13th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On June 30th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $7,460.35, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $7,460.35, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.
_____                        By _____
  Secretary                              President

US Certified Mail No.: 7004 0550 0000 2099 648
Return Receipt Requested

STATE OF ILLINOIS  )
                   )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be hereto attached.

GIVEN under my hand and notarial seal this 3 day of August, 2006.

_____
Notary Public

**Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

prepared by: Therese Deuth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 35 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1002 Angelica Circle, Joliet IL 60431
PIN: 09-01-352-015

2. Prior to March 10th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to March 10th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On March 10th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

---

3. On June 27th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,589.95, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,589.95, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____            By _____
Secretary                                         President

US Certified Mail No: 7004 0550 0000 2099 6609
Return Receipt Requested

STATE OF ILLINOIS    )
                                    )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deuth, President, and Steven Deuth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

                                    _____
                                    Notary Public

"OFFICIAL SEAL"
DEBRAH R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

**Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

prepared by: Therese Deuth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 41 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1002 Angelica Circle, Joliet IL 60431
PIN: 09-01-352-001

2. Prior to June 13th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 13th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 13th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

---

3. On June 13th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $471.75, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant ceased to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $471.75, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____            By _____
Secretary                                         President

US Certified Mail No: 7004-0550-0000-2099-6586
Return Receipt Requested

STATE OF ILLINOIS    )
                                    )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deuth, President, and Steven Deuth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

                                    _____
                                    Notary Public

"OFFICIAL SEAL"
DEBRAH R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

**Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

copied by: Thomas Dearth
P O Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

              Defendants.

**©COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 45 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 916 Sylvia Lane, Joliet IL 60431
PIN: 09-01-352-002

2. Prior to June 24th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 24th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 24th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/20/02
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LXWD PR-GRM.DOC

---

3. On June 24th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $3405 , which amount remains unpaid.

4. On Aug 28th , 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,340 , plus interest as by statute provided.

ATTEST:           Grundy Redi-Mix, Inc.

_____  By: _____
Secretary              President

US Certified Mail No.: 7005 1820 0001 6972 3805
Return Receipt Requested

STATE OF ILLINOIS  )
              ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August , 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

**Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

copied by: Thomas Dearth
P O Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

              Defendants.

**©COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 95 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 962 Sylvia Lane, Joliet IL 60431
PIN: 09-01-352-005

2. Prior to July 25th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 25th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 25th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/20/02
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LXWD PR-GRM.DOC

---

3. On July 28th , 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $3,958.80 , which amount remains unpaid.

4. On August 25th , 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,958.80 , plus interest as by statute provided.

ATTEST:           Grundy Redi-Mix, Inc.

_____  By: _____
Secretary               President

US Certified Mail No.: 7004 0550 0000 2099 6472
Return Receipt Requested

STATE OF ILLINOIS  )
              ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 31 day of August , 2006.

OFFICIAL SEAL
TYLEEN A SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/11/09

_____
Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                                Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN          **COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 46 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 900 Angelica Circle Joliet IL 60431
PIN: 0701-352-006

2. Prior to June 28th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 28th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 28th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On June 29th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $4,557.27, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $4,557.27, plus interest as by statute provided.

ATTEST:                                Grundy Redi-Mix, Inc.

_____                By _____
Secretary                                           President

US Certified Mail No.: 7004 0550 0000 7099 6425
Return Receipt Requested

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC. who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

                                _____
                                Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY - PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                                Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN          **COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 47 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 908 Shiva Lane Joliet IL 60431
PIN:

2. Prior to January 20, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to January 20, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On January 20, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 10th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $6,076.76, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $6,076.76, plus interest as by statute provided.

ATTEST:                                Grundy Redi-Mix, Inc.

_____                By _____
Secretary                                           President

US Certified Mail No.: 7004 0550 0000 7099 6654
Return Receipt Requested

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC. who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

                                _____
                                Notary Public

OFFICIAL SEAL
EILEEN M. PFEIFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/11/10

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
600027639
Fee For Record In
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-01-2006 AT 09:47 am.
RECR LIEN     40.00
RHSP Surcharge  10.00
```

Prepared by: Theresa Dearth
P.O. Box 651
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

            Defendants.                    🅲COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 47 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 705 Joshua Lane, Joliet, IL 60431
PIN: 02-1-353-007

2. Prior to March AD, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to March AD, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On March AD, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/2006
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 19th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $1,610.14, which amount remains unpaid.

4. On August 1st, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,610.14, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____          By _____
        Secretary                      President

US Certified Mail No.: 7004 0550 0000 2099 6463
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 31 day of August, 2006.

```
OFFICIAL SEAL
TYLEEN M PFEIFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/27/10
```
                                    _____
                                         Notary Public

                                    2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
600600027446
Fee For Record In
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:41 am.
RECR LIEN     40.00
RHSP Surcharge  10.00
```

Prepared by: Theresa Dearth
P.O. Box 651
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

            Defendants.                    🅲COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 48 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 706 Joshua Lane, Joliet, IL 60431
PIN: 09-01-353-008

2. Prior to July 24th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 24th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 24th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/2006
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 27th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $4,151.30, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $4,151.30, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____          By _____
        Secretary                      President

US Certified Mail No.: 7004 0550 0000 2099 6449
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

```
OFFICIAL SEAL
TYLEEN M PFEIFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/27/10
```
                                    _____
                                         Notary Public

ill To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

300600027417
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:41 am.
MECH LIEN 40.00
RHSP Surcharge 10.00

gared by: Theresa Death
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarra' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                        Defendants.                    ⓒCOPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 50 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as 905 Salvia Lane, Joliet IL 60431
PIN: 07-01-352-011

2. Prior to August 8th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to August 8th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On August 8th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On August 8th 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $629.95, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $629.95, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                          President

US Certified Mail No.: 7004 0550 0000 2099 6956
Return Receipt Requested

STATE OF ILLINOIS    )
                                  )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

OFFICIAL SEAL
TYLEEN M PFEIFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/03/10

_____
Notary Public

2

---

ill To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

300600027418
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:41 am.
MECH LIEN 40.00
RHSP Surcharge 10.00
300600027419
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:41 am.
MECH LIEN 40.00
RHSP Surcharge 10.00

gared by: Theresa Death
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                        Defendants.                    ⓒCOPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 52 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 909 Salvia Lane, Joliet IL 60431
PIN: 07-01-352-013

2. Prior to January 17th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to January 17th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On January 17th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On June 19th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $2,179.67, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,179.67, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                          President

US Certified Mail No.: 7004 0550 0000 2099 5810
Return Receipt Requested

STATE OF ILLINOIS    )
                                  )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

OFFICIAL SEAL
TYLEEN M PFEIFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/03/10

_____
Notary Public

2

ail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

pared by: Theresa Dearth
P.O. Box 652
Morris, IL 60459

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 53 in Lakewood Prairie Unit __1__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 911 Salvia Lane Joliet IL 60431
PIN: 09-01-352-017

2. Prior to July 27th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 27th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 27th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

5/23/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 27th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $3,078.13, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of this claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,078.13, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____                   By _____
Secretary                                    President

US Certified Mail No.: 7004 0550 0000 2099 5817
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 21 day of August, 2006.

[OFFICIAL SEAL
THLEM M PFEIFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES]          _____
                                   Notary Public

2

---

ail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

pared by: Theresa Dearth
P.O. Box 652
Morris, IL 60459

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 64 in Lakewood Prairie Unit __1__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 913 Salvia Lane Joliet IL 60431
PIN: 09-01-352-018

2. Prior to June 28th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 28th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 28th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

5/23/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 31st, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $6,035.00, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of this claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $6,035.00, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____                   By _____
Secretary                                    President

US Certified Mail No.: 7004 0550 0000 2099 5824
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 21 day of August, 2006.

[OFFICIAL SEAL
THLEM M PFEIFER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES]          _____
                                   Notary Public

2

all To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
                                 200400227752
                                 Filed for Record in
                                 KENDALL COUNTY, ILLINOIS
                                 PAUL ANDERSON
prepared by: Therese Deruth      08-30-2004 At 11:26 a.m.
P O Box 652                      MECH LIEN     40.00
Morris, IL 60450                 NHSP Surcharge    10.00
```

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot  _60_  in Lakewood Prairie Unit  _1_  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: _1066 Mountain Drive, Joliet Il 60431_
PIN: _09-01-352-002_

2.  Prior to _July 25th_, 2006, Lakewood  Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 25th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _July 25th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

```
8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC
```

3.  On _July 25th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_2,052.75_, which amount remains unpaid.

4.  On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24. WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_2,052.75_, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                By _Michael M Deruth_____
     Secretary                             President

US Certified Mail No.:_7405 1820 0001 6972 4219_
Return Receipt Requested

STATE OF ILLINOIS )
                  )SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deruth, President, and Steven Deruth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this_30_day of_August_, 2006.

```
[SEAL]
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06
```
                        _Debra R Wagner_____
                              Notary Public

2

---

all To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
                                 200400227877
                                 Filed for Record in
                                 KENDALL COUNTY, ILLINOIS
                                 PAUL ANDERSON
prepared by: Therese Deruth      08-30-2004 At 11:25 a.m.
P O Box 652                      MECH LIEN     40.00
Morris, IL 60450                 NHSP Surcharge    10.00
```

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot  _61_  in Lakewood Prairie Unit  _1_  being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: _1064 Mountain Drive, Joliet Il 60431_
PIN: _09-01-352-003_

2.  Prior to _June 1st_, 2006, Lakewood  Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

```
8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC
```

3.  On _June 1st_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_1,615.00_, which amount remains unpaid.

4.  On _Aug 29th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24. WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_1,615.00_, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                By _Michael M Deruth_____
     Secretary                             President

US Certified Mail No.:_7004 0550 0000 2099 6746_
Return Receipt Requested

STATE OF ILLINOIS )
                  )SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Deruth, President, and Steven Deruth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purpose therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this_30_day of_August_, 2006.

```
[SEAL]
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06
```
                        _Debra R Wagner_____
                              Notary Public

2

Mail To:

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

500027374
and for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:25 am
RHSP LIEN        40.00
RHSP Surcharge    10.00

copied by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics Lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 62 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1002 Pristine Dr. Joliet IL 60431
PIN: 09-01-352-004

2. Prior to June 13th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 13th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 13th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with is improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On June 13th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ 471.75, which amount remains unpaid.

4. On August 30th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ 471.75, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____             By _____
Secretary                              President

US Certified Mail No.: 7004 0550 0000 2099 6562
Return Receipt Requested

STATE OF ILLINOIS )
                  ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To:

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

200060027366
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:25 am
RHSP LIEN        40.00
RHSP Surcharge    10.00

copied by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                    Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics Lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 65 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 912 Pristine's Drive, Joliet IL 60431
PIN: 09-01-352-007

2. Prior to February 12th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to February 12th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On February 12th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with is improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On June 20th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ 603.46, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ 603.46, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____             By _____
Secretary                              President

US Certified Mail No.: 7005 1820 0001 6972 4271
Return Receipt Requested

STATE OF ILLINOIS )
                  )
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

**Mail To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                          Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                          Defendants.

0600027247
filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
06-30-2006 at 11:26 am.
MECH LIEN
RHSP Surcharge        10.00

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 66 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 910 Mountain Drive, Joliet IL 60431
PIN: 09-01-252-098

2. Prior to August 1st, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to August 1st, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On August 1st, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On August 1st, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $807.66, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $807.66, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                By _____
Secretary                        President

US Certified Mail No.: 7005 1820 0001 6972 4264
Return Receipt Requested

STATE OF ILLINOIS    )
                     )SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

**"OFFICIAL SEAL"**
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_____
Notary Public

2

---

**Mail To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                          Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                          Defendants.

200600027248
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
06-30-2006 at 11:26 am.
MECH LIEN        40.00
RHSP Surcharge        10.00

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 67 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 908 Mountain Drive, Joliet IL 60431
PIN: 09-01-252-099

2. Prior to July 27th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 27th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 27th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 27th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $6,357.75, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $6,357.75, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                By _____
Secretary                        President

US Certified Mail No.: 7005 1820 0001 6972 4257
Return Receipt Requested

STATE OF ILLINOIS    )
                     )SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

**"OFFICIAL SEAL"**
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_____
Notary Public

2

Mail To:    **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
P.O. Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.    **@COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 66 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: 706 Plainfield Drive, Joliet, IL 60491
PIN: 07-01-352-010

2. Prior to June 5th 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 5th , 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 5th , 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-UGWO PR-GRM.DOC

---

3. On July 31st , 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $1,553.39, which amount remains unpaid.

4. On August 25th , 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,553.39, plus interest as by statute provided.

ATTEST:    Grundy Redi-Mix, Inc.

_____    By _____
Secretary    President

US Certified Mail No.: 7005 1820 0001 6972 4240
Return Receipt Requested

STATE OF ILLINOIS    )
) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given, by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August , 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

Mail To:    **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
P.O. Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.    **@COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 69 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: 701 Plainfield Drive, Joliet, IL 60491
PIN: 07-01-352-011

2. Prior to July 31st 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 31st , 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 31st , 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-UGWO PR-GRM.DOC

---

3. On July 31st , 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $511.07 , which amount remains unpaid.

4. On August 25th , 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against General Contractor and Owner in the sum of $511.07 , plus interest as by statute provided.

ATTEST:    Grundy Redi-Mix, Inc.

_____    By _____
Secretary    President

US Certified Mail No.: 7005 1820 0001 6972 4233
Return Receipt Requested

STATE OF ILLINOIS    )
) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August , 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

Mail To:     **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

　　　　　　　　　　Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

　　　　　　　　　　Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ⒸCOPY

　　The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

　　1.　Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _70_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, Il.
Commonly known as: _902_ _Praitaia Drive, Joliet Il 60401_
PIN: _09-01-352-012_

　　2.　Prior to _July 21st_, 2006, Lakewood Homes (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 21st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _July 21st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

　　3.　On _July 21st_, 2006, Claimant completed performance on its subcontract by providing all labor and services thereto. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $_3,862.25_, which amount remains unpaid.

　　4.　On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
　　WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_3,862.25_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

By _Michael M Dearth_
Secretary                            President

US Certified Mail No.: _7005 1820 0001 6972 4226_
Return Receipt Requested

STATE OF ILLINOIS )
　　　　　　　　　　) SS
COUNTY OF GRUNDY )

　　I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_Debra R. Wagner_
Notary Public

2

---

Mail To:     **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

　　　　　　　　　　Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

　　　　　　　　　　Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ⒸCOPY

　　The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

　　1.　Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _71_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, Il.
Commonly known as: _900_ _Praitaia Drive, Joliet Il 60401_
PIN: _09-01-352-023_

　　2.　Prior to _June 2nd_, 2006, Lakewood Homes (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 2nd_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _July 2nd_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

　　3.　On _June 2nd_, 2006, Claimant completed performance on its subcontract by providing all labor and services thereto. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $_2,677.25_, which amount remains unpaid.

　　4.　On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
　　WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_2,677.25_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

By _Michael M Dearth_
Secretary                            President

US Certified Mail No.: _7005 1820 0001 6972 4202_
Return Receipt Requested

STATE OF ILLINOIS )
　　　　　　　　　　) SS
COUNTY OF GRUNDY )

　　I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _3_ day of _August_, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_Debra R. Wagner_
Notary Public

2

**Mail To: Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
200600087447
Filed for Record in
KENDALL COUNTY, ILLINOIS
RECORDER
08-30-2006 AT 11:54 am.
JOB RN 40.00
RHSP Surcharge    10.00
```

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 72 in Lakewood Prairie Unit 1A, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 863 Angelica Circle, Joliet IL 60491
PIN: 09-01-352-024

2. Prior to July 17th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 17th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 17th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

820806
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On August 2nd, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $9,237.00, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $9,237.00, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _Michael N Dearth_
Secretary                                    President

US Certified Mail No.: 7005 1820 0001 6972 4127
Return Receipt Requested

STATE OF ILLINOIS )
                                 )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```

_Debra R Wagner_
Notary Public

2

---

**Mail To: Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
200600087446
Filed for Record in
KENDALL COUNTY, ILLINOIS
RECORDER
08-30-2006 AT 11:54 am.
JOB RN 40.00
RHSP Surcharge    10.00
```

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 74 in Lakewood Prairie Unit 1A, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 866 Angelica Circle, Joliet IL 60491
PIN: 09-01-351-025

2. Prior to January 20th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to January 20th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On January 20th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

820806
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On June 23rd, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $9,567.79, which amount remains unpaid.

4. On August 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $9,567.79, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _Michael N Dearth_
Secretary                                    President

US Certified Mail No.: 7005 1820 0001 8972 4110
Return Receipt Requested

STATE OF ILLINOIS )
                                 )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```

_Debra R Wagner_
Notary Public

2

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
100X00273356
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AS 11:26 am.
RECR LIEN       40.00
RHSP Surcharge  10.00
```

Prepared by: Therese Death
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,       Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

🄫COPY

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _75_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _184 Angelica Circle, Joliet, IL 60431_
PIN: _09-01-371-024_

2. Prior to _June 1st_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

6/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 2nd_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $4,448.30, which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $4,448.30, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                                    President

US Certified Mail No.: 7005 1820 0001 6972 4196
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```
                                         _____
                                         Notary Public

2

---

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

```
100X00273355
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AS 11:26 am.
RECR LIEN       40.00
RHSP Surcharge  10.00
```

Prepared by: Therese Death
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,       Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

🄫COPY

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _76_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _182 Angelica Circle, Joliet, IL 60431_
PIN: _09-01-371-023_

2. Prior to _June 1st_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

6/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 27th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $5,195.63, which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,195.63, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                                    President

US Certified Mail No.: 7005 1820 0001 6972 4189
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```
                                         _____
                                         Notary Public

2

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.

Lakewood Homes, General
Contractor, Iberras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

⏣COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _77_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as:
PIN: 09-01-257-022

2. Prior to _June 28th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 28th_, 2006, General Contractor entered into a certain agreement with Iberras' Concrete Company, Inc., Subcontractor. On _June 28th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

6/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 24th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $8,942.27, which amount remains unpaid.

4. On _Aug. 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $8,942.27, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _Michael M Dearth_
Secretary                        President

US Certified Mail No.: _7004 0550 0000 2099 6579_
Return Receipt Requested

STATE OF ILLINOIS )
                  ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purpose therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 3D day of _August_, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-08]

_Debra R. Wagner_
Notary Public

2

---

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vs.

Lakewood Homes, General
Contractor, Iberras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

⏣COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended),* and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _77_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _858 Angelica Circle, Joliet, IL 60431_
PIN: 09-01-257-020

2. Prior to _Aug. 8th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _Aug. 8th_, 2006, General Contractor entered into a certain agreement with Iberras' Concrete Company, Inc., Subcontractor. On _Aug. 8th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _Aug. 9th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $4,398.75, which amount remains unpaid.

4. On _Aug. 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $4,398.75, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _Michael M Dearth_
Secretary                        President

US Certified Mail No.: _7004 0550 0000 2099 6739_
Return Receipt Requested

STATE OF ILLINOIS )
                  ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purpose therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 3D day of _August_, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-08]

_Debra R. Wagner_
Notary Public

2

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ⓒCOPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _80_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _854 Angelica Circle, Joliet IL 60491_
PIN: _09-01-287-019_

2. Prior to _June 1st_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 13th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and set-offs due the General Contractor and Owner, is the sum of $_3,353.74_, which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_3,353.74_, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                           President

US Certified Mail No.: 7005 1820 0001 6972 4172
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                                 _____
"OFFICIAL SEAL"                  Notary Public
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**    ⓒCOPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _81_ in Lakewood Prairie Unit _1A_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _852 Angelica Circle, Joliet IL 60491_
PIN: _09-01-287-018_

2. Prior to _June 1st_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 13th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and set-offs due the General Contractor and Owner, is the sum of $_7,272.62_, which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_7,272.62_, plus interest as by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                           President

US Certified Mail No.: 7005 1820 0001 6972 4165
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                                 _____
"OFFICIAL SEAL"                  Notary Public
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

all To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,               Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                     Defendants.

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN  ⑩COPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owners of the real estate described below.  General
Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service.  The legal description of the
real estate is:

Lot 82 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL.
Commonly known as: 853 Angelica Circle, Joliet IL 60431
PIN: 09-01-351-017

2.  Prior to July 13th, 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate.  Prior to July 13th, 2006, General Contractor entered into a certain
agreement with Ibarras' Concrete Company, Inc., Subcontractor.  On July 13th, 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM.LKWD PR-
GRM.DOC

---

3.  On August 8th, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein.  The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owners, is the sum of $5,301.00, which amount remains unpaid.

4.  On August 25th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $5,301.00, plus interest as
by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _____
      Secretary                        President

US Certified Mail No.: 7005 1820 0001 6972 4124
Return Receipt Requested

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC, who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

*GIVEN* under my hand and notarial seal this 30th day of *August*, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

all To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,               Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                     Defendants.

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN  ⑩COPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owners of the real estate described below.  General
Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service.  The legal description of the
real estate is:

Lot 83 in Lakewood Prairie Unit 1A being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL.
Commonly known as: 855 Angelica Circle, Joliet IL 60431
PIN: 09-01-351-016

2.  Prior to July 19th, 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate.  Prior to July 19th, 2006, General Contractor entered into a certain
agreement with Ibarras' Concrete Company, Inc., Subcontractor.  On July 19th, 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM.LKWD PR-
GRM.DOC

---

3.  On August 11th, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein.  The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owners, is the sum of $6,045.63, which amount remains unpaid.

4.  On August 25th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $6,045.63, plus interest as
by statute provided.

ATTEST:                          Grundy Redi-Mix, Inc.

_____                  By _____
      Secretary                        President

US Certified Mail No.: 7005 1820 0001 6972 4155
Return Receipt Requested

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC, who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

*GIVEN* under my hand and notarial seal this 30 day of *August*, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

vs.                                          Claimant

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**                    **COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot __B5__ in Lakewood Prairie Unit __1A__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL;
Commonly known as: 901 Plaistairs Drive, Joliet Il60431
PIN: 09-01-251-014

2. Prior to __August 7th__, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements on the above real estate. Prior to __August 7th__, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On __August 7th__, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On __August 9th__, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $__7,441.25__, which amount remains unpaid.

4. On __August 25th__, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_____, plus interest as by statute provided.

ATTEST:                                     Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                                   President

US Certified Mail No.: 7005 1820 001 6972 4141
Return Receipt Requested

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of __August__, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

vs.                                          Claimant

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**                    **COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot __B6__ in Lakewood Prairie Unit __1__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL;
Commonly known as: 903 Plaistairs Drive, Joliet IL 60431
PIN: 09-01-251-012

2. Prior to __June 6th__, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements on the above real estate. Prior to __June 6th__, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On __June 6th__, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On __June 13th__, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $__475.25__, which amount remains unpaid.

4. On __August 25th__, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $475.25, plus interest as by statute provided.

ATTEST:                                     Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                                   President

US Certified Mail No.: 7004 0550 0000 2099 5978
Return Receipt Requested

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of __August__, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

00037379
...ed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:54 am.
MECH LIEN         40.00
RHSP Surcharge        10.00

repared by: Therese Death
PO Box 652
Morris, IL 60450

'√ THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                   Claimant
vs.
Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                   Defendants.

**®COPY**

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot *27* in Lakewood Prairie Unit __/__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *905 Phistais Drive, Joliet, IL 60491*
PIN: 09-01-357-011

2.  Prior to *June 19th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *June 19th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On *June 19th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

82805
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

---

3.  On *June 19th*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ *6.29 ⁰⁰*, which amount remains unpaid.

4.  On *Aug. 28th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ *6.29 ⁰⁰* , plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc:

_____                          By _____
Secretary                                     President

US Certified Mail No.: *7004 0550 0000 2099 6722*
Return Receipt Requested

STATE OF ILLINOIS      )
                       )SS
COUNTY OF GRUNDY       )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of *August*, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To: Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

00000007464
...ed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:54 am.
MECH LIEN         40.00
RHSP Surcharge        10.00
00000007464
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:54 am.
MECH LIEN         40.00
RHSP Surcharge        10.00

repared by: Therese Death
PO Box 652
Morris, IL 60450

'√ THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                   Claimant
vs.
Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                   Defendants.

**®COPY**

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot *28* in Lakewood Prairie Unit __/__ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *907 Phistais Drive, Joliet, IL 60491*
PIN: 09-01-357-010

2.  Prior to *June 29th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *June 29th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On *June 29th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

82806
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

---

3.  On *July 2nd*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ *8,990.36*, which amount remains unpaid.

4.  On *August 25th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ *8,990.36* , plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                          By _____
Secretary                                     President

US Certified Mail No.: *7004 0550 0000 2099 5761*
Return Receipt Requested

STATE OF ILLINOIS      )
                       )SS
COUNTY OF GRUNDY       )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of *August*, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,            Claimant

vs.

Lakewood Homes, General
Contractor, Ibarra' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.            🄫COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc, of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below.  General Contractor was the Owner's contractor for the improvement thereof.' Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service.  The legal description of the real estate is:

Lot *89* in Lakewood Prairie Unit ___ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *909 Prairie En Drive, Joliet IL 60491*
PIN: *09-01-351-009*

2.  Prior to *July 14th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *July 14th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On *July 14th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/24/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On *July 31st*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein.  The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of *$4,806.15*, which amount remains unpaid.

4.  On *August 25th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of *$4,806.15*, plus interest as by statute provided.

ATTEST:            Grundy Redi-Mix, Inc.

_____            By _____
Secretary            President

US Certified Mail No.: *7004 0550 0000 2099 5954*
Return Receipt Requested

STATE OF ILLINOIS   }
                    } SS
COUNTY OF GRUNDY    }

I, the undersigned,' a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this *30th* day of *August*, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-06]

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,            Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.            🄫COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below.  General Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service.  The legal description of the real estate is:

Lot *90* in Lakewood Prairie Unit ___ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *911 Prairie En Drive, Joliet IL 60491*
PIN: *09-01-351-008*

2.  Prior to *July 17th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *July 17th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On *July 17th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/24/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On *Aug 2nd*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein.  The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of *$7,164.44*, which amount remains unpaid.

4.  On *August 25th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of *$7,164.44*, plus interest as by statute provided.

ATTEST:            Grundy Redi-Mix, Inc.

_____            By _____
Secretary            President

US Certified Mail No.: *7004 0550 0000 2099 5947*
Return Receipt Requested

STATE OF ILLINOIS   }
                    } SS
COUNTY OF GRUNDY    }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this *30th* day of *August*, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-06]

_____
Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _91_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: _913 Plaintain Drive_
PIN: _09-01-357-007_

2.  Prior to _July 17th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 17th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On _July 17th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

5/22/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On _August 1st_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_8,238_, which amount remains unpaid..

4.  On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_8,238_, plus interest as by statute provided.

ATTEST:                                     Grundy Redi-Mix, Inc.

_____                       By _____
Secretary                                        President

US Certified Mail No.: _7005 1820 0001 6972 4707_
Return Receipt Requested

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF GRUNDY       )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _34_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL,
Commonly known as: _913 Plaintain's Drive, Joliet IL 60491_
PIN: _09-01-357-004_

2.  Prior to _July 24th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 24th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc, Subcontractor. On _July 24th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

5/22/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On _July 27th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_54,154.30_, which amount remains unpaid..

4.  On _August 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_54,154.30_, plus interest as by statute provided.

ATTEST:                                     Grundy Redi-Mix, Inc.

_____                       By _____
Secretary                                        President

US Certified Mail No.: _7005 1820 0001 6972 4622_
Return Receipt Requested

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF GRUNDY       )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

Mail To:   Grundy Redi-Mix, Inc.
           P.O. Box 652
           Morris, IL 60450

Prepared by: Therese Dearth
             PO Box 652
             Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

    Grundy Redi-Mix, Inc,
                Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

           Defendants.

🄲COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

    The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

    1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _95_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _1001 Barrel Flower Lane Joliet IL 60431_
PIN: _07-01-357-003_

    2.  Prior to _June 1st_ 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

5/29/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM\LKWD PR-GRM.DOC

---

    3.  On _August 1st_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $5,526.52, which amount remains unpaid.

    4.  On _August 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to *770 ILCS 60/24.*

    WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,526.52, plus interest as by statute provided.

ATTEST:                  Grundy Redi-Mix, Inc.

_____    By _Michael N Dearth_
Secretary                          President

US Certified Mail No.: _7005 1820 0001 6972 4696_
Return Receipt Requested

STATE OF ILLINOIS      )
                   )SS
COUNTY OF GRUNDY   )

    I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                          _Debra R. Wagner_
                          Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To:   Grundy Redi-Mix, Inc.
           P.O. Box 652
           Morris, IL 60450

Prepared by: Therese Dearth
             PO Box 652
             Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

    Grundy Redi-Mix, Inc,
                Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

           Defendants.

🄲COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

    The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

    1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _96_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _____
PIN: _07-01-357-002_

    2.  Prior to _July 5th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 5th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _July 5th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

5/29/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM\LKWD PR-GRM.DOC

---

    3.  On _July 5th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $743.50, which amount remains unpaid.

    4.  On _Aug 3rd_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to *770 ILCS 60/24.*

    WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $743.50, plus interest as by statute provided.

ATTEST:                  Grundy Redi-Mix, Inc.

_____    By _Michael N Dearth_
Secretary                          President

US Certified Mail No.: _7004 0550 0000 2099 6630_
Return Receipt Requested

STATE OF ILLINOIS      )
                   )SS
COUNTY OF GRUNDY   )

    I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC. who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the use and purpose therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                          _Debra R. Wagner_
                          Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN** ⓒ**COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _97_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _1005 Plainview Drive, Joliet IL 60431_
PIN: 09-01-357-001

2. Prior to _January 12th_ 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _January 12th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _January 12th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

6/20/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM\LKWD PR-GRM.DOC

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN** ⓒ**COPY**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _98_ in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _1007 Plainview Drive, Joliet IL 60431_
PIN: 09-01-357-002

2. Prior to _August 1st_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _August 1st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _August 1st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

6/20/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM\LKWD PR-GRM.DOC

---

3. On _July 31st_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $2,718.57, which amount remains unpaid.

4. On _August 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,718.57, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____        By _____
Secretary                                            President

US Certified Mail No.: 7005 1820 0001 6972 4653
Return Receipt Requested

STATE OF ILLINOIS            )
)SS
COUNTY OF GRUNDY        )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30th day of _August_, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

3. On _August 1st_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $2,555.17, which amount remains unpaid.

4. On _August 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,555.17, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____        By _____
Secretary                                            President

US Certified Mail No.: 7005 1820 0001 6972 4639
Return Receipt Requested

STATE OF ILLINOIS            )
)SS
COUNTY OF GRUNDY        )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30th day of _August_, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Mail To: Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 124 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1018 Woodiric Jolis t IL 60431
PIN: 09-01-302-011

2. Prior to July 5th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 5th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 5th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 5th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $943.50, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $943.50, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                        President

US Certified Mail No.: 7004 0550 0000 2099 6715
Return Receipt Requested

STATE OF ILLINOIS  )
                                )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---
---

Mail To: Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, or conveying service. The legal description of the real estate is:

Lot 149 in Lakewood Prairie Unit 1 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as:
PIN: 09-01-302-023

2. Prior to July 5th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 5th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 5th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On July 5th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $943.50, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $943.50, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____          By _____
Secretary                                        President

US Certified Mail No.: 7004 0550 0000 2099 6661
Return Receipt Requested

STATE OF ILLINOIS  )
                                )SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Bill To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

200600067326
KENDALL COUNTY, ILLINOIS
VERNON
REC RH 11:55 am.
RHSF 40.00
RHP Surcharge 10.00

Prepared by: Theresa Death
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,

        Claimant

   vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

        Defendants.

🖙COPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot *142* in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *7802 Jewel Flower Lane, Joliet IL* 60431
PIN: 09-01-302-025

2. Prior to *July 28th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *July 28th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On *July 28th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM4.LKWD PR-GRAI.DOC

---

3. On *July 28th*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ *2,546.65* , which amount remains unpaid.

4. On *Aug. 28th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ *2,546.65* , plus interest as by statute provided.

ATTEST:                  Grundy Redi-Mix, Inc.

_____   By _____
Secretary                         President

US Certified Mail No.: *7004 0550 0006 2099 6593*
Return Receipt Requested

STATE OF ILLINOIS    )
                 ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged that matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of *August* , 2006.

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-24-08

_____
Notary Public

2

---

Bill To: **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

200600027388
Filed for Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:25 am.
RECH LIEN 40.00
RHSP Surcharge 59.00

Prepared by: Theresa Death
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,

        Claimant

   vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

        Defendants.

🖙COPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot *152* in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: *1148 Jewel Flower Court, Joliet IL* 60431
PIN: 09-01-302-025

2. Prior to *July 8th*, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to *July 8th*, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On *Feb. 8th*, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM4.LKWD PR-GRAI.DOC

---

3. On *July 27th*, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ *7,301.64* , which amount remains unpaid.

4. On *August 28th*, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ *7,301.64* , plus interest as by statute provided.

ATTEST:                  Grundy Redi-Mix, Inc.

_____   By _____
Secretary                         President

US Certified Mail No.: *7005 1820 0001 6972 4615*
Return Receipt Requested

STATE OF ILLINOIS    )
                 ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Death, President, and Steven Death, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged that matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes herein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of *August* , 2006.

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-24-08

_____
Notary Public

2

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

pared by: Theresa Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Iberras' Concrete Company, Inc,
Subcontractor and Lakewood Homes LLC, Owner,

                              Defendants.

**@COPY**

#### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 156 in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1160 Texas Flower Lane, Joliet, IL 60431
PIN: 09-01-304-003

2.  Prior to July 19th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 19th, 2006, General Contractor entered into a certain agreement with Iberras' Concrete Company, Inc, Subcontractor. On July 19th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On July 19th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $1,257.88, which amount remains unpaid.

4.  On August 29th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,257.88, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____              By _____
      Secretary                              President

US Certified Mail No.: 7005-1820-0001-6972-4585
Return Receipt Requested

STATE OF ILLINOIS        )
                         )SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-08

_____
Notary Public

2

---

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

pared by: Theresa Dearth
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Iberras' Concrete Company, Inc.
Subcontractor and Lakewood Homes LLC, Owner,

                              Defendants.

**@COPY**

#### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 157 in Lakewood Prairie Unit _1_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as:
PIN: 09-01-304-010

2.  Prior to June 22nd, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 22nd, 2006, General Contractor entered into a certain agreement with Iberras' Concrete Company, Inc, Subcontractor. On June 22nd, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On June 22nd, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $235.88, which amount remains unpaid.

4.  On Aug 29th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $235.88, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____              By _____
      Secretary                              President

US Certified Mail No.: 7004 0550 0000 2099 6623
Return Receipt Requested

STATE OF ILLINOIS        )
                         )SS
COUNTY OF GRUNDY         )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 3 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-08

_____
Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL.

Grundy Redi-Mix, Inc,

    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

    Defendants.

◎COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot /12 in Lakewood Prairie Unit ___/ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1011 Barberry Way, Joliet IL 60431
PIN: 09-01-304-018

2.  Prior to March 10th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to March 10th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On March 10th, 2005, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3.  On June 30th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $2,498.33, which amount remains unpaid.

4.  On August 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,498.33, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____            By _____
Secretary                                     President

US Certified Mail No.: 7005 1820 0001 6972 4608
Return Receipt Requested

STATE OF ILLINOIS    )
               ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_____
Notary Public

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL.

Grundy Redi-Mix, Inc,

    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

    Defendants.

◎COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 162 in Lakewood Prairie Unit ___/ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1018 Barberry Way, Joliet IL 60431
PIN: 09-01-304-014

2.  Prior to March 10th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to March 10th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On March 10th, 2005, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3.  On Aug 8th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,554.60, which amount remains unpaid.

4.  On August 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_____, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____            By _____
Secretary                                     President

US Certified Mail No.: 7005 1820 0001 6972 4592
Return Receipt Requested

STATE OF ILLINOIS    )
               ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-06

_____
Notary Public

2

Mail To:  Grundy Redi-Mix, Inc.
          P.O. Box 652
          Morris, IL 60450

M00027240
Led for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:26 am
MECH LIEN       40.00
RHSP Surcharge        10.00

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

N THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                        Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                        Defendants.

⊠COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended), and states:

1.  Owner is the record owner of the real estate described below.  General Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service.  The legal description of the real estate is:

Lot 179 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 7614 Stonecrop Lane, Joliet IL 60481
PIN: 09-01-381-015

2.  Prior to Feb. 9th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate.  Prior to Feb. 9th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor.  On Feb. 9th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRAI.DOC

3.  On June 7th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein.  The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $1,367.56, which amount remains unpaid.

4.  On Aug. 2nd, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,367.56, plus interest as by statute provided.

ATTEST:                            Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                               President

US Certified Mail No.: 7004 0550 0000 2099 6708
Return Receipt Requested

STATE OF ILLINOIS  )
                   )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA H. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

Mail To:  Grundy Redi-Mix, Inc.
          P.O. Box 652
          Morris, IL 60450

M00027234
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:26 am
MECH LIEN       40.00
RHSP Surcharge        10.00

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

N THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                        Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                        Defendants.

⊠COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended), and states:

1.  Owner is the record owner of the real estate described below.  General Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service.  The legal description of the real estate is:

Lot 179 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 7612 Stonecrop Lane, Joliet IL 60481
PIN: 09-01-381-016

2.  Prior to Feb. 9th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate.  Prior to Feb. 9th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor.  On Feb. 9th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRAI.DOC

3.  On June 9th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein.  The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $1,367.56, which amount remains unpaid.

4.  On Aug. 2nd, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,367.56, plus interest as by statute provided.

ATTEST:                            Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                               President

US Certified Mail No.: 7004 0550 0000 2099 6692
Return Receipt Requested

STATE OF ILLINOIS  )
                   )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA H. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

all To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

.00027355
.Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-30-2006 AT 11:40 am.
MECH LIEN          40.00
RHSP Surcharge      10.00

'repard by: Theresa Dirath
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

🔲COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended), and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 125 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1112-1114 Fawn Lily, Joliet, IL 60431
PIN: 09-01-381-013

2. Prior to July 7th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 7th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 7th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On August 4th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $7,049.95, which amount remains unpaid.

4. On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $7,049.95, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                   By _____
Secretary                                       President

US Certified Mail No.: 7005 1820 0001 6972 4574
Return Receipt Requested

STATE OF ILLINOIS        )
                                       ) SS
COUNTY OF GRUNDY      )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

all To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

200600027385
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
09-30-2006 AT 11:40 am.
MECH LIEN          40.00
RHSP Surcharge      10.00

'repard by: Theresa Dirath
PO Box 652
Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

Defendants.

🔲COPY

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended), and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 124 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1116-1118 Fawn Lily, Joliet, IL 60431
PIN: 09-01-381-014

2. Prior to July 25th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 25th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 25th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

3. On Aug. 7th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $7,208.95, which amount remains unpaid.

4. On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $7,208.95, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                   By _____
Secretary                                       President

US Certified Mail No.: 7005 1820 0001 6972 4225
Return Receipt Requested

STATE OF ILLINOIS        )
                                       ) SS
COUNTY OF GRUNDY      )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.



_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

**Mail To:**  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

00027384
Recorded for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-20-2006 At 11:40 am.
MECH LIEN         40.00
RHSP Surcharge    10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
            Claimant.

vs.

Lakewood Homes, General Contractor, Ibarras' Concrete Company, Inc., Subcontractor and Lakewood Homes LLC, Owner,
            Defendants.

⌧COPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 187 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 11204 1122 Fawn Life, Joliet, IL 60431
PIN: 09-01-379-004

2. Prior to July 31st, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 31st, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 31st, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/23/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM4.LKWD PRAIRIE.DOC

3. On Aug 2nd, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $3,319.94, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,319.94, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                                        President

US Certified Mail No: 7005 1820 0001 6972 4318
Return Receipt Requested

STATE OF ILLINOIS      )
                                      ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged that matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

**Mail To:**  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
P.O. Box 652
Morris, IL 60450

200400027383
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-20-2006 At 11:40 am.
MECH LIEN         40.00
RHSP Surcharge    10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
            Claimant.

vs.

Lakewood Homes, General Contractor, Ibarras' Concrete Company, Inc., Subcontractor and Lakewood Homes LLC, Owner,
            Defendants.

⌧COPY

**SUB-SUBCONTRACTOR'S CLAIM FOR LIEN**

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 190 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1133 1134 Fawn Life, Joliet, IL 60431
PIN: 09-01-379-001

2. Prior to Aug 4th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to Aug 4th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On Aug 4th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/23/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM4.LKWD PRAIRIE.DOC

3. On August 4th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $616.25, which amount remains unpaid.

4. On Aug 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $616.25, plus interest as by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_____                    By _____
Secretary                                        President

US Certified Mail No: 7005 1820 0001 6972 4301
Return Receipt Requested

STATE OF ILLINOIS      )
                                      ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged that matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

```
           200307282
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:40 am.
MECH LIEN         10.00
RHSP Surcharge    10.00
```

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                    Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                    Defendants.

🖸COPY

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 213 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1123/1125 Fawn Lily, Joliet IL 60431
PIN: 09-01-378-007.

2. Prior to July 18th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 18th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 18th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/2006
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On Aug. 4th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ 9,897.25, which amount remains unpaid.

4. On Aug. 30th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ 9,897.25, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____             By _____
Secretary                              President

US Certified Mail No.: 7005 1820 0001 6972 4295
Return Receipt Requested

STATE OF ILLINOIS )
                  ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```

_____
Notary Public

2

---

Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

```
           200300327281
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:40 am.
MECH LIEN         10.00
RHSP Surcharge    10.00
```

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                    Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                    Defendants.

🖸COPY

## SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 214 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1119/1121 Fawn Lily, Joliet IL 60431
PIN: 09-01-378-001.

2. Prior to Aug 1st, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to Aug 1st, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On Aug 1st, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with the improvement of the premises.

8/2006
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On Aug 1st, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $ 1,466.25, which amount remains unpaid.

4. On Aug 30th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ 1,466.25, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____             By _____
Secretary                              President

US Certified Mail No.: 7005 1820 0001 6972 4288
Return Receipt Requested

STATE OF ILLINOIS )
                  ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```

_____
Notary Public

2

**To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**⟨COPY⟩**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. General Contractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 25 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as:
PIN: 09-01-378-005

2.  Prior to July 7th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 7th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 7th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LXWD PR-GRM.DOC

---

3.  On July 27th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $7,787.07, which amount remains unpaid.

4.  On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $7,787.07, plus interest as by statute provided.

ATTEST:                                          Grundy Redi-Mix, Inc.

_____                          By _____
Secretary                                            President

US Certified Mail No.: 7004 0550 0000 2099 6500
Return Receipt Requested

STATE OF ILLINOIS }
                  } SS
COUNTY OF GRUNDY  }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

**To:** Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**⟨COPY⟩**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1.  Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. General Contractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 214 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1111 Prairie Life, Joliet IL 60491
PIN: 09-01-278-004

2.  Prior to July 6th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to July 6th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On July 6th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LXWD PR-GRM.DOC

---

3.  On July 21st, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,852.26, which amount remains unpaid.

4.  On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,852.26, plus interest as by statute provided.

ATTEST:                                          Grundy Redi-Mix, Inc.

_____                          By _____
Secretary                                            President

US Certified Mail No.: 7004 0550 0000 2099 6494
Return Receipt Requested

STATE OF ILLINOIS }
                  } SS
COUNTY OF GRUNDY  }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                                   Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                   Defendants.

**COPY**

_00227515_
_Filed for Record in_
_KENDALL COUNTY, ILLINOIS_
_PAUL ANDERSON_
_05-30-2006 AS 11:31 am._
_RECR LIEN       10.00_
_RHSP Surcharge       10.00_

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 217 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1112 & 1114 Violet Lane, Joliet IL 60491
PIN: 09-01-278-003

2. Prior to _June 19th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 19th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 19th_ 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

9/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 6th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $1,804.81, which amount remains unpaid.

4. On _August 30th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $1,804.81, plus interest as by statute provided.

ATTEST:                                      Grundy Redi-Mix, Inc.

_____           By _____
Secretary                                           President

US Certified Mail No: 7004 0550 0000 2099 6487
Return Receipt Requested

STATE OF ILLINOIS        )
                                    )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument as true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-08]

_____
Notary Public

2

---

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.
                                   Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                   Defendants.

**COPY**

_200600227366_
_Filed for Record in_
_KENDALL COUNTY, ILLINOIS_
_PAUL ANDERSON_
_05-30-2006 AS 11:31 am._
_RECR LIEN       10.00_
_RHSP Surcharge       10.00_

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 218 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1116 & 1118 Violet Lane, Joliet IL 60491
PIN: 09-01-278-003

2. Prior to _June 12th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 12th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 12th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

9/29/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 12th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $2,823.94, which amount remains unpaid.

4. On _August 30th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,823.94, plus interest as by statute provided.

ATTEST:                                      Grundy Redi-Mix, Inc.

_____           By _____
Secretary                                           President

US Certified Mail No: 7004 0550 0000 2099 6470
Return Receipt Requested

STATE OF ILLINOIS        )
                                    )SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument as true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

[SEAL: "OFFICIAL SEAL" DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-08]

_____
Notary Public

2

Mail To:   Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
P O Box 652
Morris, IL 60450

00027287
ed For Record In
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:26 am.
MECH LIEN      40.00
RHSP Surcharge    10.00

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,
                                    Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. General Contractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _219_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _1120 4/1122 Violet Lane, Joliet IL 60431_
PIN: _09-01-378-001_

2. Prior to _June 22nd_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 22nd_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 22nd_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LWD PR-GRM.DOC

---

3. On _June 22nd_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_735.80_ which amount remains unpaid.

4. On _Aug 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_735.80_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____                By _____
Secretary                            President

US Certified Mail No.: _7004 0550 0000 2099 6685_
Return Receipt Requested

STATE OF ILLINOIS }
                  } SS
COUNTY OF GRUNDY  }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

---

Mail To:   Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
P O Box 652
Morris, IL 60450

260400027287
Filed For Record In
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 AT 11:21 am.
MECH LIEN      40.00
RHSP Surcharge    10.00

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,
                                    Claimant
vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                    Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. General Contractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _221_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _12044/1206 Violet Lane, Joliet IL 60431_
PIN: _07-01-175-018_

2. Prior to _June 9th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 9th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _June 9th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LWD PR-GRM.DOC

---

3. On _Aug 8th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $_10,258.32_ which amount remains unpaid.

4. On _Aug 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $_10,258.32_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____                By _____
Secretary                            President

US Certified Mail No.: _7005 1820 0001 6972 4875_
Return Receipt Requested

STATE OF ILLINOIS }
                  } SS
COUNTY OF GRUNDY  }

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

2

all To:
Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

```
M027248
  for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-20-2006 At 11:21 am.
RECR LIEN          .00
RHSP Surcharge     10.00
```

repared by: Theresa Dearth
P.O. Box 652
Morris, IL 60450

N THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General
Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service. The legal description of the
real estate is:

Lot 322 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL
Commonly known as: 1308 42 in Wichlaw Joliet IL 60431
PIN: 09-01-175-011

2. Prior to June 8th 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate. Prior to June 8th 2006, General Contractor entered into a certain
agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 8th 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

all To:
Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

```
200600027232
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-20-2006 At 11:26 am.
RECR LIEN          .00
RHSP Surcharge     10.00
```

repared by: Theresa Dearth
P.O. Box 652
Morris, IL 60450

N THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

**COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General
Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service. The legal description of the
real estate is:

Lot 347 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL
Commonly known as: 12137-1215 Wright Lane, Joliet IL 60431
PIN: 09-01-177-009

2. Prior to June 16th, 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate. Prior to June 16th 2006, General Contractor entered into a certain
agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 16th 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On June 23rd, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein. The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owner, is the sum of $787.82, which amount remains unpaid.

4. On August 28th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $787.82, plus interest as
by statute provided.

ATTEST:                                Grundy Redi-Mix, Inc.

_____                By _____
    Secretary                                President

US Certified Mail No.: 7005 1820 0001 6973 1896
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC., who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```
                                       _____
                                           Notary Public

2

---

3. On June 16th, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein. The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owner, is the sum of $1,106.75, which amount remains unpaid.

4. On Aug. 28th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $1,106.75, plus interest as
by statute provided.

ATTEST:                                Grundy Redi-Mix, Inc.

_____                By _____
    Secretary                                President

US Certified Mail No.: 7004 0510 0000 2099 6678
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC., who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

```
"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08
```
                                       _____
                                           Notary Public

2

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60459

100227849
1 for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:31 am.
MECH LIEN          40.00
RHSP Surcharge     10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarra' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                               Defendants.     🖸COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 249 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 1207 or 1211 Violet Lane, Joliet, IL 60431
PIN: 03-01-177-010

2. Prior to _Aug 4th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _Aug 4th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _Aug 4th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRAI.DOC

---

3. On _Aug 18th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $12,346.50, which amount remains unpaid.

4. On _Aug 28th_, 2006, Claimant caused to be served upon Owner's notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $12,346.50, plus interest as by statute provided.

ATTEST:                                  Grundy Redi-Mix, Inc.

_____                 By _____
Secretary                                       President

US Certified Mail No.: 7005 1820 0001 6972 4351
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                                    _____
                                    Notary Public

**OFFICIAL SEAL**
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-26-08

2

---

Mail To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60459

200146027353
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-30-2006 At 11:31 am.
MECH LIEN          40.00
RHSP Surcharge     10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,                          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                               Defendants.     🖸COPY

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 247 in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as:
PIN: 03-01-177-011

2. Prior to _July 10th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _July 10th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _July 10th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRAI.DOC

---

3. On _July 17th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $7,397.25, which amount remains unpaid.

4. On _August 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $7,397.25, plus interest as by statute provided.

ATTEST:                                  Grundy Redi-Mix, Inc.

_____                 By _____
Secretary                                       President

US Certified Mail No.: 7005 1820 0001 6972 3946
Return Receipt Requested

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF GRUNDY   )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC, who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of _August_, 2006.

                                    _____
                                    Notary Public

**OFFICIAL SEAL**
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-26-08

2

## Top Copy

VIA: VIA:

**Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL 60450

10227770
as For Record in
KENDALL COUNTY ILLINOIS
PAUL ANDERSON
08-30-2006 at 11:35 am.
RECR LIEN          40.00
RHSP Surcharge     10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vz.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

**©COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _250_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _1121 Violet Lane, Joliet IL 60431_
PIN: _09-01-177-012_

2. Prior to _January 6th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _January 6th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inn., Subcontractor. On _January 6th_ 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _July 25th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $ _11,453.92_, which amount remains unpaid.

4. On _August 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ _11,453.92_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____                 By _____
Secretary                             President

US Certified Mail No.: _7005 1820 0001 6972 3939_
Return Receipt Requested

STATE OF ILLINOIS )
                 ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

OFFICIAL SEAL
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

## Bottom Copy

I To:  **Grundy Redi-Mix, Inc.**
P.O. Box 652
Morris, IL 60450

seed by: Therese Dearth
PO Box 652
Morris, IL 60450

200608032128
Filed For Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
06-29-2006 at 10:12 am.
RECR LIEN          40.00
RHSP Surcharge     10.00

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                              Claimant
vz.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                              Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _251_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: _1119 Violet Lane, Joliet IL 60431_
PIN: _09-01-177-017_

2. Prior to _June 5th_, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _June 5th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inn., Subcontractor. On _June 5th_ 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 5th_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $ _574.16_, which amount remains unpaid.

4. On _Aug. 25th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $ _574.16_, plus interest as by statute provided.

ATTEST:                              Grundy Redi-Mix, Inc.

_____                 By _____
Secretary                             President

US Certified Mail No.: _7004 0550 0000 2049 5896_
Return Receipt Requested

STATE OF ILLINOIS )
                 ) SS
COUNTY OF GRUNDY )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _29_ day of _August_, 2006.

OFFICIAL SEAL
TYLEEN PFEFFER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/25/2008

_____
Notary Public

2

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
          Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 257 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1121 Violet Lane Joliet IL 60431
PIN: 09-01-277-016

2. Prior to June 5th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to June 5th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 5th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\Grundy REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

0027179
...ed for Record in
KENDALL COUNTY - ILLINOIS
PAUL ANDERSON
08-29-2006 At 10:10 am.
MECH LIEN    40.00
SHOP Surcharge    10.00

3. On June 5th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $524.76, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $524.76, plus interest as by statute provided.

ATTEST:                Grundy Redi-Mix, Inc.

_____    By _____
Secretary                           President

US Certified Mail No.: 7004-0550 0000 2099 5893
Return Receipt Requested

STATE OF ILLINOIS  )
                ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 29 day of August, 2006.

_____
Notary Public

OFFICIAL SEAL
TYLEEN M PFEIFER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/11/10

2

---

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Theresa Dearth
PO Box 652
Morris, IL 60450

TO THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
          Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
          Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN   COPY

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 254 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: 1167-1109 Violet Lane, Joliet IL 60431
PIN: 09-01-277-005

2. Prior to April 5th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to April 5th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On April 5th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\Grundy REDI-MIX\My DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

200400027921
Filed for Record in
KENDALL COUNTY - ILLINOIS
PAUL ANDERSON
08-29-2006 At 11:25 am.
MECH LIEN    40.00
SHOP Surcharge    10.00

3. On June 19th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $8,811.27, which amount remains unpaid.

4. On Aug. 25th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $8,811.27, plus interest as by statute provided.

ATTEST:                Grundy Redi-Mix, Inc.

_____    By _____
Secretary                           President

US Certified Mail No.: 7005 1820 0001 6972 3922
Return Receipt Requested

STATE OF ILLINOIS  )
                ) SS
COUNTY OF GRUNDY  )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-08

2

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL  60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                            Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                            Defendants.

**(a)COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _277_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as:
PIN: _09-01-277-001_

2. Prior to _Jan. 17th_, 2005, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _Jan. 17th_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _Jan. 17th_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _June 2nd_, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $3,185.53, which amount remains unpaid.

4. On _Aug. 28th_, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $3,185.53, plus interest as by statute provided.

ATTEST:                         Grundy Redi-Mix, Inc.

_____        By _____
Secretary                           President

US Certified Mail No.: _7004-0550-0000-3099-1654_
Return Receipt Requested

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _30_ day of _August_, 2006.

[SEAL: OFFICIAL SEAL DEBRA R. WAGNER NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 10-24-06]

_____
Notary Public

2

---

Mail To:  Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL  60450

Prepared by: Therese Dearth
PO Box 652
Morris, IL  60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc,
                                            Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,
                                            Defendants.

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owners of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot _260_ in Lakewood Prairie Unit _2_ being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL
Commonly known as: _1206 ??? Stonecrop Lane -Joliet Il 60431_
PIN: _09-01-177-013_

2. Prior to _May. 31st_, 2005, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvements to the above real estate. Prior to _May. 31st_, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On _May. 31st_, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with its improvement of the premises.

8/28/08
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-GRM.DOC

---

3. On _May. 31st_, 2005, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $2,502.50, which amount remains unpaid.

4. On _Aug. 25th_, 2005, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.

WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,502.50, plus interest as by statute provided.

ATTEST:                         Grundy Redi-Mix, Inc.

_____        By _____
Secretary                           President

US Certified Mail No.: _7004 0550 0000 3099 5969_
Return Receipt Requested

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF GRUNDY    )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this _29_ day of _August_, 2005.

[SEAL: OFFICIAL SEAL TYLEEN M PFEIFER NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES]

_____
Notary Public

2

all To:   Grundy Redi-Mix, Inc.
         P.O. Box 652
         Morris, IL 60450

         037372
         For Record in
         KENDALL COUNTY, ILLINOIS
         PAUL ANDERSON
         08-30-2006 AA 11:25 am.
         RECR LIEN          40.00
         RHSP Surcharge     10.00

copied by: Theresa Dearth
          PO Box 652
          Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

         Grundy Redi-Mix, Inc,          Claimant

         vs.

         Lakewood Homes, General
         Contractor, Ibarraa' Concrete Company, Inc.,
         Subcontractor and Lakewood Homes LLC, Owner,

                                        Defendants.

**□COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

    The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

    1.  Owner is the record owners of the real estate described below.  General
Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service.  The legal description of the
real estate is:

Lot 261 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL
Commonly known as:
PIN: 09-01-172-014

    2.  Prior to June 15th, 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate.  Prior to June 15th, 2006, General Contractor entered into a certain
agreement with Ibarraa' Concrete Company, Inc., Subcontractor.  On June 15th, 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LRWD PR-
GRM.DOC

---

    3.  On July 5th, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein.  The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owners, is the sum of $5,496.00, which amount remains unpaid.

    4.  On Aug 30th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.
    WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $5,496.00, plus interest as
by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_[signature]_                              By _[signature]_
Secretary                                  President

US Certified Mail No.: 7005 1820 0001 6972 3915
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

    I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC., who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of its said corporation, for the use and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

    GIVEN under my hand and notarial seal this 30 day of August, 2006.

                                           _[signature]_
                                           Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

                                                                                2

---

All To:   Grundy Redi-Mix, Inc.
          P.O. Box 652
          Morris, IL 60450

          200600037373
          Filed for Record in
          KENDALL COUNTY, ILLINOIS
          PAUL ANDERSON
          08-30-2006 AA 11:25 am
          RECR LIEN         40.00
          RHSP Surcharge    10.00

prepared by: Theresa Dearth
            PO Box 652
            Morris, IL 60450

THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

          Grundy Redi-Mix, Inc,          Claimant

          vs.

          Lakewood Homes, General
          Contractor, Ibarraa' Concrete Company, Inc.,
          Subcontractor and Lakewood Homes LLC, Owner,

                                         Defendants.

**□COPY**

### SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

    The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy,
State of Illinois, makes the following statement and claims a mechanics lien pursuant to the
*Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

    1.  Owner is the record owners of the real estate described below.  General
Contractor was the Owner's contractor for the improvement thereof.  Subcontractor was hired by
General Contractor for concrete, stone, and/or conveying service.  The legal description of the
real estate is:

Lot 285 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal
Meridian, in Kendall County, IL
Commonly known as: 11894/11 Silvercup Lane, Joliet IL 60491
PIN: 09-01-276-004

    2.  Prior to June 8th, 2006, Lakewood Homes LLC (Owner) and
General Contractor entered into a certain agreement for the construction of improvements to the
above real estate.  Prior to June 8th, 2006, General Contractor entered into a certain
agreement with Ibarraa' Concrete Company, Inc., Subcontractor.  On June 8th, 2006,
Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone,
and/or conveyor services in connection with its improvement of the premises.

8/25/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LRWD PR-
GRM.DOC

---

    3.  On July 25th, 2006, Claimant completed performance on its
subcontract by providing all labor and services therein.  The fair and reasonable value of all of
such labor and services, all of which were rendered in connection with the construction of
improvements on the above premises, after all just credits and setoffs due the General Contractor
and Owners, is the sum of $5,117.00, which amount remains unpaid.

    4.  On Aug 30th, 2006, Claimant caused to be served upon Owner a
notice of its claim for lien pursuant to 770 ILCS 60/24.
    WHEREFORE, Claimant claims a lien upon said land and improvements and
against the other moneys or other consideration due or to become due from the Owner under said
contract, against said General Contractor and Owner in the sum of $5,117.00, plus interest as
by statute provided.

ATTEST:                                    Grundy Redi-Mix, Inc.

_[signature]_                              By _[signature]_
Secretary                                  President

US Certified Mail No.: 7005 1820 0001 6972 3908
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

    I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO
HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY
REDI-MIX, INC., who are personally known to me to be the same persons whose names are
subscribed to the foregoing instrument as such President and Secretary, appeared before me this
day in person and severally acknowledged the matters and things set forth in the foregoing
instrument are true to the best of their knowledge, information and belief, and that they signed,
sealed and delivered the said instrument of writing as their free and voluntary act, and as the free
and voluntary act of its said corporation, for the use and purposes therein set forth, pursuant to
authority given by the board of directors of said corporation, and caused the corporate seal of
said corporation to be thereto attached.

    GIVEN under my hand and notarial seal this 30 day of August, 2006.

                                           _[signature]_
                                           Notary Public

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

                                                                                2

Mail To:    Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Thomas Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                  Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 284 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as: 761 74, 7815 Starcrop Lane, Joliet, IL 60431
PIN: 09-01-375-005

2. Prior to June 2, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvement to the above real estate. Prior to June 2nd, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 2nd, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

3. On June 5th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owner, is the sum of $2,406.21, which amount remains unpaid.

4. On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $2,406.21, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                                        President

US Certified Mail No.: 7005 1820 0001 6972 3292
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons, whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2

---

Mail To:    Grundy Redi-Mix, Inc.
P.O. Box 652
Morris, IL 60450

Prepared by: Thomas Dearth
PO Box 652
Morris, IL 60450

IN THE OFFICE OF THE RECORDER OF DEEDS
KENDALL COUNTY, IL

Grundy Redi-Mix, Inc.,                    Claimant

vs.

Lakewood Homes, General
Contractor, Ibarras' Concrete Company, Inc.,
Subcontractor and Lakewood Homes LLC, Owner,

                                  Defendants.

**COPY**

SUB-SUBCONTRACTOR'S CLAIM FOR LIEN

The Claimant, Grundy Redi-Mix, Inc., of the City of Morris, County of Grundy, State of Illinois, makes the following statement and claims a mechanics lien pursuant to the *Illinois Mechanics Lien Act (770 ILCS 60/1 et seq., as amended)*, and states:

1. Owner is the record owner of the real estate described below. General Contractor was the Owner's contractor for the improvement thereof. Subcontractor was hired by General Contractor for concrete, stone, and/or conveying service. The legal description of the real estate is:

Lot 287 in Lakewood Prairie Unit 2 being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 East of the Third Principal Meridian, in Kendall County, IL.
Commonly known as:
PIN: 09-01-375-004

2. Prior to June 16th, 2006, Lakewood Homes LLC (Owner) and General Contractor entered into a certain agreement for the construction of improvement to the above real estate. Prior to June 16th, 2006, General Contractor entered into a certain agreement with Ibarras' Concrete Company, Inc., Subcontractor. On June 16th, 2006, Subcontractor then entered into a written subcontract with Claimant to furnish concrete, stone, and/or conveyor services in connection with this improvement of the premises.

8/28/06
C:\DOCUMENTS AND SETTINGS\GRUNDY REDI-MIX\MY DOCUMENTS\FILED LIEN FORM-LKWD PR-
GRM.DOC

3. On July 12th, 2006, Claimant completed performance on its subcontract by providing all labor and services therein. The fair and reasonable value of all of such labor and services, all of which were rendered in connection with the construction of improvements on the above premises, after all just credits and setoffs due the General Contractor and Owners, is the sum of $5,321.5, which amount remains unpaid.

4. On Aug. 28th, 2006, Claimant caused to be served upon Owner a notice of its claim for lien pursuant to 770 ILCS 60/24.
WHEREFORE, Claimant claims a lien upon said land and improvements and against the other moneys or other consideration due or to become due from the Owner under said contract, against said General Contractor and Owner in the sum of $5,321, plus interest as by statute provided.

ATTEST:                                   Grundy Redi-Mix, Inc.

_____                  By _____
Secretary                                        President

US Certified Mail No.: 7004 1550 0000 2099 6647
Return Receipt Requested

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF GRUNDY     )

I, the undersigned, a Notary Public in and for the said County, in the State aforesaid, DO HEREBY CERTIFY that Michael Dearth, President, and Steven Dearth, Secretary of GRUNDY REDI-MIX, INC., who are personally known to me to be the same persons, whose names are subscribed to the foregoing instrument as such President and Secretary, appeared before me this day in person and severally acknowledged the matters and things set forth in the foregoing instrument are true to the best of their knowledge, information and belief, and that they signed, sealed and delivered the said instrument of writing as their free and voluntary act, and as the free and voluntary act of the said corporation, for the uses and purposes therein set forth, pursuant to authority given by the board of directors of said corporation, and caused the corporate seal of said corporation to be thereto attached.

GIVEN under my hand and notarial seal this 30 day of August, 2006.

"OFFICIAL SEAL"
DEBRA R. WAGNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-24-08

_____
Notary Public

2