# EXHIBIT E
# TO THE COUNTER COMPLAINT
# OF GRUNDY COUNTY REDI-MIX

# EXHIBIT E
# TO THE COUNTER COMPLAINT OF GRUNDY COUNTY REDI-MIX

## CAUSE NO. 2007-CH-0389
## Consolidated With
## 2007-CH-0360
## 2007-CH-062

NL-11769

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

200600038327
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
12-01-2006 At 11:53 am.
WD JT 322.25
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

PAMELA MCREYNOLDS and WILLIE MCREYNOLDS
16350 EDWARDS AVE., COUNTRY CLUB HILLS, ILLINOIS 60478

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-004-0000
Address of Real Estate: 912 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 3rd day of November, 2006

(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 3rd day of November, 2006

OFFICIAL SEAL
PATRICIA J. WILLIAMS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2007

NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to: AND MAIL TO:
PAMELA MCREYNOLDS AND WILLIE MCREYNOLDS
912 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

AWNL11769

Exhibit A

Lot 17 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET
CITY TAX
NOV.15.06
REAL ESTATE TRANSFER TAX
REAL ESTATE TRANSFER TAX
0096450
FP351012

STATE OF ILLINOIS
STATE TAX
DEC.-1.06
KENDALL COUNTY
REAL ESTATE TRANSFER TAX
00321,50
FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 160.75

NL-11728

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

200600037371
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-16-2006 At 11:40 am.
WARR DEED 287.75
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

auml 11728

JACLYN MROZ
1605 MARSAN, LYONS, ILLINOIS 60534

the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-354-009-0000
Address of Real Estate: 910 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Date this 31st day of October, 2006

(SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 31st day of October, 2006

OFFICIAL SEAL
T. BOWERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-7-2007

NOTARY PUBLIC

My Commission Expires: 07/07/2009

This instrument was prepared by TRACY BOWERS/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Mail to:
Thomas Brescia
1920 S. Highland Ave #333
Lombard, IL 60148

Send Subsequent Tax Bills to:
JACLYN MROZ
910 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

## Exhibit A

Lot 18 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 30, 2005 in document number 200500018277, and recorded May 3, 2006 at document number 200600013671, in Kendall County, Illinois.

 

 



## Exhibit A

Lot 21 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2005 as document number 200600007242, in Kendall County, Illinois.

 

 



## Exhibit A

Lot 22 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

 

 



---

### WARRANTY DEED
#### Joint Tenancy
##### Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

STEWART HONICK and ANITA HONICK
182-3 GREGORY STREET, AURORA, ILLINOIS 60504

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to-wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-252-0012-0000
Address of Real Estate: 873 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 15th day of December, 2006

_____ (SEAL)        _____ (SEAL)

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SKORES, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing Instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of December, 2006

_____
NOTARY PUBLIC                                My Commission Expires:

This instrument was prepared by: RITA MESSENGER, Lakewood Homes, Inc., 1350 W. Higgins Road, #100, Hoffman Estates, IL 60169

Mail to:                                     Send Subsequent Tax Bills to:
                                             STEWART HONICK AND ANITA HONICK
                                             873 ANGELICA CIRCLE
                                             JOLIET, ILLINOIS 60431

---

## Exhibit A

Lot 26 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

 

 



---

### WARRANTY DEED
#### Joint Tenancy
##### Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

MICHAEL B. MCKENZIE and KELLY A. MCKENZIE
5604 OAKTREE LANE, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to-wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-252-001-0000
Address of Real Estate: 870 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 9th day of November, 2006

_____ (SEAL)        _____ (SEAL)

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SKORES, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing Instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 9th day of November, 2006

_____
NOTARY PUBLIC                                My Commission Expires: 03/12/2011

This instrument was prepared by: RITA MESSENGER, Lakewood Homes, Inc., 1350 W. Higgins Road, #100, Hoffman Estates, IL 60169

Mail to:                                     Send Subsequent Tax Bills to:
JAMES KERST                                  MICHAEL B. MCKENZIE AND KELLY A.
5310 W. 95TH STREET, #201                    MCKENZIE
OAK LAWN, IL 60453                           873 ANGELICA CIRCLE
                                             JOLIET, ILLINOIS 60431

 

Exhibit A

Lot 25 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

TIFFANY PEREZ and LEONARDO R PEREZ
3512 KIERRA AVE., PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-01-325-002-0000
Address of Real Estate: 997 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 6th day of November, 2006

_____ (SEAL)　　_____ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

RICHARD SIMMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 6th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires 27/07/2008

This instrument was prepared by TRACY EDWARDS, Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

MAIL TO:
Send Subsequent Tax Bills to:
TIFFANY PEREZ AND LEONARDO R PEREZ
997 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

---

Exhibit A

Lot 25 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

RIGOBERTO GOMEZ and NORA GOMEZ
3648 WEST 85TH STREET, CHICAGO, ILLINOIS 60652

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-01-325-002-0000
Address of Real Estate: 949 ANGELICA CIRCLE, JOLIET, ILLINOIS 60431.

Dated this 4th day of October, 2006

_____ (SEAL)　　_____ (SEAL)

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

RICHARD SIMMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 4th day of October, 2006

_____
NOTARY PUBLIC

My Commission Expires 27/07/2008

This instrument was prepared by RITA MICHALAK, Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195



MAIL TO:
Send Subsequent Tax Bills to:
RIGOBERTO GOMEZ AND NORA GOMEZ
949 ANGELICA CIRCLE
JOLIET, ILLINOIS 60431

Exhibit A

Lot 32 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 27, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600031571, in Kendall County, Illinois.

 

 



---

WARRANTY DEED
Joint Tenancy
(Statutory Illinois)

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Matteson, District, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to:

LUPE ORANGO and MARK ORANGO
242 JACQUELINE St., ROMEOVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

Dated this 29th day of September, 2006

_____(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.

_____(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Prairie, LLC, a Delaware limited liability company

State of Illinois
County of Cook

My Commission Expires 07/07/2009

NOTARY PUBLIC

 

---

Exhibit A

Lot 31 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 27, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600031571, in Kendall County, Illinois.

 

  

---

WARRANTY DEED
Joint Tenancy
(Statutory Illinois)

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Matteson, District, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to:

MARK R. KORINEK and JOANN KORINEK
1253 E. DORRION LANE, LOCKPORT, ILLINOIS 60441

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

Dated this 29th day of September, 2006

_____(SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.

_____(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Prairie, LLC, a Delaware limited liability company

State of Illinois
County of Cook

My Commission Expires 07/07/2009

NOTARY PUBLIC

## Exhibit A

Lot 22 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southwest Quarter of Section 3, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500038590, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500051515, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 

 

---

### WARRANTY DEED

THE GRANTOR,

Lakewood Prairie, LLC , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

EDNA T. BECERRA
1511 S. Elwood Avenue, Joliet, Illinois 60412

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-03-333-022-0000
Address of Real Estate: 315 AMENDOLA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 25th day of October, 2006

(SEAL)

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMKUS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of October, 2006

NOTARY PUBLIC                My Commission Expires 07/17/2009

---

## Exhibit A

Lot 32 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 3, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500038590, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500051515, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 

 

---

### WARRANTY DEED

THE GRANTOR,

Lakewood Prairie, LLC , a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

MIGUEL A. BECERRA, and SONA A. BECERRA, HUSBAND AND WIFE
4113 SOUTH ELWOOD, STICKNEY, ILLINOIS 60402

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-03-333-024
Address of Real Estate: 317 AMENDOLA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 25th day of October, 2006

(SEAL)

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMKUS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of October, 2006

NOTARY PUBLIC                My Commission Expires 07/06/2009

**Exhibit A**

Lot 34 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016160, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018375, and recorded May 9, 2006 as document number 200600013471, in Kendall County, Illinois.

 

 



**Exhibit A**

Lot 25 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016160, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018375, and recorded May 9, 2006 as document number 200600013471, in Kendall County, Illinois.

 

 





STATE OF ILLINOIS

AUG. 25, 06

REAL ESTATE
TRANSFER TAX

0040050

KENDALL COUNTY

FP 103038

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

$ 40.00

---

Exhibit A

Lot 36 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018235, and recorded May 9, 2006 as document number 200600012671, in Kendall County, Illinois.



REAL ESTATE TAX STAMP

NO.   69
AMOUNT
DATE
ISSUED BY

---

**WARRANTY DEED**
(Statutory (Illinois))
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

SANTIAGO A. RODRIGUEZ
1232 SOUTH MAYPORT STREET, CHICAGO, ILLINOIS 60608

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 48-01-282-011
Address of Real Estate: 1232 MAPLE LANE, JOLIET, ILLINOIS 60431

_____ (SEAL)
RUSSELL BROWN, Ass't. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

Dated this 4th day of August, 2005

_____ (SEAL)
RICHARD SIMON, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc. and RICHARD SIMON, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 4th day of August, 2005

_____
NOTARY PUBLIC

My Commission Expires 07/26/2008

This instrument was prepared by TIFFANY MADDEN LLC, Lakewood Homes, Inc. 2200 W. Higgins Road, #205, Hoffman

Mail to:

Send subsequent Tax Bills to:
Mail to:
SANTIAGO A. RODRIGUEZ
1232 MAPLE LANE
JOLIET, ILLINOIS 60431

---

Exhibit A

Lot 41 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018235, and recorded May 9, 2006 as document number 200600012671, in Kendall County, Illinois.




CITY OF JOLIET

REAL ESTATE
TRANSFER TAX

0114,450

FP 35 1012




STATE OF ILLINOIS

27-7.05

REAL ESTATE
TRANSFER TAX

0036150

KENDALL COUNTY

FP 103038

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

$ 180.75

**WARRANTY DEED**
Joint Tenancy
(Statutory Illinois)

THE GRANTOR,

Lakewood Prairie, LLC., a Delaware limited liability company

of the Village of Plainfield, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JOSEPH DREES and NANCY DREES, HUSBAND AND WIFE
705 S. BLACKCAT DRIVE, MORRISVILLE, ILLINOIS 60444

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2004 and subsequent years.

Permanent Index Number: 02-01-171-005-0000
Address of Real Estate: 324 SALVIA LANE, JOLIET, ILLINOIS 60431

Dated this 14th day of April, 2006



_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, LLC., a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
LLC., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of July, 2006

_____
NOTARY PUBLIC

My Commission Expires 09/17/2009

OFFICIAL SEAL
MICHELE E. HAEHNER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/17/2009

This instrument was prepared by: MICHELE E. HAEHNER, Lakewood Homes, Inc., 1350 W. Shure Blvd, #100, Hoffman Estates, IL 60195

Mail to:                          Send Subsequent Tax Bills to:
_____                 _____
_____                 JOSEPH DREES AND NANCY DREES
_____                 324 SALVIA LANE
                                  JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 42 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.


CITY OF JOLIET
REAL ESTATE TRANSFER TAX
0008560
FP 351012


STATE OF ILLINOIS
REAL ESTATE TRANSFER TAX
0022650
FP 103003
KENDALL COUNTY


COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

---

**WARRANTY DEED**
Joint Tenancy
(Statutory Illinois)

THE GRANTOR,

Lakewood Prairie, LLC., a Delaware limited liability company

of the Village of Plainfield, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

OSCAR CARRILLO and MARIBEL MONTES DE OCA-PEREZ and SANDRINA AVILA
513 NORTH MAY STREET, AURORA, ILLINOIS 60506

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2004 and subsequent years.

Permanent Index Number: 02-01-353-008-0000
Address of Real Estate: 316 SALVIA LANE, JOLIET, ILLINOIS 60431

Dated this 29th day of December, 2006




_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, LLC., a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
LLC., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of December, 2006

_____
NOTARY PUBLIC

My Commission Expires 03/03/2010

OFFICIAL SEAL
RITA NIEBERGALL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 03-03-10

This instrument was prepared by: RITA NIEBERGALL, Lakewood Homes, Inc., 1350 W. Shure Blvd, #100, Hoffman Estates, IL 60195

Mail to:                          Send Subsequent Tax Bills to:
Oscar E. Carreon                  OSCAR CARRILLO AND MARIBEL MONTES DE
513 W. Carreon                    OCA-PEREZ and SANDRINA AVILA
Aurora, IL 60506                  316 SALVIA LANE
                                  JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 45 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016560, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.


CITY OF JOLIET
REAL ESTATE TRANSFER TAX
0087500
FP 351012


STATE OF ILLINOIS
REAL ESTATE TRANSFER TAX
0022500
FP 103035
KENDALL COUNTY

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

**WARRANTY DEED**
Joint Tenancy
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Montana Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND NO/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

 

VICTOR M MARTINEZ and ADRIANA MARTINEZ
3743 GARDEN DRIVE, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Numbers: 02-02-252-006-0000
Address of Real Estate: 326 SALUKI LANE, JOLIET, ILLINOIS 60431

_____ (SEAL)    _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

Dated this 26th day of January, 2007

_____ (SEAL)    _____ (SEAL)
RICHARD BROWN, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD BROWN, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 26th day of January, 2007

_____
NOTARY PUBLIC

My Commission Expires: 10/07/2008

This instrument was prepared by ATTL MEYMEDEN Lakewood Homes, Inc., 1296 W. Ripple Road, Suite, Hoffman Estates, IL 60195

Mail to:    Send Subsequent Tax Bills to:    MAIL TO:
    VICTOR M MARTINEZ AND ADRIANA
    MARTINEZ
    326 SALUKI LANE
    JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 46 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500010500, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

 

---

**WARRANTY DEED**
Joint Tenancy
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Montana Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND NO/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

 

RICARDO ZAMORA and ANA ZAMORA
4811 WEST MELROSE, CHICAGO, ILLINOIS 60641

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-251-007-0000
Address of Real Estate: 325 SALUKI LANE, JOLIET, ILLINOIS 60431

_____ (SEAL)    _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

Dated this 15th day of November, 2006

_____ (SEAL)    _____ (SEAL)
RICHARD BROWN, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD BROWN, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires: 07/27/2008

This instrument was prepared by ATTL ME. BARBOSA Lakewood Homes, Inc., 1296 W. Ripple Road, Ste, 110, Hoffman Estates, IL 60195

Mail to:    Send Subsequent Tax Bills to:    AND
    MAIL TO:
    RICARDO ZAMORA AND ANA ZAMORA
    325 SALUKI LANE
    JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 47 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500010500, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

 



**WARRANTY DEED**
Joint Tenancy
(Statutory) (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware Limited
liability company

of the Village of Millbrook, County of
Cook, State of Illinois for and in consideration
of TEN AND NO/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEY AND WARRANTS to

MATTHEW E. LISKA and MYRNA L. LISKA , HUSBAND AND WIFE
404 DECLARATION LANE, AURORA, ILLINOIS 60534

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2004 and subsequent years.

Permanent Index Number: 02-01-321-098-0000
Address of Real Estate: 308 SALVIA LANE, JOLIET, ILLINOIS   60431

_____ (SEAL)                         Dated this 24th day of December, 2006

RUSSELL BROWN, Asst. VP of Lakewood Prairie, L.L.C.            _____ (SEAL)
Managing Member of Lakewood Prairie, L.L.C., a Delaware      RICHARD RIGONI, Secretary/Treasurer of Lakewood
limited liability company                                     Homes, Inc., Managing Member of Lakewood Prairie,
                                                              L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook   ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD RIGONI, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of Homestead.

Given under my hand and official seal this 24th day of December, 2006

_____
NOTARY PUBLIC                                                My Commission Expires _____

This instrument was prepared by MICHAEL MULVIHILL,Lakewood Homes, Inc., 2700 W. Higgins Road, Suite 200, Hoffman Estates, IL 60195

Mail to:
Matthew Liska                                                Send Subsequent Tax Bills to:
904 Salvia Lane                                              MATTHEW E. LISKA AND MYRNA L. LISKA
Joliet, IL 60431                                             308 SALVIA LANE
                                                             JOLIET, ILLINOIS   60431

---

20061200010
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
01-02-2007 at 12:52 pm.
WD DEED              772.50
RHSP Surcharge         10.00

**Exhibit A**

Lot 48 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016540, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500016575, and recorded May 9, 2006 as document
number 200500017671, in Kendall County, Illinois.




CITY OF JOLIET          REAL ESTATE
                        TRANSFER TAX
                        0087900
                        FP351012




COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
144.50

STATE OF ILLINOIS       REAL ESTATE
                        TRANSFER TAX
                        0029300
KENDALL COUNTY          FP103032

---

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C , a Delaware limited
liability company

of the Village of Millbrook, County of
Cook, State of Illinois for and in consideration
of TEN AND NO/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEY AND WARRANTS to

GUILLERMO JAINA, JR.
1121 HOOKER AVE, JOLIET, ILLINOIS 60431

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois,
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2004 and subsequent years.

Permanent Index Number: 02-01-321-054-0000.
Address of Real Estate: 902 SALVIA LANE, JOLIET, ILLINOIS   60431

_____ (SEAL)                         Dated this 25th day of September, 2006

RUSSELL BROWN, Asst. VP of Lakewood Prairie, L.L.C.          _____ (SEAL)
Managing Member of Lakewood Prairie, L.L.C., a Delaware      RICHARD RIGONI, Secretary/Treasurer of Lakewood
limited liability company                                     Homes, Inc., Managing Member of Lakewood Prairie,
                                                              L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook   ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD RIGONI, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of Homestead.

Given under my hand and official seal this 25th day of September, 2006

_____
NOTARY PUBLIC                                                My Commission Expires _____

This instrument was prepared by RIFE WIEDMANN,Lakewood Homes, Inc., 2700 W. Higgins Road, Suite 200, Hoffman Estates, IL 60195

Mail to:
_____                                 Send Subsequent Tax Bills to:
904 SALVIA LANE                                              GUILLERMO JAINA, JR.
JOLIET, IL 60431                                             902 SALVIA LANE
                                                             JOLIET, ILLINOIS   60431

---

20060000471
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
11-07-2006 at 02:07 pm.
WARR DEED           551.25
RHSP Surcharge       10.00

**Exhibit A**

Lot 50 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016540, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500016575, and recorded May 9, 2006 as document
number 200500017671, in Kendall County, Illinois.




CITY OF JOLIET          REAL ESTATE
                        TRANSFER TAX
                        0101250
                        FP351012




STATE OF ILLINOIS       REAL ESTATE
                        TRANSFER TAX
                        0033750
KENDALL COUNTY          FP103032

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
103.50

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

BARBARA A. MITCHELL
2712 CEDAR LAKES CT., PLAINFIELD, ILLINOIS 60544

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 09-01-252-014
Address of Real Estate: 963 HANNA LANE, JOLIET, ILLINOIS 60431

Dated this 13th day of November, 2006

 

State of Illinois
County of Cook

My Commission Expires 07/01/2009

NOTARY PUBLIC

Send Subsequent Tax Bills to: AND
MAIL TO:
BARBARA A. MITCHELL
963 HANNA LANE
JOLIET, ILLINOIS 60431

---

Exhibit A



Lot 22 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018275, and recorded May 3, 2006 as document
number 200600017671, in Kendall County, Illinois.

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

BRETT
ALTON W. MORRIS and APRIL MORRIS
2666 DONNA DRIVE, GRANITE CITY, ILLINOIS 60409

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-252-017
Address of Real Estate: 921 HANNA LANE, JOLIET, ILLINOIS 60431

Dated this 3rd day of May, 2007

 

State of Illinois
County of Cook

My Commission Expires 03/27/2007

NOTARY PUBLIC

Send Subsequent Tax Bills to:
ALTON W. MORRIS and APRIL MORRIS
921 HANNA LANE
JOLIET, ILLINOIS 60431

---

Exhibit A

 

Lot 22 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter
and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018275, and recorded May 3, 2006 as document
number 200600017671, in Kendall County, Illinois.

**WARRANTY DEED**
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS and WARRANTS to

STEVEN R. VAN DYKE and ANGELA K. VAN DYKE
20766 DOVE STREET, CRANDWOOD, ILLINOIS 60439
*Tenancy by The Entirety*

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in *not as joint tenants, nor as tenants in common, but as tenants by the entirety* forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-01-101-018-0000
Address of Real Estate: 913 SILVER LEAF, JOLIET, ILLINOIS 60431

Dated this 13th day of December, 2005

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

(SEAL)
RICHARD BROWN, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook }

I, the undersigned NO NOTARY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD BROWN, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of December, 2005

My Commission Expires 07/17/2009

NOTARY PUBLIC

This instrument was prepared by MICHELLE MARRERO/Lakewood Homes, Inc., 1350 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Send Subsequent Tax Bills to: MAIL TO
STEVEN R. VAN DYKE AND ANGELA K. VAN
DYKE
913 SILVER LEAF
JOLIET, ILLINOIS 60431




**Exhibit A**

Lot 14 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016360, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018375, and recorded July 9, 2006 as document
number 200500013671, in Kendall County, Illinois.




---

**WARRANTY DEED**
**TENANCY BY THE ENTIRETY**
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

JEROME DEROGENE and JENNIFER K. LUPER,
7130 SOUTH SPAULDING AVENUE, CHICAGO, ILLINOIS 60629

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in TENANCY BY THE
ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-01-101-025-0000
Address of Real Estate: 1005 FELDMANN DRIVE, JOLIET, ILLINOIS 60431

Dated 11th day of September, 2006

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

(SEAL)
RICHARD BROWN, Secretary/Treasurer of Lakewood Homes,
Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD BROWN, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 11th day of September, 2006

My Commission Expires 03/17/2009

NOTARY PUBLIC

This instrument was prepared by MICHELLE MARRERO/Lakewood Homes, Inc., 1350 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Cynthia Basile
1373 E. Walnut Ave. Ste 201
New Island, IL 60406

Send Subsequent Tax Bills to:
JEROME DEROGENE AND JENNIFER K. LUPER
1005 FELDMANN DRIVE
JOLIET, ILLINOIS 60431




**Exhibit A**

Lot 60 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016360, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018375, and recorded May 9, 2006 as document
number 200600013641, in Kendall County, Illinois.






**WARRANTY DEED**
Joint Tenancy
(Illinois) (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Northern District, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

PATRICK J. MCGRATH and SARAH L. MCGRATH
205 PORKING COURT, DOWNERS GROVE, ILLINOIS 60515

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois, SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-123-023-0000
Address of Real Estate: 1002 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

 

Exhibit A

Lot 61 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2001 as document number 200100016060, and amended by Certificate of Correction recorded June 28, 2005 at document number 200500026273, and recorded May 9, 2006 as document number 200600013471, in Kendall County, Illinois.

 

---

 

**WARRANTY DEED**
Joint Tenancy
(Illinois) (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Northern District, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

EDWARD PIETRZYK and JOLEEN PIETRZYK
1032 SAINT ANTON COURT, LISBON, ILLINOIS 60532

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois, SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-123-004-0000
Address of Real Estate: 1002 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Exhibit A

Lot 61 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200100016060, and amended by Certificate of Correction recorded June 28, 2005 at document number 200500026273, and recorded May 9, 2006 as document number 200600013471, in Kendall County, Illinois.

 

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited liability company

of the Village of Shorewood, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to




Exhibit A

Lot 65 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016569, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500019215, and recorded May 9, 2006 as document number 200600012671, in Kendall County, Illinois.

CISNEA L. SANDRA and JOSE L. SANDRA, 1491 FERGUSENT DRIVE, MORRISVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record and to General Taxes for 2006 and subsequent years.

Permanent Index Number. 05-01-252-007-0000
Address of Real Estate 212 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

Dated this 15th day of November, 2006



_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

_____ (SEAL)
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of November, 2006

_____
NOTARY PUBLIC

My Commission Expires 09/25/2063

This instrument was prepared by MICHELE BAUMISTER and Lakewood Homes, Inc., 2700 W. Higgins Road, #400, Hoffman Estates, IL 60195

Mail to:                            Send Subsequent Tax Bills to: AND
_____                  MAIL TO:
_____                  GLORIA L. SANDRA AND JOSE L. SANDRA
_____                  212 PLAINFIELD DRIVE
                                   JOLIET, ILLINOIS 60431




---

WARRANTY DEED
Statutory (Illinois)
[individual to individual]

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited liability company

of the Village of Shorewood, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

Exhibit A

Lot 65 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016569, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500019215, and recorded May 9, 2006 as document number 200600012671, in Kendall County, Illinois.

LINDA, TYLER
311 MCINTEAGLE, GARNET MINY, ILLINOIS 60465

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record and to General Taxes for 2006 and subsequent years.

Permanent Index Number. 05-01-252-004-0000
Address of Real Estate 210 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

Dated this 13th day of September, 2006




_____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

_____ (SEAL)
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of September, 2006

_____
NOTARY PUBLIC

My Commission Expires 03/07/2007

This instrument was prepared by TRACY BOWERS and Lakewood Homes, Inc., 2700 W. Higgins Road, #400, Hoffman

Mail to:                            Send Subsequent Tax Bills to: AND
_____                  MAIL TO:
_____                  LINDA, TYLER
_____                  210 PLAINFIELD DRIVE
                                   JOLIET, ILLINOIS 60431




**WARRANTY DEED**
Filed Townstay By The Ralptate
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Holfman Estate, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS and WARRANTS to

NATHAN GALINDO III and MARIAM GALINDO husband and wife Th
2705 FERGUSTON DRIVE, RICHMOND, ILLINOIS 60431

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 19-41-321-003

Address of Real Estate 906 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Russell Brown                    (SEAL)    Dated this 16th day of April, 2007    (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMKUS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 16th day of April, 2007

NOTARY PUBLIC    My Commission Expires 07/08/2009

Mail to:
John G. Samaha
1417 N. Hoyne
Chicago, IL 60649

NATHAN GALINDO III AND MARIAM
GALINDO
906 PLAINVIEW DRIVE
JOLIET, ILLINOIS 60431

This instrument was prepared by TIFFANY JOHNSON

---

**Exhibit A**

Lot 67 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500014560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018175, and recorded May 9, 2006 as document
number 200600017671, in Kendall County, Illinois.







COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

---

**WARRANTY DEED**
Joint Tenancy TENANCY BY THE
Statutory (Illinois) ENTIRETY

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Holfman Estate, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS and WARRANTS to

JOHN KOSSIKA and ANGELA J. KOSSIKA, husband and wife    but as Tenants by the Entirety
4947 WEST 44TH STREET, CHICAGO, ILLINOIS 60324

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

**SEE ATTACHED LEGAL DESCRIPTION**

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-01-352-016-0000

Address of Real Estate 906 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Russell Brown                    (SEAL)    Dated this 18th day of September, 2006    (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMKUS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 18th day of September, 2006

NOTARY PUBLIC    My Commission Expires 02/09/2007

"OFFICIAL SEAL"
RON MOSSNER

Mail to:
Arthur B. Laird
520 N. Michigan Avenue
Chicago IL 60611

JOHN KOSSIKA AND ANGELA J. KOSSIKA
906 PLAINVIEW DRIVE
JOLIET, ILLINOIS 60431

This instrument was prepared by ARIS MELENDEZ (Lakewood Homes, Inc., 2500 W. Higgins Road, Suite, Hoffman Estates, IL 60169)

---

**Exhibit A**

Lot 69 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500014560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018175, and recorded May 9, 2006 as document
number 200600017671, in Kendall County, Illinois.







**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, LLC , a Delaware limited
liability company

of the Village of Natthern Taxion, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEY and WARRANTS to

 

DAVID E. KENNEDAY and ERIN M. KENNEDAY
1137 WEATHER VRAIL, WEST DUNDEE, ILLINOIS 60118

TO HAVE AND TO HOLD as it remises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois,
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number 03-01-351-012
Address of Real Estate: 704 MAINTAIN DRIVE, JOLIET, ILLINOIS 60431



Dated this 14th day of March 2007

RUSSELL BROWN, Jun. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C. , a Delaware
limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C. , a Delaware limited liability company

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of March, 2007.



NOTARY PUBLIC

This instrument was prepared by TIFFANY H. COOPER

Mail to:

Send Subsequent Tax Bills to:
DAVID E. KENNEDAY AND ERIN M. KENNEDAY
704 MAINTAIN DRIVE
JOLIET, ILLINOIS 60431

---

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,
LAKEWOOD PRAIRIE, LLC
, a Delaware limited liability company

of the Village of Natthern Taxion, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEY and WARRANTS to

 

JON SOUVANNOUST and MICHAEL J. THOMPSON
1234 W. ANDREWS, CHICAGO, ILLINOIS 60628

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois,
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number 03-01-351-011-0000
Address of Real Estate: 901 MAINTAIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 7th day of December, 2006

RUSSELL BROWN, Jun. VP of Lakewood Homes, Inc.,

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc.,

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 7th day of December, 2006

NOTARY PUBLIC

My Commission Expires 09/23/2008

This instrument was prepared by MICHAEL QUINN Lakewood Homes, Inc. 1300 W. Higgins Road, #204, Hoffman Estates, IL 60169

Mail to:

Send Subsequent Tax Bills to:
JON SOUVANNOUST AND MICHAEL J.
THOMPSON
901 MAINTAIN DRIVE
JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 69 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500016775, and amended May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

---

**Exhibit A**

Lot 70 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500016775, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

 

AFTER RECORDING MAIL TO:
Gayle A. Carcechino
Gould & Ratner
222 N. LaSalle Street, 8th Floor
Chicago, Illinois 60601

**WARRANTY DEED**

_____ Illinois

_____
Space Above This Line For Recording Data

GRANTOR, LAKEWOOD LAND LLC, an Illinois limited liability company, 2700 West Higgins Road, Suite 100, Hoffman Estates, Illinois, for and in consideration of Ten and 00/100 Dollars, receipt whereof is hereby acknowledged, CONVEYS and WARRANTS to LAKEWOOD PRAIRIE, LLC, a Delaware limited liability company (collectively, the "Grantee") of, 2700 West Higgins Road, Suite 100, Hoffman Estates, Illinois, Grantee, the following described Real Estate ("Property") situated in Will County, Illinois, to wit:

**SEE ATTACHED EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

SUBJECT TO: The terms and conditions set forth on Exhibit "B" attached hereto and made a part hereof.

IN WITNESS WHEREOF, said party of the first part has caused its name to be signed by its sole member as of the ___ day of July, 2005.

LAKEWOOD LAND LLC, an Illinois limited liability company
By: Lakewood Homes, Inc., its sole member

ATTEST:

By: _____   By: _____
Richard Sienna, Secretary          Bert Nicholas, President

---

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

The undersigned, a Notary Public in and for said County, in the State aforesaid, do hereby certify that Bert Hoffman and Richard Sienna, personally known to me to be the President and Secretary respectively, of Lakewood Homes, Inc., the sole member of Lakewood Land LLC, an Illinois limited liability company and personally known to me to be the same persons whose names are subscribed to the foregoing instrument as such officers of the sole member, appeared before me this day in person and acknowledged that they signed and delivered the said instrument as their free and voluntary act and as the free and voluntary act and deed of said company for the uses and purposes therein set forth.

GIVEN under my hand and seal this ___ day of July, 2005.

_____
Notary Public

My commission expires: 5/30/08

Prepared by:                    Send subsequent tax bills to:
John K. Mays                    Lakewood Prairie, LLC
Gould & Ratner                  2700 West Higgins Road, Suite 100
222 N. LaSalle Street           Hoffman Estates, Illinois
8th Floor
Chicago, IL 60601

---

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

*[legal description text illegible due to image resolution]*

EXHIBIT IK
PERMITTED EXCEPTIONS

1. BUILDING LINES, EASEMENTS, COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH ON THE PLAT OF LAKEWOOD PRAIRIE UNIT 1 RECORDED JUNE 14, 2004 AS DOCUMENT 200500161646. (AFFECTS PARCEL THREE)

2. BUILDING LINES, EASEMENTS, COVENANTS, CONDITIONS AND RESTRICTIONS AS SET FORTH ON THE PLAT OF LAKEWOOD PRAIRIE UNIT 2 RECORDED JUNE 14, 2005 AS DOCUMENT 200500161646. (AFFECTS PARCEL FOUR)

3. RIGHTS OF WAY FOR DRAINAGE TILES, DITCHES, FEEDERS, LATERALS AND UNDERGROUND PIPES, IF ANY.

4. RIGHTS OF ADJOINING OWNERS TO THE UNINTERRUPTED FLOW OF ANY STREAM WHICH MAY CROSS THE PREMISES.

5. RIGHTS OF THE PUBLIC, THE STATE OF ILLINOIS AND THE MUNICIPALITY IN AND TO THAT PART OF THE LAND, TAKEN OR USED FOR ROAD PURPOSES OR HIGHWAY PER RIGHT OF WAY AGREEMENT RECORDED AS DOCUMENT 75-034 AND GRAVEL ROAD KNOWN AS VAN DYKE ROAD.

6. DELINEATED WATERS OF THE U.S. AND WETLANDS AS FLAGGED AS DEPICTED ON SURVEY MADE BY CHRISTIAN-ROCK & ASSOCIATES AS JOB NO. 15-011 DATED MAY 7, 2002 AS REVISED NOVEMBER 14, 2002.

7. UTILITY EASEMENT ALONG HIGHWAY INSIDE ROAD, AS DEPICTED ON MAP OF SURVEY MADE BY CHRISTIAN-ROCK & ASSOCIATES INC AS JOB NO. 15-011 DATED MAY 7, 2002.

8. BOX CULVERTS, HEADWALLS, DRAIN TILES, CMP AND 15" PVC PIPE AND DRAIN TILE AS DEPICTED ON SURVEY MADE BY CHRISTIAN-ROCK & ASSOCIATES INC. AS JOB NO. 15-011 DATED MAY 7, 2002 AS REVISED NOVEMBER 14, 2002.

9. ANNEXATION AGREEMENT RECORDED JANUARY 19, 2004 AS DOCUMENT 200600073 AND 200600082958, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

10. ORDINANCE NO. 5014, ANNEXING PROPERTY TO THE CITY OF JOLIET RECORDED SEPTEMBER 21, 2004 AS DOCUMENT 200600082645, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

11. RESOLUTION NO. 348, APPROVING AN AMENDMENT TO ANNEXATION AGREEMENT FOR LAKEWOOD PRAIRIE SUBDIVISION RECORDED OCTOBER 6, 2006 AS DOCUMENT 200600225, AND THE TERMS AND CONDITIONS CONTAINED THEREIN.

12. EASEMENT IN FAVOR OF CITY OF JOLIET, AND ITS/THEIR RESPECTIVE SUCCESSORS AND ASSIGNS, TO INSTALL, OPERATE AND MAINTAIN ALL EQUIPMENT NECESSARY FOR THE PURPOSE OF SERVING THE LAND AND OTHER PROPERTY, TOGETHER WITH THE RIGHT OF ACCESS TO SAID EQUIPMENT, AND THE PROVISIONS RELATING THERETO CONTAINED IN THE GRANT RECORDED/FILED AS DOCUMENT NO. 200600234, AFFECTING PART OF THE LAND.

13. OVERHEAD WIRES AND POWER POLES ALONG THE WESTERLY LINE OF THE LAND.

---

MARY ANN KUBAL
WILL COUNTY RECORDER

AFFIDAVIT - METES AND BOUNDS

STATE OF ILLINOIS } SS
COUNTY OF WILL }                                            DOCUMENT NO. _____

_____ being duly sworn on oath, states that the attached deed is not in violation of 765 ILCS 205/1 for one of the following reasons:

1. The division or subdivision of the land in lots or parcels of tracts of 5 acres or more in size which does not involve any new streets or easements of access.

2. The division is of lots or blocks of less than one acre in any recorded subdivision which does not involve any new streets or easements of access.

3. The sale or exchange of parcels of land is between owners of adjoining and contiguous land.

4. The conveyance is of parcels of land or interests therein for use as right of way for railroads or other public utility facilities, which does not involve any new streets or easements of access.

5. The conveyance is of land owned by a railroad or other public utility which does not involve any new streets or easements of access.

6. The conveyance is of land for highway or other public purposes or grants or conveyances relating to the dedication of land for public use or instruments relating to the vacation of land impressed with a public use.

7. Conveyances made to correct descriptions in prior conveyances.

8. The sale or exchange of parcels or tracts of land existing on the date of the amendatory Act (10/1/09) into no more than two parts and not involving any new streets or easements of access.

9. The sale is of a single lot of less than 5.0 acres from a larger tract when a survey is made by a registered surveyor; provided, that this exception shall not apply to the sale of any subsequent lots from the same larger tract of land, as determined by the dimensions and configuration of the larger tract on October 1, 1973, and provided also that this exemption does not invalidate any local requirements applicable to the subdivision of land. Amended by P.A. 80-318-1, 1 eff. October 1, 1973.

10. The conveyance is of land described in the above amount of this tract taken by proscription.

CIRCLE NUMBER ABOVE WHICH IS APPLICABLE TO ATTACHED DEED.

AFFIANT further states that he makes this affidavit for the purpose of inducing the Recorder of Will County, Illinois, to accept the attached deed for recording.

_____
Kevin G. Mosher, Attorney

SUBSCRIBED AND SWORN TO BEFORE ME
this 27th day of September, 2006

_____
Notary Public

OFFICIAL SEAL
GAYLA A. CORENTINO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-28-2008

---

WARRANTY DEED
Joint Tenancy by the Entirety
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

JEFFREY SMITH and FAITH SMITH
444 CRAKER AVE., NORMANVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-01-353-013-0000
Address of Real Estate: 443 AMERICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 27th day of November, 2006

_____ (SEAL)   _____ (SEAL)
RUSSELL BROWN, Asst. V.P of Lakewood Prairie, Inc.
Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD BROWN, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 27th day of November, 2006

_____
NOTARY PUBLIC                    My Commission Expires: 12/07/2008

This instrument was prepared by RITA WEINGARTEN, Lakewood Homes, Inc., 1714 W. Higgins Road, Suite 1, Hoffman Estates, IL 60195

Mail to:
Jeff & Faith Smith
813 Arnglin Circle
Joliet, IL 60431

MAIL TO:
JEFFREY SMITH and FAITH SMITH
443 AMERICA CIRCLE
JOLIET, ILLINOIS 60431

---




FILED FOR RECORD
PAUL ANDERSON
RECORDER, KENDALL COUNTY, ILLINOIS
70-06-0065 # 16:39
B/P 2.00
REH 20.00
RHSP 10.00

---

Exhibit A

Lot 72 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document number 200500161650, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

---




CITY OF JOLIET
REAL ESTATE
TRANSFER TAX
0002860
FP351012

STATE OF ILLINOIS
REAL ESTATE
TRANSFER TAX
0030960
FP103035

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C. ,
a Delaware limited liability company

of the Village of Shorewood, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

CHRISTOPHER STEHMAN, A MARRIED MAN
345 ROOSEVELD, WOODBRIDGE, ILLINOIS 60449

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-05-251-013
Address of Real Estate: 345 AMERICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 13th day of October, 2006

[signatures]

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of October, 2006

NOTARY PUBLIC

This instrument was prepared by TIFFANY McDONELLA, Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Mail to:

Send Subsequent Tax Bills to:
MAIL TO
CHRISTOPHER STEHMAN
345 AMERICA CIRCLE
JOLIET, ILLINOIS



---

Exhibit A

Lot 74 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

 

 

---

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C. ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

ALICE C. HALL-PORTER
1143 NORTH OXLEY LANE, WESTMONT, ILLINOIS 60559

the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 03-01-251-013
Address of Real Estate: 344 AMERICA CIRCLE, JOLIET, ILLINOIS 60431

Dated this 25th day of May, 2007

[signatures]

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of May, 2007

NOTARY PUBLIC

This instrument was prepared by MARK WIEDERSEIT, Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Mail to:
Robert F. Austin
4 S.W. Boughton Rd. #200
Boling Brook, IL 60440

Send Subsequent Tax Bills to:
ALICE C. HALL-PORTER
344 AMERICA CIRCLE
JOLIET, ILLINOIS 60431

---

Exhibit A

Lot 75 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500016560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007542, in Kendall County, Illinois.

 

 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

DOUGLAS E. KNACK and KELLY B. KNACK
7104 Kildeare Lane, Naperville, Illinois 60566

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 02-21-151-012
Address of Real Estate: 143 Ambrcia Circle, Joliet, Illinois 60431

Dated this 5th day of February, 2007

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 5th day of February, 2007

NOTARY PUBLIC

My Commission Expires 07/02/2008

This instrument was prepared by ...

Mail to:

Send Subsequent Tax Bills to: MAIL TO
DOUGLAS E. KNACK AND KELLY B. KNACK
862 AMBRCIA CIRCLE
JOLIET, ILLINOIS 60431






Exhibit A

Lot 26 in Lakewood Prairie Unit 1A, being a resubdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500046560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007541, in Kendall County, Illinois.

---

WARRANTY DEED
Joint Tenancy BY THE ENTIRETY
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

GARY G FRANCIS and KAREN G FRANCIS
14211 Chinnstown, Plainfield, Illinois 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-21-151-013-0000
Address of Real Estate: 860 Ambrcia Circle, Joliet, Illinois 60431

Dated this 24th day of November, 2006

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
L.L.C., a Delaware limited liability company

State of Illinois
County of Cook

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 24th day of November, 2006

NOTARY PUBLIC

My Commission Expires 10/07/2010

This instrument was prepared by ...

Mail to:
ROBERT L GALGAN JR.
340 W. BUTTERFIELD ROAD, STE.
Ft Lauderdale, FL 33190-5068

Send Subsequent Tax Bills to:
GARY G FRANCIS AND KAREN G FRANCIS
860 AMBRCIA CIRCLE
JOLIET, ILLINOIS 60431







Exhibit A

Lot 27 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie Unit 1, recorded June 14, 2005 as document Number 200500046560, being a subdivision of part of the Northwest Quarter and part of the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat of said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number 200600007541, in Kendall County, Illinois.

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C. ,
a Delaware limited liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

BEVERLY HOWARD, UNMARRIED PERSON
1216 CORNWALL DRIVE, JOLIET, ILLINOIS 60435

the following described Real Estate situated in the County of KENDALL , in the State of Illinois, to wit:

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record and to General Taxes for 2007 and subsequent years.

SEE ATTACHED LEGAL DESCRIPTION

Permanent Index Number: 09-01-351-013-0000
Address of Real Estate: 256 ANGELICA COURT, JOLIET, ILLINOIS 60431



Dated this 25th day of January, 2007

_____ (SEAL)                    _____ (SEAL)
MICHAEL SIMON, VP of Lakewood Homes, Inc.,     RICHARD FRONE, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C., a Delaware      Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
limited liability company                     a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of January, 2007

_____
NOTARY PUBLIC                                 My Commission Expires 07/01/2007

This instrument was prepared by TRACY BOWERS, of Lakewood Homes, Inc., 1300 N. Maple Road, #200, Joliet

Mail to:                                      Send Subsequent Tax Bills to:
                                              AND MAIL TO
                                              BEVERLY HOWARD
                                              256 ANGELICA COURT
                                              JOLIET, ILLINOIS 60431

---

## Exhibit A

Lot 29 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie
Unit 1, recorded June 14, 2005 as document Number 200500014550, being a subdivision
of part of the Northwest Quarter and part of the Northeast Quarter of Section 1,
Township 35 North, Range 8 east of the third principal meridian, according to the plat of
said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number
200600007542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 113.25

---

WARRANTY DEED
Statutory (Illinois)

THE GRANTOR,
Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

TARA CHICOTTA and DEAN C. CHICOTTA, WIFE AND HUSBAND
2900 BARBARA DRIVE, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:
                                                     BY THE ENTIRETY
hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record, and to General Taxes for 2006 and subsequent years.

SEE ATTACHED LEGAL DESCRIPTION

Permanent Index Number: 09-01-351-013
Address of Real Estate: 464 ANGELICA COURT, JOLIET, ILLINOIS 60431



Dated this 29th day of December, 2006

_____ (SEAL)                    _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,   RICHARD SIMONS, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C., a Delaware   Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
limited liability company                     a Delaware limited liability company

State of Illinois }
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of December, 2006

_____
NOTARY PUBLIC                                 My Commission Expires 07/01/2008

This instrument was prepared by TRACY BOWERS, of Lakewood Homes, Inc., 1300 N. Maple Road, #200, Joliet

Mail to:                                      Send Subsequent Tax Bills to: AND MAIL TO
                                              TARA CHICOTTA AND DEAN C. CHICOTTA
                                              464 ANGELICA COURT
                                              JOLIET, ILLINOIS 60431

---

## Exhibit A

Lot 29 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie
Unit 1, recorded June 14, 2005 as document Number 200500014550, being a subdivision
of part of the Northwest Quarter and part of the Northeast Quarter of Section 1,
Township 35 North, Range 8 east of the third principal meridian, according to the plat of
said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number
200600007542, in Kendall County, Illinois.



COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 191.35

WARRANTY DEED
Joint Tenancy
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS and WARRANTS to

WAYNE E. MOORE AND NORA D. MOORE
637 JEWETT, MASON, ILLINOIS 66444

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-21-151-012-0000
Address of Real Estate: 833 ANGELICA COURT, JOLIET, ILLINOIS 60431

Dated this 20th day of October, 2006




State of Illinois
County of Cook

I, the undersigned, A NOTARY PUBLIC...

NOTARY PUBLIC

---

Exhibit A

Lot 21 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie
Unit 1, recorded June 14, 2005 as document Number 200500016500, being a subdivision
of part of the Northwest Quarter and part of the Southwest Quarter of Section 1,
Township 35 North, Range 8 east of the third principal meridian, according to the plat of
said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number
200600007542, in Kendall County, Illinois.




---

WARRANTY DEED
Joint Tenancy
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Hoffman Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS and WARRANTS to

GERARDO BORZON AND JEANNETTE BORZON
3324 S. 61ST STREET, CICERO, ILLINOIS 60804

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-21-151-013
Address of Real Estate: 835 ANGELICA COURT, JOLIET, ILLINOIS 60431

Dated this 8th day of December, 2006




State of Illinois
County of Cook

NOTARY PUBLIC

---

Exhibit A

Lot 23 in Lakewood Prairie Unit 1A, being a re-subdivision of part of Lakewood Prairie
Unit 1, recorded June 14, 2005 as document Number 200500016500, being a subdivision
of part of the Northwest Quarter and part of the Southwest Quarter of Section 1,
Township 35 North, Range 8 east of the third principal meridian, according to the plat of
said Lakewood Prairie Unit 1A, recorded March 14, 2006 as document number
200600007542, in Kendall County, Illinois.



**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Northern Estates, County of Cook, State of Illinois for and in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

OMAYRA MENDEZ
4240 N. WALSH LANE, RIVER GROVE, ILLINOIS 60171

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 19-21-251-012-0000
Address of Real Estate: 392 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

Russell Brown (SEAL)              Date this 22nd day of September, 2006    (SEAL)
RUSSELL BROWN, Vice President of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois,
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 22nd day of September, 2006

NOTARY PUBLIC                    My Commission Expires:

OFFICIAL SEAL
MICHELE S. RAUSHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES

This instrument was prepared by MICHELE RAUSHER Lakewood Homes, Inc., 1309 W. Higgins Road, #106, Hoffman Estates, IL 60195

Mail to:                          Send Subsequent Tax Bills to:

 

---

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Northern Estates, County of Cook, State of Illinois for and in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

GINO L. BATES and JANIE E BATES JR.,
327 STRYKER AVE., , JOLIET, ILLINOIS 60431

TO HAVE AND TO HOLD AS premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-01-251-011-0000
Address of Real Estate: 392 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

Russell Brown (SEAL)              Date this 17th day of August, 2006    (SEAL)
RUSSELL BROWN, Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois,
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 17th day of August, 2006

NOTARY PUBLIC                    My Commission Expires: 07/03/2009

OFFICIAL SEAL
NOLAN MARTINEZ STONE OF ILLINOIS
MY COMMISSION EXPIRES

This instrument was prepared by NOLAN NEWMAN Lakewood Homes, Inc., 1309 W. Higgins Road, #106, Hoffman Estates, IL 60195

Mail to:                          Send Subsequent Tax Bills to:

GINO L. BATES and JANIE E BATES JR.
605 PLAINFIELD DRIVE
JOLIET, ILLINOIS 60431

 

---

**Exhibit A**

Lot 86 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

 

---

**Exhibit A**

Lot 87 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018275, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.





**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Shelburn, County of Cook, State of Illinois for and in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

BERNITA COVINGTON
1711 S. HIGHLAND AVE, LOMBARD, ILLINOIS 60148

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-01-331-014-0000
Address of Real Estate: 907 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Dated this 15th day of November, 2006

RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and affixed seal this 15th day of November, 2006

NOTARY PUBLIC

This instrument was prepared by TRACY BONTLEY, Lakewood Homes, Inc., 1795 W. Higgins Road, #280, Hoffman

Mail to:

Send Subsequent Tax Bills to:
MAIL TO

BERNITA COVINGTON
907 PLAINVIEW DRIVE
JOLIET, ILLINOIS 60431




Exhibit A

Lot 85 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the Third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014566, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018175, and recorded May 9, 2006 as document number 200500013671, in Kendall County, Illinois.





---

**WARRANTY DEED**
Joint Tenancy (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Shelburn, County of Cook, State of Illinois for and in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

VERNON J JACKSON and SALEENA K JACKSON
905 PLAINVIEW WAY, BOLINGBROOK, ILLINOIS 60440

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 03-01-331-009-0000
Address of Real Estate: 905 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Dated this 17th day of November, 2006

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and affixed seal this 17th day of November, 2006

NOTARY PUBLIC

This instrument was prepared by RITA NEUMEISTER, Lakewood Homes, Inc., 1795 W. Higgins Road, #280, Hoffman Estates, IL 60195

Mail to:

Send Subsequent Tax Bills to:
MAIL TO

VERNON J JACKSON and SALEENA K JACKSON
905 PLAINVIEW DRIVE
JOLIET, ILLINOIS 60431




Exhibit A

Lot 89 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the Third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014566, and amended by Certificate of Correction recorded May 10, 2005 as document number 200500018175, and recorded May 9, 2006 as document number 200500013671, in Kendall County, Illinois.




WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.
a Delaware limited liability company

of the Village of Maltese House, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

RUSSELL A. BROADWAY
18137 S. 88TH COURT, TINLEY PARK, ILLINOIS 60431

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number 09-11-351-006-0000
Address of Real Estate: 311 MAINTRADE DRIVE, JOLIET, ILLINOIS 60431

Dated this 30th day of November, 2005

 

_____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Ass. VP of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C. a Delaware
limited liability company

State of Illinois )
               ) SS
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of November, 2005

_____
NOTARY PUBLIC

My Commission Expires 07/03/2009

This instrument was prepared by TRACY BONURA, Law and Home, Inc. 1700 N. Hight Road, 1700 Prairie

Mail to:
   Isaac J. STRAUS
   5704 Wellcome Dr.
   MATTESON, IL 60443

RUSSELL A. BROADWAY
311 MAINTRADE DRIVE
JOLIET, ILLINOIS 60431

---

Exhibit A

Lot 90 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter
and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016565, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET          REAL ESTATE TRANSFER TAX          0076750

STATE OF ILLINOIS   FEB. -7.07   REAL ESTATE TRANSFER TAX   0026260          COUNTY OF KENDALL
KENDALL COUNTY          FP103038                REAL ESTATE TRANSFER TAX $131.25

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. a Delaware Limited
Liability company

of the Village of Maltese House, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

DION M. KENYON and BETTY J. STOKSON
1968 CONTINENTAL AVE., NAPERVILLE, ILLINOIS 60563

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number 09-11-351-007
Address of Real Estate: 313 MAINTRADE DRIVE, JOLIET, ILLINOIS 60431

 

Dated this 21st day of November, 2005

_____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Ass. VP of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C. a Delaware
limited liability company

State of Illinois )
               ) SS
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 21st day of November, 2005

_____
NOTARY PUBLIC
OFFICIAL SEAL
TIFFANY M. CARDINELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES

My Commission Expires: 07/03/2009

This instrument was prepared by

Mail to:

DION M. KENYON and BETTY J. STOKSON
313 MAINTRADE DRIVE
JOLIET, ILLINOIS 60431

---

Exhibit A

Lot 91 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016565, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.

CITY OF JOLIET          REAL ESTATE TRANSFER TAX          0083800

STATE OF ILLINOIS   FEB. -8.07   REAL ESTATE TRANSFER TAX   0017600          COUNTY OF KENDALL
KENDALL COUNTY          FP103035                REAL ESTATE TRANSFER TAX $

WARRANTY DEED
Joint Tenancy
(Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Shorewood, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

MARK M. KOLARIK and MATTHEW J. KOLARIK
1317 N. ORANGE AVE. MORRISON, ILLINOIS 61270

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record.

Permanent Index Number: 02-25-325-004-14490
Address of Real Estate: 319 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Dated this 11th day of December, 2006

Russell Brown (SEAL)                    RICHARD SIMONS (SEAL)

State of Illinois )
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Prairie, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 11th day of December, 2006

Rita Desmond
NOTARY PUBLIC

My Commission Expires 10/17/2010

This instrument was prepared by RITA WEIDNER DESMOND

Mail to:                                 Send Subsequent Tax Bills to:
                                         MARK M. KOLARIK and MATTHEW J.
                                         KOLARIK
                                         319 PLAINVIEW DRIVE
                                         JOLIET, ILLINOIS 60431

Exhibit A

Lot 94 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500019735, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.






---

WARRANTY DEED
Joint Tenancy
(Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Shorewood, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

JANICE BOYD LIVINGSTON and SIMEON L. LIVINGSTON
322 S. KAVANAUGH DRIVE, ROMEOVILLE, ILLINOIS 60446

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record.

Permanent Index Number: 02-25-325-003-14490
Address of Real Estate: 1261 PLAINVIEW DRIVE, JOLIET, ILLINOIS 60431

Dated this 13th day of September, 2006

Russell Brown (SEAL)                    RICHARD SIMONS (SEAL)

State of Illinois )
County of Cook )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 13th day of September, 2006

NOTARY PUBLIC

My Commission Expires 07/27/2009

This instrument was prepared by TRACI VONSTEIN

Mail to:                                 Send Subsequent Tax Bills to:
                                         SIMEON LIVINGSTON and JANICE BOYD
                                         LIVINGSTON
                                         1261 PLAINVIEW DRIVE
                                         JOLIET, ILLINOIS 60431

Exhibit A

Lot 95 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500019735, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.






WARRANTY DEED
*Statutory (Illinois)*
*(Individual or Individual)*

THE GRANTOR,

Lakewood Prairie, L.L.C.
a Delaware limited liability company

of the Village of Hadlow Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

JOSE GARCIA
2333 WEST 23RD PLACE, CICERO, ILLINOIS 60804

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-21-251-012-0000
Address of Real Estate: 1003 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

_____ (SEAL)        Date this 25th day of August, 2006
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
a Delaware limited liability company

State of Illinois  )
County of Cook     )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of August, 2006

_____
NOTARY PUBLIC

My Commission Expires 07/17/2009

This instrument was prepared by MICHELE HALENBAKA Lakewood Homes, Inc., 2506 W. Higgins Road, Hoffman Estates, Illinois

Mail to:                              Send Subsequent Tax Bills to:
JOSE GARCIA
1003 PLAINFIELD DRIVE
JOLIET, ILLINOIS 60431






Exhibit A

Lot 96 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the Third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016583, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018235, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

---

WARRANTY DEED
TENANCY BY THE ENTIRETY
*Statutory (Illinois)*

THE GRANTOR,

Lakewood Prairie, L.L.C.
a Delaware limited liability company

of the Village of Hadlow Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

LOUISE ARMSTRONG and KIMBERLY ARMSTRONG
2146 S. LYTE AVENUE, BROADVIEW, ILLINOIS 60155

TO HAVE AND TO HOLD said premises not in Tenancy in Common and not in Joint Tenancy, but in TENANCY BY THE ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-251-001
Address of Real Estate: 1003 PLAINFIELD DRIVE, JOLIET, ILLINOIS 60431

_____ (SEAL)        Dated this 28th day of December, 2006
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.
Managing Member of a Delaware limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of a Delaware limited
liability company

State of Illinois  )
County of Cook     )

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 28th day of December, 2006

_____
NOTARY PUBLIC

My Commission Expires 07/18/2008

Mail to:                              Send Subsequent Tax Bills to:
LOUISE ARMSTRONG and KIMBERLY
ARMSTRONG
1003 PLAINFIELD DRIVE
JOLIET, ILLINOIS 60431






Exhibit A

Lot 97 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the Third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016583, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018235, and recorded May 9, 2006 as document number 200600013671, in Kendall County, Illinois.

**WARRANTY DEED**
Joint Tenancy
(Statutory Illinois)
TENANCY BY THE ENTIRETY

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Northern Estate, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEY AND WARRANTS to

JOHN M. MARTINEZ and CONCEPCION MARTINEZ
315 S. 47TH AVENUE, BELLWOOD, ILLINOIS 60104    *NOT TENANTS BY THE ENTIRETY*

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 05-01-201-032-0000
Address of Real Estate: 1007 WALLATIN DRIVE, JOLIET, ILLINOIS 60431

Dated this 26th day of December, 2006

State of Illinois )
County of Cook ) ss




PRWL118855

NOTARY PUBLIC

---

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, LLC ,
a Delaware limited liability company

of the Village of Northern Estate, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEY AND WARRANTS to

SCOTT BRETSCHNEIDER
7503 FARNENHAGEN RD., DARIEN, ILLINOIS 60561

the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 05-01-201-032-0000
Address of Real Estate: 1458 WOODBINE DR., JOLIET, ILLINOIS 60431

Dated this 31st day of August, 2006

State of Illinois )
County of Cook )






NOTARY PUBLIC

MAIL TO:
SCOTT BRETSCHNEIDER
1458 WOODBINE DR.
JOLIET, ILLINOIS 60431

PRWL118251

---

Exhibit A

Lot 98 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500063660, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500084275, and recorded May 9, 2006 as document number 200500013671, in Kendall County, Illinois.




CITY OF JOLIET — REAL ESTATE TRANSFER TAX — 0088850 — FP351012

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

STATE OF ILLINOIS — REAL ESTATE TRANSFER TAX — 0028850 — KENDALL COUNTY — FP 103055

---

Exhibit A

Lot 125 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500063660, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500084275, and recorded May 9, 2006 as document number 200500013671, in Kendall County, Illinois.

CITY OF JOLIET — REAL ESTATE TRANSFER TAX — 0072150 — FP351012

STATE OF ILLINOIS — REAL ESTATE TRANSFER TAX — 0024050 — KENDALL COUNTY — FP 103055

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, LLC , a Delaware limited
liability company

of the Village of Harlem Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

MARK ZYSON and TERESA ZYSON
2043 W. HAVELAND AVE., CHICAGO, ILLINOIS 60641

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all right under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to Current Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-302-022-0000
Address of Real Estate: 1103 SUNNYFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 1st day of November, 2006

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, LLC, a Delaware
limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
LLC, a Delaware limited liability company

State of Illinois
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Asst.and Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes herein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 1st day of November, 2006

NOTARY PUBLIC

My Commission Expires 07/07/2009

This instrument was prepared by: TRACY BOWERS

Mail to:                                        Send Subsequent Tax Bill to:
                                                MARK ZYSON AND TERESA ZYSON
                                                2043 W. Haveland
                                                Chicago, Il 60641

---

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, LLC , a Delaware limited
liability company

of the Village of Harlem Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/00 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

LINDSEY J KINELLA and ROBERT KINELLA
1637 S. MEADE, CHICAGO, ILLINOIS 60639

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all right under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to Current Taxes for 2006 and subsequent years.

Permanent Index Number: 09-01-304-003-0000
Address of Real Estate: 1156 SUNNYFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 27th day of October, 2006

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, LLC, a Delaware
limited liability company

RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie,
LLC, a Delaware limited liability company

State of Illinois
County of Cook } ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes herein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 27th day of October, 2006

NOTARY PUBLIC

My Commission Expires 07/07/2009

This instrument was prepared by: TRACY BOWERS

Mail to:                                        Send Subsequent Tax Bill to:
                                                LINDSEY J KINELLA AND ROBERT KINELLA
                                                1156 SUNNYFLOWER LANE
                                                JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 140 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600031671, in Kendall County, Illinois.







---

**Exhibit A**

Lot 122 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500016560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018225, and recorded May 9, 2006 as document
number 200600031671, in Kendall County, Illinois.







WARRANTY DEED
*Joint Tenancy* BY THE ENTIRETY
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Millbrook, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

DAVID A BRINK and BILLY JO NOLL-BRINK, HUSBAND AND WIFE, OUT AS 2701 CANYON DRIVE, PLAINFIELD, ILLINOIS 60586

NOT TENANTS BY THE ENTIRETY

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 03-01-204-003-0004
Address of Real Estate: 1105 SUNFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 25th day of August, 2005

_____ (SEAL)     RICHARD EMMER, Secretary/Treasurer of Lakewood
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     Homes, Inc., Managing Member of Lakewood Prairie,
Managing Member of Lakewood Prairie, LLC, a Delaware     LLC, a Delaware limited liability company
limited liability company

State of Illinois
County of Cook  )

I, the undersigned DO HEREBY CERTIFY that RICHARD BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD EMMER, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, and as the free and voluntary act and deed, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of August, 2005

_____     My Commission Expires 03/27/2008
NOTARY PUBLIC

This instrument was prepared by MICHELE HAUENSTEIN

Mail to:
Thomas J. Aргель
1920 N. Highland Ave #350
Lombard, IL 60148

Send Subsequent Tax Bills to:
DAVID A BRINK and BILLY JO NOLL-BRINK
1105 SUNFLOWER LANE
JOLIET, ILLINOIS 60431

---

## Exhibit A

Lot 156 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016950, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018227, and recorded May 9, 2005 as document number 200500013671, in Kendall County, Illinois.

 

 

---

WARRANTY DEED
*Joint Tenancy* (Individual to Individual(s))
(Statutory (Illinois))

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Millbrook, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

DONNA KANE,
2552 AMBASSADOR DRIVE, MADISON, WISCONSIN 53711

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 03-01-204-020-0004
Address of Real Estate: 1016 SUNFLOWER LANE, JOLIET, ILLINOIS 60431

Dated this 30th day of August, 2005

_____ (SEAL)     RICHARD EMMER, Secretary/Treasurer of Lakewood
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     Homes, Inc., Managing Member of Lakewood Prairie, LLC,
Managing Member of Lakewood Prairie, LLC, a Delaware     a Delaware limited liability company
limited liability company

State of Illinois
County of Cook  )

I, the undersigned DO HEREBY CERTIFY that RICHARD BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD EMMER, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, and as the free and voluntary act and deed, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of August, 2005

_____     My Commission Expires 03/27/2008
NOTARY PUBLIC

This instrument was prepared by MICHELE HAUENSTEIN

Mail to:

Send Subsequent Tax Bills to:
DONNA KANE
1016 SUNFLOWER LANE
JOLIET, ILLINOIS 60431

---

## Exhibit A

Lot 157 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016950, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018227, and recorded May 9, 2005 as document number 200500013671, in Kendall County, Illinois.

 

 

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

, a Lakewood Prairie, L.L.C. ,

a Delaware limited liability company

of the Village of Harlingen Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

ESPERANZA BECERRA
1477 S. LOMBARD, CICERO, ILLINOIS 60804

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 07-01-354-018-0000
Address of Real Estate: 1511 BARKWAY WAY, JOLIET, ILLINOIS  60431

Dated this 15th day of December, 2006

_____ (SEAL)        _____ (SEAL)
RUSSELL BROWN, A.V.P. of Lakewood Homes, Inc.,        RICHARD SIMONE, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C., a Delaware        Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
limited liability company        a Delaware limited liability company

State of Illinois }
County of Cook } ss.

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 15th day of December, 2006

_____
NOTARY PUBLIC        My Commission Expires 10/07/2010

This instrument was prepared by RITA REICH

Mail to:
_____
_____
_____

Send Subsequent Tax Bills to:  ____
MAIL TO:
ESPERANZA BECERRA
1511 BARKWAY WAY
JOLIET, ILLINOIS  60431




---

Exhibit A

Lot 163 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500161560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018272, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.




CITY OF JOLIET   REAL ESTATE TRANSFER TAX

STATE OF ILLINOIS   REAL ESTATE TRANSFER TAX
KENDALL COUNTY

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C. , a Delaware limited
liability company

of the Village of Harlingen Estates, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

JESSE SZYDELKOWICZ and LINDA KENNEDYEUM
4615 SOUTH RIDGED, CHICAGO, ILLINOIS 60638

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 08-01-354-054-0000
Address of Real Estate: 1513 BARKWAY WAY, JOLIET, ILLINOIS  60431

Dated this 30th day of November, 2006

_____ (SEAL)        _____ (SEAL)
RUSSELL BROWN, A.V.P. of Lakewood Homes, Inc.,        RICHARD SIMONE, Secretary/Treasurer of Lakewood
Managing Member of Lakewood Prairie, L.L.C., a Delaware        Homes, Inc., Managing Member of Lakewood Prairie,
limited liability company        L.L.C., a Delaware limited liability company

State of Illinois }
County of Cook } ss.

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 30th day of November, 2006

_____
NOTARY PUBLIC        My Commission Expires 10/07/2010

This instrument was prepared by RITA REICH

Mail to:
JAIKIN ROSS-GAUGH, LLC
ATTORNEY AT LAW
_____
CHICAGO, IL 60641

Send Subsequent Tax Bills to:
JESSE SZYDELKOWICZ AND LINDA
KENNEDYEUM
1513 BARKWAY WAY
JOLIET, ILLINOIS  60431




---

Exhibit A

Lot 163 in Lakewood Prairie Unit 1, being a subdivision of part of the Northwest Quarter
and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third
principal meridian, according to the plat thereof recorded June 14, 2005 as document
number 200500161560, and amended by Certificate of Correction recorded June 29,
2005 as document number 200500018272, and recorded May 9, 2006 as document
number 200600013671, in Kendall County, Illinois.




CITY OF JOLIET   REAL ESTATE TRANSFER TAX

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX

STATE OF ILLINOIS   REAL ESTATE TRANSFER TAX
KENDALL COUNTY

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Maltese Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

LISA M. KANGAS and STEPHEN J. VEIT
2963 REFLECTION COURT, PLAINFIELD, ILLINOIS 60544

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-02-111-007-0000
Address of Real Estate: 7614 STONEWOOD LANE, JOLIET, ILLINOIS 60431

Dated this 23rd day of June, 2006

_____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     LAKEWOOD PRAIRIE, L.L.C., a Delaware
Managing Member of Lakewood Prairie, L.L.C., a Delaware     limited liability company
limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc. and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 23rd day of June, 2006

_____
NOTARY PUBLIC                    My Commission Expires 09/15/2008

This instrument was prepared by DANIELLE SCHILLING/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:                         Send Subsequent Tax Bills to:
David & Sons                     LISA M. KANGAS AND STEPHEN J. VEIT
1091 Bleck Road                  7614 STONEWOOD LANE
Joliet, IL 60435                 JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 179-2

That part of Lot 179 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016565, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500031747, and recorded May 06, 2005 as document number 200500011741, described as follows:

Beginning at the southwesterly corner of said lot 179; thence north 11 degrees 30 minutes 52 seconds west, 111.18 feet to a point on a curve; thence northeasterly along a curve with a radius of 210.00 feet being concave northwesterly, having a chord bearing of north 66 degrees 02 minutes 05 seconds east, 38.22 feet; thence south 28 degrees 44 minutes 54 seconds east, 111.18 feet; thence south 66 degrees 44 minutes 40 seconds west, 38.36 feet to a point of beginning, in Kendall County, Illinois.

 



 

NEW

CITY OF JOLIET    REAL ESTATE TRANSFER TAX    0085400    FP351012

STATE OF ILLINOIS    REAL ESTATE TRANSFER TAX    0021800    FP103035    KENDALL COUNTY

COUNTY OF KENDALL    REAL ESTATE TRANSFER TAX

---

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Maltese Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

MARILYN BODENSCHATZ and JOSEPH F. BODENSCHATZ,

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-02-111-007-0000
Address of Real Estate: 7612 STONEWOOD LANE, JOLIET, ILLINOIS 60431

Dated this 25th day of April, 2006

_____ (SEAL)          _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,     LAKEWOOD PRAIRIE, L.L.C., a Delaware
Managing Member of Lakewood Prairie, L.L.C., a Delaware     limited liability company
limited liability company

State of Illinois )
County of Cook ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc. and RICHARD SIMONE, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 25th day of April, 2006

_____
NOTARY PUBLIC                    My Commission Expires 07/07/2007

This instrument was prepared by ALPENA SCHILLING/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:                         Send Subsequent Tax Bills to:
Joseph F. & Marilyn             MARILYN BODENSCHATZ and JOSEPH F.
Bodenschatz                      BODENSCHATZ
1 Riverside Rd, Suite 30         7612 STONEWOOD LANE
Riverside, AL 05456             JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 179-1

Lot 179 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016565, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500031747, except that part described as follows:

Beginning at the southwesterly corner of said lot 179; thence north 11 degrees 30 minutes 52 seconds west, 111.18 feet to a point on a curve; thence northeasterly along a curve with a radius of 210.00 feet, being concave northwesterly, having a chord bearing of north 66 degrees 02 minutes 05 seconds east, 38.22 feet; thence south 28 degrees 44 minutes 54 seconds east, 111.18 feet; thence south 66 degrees 44 minutes 40 seconds west, 38.36 feet to the point of beginning, all in Kendall County, Illinois.

 

 

CITY OF JOLIET    REAL ESTATE TRANSFER TAX    0068850    FP351012

STATE OF ILLINOIS    REAL ESTATE TRANSFER TAX    0019650    FP103035    KENDALL COUNTY

COUNTY OF KENDALL    REAL ESTATE TRANSFER TAX

**WARRANTY DEED**
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, LLC, a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

ERIC ZUYATA AND JESSIE ALFONSO and BRENDA ALFONSO
1914 S. 57TH AVE, 3, CICERO, ILLINOIS 60804,

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY thereof, the following described Real Estate situated in the County of Kendall, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record, and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 05-05-141-033-0000
Address of Real Estate: 1113 FAMOLLY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 29th day of December 2006

_____ (SEAL)        _____ (SEAL)
RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,        RICHARD SIMONS, Secretary/Treasurer of Lakewood
Manager, Member of Lakewood Prairie, L.L.C., a        Homes, Inc., Manager, Member of Lakewood Prairie,
Delaware limited liability company        L.L.C., a Delaware limited liability company

State of Illinois )
                  ) ss.
County of Cook    )

I, the undersigned, DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of December, 2006

_____
NOTARY PUBLIC        My Commission Expires 07/27/2009

This instrument was prepared by TRACY SOWDER, Lakewood Homes, Inc., 1110 W. Lake Cook Road, #155, Buffalo Grove, IL 60089

Send Subsequent Tax Bills to:        AND MAIL TO:
ERIC ZUYATA        JESSIE ALFONSO BNCOING
1113 FAMOLLEY CIRCLE        SD FIXED
JOLIET, ILLINOIS 60431

*Parcel I*  (handwritten)

---

**WARRANTY DEED**
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, LLC,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

PETER F. SUYATA, JOLIET, ILLINOIS 60431

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record, and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 05-05-141-033
Address of Real Estate: 1114 FAMOLLEY CIRCLE, JOLIET, ILLINOIS 60431

Dated this 29th day of August, 2007

_____ (SEAL)        _____ (SEAL)
RUSSELL BROWN        RICHARD SIMONS, Secretary/Treasurer
Asst. VP of Lakewood Homes, Inc.,        of Lakewood Homes, Inc., Manager, Member of Lakewood Prairie, L.L.C.,
Manager, Member of Lakewood Prairie, L.L.C., a Delaware        a Delaware limited liability company
limited liability company

State of Illinois )
                  ) ss.
County of Cook    )

I, the undersigned, DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 29th day of April, 2007

_____
NOTARY PUBLIC        My Commission Expires 07/27/2007

This instrument was prepared by MARILYN BURLINGHAM, Lakewood Homes, Inc., 1110 W. Maple Road, #155, Buffalo Grove, IL

Send Subsequent Tax Bills to:        MAIL TO:
PETER F. SUYATA        PETER F. SUYATA
1114 FAMOLLEY CIRCLE        1114 FAMOLLEY CIRCLE
JOLIET, ILLINOIS 60431        JOLIET, ILLINOIS 60431

---

**Exhibit A**

Lot 185-2

That part of Lot 185 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018536, and amended May 16, 2006 as document number 200600014541, described as follows:

Beginning at the southwest corner of said Lot 185; thence north 01 degrees 38 minutes 07 seconds west, 110.00 feet; thence north 88 degrees 21 minutes 53 seconds east, 43.79 feet; thence south 01 degrees 38 minutes 07 seconds east, 110.00 feet; thence south 88 degrees 21 minutes 53 seconds west, 43.76 feet to the point of beginning, in Kendall County, Illinois.

 

 

---

**Exhibit A**

Lot 185-1

Lot 185 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018536, and amended May 16, 2006 as document number 200600014541, except that part described as follows:

Beginning at the southwest corner of said Lot 185; thence north 01 degrees 38 minutes 07 seconds west, 110.00 feet; thence north 88 degrees 21 minutes 53 seconds east, 43.79 feet; thence south 01 degrees 38 minutes 07 seconds east, 110.00 feet; thence south 88 degrees 21 minutes 53 seconds west, 43.76 feet to the point of beginning, in Kendall County, Illinois.

 

 



 

 

**Exhibit A**

Lot 186-1

Lot 186 in Lakewood Prairie Unit 7, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016681, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018706, and amended May 16, 2006 as document number 200600016942, except that part described as follows:

Beginning at the southwesterly corner of said Lot 186; thence north 07 degrees 36 minutes 33 seconds west, 111.72 feet to a point on a curve; thence northeasterly along a curve with a radius of 265.00 feet, being concave northwesterly and having a chord bearing of north 77 degrees 19 minutes 30 seconds east, 36.25 feet; thence south 17 degrees 46 minutes 22 seconds east, 122.33 feet; thence south 82 degrees 21 minutes 33 seconds west, 18.00 feet to the point of beginning, in Kendall County, Illinois.



 

  

**Exhibit A**

Lot 186-2

That part of Lot 186 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the Third Principal Meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016681, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018706, and recorded May 16, 2006 as document number 200600016942, described as follows:

Beginning at the southwesterly corner of said Lot 186; thence north 07 degrees 36 minutes 33 seconds west, 111.72 feet to a point of curve; thence northeasterly along a curve with a radius of 265.00 feet being concave northwesterly and having a chord bearing of north 77 degrees 19 minutes 30 seconds east, 36.25 feet; thence south 17 degrees 46 minutes 22 seconds east, 122.33 feet; thence south 82 degrees 21 minutes 33 seconds west, 52.00 feet to a point of beginning, in Kendall County, Illinois.

WARRANTY DEED
Joint Tenancy
Statutory (Illinois)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited
liability company

of the Village of Shaffman Estate, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

MIKE CASTILLAS and CRISTINA F. CASTILLAS
1111 WYANDT STREET, JOLIET, ILLINOIS 60435

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following
described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2005 and subsequent years.

Permanent Index Number: 02-02-173-01C-0000
Address of Real Estate: 1111 FANKLINT CIRCLE, JOLIET, ILLINOIS 60431

Russell Brown                    (SEAL)        Dated this 14th day of November, 2006

RUSSELL BROWN, Asst. VP of Lakewood Homes, Inc.,                        (SEAL)
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company                           RICHARD SHARSON, Secretary/Treasurer of Lakewood
                                                    Homes, Inc., Managing Member of Lakewood Prairie,
                                                    L.L.C., a Delaware limited liability company

State of Illinois )
County of Cook  ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SHARSON, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 14th day of November, 2006

Rita Niedzwiezki                           My Commission Expires 10/31/2010

NOTARY PUBLIC

This instrument was prepared by RITA NIEDZWIECKI, Lakewood Homes, Inc., 1300 W. Higgins Road, #201, Park Ridge, IL 60068

Mail to:                                    Send Subsequent Tax Bills to:
_____                    MIKE CASTILLAS AND CRISTINA F. CASTILLAS
_____                    1111 FRANKLINT CIRCLE
_____                    JOLIET, ILLINOIS 60431

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Shaffman Estate, County of
Cook, State of Illinois for and in consideration
of TEN AND 00/100 DOLLARS, and other
good and valuable consideration in hand paid,
CONVEYS AND WARRANTS to

ELIZABETH LUEVANO
6530 DOUBLE EAGLE DRIVE, WOODRIDGE, ILLINOIS 60527

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.
SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 02-02-173-001
Address of Real Estate: 1132 FRANKLIN CIRCLE, JOLIET, ILLINOIS 60431

Russell Brown                    (SEAL)        Dated this 20th day of March, 2007

RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.,                       (SEAL)
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company                            RICHARD SHARSON, Secretary/Treasurer of Lakewood
                                                     Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
                                                     a Delaware limited liability company

State of Illinois )
County of Cook  ) ss

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and
RICHARD SHARSON, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose
names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed,
sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including
the release and waiver of the right of homestead.

Given under my hand and official seal this 20th day of March, 2007

                                            TIFFANY M. JACOBELLI
                                            My Commission Expires 07/04/2008

NOTARY PUBLIC

This instrument was prepared by TIFFANY JACOBELLI, Lakewood Homes, Inc., 1300 W. Higgins Road, #201, Park Ridge, IL 60068

Mail to:                                    Send Subsequent Tax Bills to:
_____                    ELIZABETH LUEVANO
_____                    1132 FRANKLIN CIRCLE
_____                    JOLIET, ILLINOIS 60431

Exhibit A

Lot 137-1

That part of Lot 137 in Lakewood Prairie Unit 2, being a subdivision of part of the
Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8
east of the third principal meridian, according to the plat thereof recorded June 14, 2005
as document number 200500016441, and amended by Certificates of Correction recorded
June 29, 2005 as document number 200500018276, and recorded May 16, 2005 as
document number 200500016452, described as follows:

Beginning at the northwest corner of said lot 137; thence south 73 degrees 41 minutes 39
seconds east, 116.57 feet; thence south 01 degrees 39 minutes 24 seconds east, 32.25 feet;
thence south 67 degrees 23 minutes 39 seconds west, 9.44 feet; thence north 85 degrees
18 minutes 38 seconds west, 146.22 feet to a point on a curve; thence northerly along a
curve concave to the east described line being concave easterly having a radius of
205.00 feet and a chord bearing of north 10 degrees 20 minutes 17 seconds east, a
distance of 36.90 feet to the point of beginning, in Kendall County, Illinois.









Exhibit A

Lot 187-2

Lot 187 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018176, and recorded May 16, 2006 as document number 200600014543, except that part described as follows:

Beginning at the northwest corner of said lot 187; thence south 73 degrees 41 minutes 30 seconds east, 136.87 feet; thence south 41 degrees 39 minutes 24 seconds east, 52.25 feet; thence south 87 degrees 32 minutes 28 seconds west, 9.94 feet; thence north 65 degrees 58 minutes 38 seconds west, 140.31 feet to a point on a curve; thence northerly along a curve concave east to the last described line being concave easterly having a radius of 205.00 feet and a chord bearing of north 10 degrees 20 minutes 15 seconds east, a distance of 36.59 feet to the point of beginning, in Kendall County, Illinois.

 

Exhibit A

Lot 190-1

Lot 190 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018176, and recorded May 16, 2006 as document number 200600014543, except that part described as follows:

Beginning at the southwest corner of said lot 190; thence north 82 degrees 30 minutes 34 seconds west, 43.49 feet; thence north 88 degrees 21 minutes 24 seconds east, 110.66 feet; thence south 01 degrees 39 minutes 24 seconds east, 43.49 feet; thence south 88 degrees 21 minutes 26 seconds west, 110.67 feet to the point of beginning, in Kendall County, Illinois.

 

 





Exhibit A

Lot 190-2

That part of Lot 190 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018374, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said Lot 190; thence north 01 degrees 38 minutes 34 seconds west, 42.48 feet; thence north 25 degrees 21 minutes 36 seconds east, 110.66 feet; thence south 01 degrees 38 minutes 34 seconds east, 42.49 feet; thence south 18 degrees 21 minutes 26 seconds west, 112.67 feet to the point of beginning, in Kendall County, Illinois.

 

 





Exhibit A

Lot 213-1

That part of Lot 213 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018374, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said Lot 213; thence north 01 degrees 38 minutes 24 seconds west, 43.50 feet; thence north 25 degrees 21 minutes 36 seconds east, 120.00 feet; thence south 01 degrees 38 minutes 24 seconds east, 43.50 feet; thence south 25 degrees 21 minutes 26 seconds west, 119.00 feet to the point of beginning, in Kendall County, Illinois.

 



 



Exhibit A

Lot 213-2

Lot 213 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500012274, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 213; thence north 01 degrees 38 minutes 34 seconds west, 43.80 feet; thence south 88 degrees 21 minutes 26 seconds east, 110.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.80 feet; thence north 88 degrees 21 minutes 26 seconds west, 110.00 feet to the point of beginning, in Kendall County, Illinois.

 

CITY OF JOLIET REAL ESTATE TRANSFER TAX

 

STATE OF ILLINOIS KENDALL COUNTY

COUNTY OF KENDALL REAL ESTATE TRANSFER TAX



WARRANTY DEED
(Statutory (Illinois))
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

GUTENBERG MONTENEGRO
698 HENDERSON, JOLIET, ILLINOIS 60432

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 02-01-276-056
Address of Real Estate: 1119 FRANKLIN CIRCLE, JOLIET, ILLINOIS 60431

_____ (SEAL)          Date: this 26th day of February, 2007
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
a Delaware limited liability company

State of Illinois  }
County of Cook  }

I, the undersigned, DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 26th day of February, 2007.

_____          My Commission Expires 07/24/2009
NOTARY PUBLIC

This instrument was prepared by TIFFANY HARRISON/Lakewood Street, Ste. 220 W. Skyline turf, #198, Hoffman

Mail to:                                        Send Subsequent Tax Bills to:
Gutenberg Montenegro                           GUTENBERG MONTENEGRO
1119 Franklin Circle                            1119 FRANKLIN CIRCLE
Joliet, IL 60431                                JOLIET, ILLINOIS 60431

Exhibit A

Lot 216-1

Lot 216 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500012274, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the northeast corner of said lot 216; thence south 01 degrees 38 minutes 34 seconds east, 46.96 feet; thence south 88 degrees 38 minutes 40 seconds west, 110.01 feet; thence north 01 degrees 38 minutes 34 seconds west, 46.77 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet to the point of beginning, in Kendall County, Illinois.

 

CITY OF JOLIET REAL ESTATE TRANSFER TAX

COUNTY OF KENDALL REAL ESTATE TRANSFER TAX

 

STATE OF ILLINOIS KENDALL COUNTY

 

STATE OF ILLINOIS



WARRANTY DEED
(Statutory (Illinois))
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/00 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

OKORE LUCIANI, III
7373 W. CUMMINGS STREET 3109, HANWOOD HEIGHTS, ILLINOIS 60706

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-277-009-0000
Address of Real Estate: 1131 FRANKLIN CIRCLE, JOLIET, ILLINOIS 60431

_____ (SEAL)          Date: this 16th day of November, 2006
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc.,
Managing Member of Lakewood Prairie, L.L.C., a Delaware
limited liability company

_____ (SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood
Homes, Inc., Managing Member of Lakewood Prairie, L.L.C.,
a Delaware limited liability company

State of Illinois  }
County of Cook  }

I, the undersigned, DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 16th day of November, 2006.

_____          My Commission Expires 09/15/2009
NOTARY PUBLIC                    MICHELE K. HARRIS

This instrument was prepared by MICHELE HARRIS/Lakewood Street, Ste. 220 W. Skyline turf, #198, Hoffman

Mail to:                                        Send Subsequent Tax Bills to: AND
                                                MAIL TO:
                                                OKORE LUCIANI
                                                1131 FRANKLIN CIRCLE
                                                JOLIET, ILLINOIS 60431

Exhibit A

Lot 214-2

That part of Lot 214 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018725, and recorded May 16, 2006 as document number 200600014742, described as follows:

Beginning at the northwest corner of said lot 214; thence south 01 degrees 38 minutes 34 seconds east, 46.96 feet; thence south 28 degrees 38 minutes 40 seconds west, 110.01 feet; thence north 01 degrees 38 minutes 34 seconds west, 45.77 feet; thence north 88 degrees 21 minutes 26 seconds east, 110.00 feet to the point of beginning, in Kendall County, Illinois.

 

 



Exhibit A

Lot 215 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018725, and recorded May 16, 2006 as document number 200600014742, in Kendall County, Illinois.

 

 



Exhibit A

Lot 216 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500019326, and recorded May 16, 2006 as document number 200600014542, in Kendall County, Illinois.

 



Exhibit A

Lot 217-1

Lot 217 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500019326, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 217; thence north 01 degrees 34 minutes 34 seconds west, 48.27 feet; thence north 88 degrees 21 minutes 53 seconds east 103.90 feet; thence south 01 degrees 38 minutes 34 seconds east, 27.35 feet; thence south 36 degrees 14 minutes 23 seconds west, 25.40 feet; thence south 88 degrees 21 minutes 53 seconds west, 75.01 feet to the point of beginning, in Kendall County, Illinois.

 





Exhibit A

Lot 217-2

That part of Lot 217 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 30, 2005 as document number 200500016581, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018274, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said Lot 217; thence north 81 degrees 30 minutes 34 seconds west, 46.37 feet; thence north 82 degrees 21 minutes 53 seconds east, 105.00 feet; thence south 01 degree 38 minutes 14 seconds east, 37.56 feet; thence south 56 degrees 14 minutes 23 seconds west, 33.40 feet; thence south 88 degrees 31 minutes 53 seconds west, 75.01 feet to the point of beginning. In Kendall County, Illinois.

 

 

---

WARRANTY DEED

THE GRANTOR, Lakewood Prairie, L.L.C., a Delaware limited liability company

of the Village of Matteson, State of Illinois, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

SEE ATTACHED LEGAL DESCRIPTION

Dated this 31st day of August, 2006

(SEAL)                    (SEAL)

State of Illinois
County of Cook

NOTARY PUBLIC



---

Exhibit A

Lot 218-2

That part of Lot 218 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 30, 2005 as document number 200500016581, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018274, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said Lot 218; thence north 81 degrees 38 minutes 34 seconds west, 43.40 feet; thence north 82 degrees 21 minutes 53 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 14 seconds east, 43.40 feet; thence south 88 degrees 31 minutes 53 seconds west, 105.00 feet to the point of beginning. In Kendall County, Illinois.

 

 

---

WARRANTY DEED
Joint Tenancy

THE GRANTOR, Lakewood Prairie, L.L.C., a Delaware limited liability company

SEE ATTACHED LEGAL DESCRIPTION

Dated this 31st day of August, 2006

(SEAL)                    (SEAL)

State of Illinois
County of Cook

NOTARY PUBLIC

Exhibit A

Lot 218-1

Lot 218 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 22, 2005 as document number 200500016276, and recorded May 16, 2006 as document number 200600014543, except that part described as follows:

Beginning at the southwest corner of said lot 218; thence north 01 degrees 38 minutes 24 seconds west, 42.40 feet; thence north 88 degrees 21 minutes 36 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 42.40 feet; thence south 88 degrees 21 minutes 36 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

 

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX



---

Exhibit A

Lot 219-2

That part of Lot 219 in Lakewood Prairie Unit 1, being a subdivision of part of the Northeast Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 22, 2005 as document number 200500016276, and recorded May 16, 2006 as document number 200600014543, described as follows:

Beginning at the southwest corner of said lot 219; thence north 01 degrees 38 minutes 24 seconds west, 42.51 feet; thence north 88 degrees 21 minutes 36 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 42.51 feet; thence south 88 degrees 21 minutes 36 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

 

COUNTY OF
REAL ESTATE TRANS.



Exhibit A

Lot 219-1

Lot 219 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500039376, and recorded May 16, 2006 as document number 200600054542, except that part described as follows:

Beginning at the southwest corner of said lot 219; thence north 91 degrees 38 minutes 34 seconds west, 43.51 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.51 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

 

Exhibit A

Lot 221-2

That part of Lot 221 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500039376, and recorded May 16, 2006 as document number 200600054542, described as follows:

Beginning at the southwest corner of said lot 221; thence north 91 degrees 38 minutes 34 seconds west, 43.51 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.51 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

 



Exhibit A

Lot 221-1

Lot 221 in Lakewood Prairie Unit 2, being a subdivision of part of the Northeast Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018526, and recorded May 16, 2006 as document number 200600054561, except that part described as follows:

Beginning at the northwest corner of said lot 221; thence north 01 degrees 38 minutes 34 seconds west, 43.56 feet; thence south 88 degrees 21 minutes 26 seconds east, 105.00 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.56 feet; thence north 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.


 

STATE OF ILLINOIS | REAL ESTATE TRANSFER TAX





Exhibit A

Lot 222-2

That part of Lot 222 in Lakewood Prairie Unit 2, being a subdivision of part of the Northeast Quarter and the Southeast Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018526, and recorded July 16, 2006 as document number 200600054561, described as follows:

Beginning at the southwest corner of said lot 222; thence north 01 degrees 38 minutes 34 seconds west, 22.44 feet to a point on a curve; thence northerly along a curve contingent to the last described line being concave westerly having a radius of 455.00 feet and a chord bearing of north 02 degrees 54 minutes 20 seconds west, a distance of 21.12 feet; thence north 88 degrees 21 minutes 26 seconds east, 105.49 feet; thence south 01 degrees 38 minutes 34 seconds east, 44.55 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.

 

 



**Exhibit A**

Lot 722-1

Lot 722 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018226, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 722; thence north 01 degrees 38 minutes 34 seconds west, 22.44 feet to a point on a curve; thence northerly along a curve concave to the east described line being concave westerly having a radius of 455.00 feet and a chord bearing of north 01 degrees 28 minutes 20 seconds west, a distance of 21.71 feet; thence north 88 degrees 21 minutes 36 seconds east, 105.49 feet; thence south 01 degrees 26 minutes 34 seconds east, 44.55 feet; thence south 88 degrees 21 minutes 26 seconds west, 105.00 feet to the point of beginning, in Kendall County, Illinois.






**Exhibit A**

Lot 247-1

That part of Lot 247 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018226, and recorded May 16, 2006 at document number 200600014542, described as follows:

Beginning at the southeast corner of said lot 247; thence north 75 degrees 35 minutes 36 seconds west, 107.50 feet; thence north 19 degrees 17 minutes 15 seconds west, 41.38 feet; thence north 67 degrees 17 minutes 01 seconds east, 108.51 feet to a point on a curve; thence southerly along a curve concave to the east described line being concave westerly having a radius of 295.00 feet and a chord bearing of south 18 degrees 24 minutes 00 seconds east, a distance of 17.27 feet to the point of beginning, in Kendall County, Illinois.






## Exhibit A

Lot 247-2

Lot 247 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southeast corner of said lot 247; thence south 75 degrees 35 minutes 26 seconds west, 107.50 feet; thence north 19 degrees 58 minutes 13 seconds west, 41.58 feet; thence north 67 degrees 17 minutes 01 seconds east, 108.52 feet to a point on a curve; thence southly along a curve nontangent to the last described line being concave westerly having a radius of 395.00 feet and a chord bearing of south 18 degrees 34 minutes 00 seconds east, a distance of 57.27 feet to the point of beginning, in Kendall County, Illinois.

CITY OF JOLIET — CITY TAX — AUG.13.06 — REAL ESTATE TRANSFER TAX — # 0000825442 — REAL ESTATE TRANSFER TAX 0056950 — FP351012

STATE OF ILLINOIS — STATE TAX — SEP.-7.06 — KENDALL COUNTY — # 0000005554 — REAL ESTATE TRANSFER TAX 00186,50 — FP103035 — cm

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 93.25 cm

---

NL-12053

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

20070015580
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
05-14-2007 At 12:35 pm.
WARR DEED 373.25
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

MICHELLE BUSCH
305 MIDDAUGH ROAD, CLARENDON HILLS, ILLINOIS 60514

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-177-010
Address of Real Estate: 1209 VIOLET LANE, JOLIET, ILLINOIS 60431

Dated this 27th day of April, 2007

_Russell Brown_ (SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

OFFICIAL SEAL
MARILYN MIEDZINSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/27/2007

Given under my hand and official seal this 27th day of April, 2007

NOTARY PUBLIC

My Commission Expires 05/27/2007

This instrument was prepared by MARILYN MIEDZINSKI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman

Mail to:
Dennis G. Hellingsworth
1700 [illegible] Ave. #1
[illegible], IL 60505

Send Subsequent Tax Bills to:
MICHELLE BUSCH
305 Middaugh Rd.
Clarendon Hills, IL 60514

---

## Exhibit A

Lot 248-1

That part of Lot 248 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificates of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, described as follows:
Beginning at the southeast corner of said lot 248; thence south 88 degrees 21 minutes 53 seconds west, 107.50 feet; thence north 03 degrees 51 minutes 47 seconds west 41.80 feet; thence north 83 degrees 30 minutes 23 seconds east, 108.05 feet to a point on a curve; thence southerly along a curve nontangent to the last described line being concave easterly having a radius of 395.00 feet and a chord bearing of south 04 degrees 55 minutes 06 seconds east, a distance of 33.91 feet; thence south 01 degrees 38 minutes 34 seconds east, 17.05 feet to the point of beginning, in Kendall County, Illinois.

CITY OF JOLIET — CITY TAX — MAY.-2.07 — REAL ESTATE TRANSFER TAX — # 0000831442 — REAL ESTATE TRANSFER TAX 0067050 — FP351012

STATE OF ILLINOIS — STATE TAX — MAY.14.07 — KENDALL COUNTY — # 0000005261 — REAL ESTATE TRANSFER TAX 00223,50 — FP103035 — DT

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 111.75 DT

---

NL-12052

WARRANTY DEED
TENANCY BY THE ENTIRETY
Statutory (Illinois)

20070015583
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
05-14-2007 At 12:38 pm.
WARR DEED 344.00
RHSP Surcharge 10.00

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Hoffman Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

ROSA HISSAX and BRIAN HISSAX

TO HAVE AND TO HOLD said premises not in Tenancy in Common and not in Joint Tenancy, but in TENANCY BY THE ENTIRETY, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 09-01-177-010
Address of Real Estate: 1211 VIOLET LANE, JOLIET, ILLINOIS 60431

Dated this 24th day of April, 2007

(SEAL)
RUSSELL BROWN, Asst. V.P. of Lakewood Homes, Inc. Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

(SEAL)
RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., Managing Member of Lakewood Prairie, L.L.C., a Delaware limited liability company

State of Illinois } ss
County of Cook }

I, the undersigned DO HEREBY CERTIFY that RUSSELL BROWN, Assistant Vice President of Lakewood Homes, Inc., and RICHARD SIMONS, Secretary/Treasurer of Lakewood Homes, Inc., personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this [illegible] of April, 2007

OFFICIAL SEAL
TIFFANY M. JACOBELLI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

My Commission Expires 07/08/2009

NOTARY PUBLIC

This instrument was prepared by TIFFANY JACOBELLI/Lakewood Homes, Inc., 2700 W. Higgins Road, #100, Hoffman Estates, IL 60195

Mail to:
Robert Galvan
340 W. Butterfield
Elmhurst IL 60126

Send Subsequent Tax Bills to:
ROSA HISSAX AND BRIAN HISSAX
1211 VIOLET LANE
JOLIET, ILLINOIS 60431

Exhibit A

Lot 248-2

Lot 248 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500014641, and recorded May 16, 2006 as document number 200600014512, except that part described as follows:

Beginning at the southeast corner of said lot 248; thence south 58 degrees 21 minutes 23 seconds west, 107.20 feet; thence north 01 degrees 21 minutes 47 seconds west 41.80 feet; thence north 33 degrees 30 minutes 23 seconds east, 106.25 feet to a point on a curve; thence southerly along a curve concave to the left described (has being concave easterly having a radius of 395.00 feet and a chord bearing of south 04 degrees 35 minutes 06 seconds east, a distance of 23.21 feet; thence south 01 degrees 38 minutes 34 seconds east, 17.05 feet to the point of beginning, in Kendall County, Illinois.







Exhibit A

Lot 249-1

That part of Lot 249 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500014641, and recorded May 16, 2006 as document number 200600014512, described as follows:

Beginning at the southwest corner of said lot 249; thence north 01 degrees 38 minutes 37 seconds west, 43.53 feet; thence north 88 degrees 21 minutes 33 seconds east, 107.31 feet; thence south 01 degrees 38 minutes 34 seconds east, 43.53 feet; thence south 88 degrees 21 minutes 33 seconds west, 107.32 feet to the point of beginning, in Kendall County, Illinois.









Exhibit A

'Lot 249-2

Lot 249 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016361, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 249; thence north 01 degrees 36 minutes 07 seconds east, 43.23 feet; thence north 88 degrees 21 minutes 53 seconds east, 107.51 feet; thence south 01 degrees 38 minutes 34 seconds east, 61.53 feet; thence south 88 degrees 21 seconds 53 seconds west, 107.52 feet to the point of beginning, in Kendall County, Illinois.



 

STATE OF ILLINOIS

KENDALL COUNTY

---

Exhibit A

'Lot 237-1

Lot 237 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016361, and amended by Certificate of Correction recorded June 23, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 237; thence north 01 degrees 38 minutes 34 seconds west, 44.49 feet; thence north 88 degrees 21 minutes 53 seconds east, 107.45 feet; thence south 01 degrees 38 minutes 07 seconds east, 44.49 feet; thence south 88 degrees 21 minutes 53 seconds west, 107.45 feet to the point of beginning, in Kendall County, Illinois.

 

STATE OF ILLINOIS

KENDALL COUNTY

 

---



WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Northwest Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS and WARRANTS to

BETH A. ADAMS and SANDRA K. ADAMS
2533 PIONEER ROAD UNIT 2, CREST HILL, ILLINOIS 60403

TO HAVE AND TO HOLD said premises not in Tenancy in Common, but in JOINT TENANCY forever, the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2007 and subsequent years.

Permanent Index Number: 02-01-277-003-0000
Address of Real Estate: 2526 STONECROP LANE, JOLIET, ILLINOIS 60431

Dated this 21th day of February, 2007



State of Illinois )
County of Cook )

---

WARRANTY DEED
Statutory (Illinois)
(Individual to Individual)

THE GRANTOR,

Lakewood Prairie, L.L.C.,
a Delaware limited liability company

of the Village of Northwest Estates, County of Cook, State of Illinois for and in consideration of TEN AND 00/100 DOLLARS, and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS to

ANDREW SAJNI, JR.,
2601 CARRIAGE CT., ANDERSON, ILLINOIS 60432

the following described Real Estate situated in the County of KENDALL, in the State of Illinois, to wit:

SEE ATTACHED LEGAL DESCRIPTION

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: covenants, conditions and restrictions of record; and to General Taxes for 2006 and subsequent years.

Permanent Index Number: 02-01-277-003-0000
Address of Real Estate: 2526 STONECROP LANE, JOLIET, ILLINOIS 60431

Dated this 21th day of July, 2006

Exhibit A

- Lot 237-2

That part of Lot 237 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500013776, and recorded May 16, 2006 as document number 200600014542, described as follows:

Beginning at the southwest corner of said lot 237; thence south 01 degrees 38 minutes 34 seconds west, 44.49 feet; thence north 88 degrees 21 minutes 33 seconds east, 107.45 feet; thence south 01 degrees 38 minutes 07 seconds east, 44.49 feet; thence south 88 degrees 21 minutes 33 seconds west, 107.45 feet to the point of beginning in Kendall County, Illinois.

 

 



---

Exhibit A

- Lot 261-1

Lot 261 in Lakewood Prairie Unit 2, being a subdivision of part of the Northwest Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500014561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500013776, and recorded May 16, 2006 as document number 200600014542, except that part described as follows:

Beginning at the southwest corner of said lot 261; thence south 01 degrees 38 minutes 34 seconds west, 44.83 feet; thence north 88 degrees 21 minutes 33 seconds east, 107.50 feet; thence south 01 degrees 38 minutes 07 seconds east, 44.83 feet; thence south 88 degrees 21 minutes 33 seconds west, 107.45 feet to the point of beginning, in Kendall County, Illinois.

 

 



## Exhibit A

Lot 261-2

That part of Lot 261 in Lakewood Prairie Unit 2, being a subdivision of part of the Northeast Quarter and the Southwest Quarter of Section 1, Township 35 North, Range 8 east of the third principal meridian, according to the plat thereof recorded June 14, 2005 as document number 200500016561, and amended by Certificate of Correction recorded June 29, 2005 as document number 200500018276, and recorded May 16, 2006 as document number 200600014543, described as follows:

Beginning at the southwest corner of said lot 261; thence north 01 degrees 38 minutes 34 seconds west, 44.53 feet; thence north 18 degrees 21 minutes 33 seconds east, 107.20 feet; thence south 01 degrees 38 minutes 07 seconds east, 44.53 feet; thence south 88 degrees 21 minutes 53 seconds west, 107.49 feet to the point of beginning, in Kendall County, Illinois

 

