**CERTIFICATE OF SERVICE**

      I, Michael W. Kelly, an attorney, state that I caused the foregoing Grundy Redi-Mix, Inc.'s First Amended Counter-Complaint for Foreclosure of Mechanics Liens, which has been filed through the Electronic Case Filing (ECF) System, to be served by electronic means on those parties registered for ECF on July 23, 2008 and to be served on the remaining parties below via U.S. mail, properly addressed and postage prepaid on July 24, 2008.

| | |
|---|---|
| Howard M. Turner<br>Paul W. Carroll<br>Gould & Ratner, LLP<br>222 N. LaSalle Street<br>Chicago, IL 60601<br>hturner@gouldratner.com<br>*Attorneys for Lakewood Prairie, LLC* | Patrick J. Fitzgerald<br>Raagnee Beri<br>United States Attorney<br>United States Department of Justice<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044<br>raagnee.beri@usdoj.gov<br>usailn.ecfausa@doj.gov<br>*Attorneys for United States of America* |
| Debra A. Thomas<br>Patrick J. Mazza<br>Patrick Mazza & Associates<br>290 S. Main Place #101<br>Carol Stream, IL 60188-2476<br>schodera@mcminc.net<br>*Attorneys for Vulcan Construction Materials* | Howard B. Samuels<br>c/o Rally Capital LLC<br>350 N. LaSalle Street, Suite 1100<br>Chicago, IL 60601 |
| John V. Hanson<br>Hanson and Hanson<br>1802 North Division St., Suite 304<br>Morris, IL 60450-0825<br>jhanson@hansonlawoffice.com<br>*Attorneys for Grundy County Redi-Mix, Inc.* | R&J Construction Supplies<br>30 W. 180 Butterfield Road<br>Warrenville, IL 60555 |
| Donald Naylor Wilson<br>Murray, Jensen & Wilson<br>101 N. Wacker Drive, Suite 101<br>Chicago, IL 60606<br>dwilson@mjwchicago.com<br>*Attorneys for Midwest Bank & Trust* | Illinois Brick Company<br>7601 W. 79th Street<br>Bridgeview, IL 60455 |

| | |
|---|---|
| Steel Masonry, Inc.<br>c/o Robert J. Hennessy<br>11800 S. 75th Ave, 101<br>Palos Heights, IL 60463 | McCann Industries, Inc.<br>543 S. Rohlwing Road<br>Addison, IL 60101 |
| Ibarra Concrete Company<br>c/o Alberto Ibarra<br>3403 Green Pastures Road<br>Carpentersville, IL 60110 | Denice A. Gierach<br>The Gierach Law Firm<br>1776 Legacy Circle<br>Suite 104<br>Naperville, IL 60563<br>*Counsel for Patrick and Daryl McGrath* |
| Laura Davis Jones<br>David M. Bertenthal<br>James E. O'Neill<br>Curtis A. Hehn<br>Timothy P. Cairns<br>Pachulski Stang Ziehl & Jones, LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>*Counsel for Mortgage Lenders Network USA, Inc.* | Patrick N. Rykhus<br>Heavner, Scott, Beyers & Mihlar, LLC<br>111 East Main Street<br>Suite 200<br>Decatur, IL 62523<br>(217) 422-1719<br>F.  (217) 422-1754<br>*Counsel for MERS* |
| E. Bryan Dunigan<br>The Law Offices of E. Bryan Dunigan<br>221 North LaSalle Street<br>Suite 1454<br>Chicago, IL 60601<br>(312) 857-2114<br>*Counsel for Certain Defendant-Owners* | |

      /s/Michael W. Kelly