# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1200 | **DATE** | 7/23/2008 |
| **CASE TITLE** | LAKEWOOD PRAIRIE, LLC vs. IBARRA CONCRETE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

Motion and status hearing held. Plaintiff's motion for order of default as to defendants Steel Masonry, Inc., Illinois Brick Company, R&J Construction Supplies, Howard B. Samuels, as assignee for the benefit of the Ibarra Concrete Company Trust/Receiving Agent, and unknown owners and unknown necessary parties [79] is granted. Defendant Homecoming Financial LLC's motion to vacate technical defaults and for leave to file answer to the complaint and answer to counterclaim instanter [85] is granted. Defendant Vulcan Construction Materials, LP's uncontested motion for entry of order continuing third party citation proceeding against Lakewood Homes [87] is granted. Defendant Grundy Redi-Mix, Inc.'s unopposed motion for leave to file amended counter-complaint for foreclosure of mechanics liens instanter [186] is granted. Previously filed answers may stand as responses to amended pleadings. Leave is granted for individual owners and mortgagees to respond to amended pleadings by July 30, 2008. Parties shall comply with FRCP 26(a)(1) by August 22, 2008 and responses to outstanding discovery are due by August 22, 2008. Proponents shall comply with FRCP 26(a)(2) by September 22, 2008; opponents shall comply with FRCP 26(a)(2) by October 21, 2008. Discovery cutoff and filing of dispositive and filing of dispositive motions with supporting memoranda are set on November 20, 2008. Submission of the modified joint final pretrial order is set on December 4, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendant by November 26, 2008. The case is placed on the December trial calendar. THESE ARE FIRM DATES.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:25