# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAKEWOOD PRAIRIE, LLC,  )<br>  )<br>    vs.          Plaintiff,  )<br>  )<br>IBARRA CONCRETE COMPANY, VULCAN  )<br>CONSTRUCTION MATERIALS LP d/b/a VULCAN  )<br>MATERIALS COMPANY, HOWARD B. SAMUELS AS  )<br>ASSIGNEE FOR THE BENEFIT OF THE IBARRA  )<br>CONCRETE COMPANY TRUST, GRUNDY REDI-MIX, INC )<br>R&J CONSTRUCTION SUPPLIES, ILLINOIS BRICK  )<br>COMPANY, STEEL MASONRY, INC., UNKNOWN OWNERS )<br>And UNKNOWN NECESSARY PARTIES,  )<br>ISHMAEL C. HERNANDEZ, CENORINA REYES,  )<br>RANDY JACOBSON, TINA JACOBSON, PAMELA  )<br>McREYNOLDS, WILLIE McREYNOLDS, JACLYN MROZ,  )<br>THOMAS L. JOHANNESSEN, CHRISTINA JOHANNESSEN )<br>STEWART G. HONECK IV, AMARA HONECK, MICHAEL  )<br>B. McKIRDIE, KELLY McKIRDIE, TIFFANY PEREZ,  )<br>LEONARDO PEREZ, RIGOBERTO GOMEZ, ROSA GOMEZ, )<br>LUPE GRANGO, ALEX GRANGO, MARK A. KOSINSKI,  )<br>JOANNE KOSINSKI, ROSA I. BECERRA, MIGUEL A.  )<br>BECERRA, DORA A. BECERRA, JOAN GONZALEZ,  )<br>SANTIAGO A. RODRIGUEZ, JOSEPH URIBE, NANCY  )<br>URIBE, OSCAR CARRILLO, MARICELA MONTES de  )<br>OCA-TAPIR, GABRIELLA AVILLA, VICTOR M.  )<br>MARTINEZ, ADRIANNA MARTINEZ, RICARDO  )<br>ZAMORA, ANA ZAMORA, MATTHEW J. LISKA,  )<br>NICOLE L. LISKA, GUILLERMO JAIME, JR.,  )<br>BARBARA MITCHELL, ALTON BRETT NORRIS,  )<br>APRIL D. NORRIS, STEVEN VAN DYKE, APRIL  )<br>VAN DYKE, FABIAN BERMUDEZ, JENNIFER N.  )<br>RIGUAL, PATRICK J. McGRATH, DARYL L. McGRATH,  )<br>DARLY L. McGRATH, EDWARD PIETRZYK, JOLEEN  )<br>PIETRZYK, GLORIA I. ZAMORA, JOSE L. ZAMORA,  )<br>LYANNA TYLER, NATHAN CALLENDO II, MEAGAN  )<br>CALIENDO, JOHN R. KOSZOLA, ANGELA J. KOSZOLA,  )<br>DAVID E. RINEHART, EDEN M. RINEHART, JON  )<br>SOUVANNASOT, MICHAEL J. THOMPSON, JEFFREY  )<br>SMITH, FAITH SMITH, CHRISTOPHER HUMBERG,  )<br>ALICE C. BALL-BONNER, DOUGLAS E. KNACK,  )<br>KELLY S. KNACK, GARY C. FRANCIS, KAREN O.  )<br>FRANCIS, BEVERLY HOWARD, TARA CULOTTA,  )<br>DEAN CULOTTA, WAYNE R. MOUNT, NORA S. MOUNT  )<br>GERARDO BORJON, JEANNETTE BORJON, OMAYRA  )<br>HWIEH, GINA L. BATES, JAMES H. BATES, SHERRIA  )<br>COVINGTON, VERNON J. JACKSON, SAKENNA K.  )<br>JACKSON, NEWELL A. BROADWAY, DION M.  ) | **Case No.: 08 C 1200**<br><br><br><br>**Honorable Judge<br>Suzanne Conlon**<br><br><br><br>**Magistrate Judge<br>Jeffrey Cole** |

| | |
|---|---|
| SIMPSON, BETTY J. SIMPSON, DAWN M. KOLASKI, MATTHEW J. SCHREINER, JANICE BOYD LIVINGSTON, TIMIKO L. LIVINGSTON, JOSE GARCIA, LUCIUS ARMSTRONG, KIMBERLY ARMSTRONG, JOSE M. MARTINEZ, CONCEPCION MARTINEZ, SCOTT BRECKENRIDGE, MARK SYMON, TERESA SIMON, LYNETTE J. RINELLA, ROBERT RINELLA, DAVID A. BRINK, BILLY JO NOLL-BRINK, DONNA KAUL, ESPERANZA BECERRA, JESSE ZBROSKEWICH, JOSEPH BOKENIEWICZ, ERICK HUERTA, JESUS ALFONSO, EDINA ALFONSO, PETER J. SUSTAITA, JOSE DEJUSUS LOERA, BRIAN RADEJEWSKI, SARA OTTO, MIKE CASILLAS, CHRISTINE F. CACILLAS, ELIZABETH LUEVANO, ADELA REYS, ALEJANDRO OCEGUEDA, MARIA L. OCEGUEDA, RUBEN K. CAMPBELL, SAVANA N. LATIMORE, HERMINIA V. CALIFLOWER, GETEMBERG MONTESINOS, OSCAR LUCIANO, LISA LATURELL, JOSE A. TENORIO, LORIANNE M. TENORIO, CHARLES FREDERICK FIELD REVOCABLE TRUST, MICHELLE BUSCH, ROSA MISSAK, BRIAN S. MISSAK, CHRISTINA TREVINO, DANIEL O. TREVINO, DAVID J. WANEK, EDWIN C. BEATINGO, NICOLE BEATINGO, DENNIS WOZNIAK, DIANE L. WOZNIAK, STACY ZEIS, SANDRA BOYCE, ANTHONY W. RILEY, CATHRYN RILEY, JONATHAN RESURRECTION, MICHAEL P. DRISCOLL, CHRISTINA M. BISCAGLIO, ARNEDO SAPNU, JR., BETH A. ADAMS, SANDRA K. ADAMS, TIBURICO CUEVAS, ALVARO CUEVAS, MONICA M. REAMES, RANDY W. REAMES, GERADINE M. SPORE, ARACELI M. PARDENILLA, IMOGENE VAILOCES, CIRO A. PRYOR, MARILYN E. PRYOR, MICHAEL S. LANTHIER, REBECCA J. LANTHIER, SHANNON M. KIELAR, JOHN KIELAR, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS), BANK OF AMERICA, LHI MORTGAGE, INC., HOMECOMINGS FINANCIAL NETWORK, INC., JP MORGAN CHASE BANK, LASALLE BANK, FIRST FEDERAL SAVINGS BANK, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, MORTGAGE LENDERS NETWORK MCCANN INDUSTRIES, INC., THE UNITED STATES OF AMERICA, MIDWEST BANK AND TRUST COMPANY-ALGONQUIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 30th day of July, 2008, I have caused to be electronically filed the **Answer of "Owners/Interested Parties" to Grundy Redi-Mix, Inc. Counterclaim**, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division.

/s/E. Bryan Dunigan
**E. Bryan Dunigan**, Attorney for Defendants, "Owners/Interested Parties"

E. Bryan Dunigan
Attorney for Defendants,
"Owners/Interested Parties
221 North LaSalle St., Suite 1454
Chicago, IL 60601
(312) 857-2114

## CERTIFICATE OF SERVICE

I, **Raminta Driskiute**, a non-attorney, certify that on the 30th day of July, 2008, I electronically filed the foregoing **Answer of "Owners/Interested Parties" to Grundy Redi-Mix, Inc. Counterclaim**, with the Clerk of the Federal Court using the CM/ECF system, which sent notice to the following CM/ECF participants:

Usailn.ecfausa@usdoj.gov
Raagnee.beri@usdoj.gove
deniceg@gierachlawfirm.com
roberth@kropik.net
mwk@cmcontractors.com
schocera@mcminc.net
jsm@cmcontractors.com
hturner@gouldratner.com
dwilson@mjwchicago.com

The above will be mailed to:
Ms. Debra Ann Thomas
Patrick Mazza & Associates
290 S. Main Place, Suite 101
Carol Stream, IL 60188

*Raminta Driskiute*

SUBSCRIBED and SWORN TO
before me this 30th day of July, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JULIANA GARCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11