**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE LLC, | ) | |
| | ) | Case No. 08 C 1200 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IBARRA CONCRETE COMPANY, | ) | |
| VULCAN CONSTRUCTION | ) | |
| MATERIALS LP d/b/a VULCAN | ) | |
| MATERIALS COMPANY, HOWARD B. | ) | |
| SAMUELS, as Assignee for the bene- | ) | |
| fit of the Ibarra Concrete Company | ) | |
| Trust, GRUNDY REDI-MIX, R & J | ) | |
| CONSTRUCTION SUPPLIERS, ILLINOIS | ) | |
| BRICK COMP9ANY, STEEL MASONRY, | ) | |
| et al., | ) | |
| | ) | |
| Defemdamts | ) | |

**INITIAL RULE 26 DISCLOSURES OF
VULCAN CONSTRUCTION MATERIALS LP
d/b/a VULCAN MATERIALS COMPANY**

VULCAN CONSTRUCTION MATERIALS LP d/b/a VULCAN MATERIALS COMPANY ("Vulcan"), by the undersigned counsel, submits the following as and for its initial disclosure under Fed.R.Civ.P. 26:

**I. Rule 26(a)(1)(A):** Vulcan believes the following individuals are likely to have discoverable information that Vulcan may use to support its claim:

A.    David J. Muno, Vulcan, 1000 East Warrenville Road, Naperville IL 60563

B.    Lori Jermyn, Vulcan, 100 East Warrenville Road, Naperville Il 60563

      C.    Charles McClary III, CEO (or former CEO), Ibarra Concrete, address  unknown

      D.    Francisco Torres, project manager, Ibarra Concrete, 6512 Roth Drive, Joliet, IL.

**II. Rule 26(a)(1)(B):** The following documents are in the possession, custody or control of Vulcan; may be used by Vulcan to support its claim; and are located at the offices of counsel for Vulcan, 290 South Main Place, Carol Stream, IL 60188:

      A.    Tract index search;

      B.    Application for business credit submitted by Ibarra to Vulcan, dated March 11, 2003 (with personal guarantees);

      C.    Pre-notice letter of claim, September 8, 2006;

      D.    Domestic return receipts evidencing service of pre-notice letter or  claim;

      E.    Notice and claim for mechanic's lien, October 3, 2006;

      F.    Domestic return receipts evidencing service of notice and claim for mechanic's lien;

      G.    Delivery tickets;

      H.    Invoices to Ibarra Concrete;

      I.    Tract searches;

      J.    Plats of survey;

**III. Rule 26(a)(1)(C): Computation of damages:**

| | |
|---|---|
| Agreed upon amount due as and for CA-7 bedding stone delivered between 05/04/06 and 08/09/06 | $100,455.60 |
| Less: payments, credits, set-offs: | <u>17,382.05</u> |

Net due:                                        $ <u>83,073.55</u>


    **IV. Rule 26(a)(1)(D):** Insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment: None known to Vulcan.


                    VULCAN CONSTRUCTION MATERIALS LP etc.


              By: *Pattrick Mazza*


Patrick Mazza
Patrick Mazza & Associates
290 South Main Place
Suite 101
Carol Stream IL 60188
Off:  630-933-9200