**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: in order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

**LAKEWOOD PRAIRIE, LLC** )
)
    vs. )    Case No.:  08 C 1200
)
**IBARRA CONCRETE COMPANY et al.** )

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANTS,**    Christopher Humberg;
                     Alton Brett Norris   and   April D. Norris;
                     Lynette J. Rinella   and   Robert Rinella

| NAME (Type or print) |  |
|---|---|
| **E. Bryan Dunigan** |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| **/s/ E. Bryan Dunigan** | |
| FIRM | |
| **The Law Offices of E. Bryan Dunigan** | |
| STREET ADDRESS | |
| **221 North LaSalle Street, Suite 1454** | |
| CITY/STATE/ZIP | |
| **Chicago, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **0691356** | TELEPHONE NUMBER **(312) 857-2114** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [**X**]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [**X**] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [**X**]   NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [**X**]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |