IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEWOOD PRAIRIE, LLC, | ) | |
| | ) | Case No.: 08 C 1200 |
| vs.       Plaintiff, | ) | |
| | ) | |
| IBARRA CONCRETE COMPANY, et al, | ) | Judge Suzanne Conlon |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **the 20th day of August, 2008**, I have caused to be electronically filed the Appearance for **Christopher Humberg; Alton Brett Norris and April D. Norris; and Lynette J. Rinella and Robert Rinella**, with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division.

/s/ E. Bryan Dunigan
**E. Bryan Dunigan**, Attorney for Defendants named above

E. Bryan Dunigan
Attorney for Defendants, Christopher Humberg
Alton Brett Norris and April D. Norris
Lynette J. Rinella and Robert Rinella
221 N. LaSalle St., Suite 1454
Chicago, IL 60601
(312) 857-2114

## CERTIFICATE OF SERVICE

I, Raminta Driskiute, a non-attorney, certify that on **the 20th day of August, 2008**, I electronically filed the foregoing Appearance for Defendants named above, with the Clerk of the Federal Court using the CM/ECF system, which sent notice to the registered CM/ECF participants in this case.

Raminta Driskiute

SUBSCRIBED and SWORN TO
before me this 20th day of August, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JULIANA GARCIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/05/11

**LAKEWOOD PRAIRIE, LLC**
VS.
**IBARRA CONCRETE COMPANY et al.**

Case No.:  08 C 1200

# SERVICE LIST

**Patrick J. Mazza**
**Debra A. Thomas** (be to noticed by mail)
*Patrick Mazza & Associates*
290 S. Main Place, Suite 101
Carol Stream, IL 60188-2476
Ph:       630-933-9200
Fax:      630-933-9824
schodera@mcminc.net
**Attorneys for Vulcan Construction Materials, LP**

**Howard B. Samuels**
*Rally Capital Services, LLC*
350 N. LaSalle Street, Suite 1100
Chicago, IL 60601
Ph: 312-645-1975
Fax: 312-645-1976
howard@rallyllc.com
**Attorney for**

**Denice A. Gierach**
*The Gierach Law Firm*
1776 Legacy Circle, Suite 104
Naperville, IL 60563
Ph: 630-756-1160
Fax: 630-955-0599
deniceg@gierachlawfirm.com
**Attorney for Patrick J. and Darly L. McGrath**

**Robert E. Haney**
**Kenneth K. Shaw, Jr.**
*Kropik, Papuga & Shaw*
120 South LaSalle Street
Chicago, IL 60603
Ph: 312-236-6405
Fax: 312-
roberth@kropik.net
Kropik@kropik.net
**Attorney for HomeComings Financial Network, Inc**

**John V. Hanson**
*Hanson and Hanson*
1802 North Division Street, Suite 304
Morris, IL 60450-0825
Ph:  815-942-6700
Fax: 815-942-6540
jhanson@hansonlawoffice.com
**Counsel for Grundy County Redi-Mix, Inc.**

**John S. Mrowiec**
**Michael W. Kelly**
*Conway & Mrowiec*
20 South Clark Street, Suite 750
Chicago, IL 60603
Ph:  312-658-1100
Fax:  312-658-1201
mwk@cmcontractors.com
jsm@cmcontractors.com
**Attorneys for Grundy County Redi-Mix, Inc.**

**Donald N. Wilson**
*Murray, Jensen & Wilson*
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Ph:  312-263-5432
Fax:  312-263-5759
dwilson@mjwchicago.com
**Counsel for Midwest Bank & Trust Company**

**Howard M. Turner**
*Gould & Ratner*
222 North LaSalle Street, Suite 800
Chicago, IL 60601
Ph:       312-236-3003
**Ph:  312-899-1606**
Fax:      312-236-3241
hturner@gouldratner.com
**Attorney for Lakewood Prairie, LLC**

**Raagnee Beri**
**Patrick J. Fitzgerald**
*United States Department of Justice*
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Ph:  202-305-7917
Fax:
Raagnee.beri@usdoj.gov
**Attorneys for United States of America**

**AUSA**
*United States Attorney's Office*
219 South Dearborn Street, Suite 500
Chicago, IL 60604
Ph:  312-353-5300
Fax:  312-
USAILN.ECFAUSA@usdoj.gov
**Attorneys for United States of America**

**John F. Conlon**
*Fidelity National Title Group*
171 N. Clark St., 8th Floor
Chicago, IL 60601
Ph:  312-223-5714
Fax:  312-223-2559
**Attorney for Chicago Title Insurance Company**